*The Law Offices of*

*Christopher J. Cassar P.C.*

*13 East Carver Street*
*Huntington Village, New York 11743*
*Telephone (631) 271-6596*
*Facsimile (631) 351-0196*

*Christopher J. Cassar, Esq.†*
*Pierre Bazile, Esq.^*
*Joseph J. Karlya III, Esq.\**

*Nassau County Office:*
*626 RXR Plaza*
*West tower, 6th Floor*
*Uniondale, New York 11556*

† ALSO ADMITTED IN US COURT OF APPEALS FOR THE SECOND CIRCUIT
  AND IN THE NORTHERN, SOUTHERN & EASTERN DISTRICTS OF NEW YORK
^ ALSO ADMITTED IN THE US SOUTHERN & EASTERN DISTRICTS OF NEW YORK
\* ALSO ADMITTED IN THE US EASTERN DISTRICT OF NEW YORK

March 13, 2016

Magistrate Judge Vera M. Scanlon
United States District Court
Eastern District of New York
225 Cadman Plaza East, 505 North
Brooklyn, New York 11201

**Re:** **Gerasimou v. City of New York, et al (1:15-cv-06892-WKF-VMS);**
**Joint Letter confirming conclusion of discovery.**

Honorable Vera M. Scanlon:

This letter, submitted jointly by counsel for each party, will serve as confirmation that discovery has concluded for the above captioned matter.

Thank you for your consideration herein.

/s/
Joseph J. Karlya III, Esq.
Law Offices of Christopher J. Cassar, P.C.
*Attorneys for Plaintiff*
13 East Carver Street
Huntington, New York 11743
(631) 271-6596
Email: jkarlya@cassarlaw.com

/s/
Maria Fernanda DeCastro, Esq.
Corporation Counsel of the
City of New York
*Attorney for Defendants*
100 Church Street, Room 3-201
(212) 356-2658
Email: mdecastr@law.nyc.gov

JKIII/