UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

EVANGELOUS GERASIMOU,

                                        Plaintiff,        **NOTICE OF MOTION**

     -against-                                   15-CV-6892 (WFK)(VMS)

THE CITY OF NEW YORK, MICHAEL CILLIS, in his
individual and official capacities, and JOHN BRENES, in
his individual and official capacities,

                                        Defendants.

------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that upon the Declaration of Maria Fernanda DeCastro, dated March 24, 2017, and the exhibits annexed thereto; Defendants' Statement of Material Facts pursuant to Local Civil Rule 56.1, dated March 24, 2017; the accompanying memorandum of law, dated March 24, 2017; and all pleadings and proceedings previously had herein, defendants City, Brenes, and Cillis will move this Court before the Honorable William F. Kuntz, II, at the United States District Court for the Eastern District of New York, located at 25 Cadman Plaza W, Brooklyn, NY 11201, at a date and time to be determined by the Court, for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for such other and further relief as the Court deems just, proper and equitable.

        **PLEASE FURTHER TAKE NOTICE** that pursuant to Court Order dated January 20, 2017, opposition papers, if any, shall be filed on or before May 5, 2017.

        **PLEASE TAKE FURTHER NOTICE** that pursuant to Court Order dated

1

January 20, 2017, Defendants' reply papers, if any, shall be filed on or before June 16, 2017.

Dated:        New York, New York
              March 24, 2017

                                            ZACHARY W. CARTER
                                            Corporation Counsel of the
                                            City of New York
                                            *Attorney for Defendants City of New York,*
                                              *Michael Cillis, and Scott Brenes*
                                            100 Church Street, Room 3-201
                                            New York, New York  10007
                                            (212) 356-2658

                                            By:  _____/s/_____
                                              Maria Fernanda DeCastro


TO:     BY FIRST-CLASS MAIL and EMAIL
        Christopher J. Cassar, Esq.
        *Attorneys for Plaintiff*
        The Law Offices of Christopher J. Cassar, P.C.
        13 East Carver Street
        Huntington, New York 11743
        (631) 271-6596

2