UNITED STATES DISTRICT COURT
EASTERN OF NEW YORK

-----------------------------------------------------------------------X

EVANGELOUS GERASIMOU,

                                       Plaintiff,

          -against-

THE CITY OF NEW YORK, MICHAEL CILLIS, in his
individual and official capacities, and JOHN BRENES,
in his individual and official capacities,

                                   Defendants.

**DECLARATION OF MARIA FERNANDA DECASTRO IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

15-CV-6892 (WFK) (VMS)

--------------------------------------------------------------------x

      Maria Fernanda DeCastro, an attorney duly admitted to practice in the United States District Court for the Eastern District of New York, declares, under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

      1.    I am an Assistant Corporation Counsel at the New York City Law Department, Office of the Corporation Counsel, and I make this declaration in support of defendants City of New York ("City"), New York City Police Department ("NYPD") Police Officer Michael Cillis, and NYPD Sergeant Scott Brenes's[1] ("Defendants") motion for Summary Judgment pursuant to Fed. R. Civ. Proc. 56.  I am fully familiar with the matters set forth herein. In support of their motion, defendants submit the procedural history and exhibits described below.

      2.    Plaintiff commenced the instant lawsuit by filing his Complaint on December 3, 2015, asserting claims against the City, Officer Cillis, and Sgt. Brenes. The Complaint (hereinafter "Pl.'s Cmplt."), which is annexed hereto as "Exhibit A", alleges that on

---

[1] Defendants note that Defendant Scott Brenes is sued herein as "John Brenes."

June 16, 2015, Defendants arrested plaintiff for "Criminal Possession of a Forged Instrument in the Third Degree (Penal Law § 170.20) and Operating a Motor Vehicle Without a License Plate (VTL § 402-1)." Pl.'s Cmplt. at ¶¶ 1, 9.

       3.       Defendants City, Cillis, and Brenes answered the Complaint on or about January 29, 2016. See E.D.N.Y. Civil Case No. 15 CV 6892 (WFK) (VMS) at Docket Entry No. 8.

       4.       Annexed hereto as "Exhibit B" are excerpts from plaintiff Evangelos Gerasimou's Oct. 3, 2016 Deposition Transcript, in which plaintiff testifies that the vehicle he was driving at the time of his arrest, a 2015 Mercedes Benz, had been leased by his friend, George Fragedis, from a car dealership in the State of Delaware, via a broker in New Jersey. The vehicle had been delivered to Mr. Fragedis's home in Queens just two to three weeks prior to the night of plaintiff's arrest. Prior to the date of his arrest, plaintiff had not provided Mr. Fragedis with any money towards the payment of leasing fees. However, at some point following his arrest on June 16, 2015, plaintiff states that he gave Mr. Fragedis approximately $2,000 toward the down payment of the lease of the 2015 Mercedes Benz, and began to provide Fragedis, on occasion, with some money in exchange for the use of the vehicle leased by Fragedis. Plaintiff also testifies, with respect to his June 16, 2015 arrest, that he was pulled over by an unmarked car with lights flashing, and that when the police officers approached him, they requested to see the vehicle's registration and insurance cards, both of which plaintiff provided. Plaintiff further testifies that the car's license plate was a temporary paper plate affixed to the vehicle's inside rear window with tape, and that, a few minutes after obtaining the vehicle's information from plaintiff, the officers who had stopped him opened the rear door of the vehicle and retrieved the license plate from the window. According to plaintiff, upon inspecting the

license plate, the police officers informed him that the plate was a "fake" and a "fraudulent instrument." Plaintiff also testifies that at some point, additional officers arrived at the scene, and thereafter, one or more of the officers handcuffed plaintiff and in the process of doing so, "[t]hey pushed [him]." At the same time, plaintiff admits that he did not suffer any physical injuries in connection with the handcuffing and/or any interactions that he had with police on June 16, 2015. Plaintiff testifies that he left the precinct later that same evening with a "ticket."

        5.        Annexed hereto as "Exhibit C" are excerpts of Defendant Michael Cillis's Oct. 4, 2016 Deposition Transcript, in which Officer Cillis testifies that on the evening of June 16, 2015, he was assigned to the 111th Precinct's Anti-Crime Unit and was on patrol along with Sgt. Brenes, in plainclothes and in an unmarked police car. At a certain point that night, the Officers found themselves driving directly behind plaintiff's vehicle, which did not have a license plate visibly displayed on the rear of the vehicle. Therefore, as Cillis testifies, the Officers engaged their lights and pulled over plaintiff's vehicle. Officer Cillis could see a temporary license plate "behind the tint of the rear window" as he approached the stopped vehicle. Officer Cillis testifies that he reviewed the temporary paper plate from the State of Delaware and determined that certain discrepancies on the document indicated that it was invalid; specifically, the word "The" was faded that it was difficult to read, and the first letter of the license plate number was cut off. Officer Cillis testifies that he handcuffed plaintiff and placed him in the backseat of the police car. While plaintiff was handcuffed, either Officer Cillis or Sgt. Brenes called a car dealership or someplace similar, in attempt to verify that plaintiff's license plate was valid; however, there was no answer to the call. Plaintiff was placed under arrest for Possession of a Forged Instrument in the Third Degree (N.Y.P.L. § 170.20) and for failing to have a license plate attached to his vehicle (V.T.L. § 402-1), as Cillis had deemed the

license plate to be invalid. Plaintiff was issued a Desk Appearance Ticket ("DAT") at the 111th Precinct stationhouse, and released.

      6.      Annexed hereto as "Exhibit D" are excerpts of Defendant Scott Brenes s/h/a John Brenes's Oct. 4, 2014 Deposition Transcript, in which Sergeant Brenes testifies that on the evening of June 16, 2015, he was on patrol with Officer Cillis. Sgt. Brenes testifies that at some point, either prior to or following plaintiff's arrest, he reviewed the temporary license plate from the vehicle plaintiff had been driving, and he concurred with Officer Cillis's determination that the plate was a forgery. Sgt. Brenes further testifies that, in determining whether or not a license plate is a forgery, in the case of a paper plate, police officers generally check if there is any information on the document that has been cut off; if so, this indicates to the police that the document has been tampered with.

      7.      Annexed hereto as "Exhibit E" is a copy of the OLPA for Gerasimou, Evangelos, dated June 16, 2015, Bates No. DEF 34, showing that plaintiff spent a total of approximately fifty (50) minutes in custody upon his arrest on June 16, 2015.

      8.      Annexed hereto as "Exhibit F," is a copy of the Criminal Court Action sheet in People of the State of New York v. Gerasimou, Evangelous, Bates No. DEF 41, showing that plaintiff was arraigned on June 26, 2015.

      9.      Annexed hereto as "Exhibit G" is a copy of the Charging Instrument in People of the State of New York v. Gerasimou, Evangelous, Bates Nos. DEF 39 - 40, showing that plaintiff was arraigned on one count each of N.Y.P.L. § 170.20 (Possession of a Forged Instrument in the Third Degree) ("…with intent to defraud, deceive or injure another, utter or possess a forged instrument, knowing it was forged") and V.T.L. § 402-1 ("operat[ing], driv[ing], or park[ing] upon the state's public highways a motor vehicle without a distinctive

4

number and a set of number plates with a number and other identification matter corresponding to the certificate of registration conspicuously displayed, one on the front and one on the rear of such vehicle. . . .").

10. Annexed hereto as "Exhibit H" is a copy of People of the State of New York v. Gerasimou, Evangelos, Certificate of Disposition No. 316879, dated July 9, 2015, Bates No. DEF 36, showing that each of the criminal charges against plaintiff was dismissed on July 9, 2015.

11. Annexed hereto as "Exhibit I" is the June 16, 2015 Arrest Report of Gerasimou, Evangelos, Bates Nos. DEF 1-DEF 3, charging plaintiff with violations of New York Penal Law ("N.Y.P.L.") § 170.20, Criminal Possession of a Forged Instrument in the Third Degree, and New York Vehicle and Traffic Law ("V.T.L.") § 402-1, Operating a Motor Vehicle Without a License Plate.

12. Annexed hereto as "Exhibit J" is a copy of the Temporary License Plate from the State of Delaware that was taped to the inside of the vehicle that plaintiff was driving on June 16, 2015.

Dated: New York, New York
March 24, 2017

          ZACHARY W. CARTER
          Corporation Counsel of the
          City of New York
          *Attorney for Defendants*
          100 Church Street, Room 3-201
          New York, New York 10007
          (212) 356-2658

By:    /s/
      Maria Fernanda DeCastro
      Assistant Corporation Counsel

TO: <u>BY FIRST-CLASS MAIL</u>
Christopher J. Cassar, Esq.
*Attorneys for Plaintiff*
The Law Offices of Christopher J. Cassar, P.C.
13 East Carver Street
Huntington, New York 11743
(631) 271-6596