ORIGINAL

1   UNITED STATES DISTRICT COURT
    EASTERN DISTRICT OF NEW YORK
2   ------------------------------------------------------X
    EVANGELOS GERASIMOU,
3
                                        PLAINTIFF,
4
                 -against-             Index No.:
5                                      15-CV-6892

6

    CITY OF NEW YORK,
7   MICHAEL CILLIS, in his individual and official capacities,
    and JOHN BRENES, in his individual and official capacities,
8
                                        DEFENDANTS.
9   ------------------------------------------------------X

10

                              DATE:  October 3, 2016
11                            TIME:  10:17 A.M.

12

13

14            DEPOSITION of the Plaintiff, EVANGELOS

15   GERASIMOU, taken by the Defendant, pursuant to a Court

16   Order and Federal Rules of Civil Procedure, held at the

17   offices of New York City Law Department, 100 Church Street,

18   4th Floor, New York, New York 10007, before Jamie Bortner,

19   a Notary Public of the State of New York.

20

21

22

23

24

25

```
 1     A P P E A R A N C E S :

 2
       CHRISTOPHER J. CASSAR, ESQ
 3          Attorneys for the Plaintiff
            EVANGELOS GERASIMOU
 4          13 East Carver Street
            Huntington, New York 11743
 5          BY:   JOSEPH KARLYA, ESQ.

 6

 7     ZACHARY W. CARTER, ESQ.
       CORPORATION COUNSEL
 8     NEW YORK CITY LAW DEPARTMENT
            Attorneys for the Defendants
 9          CITY OF NEW YORK,
            MICHAEL CILLIS, in his individual and official
10          capacities, and JOHN BRENES, in his individual and
            official capacities,
11          100 Church Street
            New York, New York 10007-2601
12          BY:   MARIA DECASTRO, ESQ.
            File #:  2015-053645
13          Control #:  163274

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              F E D E R A L   S T I P U L A T I O N S

 2

 3

 4          IT IS HEREBY STIPULATED AND AGREED by and between

 5     the counsel for the respective parties herein that the

 6     sealing, filing and certification of the within deposition

 7     be waived; that the original of the deposition may be

 8     signed and sworn to by the witness before anyone authorized

 9     to administer an oath, with the same effect as if signed

10     before a Judge of the Court; that an unsigned copy of the

11     deposition may be used with the same force and effect as if

12     signed by the witness, 30 days after service of the

13     original & 1 copy of same upon counsel for the witness.

14

15          IT IS FURTHER STIPULATED AND AGREED that all

16     objections except as to form, are reserved to the time of

17     trial.

18

19                    *       *       *       *

20

21

22

23

24

25
```

E. GERASIMOU

1    E V A N G E L O S  G E R A S I M O U, called as a witness,

2    having been first duly sworn by a Notary Public of the

3    State of New York, was examined and testified as follows:

4    EXAMINATION BY.

5    MS. DECASTRO:

6        Q.    Please state your name for the record.

7        A.    Evangelos Gerasimou.

8        Q.    What is your address?

9        A.    1610 Westwood Lane, Greenport, New York 11944.

10       Q.    Good morning.  My name is Maria Decastro and I

11   represent Defendant City of New York, Michael Cillis and

12   John Brenes in the lawsuit that you have filed, which is

13   presently pending for the United States District Court.

14   Please state your name for the record.

15       A.    Evangelos Gerasimou.

16       Q.    Have you ever your deposition taken before?

17       A.    Other cases?  Yes.

18       Q.    How many times?

19       A.    Couple of times.

20       Q.    Can you give us a number?

21       A.    Approximately two to five.

22       Q.    When was the first time you had your deposition

23   taken?

24       A.    Don't really remember.  Couple of years ago.

25       Q.    What was that testimony given in relation to?

E. GERASIMOU

1    A.    Was civil lawsuit.

2    Q.    Were you a defendant or plaintiff?

3    A.    Defendant.

4    Q.    You were being sued?

5    A.    Right.

6    Q.    Who was suing you?

7    A.    It was a foreclosed mortgage against my name.

8    Q.    What was the outcome of that case?

9    A.    It was settled.

10   Q.    Was it settled out of court?

11   A.    Yes.

12   Q.    What year was that in, that had your deposition

13   taken?

14   A.    I think it was more than ten years ago.

15   Q.    So, around 2006; does that sound right?

16   A.    Approximately.

17   Q.    When was the next time you had your deposition

18   taken?

19   A.    Don't remember.

20   Q.    What was the next deposition you remember

21   attending?

22   A.    I don't really remember.  I am just blind.

23   Q.    You said it was two to five times.  The only time

24   you remember is the time you had the foreclosure case?

25   A.    Yes.

E. GERASIMOU

1    Q.    Do you have any lawsuits that you were the

2   plaintiff in?

3    A.    Not really.  Don't remember.

4    Q.    Not really or you don't remember?

5    A.    Don't remember.

6    Q.    Can you say what years, approximately, those were

7   in?

8    A.    I don't remember.  I don't recall all this

9   information.

10    Q.    Was it more than ten years ago?

11    A.    Again, I don't remember.

12    Q.    Besides the mortgage, have you ever received a

13   settlement from a lawsuit?

14    A.    No.

15    Q.    Have you ever gone to trial in a civil matter?

16    A.    I'm sorry?

17    Q.    Have you ever gone to trial in a civil matter?

18    A.    No.

19    Q.    You don't remember ever suing anyone?

20    A.    No.

21    Q.    Were any of those lawsuits police related?

22    A.    I'm sorry?

23    Q.    Were any of those other lawsuits you were

24   involved in police related?

25    A.    No.

E. GERASIMOU

1    Q.    Do you understand that you have just taken an

2    oath to tell the truth?

3    A.    Yes.

4    Q.    Do you understand that even though we're not in a

5    courtroom right now, the oath is the same the same as it

6    would be at the stand on trial?

7    A.    Yes.

8    Q.    The court reporter will be recording both my

9    questions and your answers.  Accordingly, you must give

10   verbal responses.  You can't nod your head or say mm-hmm or

11   uh-huh; do you understand that?

12   A.    Repeat, please.

13   Q.    The court reporter here today, will be taking

14   down both my questions and your answers.  Accordingly, you

15   have to give verbal responses.  Meaning, you can't shake

16   your head or say uh-huh; do you understand that?

17   A.    Yes.

18   Q.    Please keep your voice up and speak clearly, so

19   the court reporter can transcribe the deposition

20   accurately; do you understand that?

21   A.    Yes.

22   Q.    Please let me finish my question, before you

23   start to answer.  That way, the court reporter can take

24   down both my question and your answer; is that understood?

25   A.    Yes.

E. GERASIMOU

1    Q.    If I ask you a question and you do not understand

2    the question, will you please tell me?

3    A.    Yes.

4    Q.    If I ask you a question and you do not hear part

5    of the question, will you please tell me?

6    A.    Yes.

7    Q.    Unless you say otherwise, I will assume that you

8    understood the entire question; is that understood?

9    A.    Yes.

10    Q.    I only expect you to testify about things that

11    you do remember.  If you do not remember, you must say

12    that; is that understood?

13    A.    Yes.

14    Q.    Do not guess.  Like I said before, if you do not

15    know the answer to the question, tell me you do not know;

16    is that understood?

17    A.    Yes.

18    Q.    You may review the transcript that will be

19    generated by the court reporter here today, from the

20    testimony you give.  Do you understand that after you

21    review the transcript, you may make changes to it?

22    A.    Yes.

23    Q.    Do you understand that if you make changes, I'm

24    going to be able to comment on those changes at trial?

25    A.    Yes.

E. GERASIMOU

1       Q.      If at any point in this deposition you want to

2       take a break, let me know and we will do so.  The only

3       thing I ask is, if there's a question pending, that you

4       answer the question first, and then we take the break; is

5       that understood?

6       A.      Yes.

7       Q.      Is there any reason you cannot testify fully,

8       truthfully and accurately, here today?

9       A.      No.

10      Q.      Are there any prescription medications or

11      over-the-counter medications that you've taken, within the

12      past 24 hours?

13      A.      No.

14      Q.      Are there any prescription medications or

15      over-the-counter medications that you should have taken

16      over the last 24 hours, but did not take?

17      A.      No.

18      Q.      Have you taken any illegal drugs within the last

19      24 hours?

20      A.      No.

21      Q.      Have you drank any alcohol within the last 24

22      hours?

23      A.      No.

24      Q.      Have you ever been known by any other names,

25      other than Evangelos Gerasimou?

E. GERASIMOU

1     A.     Yes.

2     Q.     What names?

3     A.     Angelo.

4     Q.     Is that A-N-G-E-L-O?

5     A.     Yep.

6     Q.     Anything else?

7     A.     Gatos.

8     Q.     First name Angelo, last name Gatos?

9     A.     Yes.

10    Q.     What context did you use that name?

11    A.     I'm sorry?

12    Q.     What did you use that name for?

13    A.     It's like, the family name, from back home.

14    Q.     Did you ever use that name here in the United

15    States?

16    A.     Yes.

17    Q.     Did you ever use that name in any official

18    documents?

19    A.     Yes.

20    Q.     What kind of documents?

21    A.     It was loans.

22    Q.     Loans for what?

23    A.     Home loans for houses.

24    Q.     Is there a reason why you use that name and not

25    Evangelos Gerasimou?

E. GERASIMOU

1    A.    Because, it was a strong credit.

2    Q.    What was strong credit?

3    A.    Under Angelo Gatos.

4    Q.    So, you used a different name than your own

5    because that name had a strong credit?

6    A.    Yes.

7    Q.    Did you use a different Social Security number

8    when you were applying for those loans, too?

9    A.    No.

10   Q.    What other documents have you used the name

11   Angelo Gatos?

12   A.    Not anywhere else.

13   Q.    Nowhere else?

14   A.    No.

15   Q.    What is your Social Security number?

16   A.    It's XXX-XX-6640.

17   Q.    When you applied for those loans in the name

18   Angelo Gatos, did you use that Social Security number

19   ending in 6640?

20   A.    Yes.

21   Q.    Have you ever used any other Social Security

22   numbers?

23   A.    I don't remember.

24   Q.    You might have used other Social Security

25   numbers?

E. GERASIMOU

1    A.    I don't remember.

2    Q.    What is your date of birth?

3    A.    XX/XX/1964.

4    Q.    Have you ever used any other date of birth?

5    A.    Don't remember.

6    Q.    You might have used another date of birth?

7    A.    I don't remember.

8    Q.    Where were you born?

9    A.    Norberg, West Germany.

10   Q.    Are you a United States citizen?

11   A.    Yes.

12   Q.    When did you become a citizen?

13   A.    Don't remember, long time ago.

14   Q.    Can you approximate how many years ago?

15   A.    Must be over 20/25 years.  I don't remember,

16   exactly.

17   Q.    Where did you live prior to coming to the United

18   States?

19   A.    In Greece.

20   Q.    What is your current address?

21   A.    1610 Westwood Lane, Greenport, New York 11944.

22   Q.    Do you own or rent that location?

23   A.    Own.

24   Q.    How long have you lived at that address?

25   A.    Four months.

E. GERASIMOU

1    Q.    Where did you live prior to living there?

2    A.    2400 Sound Drive, Greenport, New York 11944.

3    Q.    Did you own or rent that location?

4    A.    Own.

5    Q.    Were either of those homes in the name of Angelo

6    Gatos?

7    A.    No.

8    Q.    With whom do you live at 1610 Westwood Lane?

9    A.    My wife.

10   Q.    Anyone else?

11   A.    No.

12   Q.    What is her name?

13   A.    Anna-Marie.

14   Q.    Same last name?

15   A.    Yes.

16   Q.    What do you currently do for a living?  What do

17   you do for work?

18   A.    Self employed; working doing construction.

19   Q.    Anything else?

20   A.    And also, dealing with distressed properties,

21   foreclosure properties and any type of distressed property.

22   Q.    What do you do with the distressed properties?

23   A.    We fix them and sell them.

24   Q.    On June 16th, 2015, did you have that same job?

25   A.    Correct, yes.

E. GERASIMOU

1    Q.    Do you do that under the name of a company or do
2    you do that under your own name?
3    A.    Under my name.
4    Q.    How much do you pay for your mortgage, currently,
5    in the home you live in?
6    A.    Approximately, 3,500 dollar payments.
7    Q.    A month?
8    A.    Yes.
9    Q.    Besides mortgage on the property, do you have any
10   bills related to that home?
11   A.    Yes.
12   Q.    Can you tell me what kind of bills?
13   A.    Optimum, TV, water bill, landscaper.
14   Q.    What would you estimate your total expenses are
15   per month?
16   A.    4,000/4,200.
17   Q.    Does your wife work?
18   A.    Not now.
19   Q.    You said you're currently married.  Have you ever
20   been married besides the marriage you're currently in?
21   A.    No.
22   Q.    Do you have any children?
23   A.    Yes.
24   Q.    How many?
25   A.    Two.

E. GERASIMOU

1    Q.    What are their names?

2    A.    Michael, same last name, and Stacy.

3    Q.    How old is Michael?

4    A.    25.

5    Q.    How old is Stacy?

6    A.    22.

7    Q.    Have you spoken to Michael, Stacy or your wife

8    about this incident?  When I say, this incident, I mean the

9    incident that happened on June 16th, 2015.

10   A.    Yes.

11   Q.    On how many occasions?

12   A.    I don't remember.

13   Q.    You've spoken to Michael, Stacy and your wife

14   about it or just some of them?

15   A.    All of them.

16   Q.    Have you spoken to them more than once about this

17   incident?

18   A.    Yes.

19   Q.    When was the first time you spoke to your wife

20   about this incident?

21   A.    Same night, June 16th.

22   Q.    You said the same night, approximately, what time

23   that night?

24   A.    Morning hours, I was home.

25   Q.    What did you say to her about it?

E. GERASIMOU

1      A.      What exactly happened.

2      Q.      Can you tell me exactly what you said to her?

3      A.      So you want me to explain the whole story?

4      Q.      No, I want you to tell me what you said to her

5   when you got home.

6      A.      The story.  If you want me to explain the story,

7   I start explaining story.

8      Q.      I just want to you to tell me what you said to

9   your wife, when you got home.

10      A.      The description of what happened in my arrest.

11   What went on with that particular night.

12      Q.      What was the description that you gave her?

13      A.      The description that I gave her explained the

14   story.  I left restaurant on Northern Boulevard and make a

15   right on Francis Lewis Boulevard, to go towards Long Island

16   Expressway and unmarked police car stopped me to check on

17   me.

18      Q.      Did you tell your wife that you had been

19   arrested?

20      A.      Yes.  Continuing to explain the whole story.

21   What took place with the two police officers.  What

22   documents we did exchange.  How was the conversation with

23   them, and how they release me from after the police

24   precinct with the lieutenant.  At the time there, figure

25   the opposite what these two officers were claiming against

E. GERASIMOU

1   me.

2       Q.      Did your wife have any reactions to you telling

3   her this?

4       A.      Yes.

5       Q.      What was her reaction?

6       A.      She was very upset.

7       Q.      You said it was in the early morning hours that

8   you had this conversation?

9       A.      Yes.

10      Q.      Can you approximate what time that was?

11      A.      Don't remember.

12      Q.      When was the next time you had a conversation

13  about this incident with your wife?

14      A.      The next days.  The next weeks, we were talking

15  about it.

16      Q.      Why were you always talking about it?

17      A.      Because, we had two court appearances to deal

18  with.  I had to hire an attorney and also the car was

19  confiscate and we had to deal to release the car.

20      Q.      You said you spoke to your children about this

21  incident, too.  How many times did you speak to Michael

22  about the incident?

23      A.      Enough times.  Don't remember how many.

24      Q.      Can you tell me what the substance of those

25  conversations were?

18

E. GERASIMOU

1    A.    Regarding the police department, how they react,

2    some of them.  Not all of them.  They have that same

3    reactions.  We do have friends in police department and

4    that was like the kind of conversations we had.

5    Q.    What about with Stacy?  How many times would you

6    estimate you spoke to her about this incident?

7    A.    Again, don't remember how many times, but enough

8    times in the next days and weeks.

9    Q.    What was the substance of those conversations?

10   A.    Again, the same as Michael.  How some of the

11   officers, they acting like cowboys.  They do have a lot of

12   anger in them.  I don't really understand why and how.

13   It's not supposed to be that way, because some of them they

14   making the picture of the whole police department really

15   bad.

16   Q.    When you said that you told your daughter some

17   officers were acting like cowboys, do you feel the officers

18   in this incident were acting like cowboys?

19   A.    Yes, absolutely.

20   Q.    Tell me why.

21   A.    The level of their voice.  They stop and took the

22   papers in their hands.  In their mind, I think, was already

23   judgement made, like, the car is illegal car and this

24   plates and paperwork which I had for the car, did not

25   really matter for them.

E. GERASIMOU

1      Q.     When you said they had already had their

2   judgement made that the car was are illegal, why do you

3   think that?

4      A.     Because, after they coming back into my car, they

5   took the paperwork with the registration and insurance and

6   the plate, they came with really high voice and bad

7   attitude.

8          Those documents, they are fraudulent documents.

9   You did arrest again for that and tell us who supplied you

10  those documents.

11         I did answer to them.  Really, I'm sure this car

12  is leased from the state of Delaware.  This is the

13  paperwork which they supply me from there.  Really, I don't

14  think Mercedes dealer would make that type of mistake, but,

15  if, let's say, there is a mistake, please get to the bottom

16  and make a phone call to them.

17     Q.     When you said you told them that you believe the

18  car was leased from the state of Delaware --

19     A.     No, the car is leased from the State of Delaware

20  from a Mercedes dealership there and I don't think that

21  dealership gave that fraudulent paperwork out.  As a

22  Mercedes dealer, it was real surprise to me.

23     Q.     Was that car leased by you?

24     A.     No.

25     Q.     Who was it leased by?

E. GERASIMOU

| | | |
|---|---|---|
| 1 | A. | George Fragedis. |
| 2 | Q. | Who is that person? |
| 3 | A. | A friend and partner of mine. |
| 4 | Q. | Partner in what matters? |
| 5 | A. | Buying house together. |
| 6 | Q. | What was his last name? |
| 7 | A. | F-R-A-G-E-D-I-S. |
| 8 | Q. | Were you with Mr. Fragedis when he purchased that |
| 9 | car? | |
| 10 | A. | Yes. |
| 11 | Q. | Where did he purchase that car from? |
| 12 | A. | A dealer over in Delaware.  Actually, they did |
| 13 | deliver the car to us here.  We didn't have to go there. | |
| 14 | Q. | Who delivered the car? |
| 15 | A. | The dealer. |
| 16 | Q. | You were with him when he got that car? |
| 17 | A. | I'm sorry? |
| 18 | Q. | You were with him when he got that car? |
| 19 | A. | Yes. |
| 20 | Q. | Where was that? |
| 21 | A. | At his house. |
| 22 | Q. | Where does he live? |
| 23 | A. | It's 73 Avenue, Douglaston, Queens. |
| 24 | Q. | In Queens? |
| 25 | A. | Yes. |

E. GERASIMOU

1    Q.    What was the date that you were there, when you

2    received the car?

3    A.    Don't remember.  It was a couple of weeks.  Two

4    or three weeks before that event took place.

5    Q.    Does Mr. Fragedis still own that vehicle?

6    A.    Yes, it's leased.  It's not actually own.  It's

7    leased car.

8    Q.    Does he still lease that vehicle?

9    A.    Yes.

10   Q.    At any point did he transfer the lease to you?

11   A.    No.

12   Q.    You said the car was delivered to his home.  What

13   did the delivery person look like, that delivered the car?

14   A.    Probably 30 years old, Spanish.  Actually, it was

15   the driver.

16   Q.    What was he wearing?

17   A.    Regular clothes.  I don't remember.  I don't

18   recall.

19   Q.    Was he coming from a car dealership?  Did it

20   appear he was coming from a dealership?

21   A.    Yes, from the dealership in Delaware.

22   Q.    Do you know the name of the dealership?

23   A.    No, I don't recall it.

24   Q.    Were you there when Mr. Fragedis picked out the

25   car in Delaware?

E. GERASIMOU

1    A.    Fragedis never went to Delaware.

2    Q.    How did he come about getting this car; if you

3    know?

4    A.    From there?  His company in New Jersey.  What

5    they do is, they lease cars in good rates.

6    Q.    Did you go to Jersey with him to pick out this

7    car?

8    A.    No, the car was delivered to New York.

9    Q.    Had you known anything about the car, before it

10   was delivered to New York?

11   A.    No, it was a brand new car.

12   Q.    Had you helped him in picking out this car?

13   A.    No.

14   Q.    When you were there, when the car was delivered,

15   had you gone there to his house that day because the car

16   was being delivered?

17   A.    Yes.

18   Q.    Why?  Why had you gone there, because the car was

19   being delivered?

20   A.    He called me.  They were bringing the car and I

21   went over there and took a look at the car.

22   Q.    Did he lease that car for your use or his use?

23   A.    His use and my use, sometimes.

24   Q.    Why would he let you use that car?

25   A.    Sometimes we do business together and drive

E. GERASIMOU

1    together and sometimes I use it with him.  Sometimes he use

2    the car.

3        Q.    What kind of business were you doing together

4    around the time the car arrived at his house; around June

5    of 2015?

6        A.    Nothing.

7        Q.    So, you weren't doing any business together?

8        A.    That night, no.

9        Q.    Around June 2015, you had a business where you

10   guys engaged in together?

11       A.    I don't remember.  I don't recall that time.

12       Q.    Is it different then the business you do together

13   now?

14       A.    No.

15       Q.    Were you doing home construction work with him?

16       A.    Correct.

17       Q.    Anything else?

18       A.    Nope.

19       Q.    Do you still talk to this Mr. Fragedis?

20       A.    Yes.

21       Q.    How often?

22       A.    Every day.

23       Q.    How often do you see him in person?

24       A.    Couple of times a week.

25       Q.    Do you ever still drive his car, currently?

E. GERASIMOU

```
 1      A.      Yes.

 2      Q.      Is that the same car, the Mercedes, that you were

 3  arrested for driving, on June 16th of 2015?

 4      A.      Yes.

 5      Q.      How often do you drive that car, currently?

 6      A.      How often?  Couple of times a week.

 7      Q.      Did you speak to Mr. Fragedis about this

 8  incident, after it happened?

 9      A.      Yes.

10      Q.      How long after this incident, did you first speak

11  to him?

12      A.      The same night.

13      Q.      Did you call him or he called you?

14      A.      I called him.

15      Q.      Did you send him any text messages related to

16  this incident?

17      A.      Don't remember.

18              MS. DECASTRO:  We call for the production of

19          any text message conversations exchanged between

20          Plaintiff and Mr. Fragedis.

21              MR. KARLYA:  Counsel acknowledges.

22      Q.      What did you say to him that night?

23      A.      I told him what exactly happened.

24      Q.      What did you tell him happened?

25      A.      Two cops, they pulled me over.  They arrest me,
```

E. GERASIMOU

```
 1   because they make judgement that the paperwork in the car
 2   was fraudulent instrument and they claim the car was stolen
 3   and then they took me to the precinct and somehow, I don't
 4   know how, they verified, what they verified.  They told me,
 5   I can take the car and leave, but, they have to keep the
 6   plate.
 7        Q.    What did Mr. Fragedis say in response to that?
 8        A.    His response was, question in his mind if the
 9   dealers did something wrong or the broker through New
10   Jersey who he gets the car.
11        Q.    Whether the broker had done something wrong?
12        A.    Yeah.
13        Q.    Is there anything else that you said or that he
14   said, during that conversation?
15        A.    No, we said -- after I left the precinct, the
16   lieutenant at that time even told me, these two cops they
17   don't even know what are they doing.  Even they offer me to
18   take the car home, but, somehow they issue me ticket to
19   appear in court and they told me they have to keep the
20   plate number as evidence.  I told them, how I'm going to
21   take this car home with no plates from the precinct?
22        Q.    Who did you tell that to?
23        A.    To the police officer.
24        Q.    Which police officer?
25        A.    It was the younger in the age.
```

E. GERASIMOU

1    Q.    What did he say in response to that?

2    A.    I told him, absolutely not.  You don't know what

3    you're doing.  I'm going to the lieutenant to get the form

4    to make a complaint against you.

5    Q.    Did you get a form to make a complaint against

6    them?

7    A.    The lieutenant came over, pulled me on the side

8    and that's when he told me, you know these guys they don't

9    know what they're doing.  He tried to tell me, don't do any

10   complaint and said some -- I don't remember exactly what

11   went on in conversation.

12        I told him, no.  I'm going to do the complaint.

13   I got arrested, they brought me here for no reason and

14   let's wait until tomorrow, in any event, to contact the

15   dealer.  Then we go to DMV to figure exactly what the story

16   is.

17   Q.    Did you contact the dealer the next day?

18   A.    Correct.

19   Q.    What was the name of the dealer?

20   A.    I'm sorry?

21   Q.    You said you contacted the dealer.  What was the

22   name of the dealer you contacted?

23   A.    I don't recall the name from the dealer.  I do

24   have the e-mails from the next day and the next couple of

25   days and also from DMV, who corresponds from them said

E. GERASIMOU

1    everything was one hundred percent correct and that's the

2    paperwork which the State of Delaware issue.

3              MR. DECASTRO:  We call for production of all

4              e-mails from Mr. Gerasimou to the dealer and

5              e-mails from the DMV, as he just stated he sent.

6              We also call for the production of any

7              e-mails Gerasimou to George Fragedis, related to

8              any e-mails to the DMV or to this incident.

9              THE WITNESS:  George has no e-mail.  I spoke

10             to him on the phone the next day, because we were

11             very, very surprised of the situation.  After the

12             lieutenants suggestions, make sure the dealer and

13             everything at the DMV everything is correct, and

14             that's exactly what we did.  I think you do have

15             the supply to all this.

16             MR. DECASTRO:  What was the last question?

17             (Whereupon, the referred-to question was

18             read back by the Reporter.)

19    Q.    Is there a reason why you were contacting the DMV

20    and the dealer and not Mr. Fragedis?

21    A.    Mr. Fragedis is electrician, full-time working

22    through the development of Kennedy Airport and cannot

23    really -- doesn't have no e-mail.  He don't use an e-mail.

24    I wanted to contact them to get it, like, quick answer.

25    Q.    When you e-mailed the dealer, what did the dealer

E. GERASIMOU

1    say to you in response?

2        A.      I don't really remember, but, they said it's

3    impossible on the dealer.  They cheek with the registration

4    department and the registration department said contact the

5    DMV.  So, I do have that response from the Delaware DMV to

6    them.  Then they e-mailed to me and they said, absolutely,

7    that's the plate number.  That the registration number and

8    that plate number is good for 60 days and the original

9    paperwork was mailed to the State of New York.  So,

10   Mr. Fragedis will get the licence plates for the future.

11       Q.      The plates would be Delaware plates or New York

12   plates?  When you say, he would get plates in the future,

13   what do you mean by that?

14       A.      New York plates in the future.

15       Q.      The Delaware DMV said that?

16       A.      No, the dealer.

17       Q.      How did the DMV know what kind of plates

18   Mr. Fragedis would get?

19       A.      Because, Mr. Fragedis lives in New York State and

20   they sent it to New York State.  So, New York State DMV

21   doesn't issue Delaware plates.

22       Q.      Had Mr. Fragedis gone to the New York State DMV

23   and registered that car for new plates?

24       A.      No.  The dealer doing all this.

25       Q.      We'll go back to the incident.  What is your

E. GERASIMOU

1    highest level of education?

2        A.      High school.

3        Q.      Do you have any specialized training?

4        A.      No.

5        Q.      Can you list your employers from the last ten

6    years?

7        A.      Self-employed.

8        Q.      Self-employed for the last ten years?

9        A.      Yes.

10       Q.      Besides what we already discussed in construction

11   and home renewal, have you had any other jobs?

12       A.      No.

13       Q.      Have you ever received unemployment benefits?

14       A.      No.

15       Q.      Have you ever received public assistance?

16       A.      No.

17       Q.      Have you filed taxes in the past ten years?

18       A.      Yes.

19       Q.      Have you filed taxes every year, in the past ten

20   years?

21       A.      Yes, except the last year.  I'm still in

22   extension.

23       Q.      Why are you in extension?

24       A.      My accountant waiting for more documents.

25       Q.      What is the name of your accountant?

E. GERASIMOU

1    A.    ACK Associates.  The name of the accountant is

2   Tony.  I don't recall the last name.

3    Q.    Where are they located?

4    A.    In Hillside Avenue.

5    Q.    In Queens?

6    A.    Correct.

7    Q.    Do you have any family members that work for the

8   New York Police Department?

9    A.    No.

10   Q.    Do you have any friends that work for the New

11  York Police Department?

12   A.    People who I know.  They are not really friends.

13   Q.    How do you know those people?

14   A.    From the community.

15   Q.    What community?

16   A.    I'd say from Greek community.  I know some Greek

17  cops.  I don't recall the names.  From Bayside area, I know

18  a couple of local cops as well.

19   Q.    Did you ever live in Bayside?

20   A.    Yes.

21   Q.    You said that when you were at the precinct on

22  June 16th, 2016, you spoke to a lieutenant.  Had you known

23  that lieutenant prior to that date?

24   A.    I knew about this lieutenant and another

25  lieutenant, two lieutenants, in the same precinct.

E. GERASIMOU

1    Q.    How did you know of them?

2    A.    Again, from the community through another friend.

3    Q.    What did the lieutenant look like, that you saw

4    at the precinct that night?

5    A.    He was like medium size, not too high.  About 45

6    years old.

7    Q.    Had you seen him before, prior to June 16th,

8    2015?

9    A.    Yes.

10    Q.    Where had you seen him?

11    A.    In the same restaurant where I was that night,

12    which I left.  He was there one day.

13    Q.    Had you spoken to him before?

14    A.    No.

15    Q.    Did you get his name?

16    A.    Yes.

17    Q.    What's his name?

18    A.    I don't recall it.

19    Q.    You don't remember any part of his name?

20    A.    No.

21    Q.    What precinct was that?

22    A.    111.

23    Q.    You said he was about 40 years old, medium build.

24    Was he white, black or Hispanic?

25    A.    White.

E. GERASIMOU

1    Q.    Did you know him to be Greek, too?

2    A.    Yes, he's Greek.

3    Q.    How did you know he was Greek?

4    A.    I know from the restaurant he was Greek and also

5    the officer was asking me about him.

6    Q.    Which officer?

7    A.    The officer who arrested me.

8    Q.    What did he ask about him?

9    A.    In the car, he asked me if I know lieutenant -- I

10   forgot the last name.

11   Q.    What did you say?

12   A.    I said yes, I know him.

13   Q.    So, on June 16th, 2015, when he asked you that

14   you knew his name; is that correct?

15   A.    Yes.

16   Q.    But, today you don't know the name?

17   A.    I don't recall the name.  I know the name.  I

18   don't recall it.

19   Q.    Have you spoken to that lieutenant since the date

20   of the incident?

21   A.    The next day or so.  The third day I went back in

22   the precinct and I did supply all the paperwork which I

23   had.  They send me from the dealer, like the DMV

24   corresponds and all of that, at the time.

25   Q.    Who did you supply that to?  To that lieutenant?

E. GERASIMOU

1    A.    Actually, no.  They put me in contact with

2    another officer who was sitting, like, in the right side of

3    that main booth there.

4    Q.    Did anything come as a result of you giving them

5    the paperwork?

6    A.    No.  No, because it was a court case now pending

7    and the answer which I got is, you have to wait to see what

8    the court will decide and take directions from there.

9    Q.    You had not spoken to that lieutenant after the

10   date of incident, the lieutenant you saw that night?

11   A.    No.

12   Q.    Have you seen him since date of the incident?

13   A.    No.

14   Q.    You said you were at a restaurant earlier that

15   night and --

16   A.    No, earlier that night --  that was long time

17   ago.

18   Q.    Let me finish the question.

19        You said you were on a restaurant earlier on the

20   night of June 16th and you had seen that lieutenant at that

21   same restaurant, prior to June 16th, 2015?

22   A.    At the same restaurant, yeah, months ago.

23   Q.    What the name of the restaurant?

24   A.    Mythos.

25   Q.    Where is that located?

E. GERASIMOU

1      A.      On Northern Boulevard.

2      Q.      Northern Boulevard, in what town?

3      A.      Flushing or Bayside.  I think Flushing.

4      Q.      How many months, prior to the incident, had you

5   seen that lieutenant there?

6      A.      Don't remember.

7      Q.      Was it in the same year, 2015?

8      A.      Don't remember.

9      Q.      Had you been introduced to him on that day that

10  you saw him at that restaurant?

11     A.      No.

12     Q.      So, you just saw him?

13     A.      Yes.

14     Q.      Did you have any conversations with him on that

15  date that you saw him?

16     A.      No.

17     Q.      How did you recognize him on the night of June

18  16th, 2015?

19     A.      Because, the officer mentioned his name in the

20  car and then by seeing him, I did remember his face.  I see

21  him in the precinct and actually, it was approximately

22  11:00, I think, reaching into the precinct.

23     Q.      You said that you had recognized his name.  When

24  did you find out what his name was?

25     A.      I knew it's a Greek last name and I knew the last

E. GERASIMOU

1    name is Greek and there's only one Greek lieutenant in the

2    place.

3        Q.    How did you know he was a lieutenant, prior to

4    June 16th of 2015.

5        A.    I knew.  I don't remember; I don't recall from

6    where.

7        Q.    You said the officer mentioned his name in the

8    car ride back to the precinct?

9        A.    Yes.

10        Q.    What did he say about that lieutenant?

11        A.    If I know lieutenant Katehis.  That's the name,

12    Katehis.  K-A-T-E-H-I-S.

13        Q.    Why did he ask you that?

14        A.    I don't know.  He asked me that.

15        Q.    What did you say in response?

16        A.    I said yes, I know him from the community.  Also,

17    at the time they checked me, I show to him like a

18    lieutenant's association card, PBA card.  Which another

19    lieutenant, through another mutual friend, supplied to me.

20    I had from the beginning of the year.

21        Q.    What lieutenant had given that?

22        A.    His name is -- his name is Shawn Odolfin and

23    still he is at 111 and at that time, I think he was there.

24        Q.    You showed that card to who?

25        A.    To the officer.

DIAMOND REPORTING    (877) 624-3287    info@diamondreporting.com

E. GERASIMOU

1    Q.    Why did you show him that card?

2    A.    Always, I keep that card with me.  That time he

3  was telling me, it's fraudulent instruments and blah blah

4  blah.  So, I told him, cannot be.  If you want to call the

5  lieutenant, which, you know, knows my friend, to explain

6  who I am and you guys figure it out.  I was trying to

7  explain to them -- make them believe about this paperwork.

8    Q.    Did the lieutenant's associate card have the name

9  of the lieutenant on the card?

10    A.    No, at that time it was, they put my name on it.

11    Q.    How would they have called the lieutenant using

12  that card?

13    A.    I'm sorry?

14    Q.    How would they have used that card to call the

15  lieutenant?

16    A.    I told them at that time to Sean Odolfin.  He was

17  there at 111 Precinct.

18    Q.    What did the officer say, in response to you

19  showing him the card?

20    A.    Nothing.  Zero.  No response.

21    Q.    Do you currently have any physical health

22  problems?

23    A.    No.

24    Q.    In the past, have you had any physical health

25  problems?

E. GERASIMOU

1    A.    No.

2    Q.    Do you currently have any mental health problems?

3    A.    No.

4    Q.    In the past, have you had any mental health

5    problems?

6    A.    No.

7    Q.    Have you received psychological health counseling

8    or mental health counseling?

9    A.    No.

10   Q.    Do you take medication regularly?

11   A.    Yes.

12   Q.    For what?

13   A.    For cholesterol.

14   Q.    Anything else?

15   A.    No.

16   Q.    Have you ever been committed to a mental health

17   institution?

18   A.    No.

19   Q.    Have you ever gone to a hospital for any other

20   reason, for your personal health?

21   A.    No.

22   Q.    Have you ever had surgery?

23   A.    No.

24   Q.    Have you ever been diagnosed as having memory

25   problems?

E. GERASIMOU

```
 1       A.      No.

 2       Q.      On June 16th, 2015, had you used any drugs?

 3       A.      No.

 4       Q.      Illegal or otherwise?

 5       A.      No.

 6       Q.      Had you used any alcohol?

 7       A.      No.

 8       Q.      Did you prepare with your lawyer for this

 9   deposition?

10       A.      Yes.

11       Q.      How many times?

12       A.      Five minutes on the phone, last Friday.

13       Q.      Any other times?

14       A.      No.

15       Q.      Did you prepare with the person that's sitting

16   next to you or someone else?

17       A.      Yes.

18       Q.      Did you review any documents in preparation for

19   todays deposition?

20       A.      I'm sorry?

21       Q.      Did you review any documents in preparation for

22   todays deposition.

23       A.      No.

24       Q.      Did you bring any documents today to this

25   deposition related to this incident?
```

E. GERASIMOU

```
1    A.    No.

2    Q.    What about the documents you pulled out earlier?

3    A.    That was something else.

4    Q.    They were related to this incident?

5    A.    No.

6    Q.    The arrest report that you pulled out previously,

7  that had the officers' name on it, that's not related to

8  this incident?

9    A.    Yes, that's one.  Yes.

10   Q.    Can you show me all the documents that you

11 brought here today, related to this incident?

12   A.    Oh, the receipts, you mean, from the precinct.

13         MR. KARLYA:  Counsel, to clarify, do you

14         intend to mark these as exhibits?  Do you need to

15         review them?

16         MS. DECASTRO:  Yeah, I'm going to ask for a

17         copy of them.

18              I'm going to ask for production of all of

19         those documents and I'm going to ask for a copy

20         of them.  Do you want to look through them first?

21         MR. KARLYA:  Sure, I'll look through them.

22         It's my understanding that these documents are

23         already in discovery.  If they're not, counsel

24         for the plaintiff will be happy to forward a copy

25         of them.  I'm going to ask my client to hand me
```

E. GERASIMOU

1           the documents, I'll review them.  Thank you.

2                      I'm going to hand to defendant's counsel

3           a desk appearance ticket.  It's my understanding

4           that it's in discovery.

5                      I'm also going to hand to defendant's

6           council WebCrims, online criminal matter record

7           entry for my client.

8                      Thirdly, I'm handing to counsel New York

9           police department, property clerk invoice.  It's

10          invoice 4000319637.

11                     Fourthly, I'm handing to defendant's

12          counsel an e-mail concerning temporary tag for

13          the car.

14                     Fifthly, a similar e-mail concerning the

15          tags for the vehicle.

16                     Sixthly, I'm handing to counsel, state of

17          Delaware Department of Transportation sheet,

18          concerning what I believe to be the car at issue,

19          at the center of todays deposition.  So far I

20          don't think there's anything that has not yet

21          been exchanged in discovery, but I'm happy to

22          share the same.

23                     Seventh, State of Delaware temporary

24          plates, which I also believe are in evidence.

25                     Eighth, a proof of temporary vehicle

E. GERASIMOU

```
1                  registration from Department of Motor Vehicles.
2                          Ninth, this document is between my client
3                  and our office.  So, I'll object to it as
4                  privilege and I won't be giving it to counsel.
5                      MS. DECASTRO:  I'm just going to take a two
6                  minute break.  We will off-the-record at 11:18
7                  a.m.
8                          (Whereupon, a short recess was taken.)
9                          (Whereupon, the referred-to question and
10                 answer was read back by the Reporter.)
11                     MS. DECASTRO:  Back on the record at 11:38
12                 a.m.
13       Q.     Have you ever filed a claim against the City of
14   New York?
15       A.     I'm sorry?
16       Q.     Have you filed a lawsuit against the City of New
17   York?
18       A.     Yes.
19       Q.     When?
20       A.     On this one, right?
21       Q.     Besides this one, I mean.
22       A.     I don't remember to have any other one.
23       Q.     Have you ever testified in a criminal action
24   before?
25       A.     Yes.
```

E. GERASIMOU

1     Q.    How many times?

2     A.    Couple of times.

3     Q.    What was that testimony related to?

4     A.    That was United States against myself.

5     Q.    When was that?  Was that a criminal case that was

6     pending?

7     A.    Correct.

8     Q.    In what year?

9     A.    2004.

10    Q.    Were you arrested at some point related to that?

11    A.    Yes.

12    Q.    What year were you arrested?

13    A.    2004.

14    Q.    What were you accused of doing?

15    A.    Accuse, was arrest of bank fraud.

16    Q.    You said you testified in the criminal action.

17    Did you testify at a trial or somewhere else?

18    A.    It was not a trial.  It was -- maybe it was a

19    trial.  It was a plea agreement.

20    Q.    So, you testified.  When you took a plea, you

21    testified?

22    A.    Testified.

23    Q.    Any other time during that criminal action, did

24    you testify?

25    A.    No.

E. GERASIMOU

1     Q.    Did you testify at a Grand Jury, at any point?

2     A.    No.

3     Q.    Did you serve any jail time in relation to that

4    plea agreement?

5     A.    Yes.

6     Q.    How much jail time?

7     A.    Eight months.

8     Q.    Was that a federal prison facility?

9     A.    Yes.

10    Q.    Where?  What facility?

11    A.    MDC Brooklyn.

12    Q.    Were you in MDC Brooklyn the whole time that you

13    were in custody?

14    A.    Yes.

15    Q.    When did you end up pleading to the bank fraud?

16    A.    2004.

17    Q.    You pled in the same year that you were arrested?

18    A.    I think so.

19    Q.    What had you been accused of doing?

20    A.    Giving the wrong information to the bank.

21    Q.    What bank?

22    A.    Fleet.

23    Q.    Did you use the name Angelo Gatos, when you

24    filled out that information to the bank?

25    A.    Yes.

E. GERASIMOU

1    Q.    Since that day, have you used the name Angelo

2    Gatos?

3    A.    No.

4    Q.    Did you fill out a mortgage application to that

5    bank?

6    A.    Not me.   A mortgage broker.

7    Q.    Did that mortgage broker fill that out on your

8    behalf?

9    A.    Yes.

10    Q.    You said at some point you had testified in a

11    foreclosure action; is that correct?

12    A.    Yes.

13    Q.    Is that testimony related to the criminal matter?

14    A.    No.

15    Q.    You said, at some point you pled guilty.   What

16    did you actually plead guilty to?

17    A.    Bank fraud.

18    Q.    Did you plead guilty because you were guilty?

19    A.    Because that was the advice of my attorney at

20    that time.

21    Q.    You don't think you were guilty of the bank

22    fraud?

23    A.    Not really, in my mind.

24    Q.    Why not really in your mind?

25    A.    Because the mortgage broker recreate the loans.

E. GERASIMOU

1    Q.    What do you mean by that?

2    A.    The mortgage broker recreate the loans and the

3    loans were secured in our property, at the time.  Let's

4    say, false information was given from the mortgage broker

5    to the bank.

6    Q.    Did you sign off on the mortgage broker giving

7    that information to the bank?

8          MR. KARLYA:  Objection on self incrimination

9          grounds.

10         MS. DECASTRO:  He already pled guilty to it,

11         correct?  Is he taking the Fifth Amendment?

12         MR. KARLYA:  Do you want to continue with

13         the answer.

14         THE WITNESS:  If it's objection, I don't

15         want to continue.

16         MR. KARLYA:  I think he answered the

17         question as well as he knows how.

18         MS. DECASTRO:  He already pled guilty to it

19         in criminal court.  So, if he wanted to take the

20         Fifth, he can take the Fifth, as an individual

21         asserting the privilege of the Fifth Amendment

22         right.

23         MR. KARLYA:  Can we step out for just a

24         moment?

25         (Whereupon, a short recess was taken.)

E. GERASIMOU

```
 1              MS. DECASTRO:  Back on the record at 11:45
 2         a.m.  Can you read back for me the last question?
 3              (Whereupon, the referred-to question was
 4         read back by the Reporter.)
 5    Q.    I'll ask it one more time.  If you want to assert
 6  your privilege again.  Did you sign off on the mortgage
 7  broke giving the information to the bank?
 8    A.    Really, I don't remember.
 9    Q.    Did you give the mortgage broker the name Angelo
10  Gatos?
11    A.    I don't remember.
12    Q.    Were you accused of giving the mortgage broker
13  the name Angelo Gatos, in the criminal action by the
14  federal government?
15    A.    I don't remember.  It's too long ago.
16    Q.    Was that action in the Southern District or
17  Eastern District of New York; if you know?
18    A.    Eastern, Brooklyn.
19    Q.    Were you charged with anybody else in that case
20  or was it just you?
21    A.    Yeah.
22    Q.    Just you?
23    A.    No, another three people.
24    Q.    What are the names of the other three people?
25    A.    It's Kally Vandoros, Larry Stathakis, L-A-R-R-Y
```

E. GERASIMOU

1    last name S-T-A-T-H-A-K-I-S.

2        Q.    Anyone else?

3        A.    And George, last name Gerasimou,

4    G-E-R-A-S-I-M-O-U.

5        Q.    Who is George Gerasimou?

6        A.    This is my brother.

7        Q.    Are you related, in any way, to George Fragedis?

8        A.    No.

9        Q.    Did those other individuals that you were charged

10   with also plead guilty?

11       A.    Yes, except Larry.

12       Q.    What happened to that person's case; if you know?

13       A.    He went to trial.

14       Q.    Did he win or lose?

15       A.    Lose.

16       Q.    Had you and those three individuals taken out a

17   mortgage collectively or was this individual mortgages that

18   you were charged with?

19       A.    What do you mean?

20       Q.    Were you all charged in the same case, you and

21   the other three individuals?

22       A.    The mortgage was charged and then, come to us

23   regarding mortgages, like, who was related in our name.

24       Q.    Was the mortgage in all of your names or just in

25   your name?

E. GERASIMOU

1    A.    No, it was, like, two hundred mortgages, I think.

2    If I remember well.

3    Q.    How many mortgages had you had in your name, or

4    the name Angelo Gatos?

5    A.    I was involved with three mortgages.  What was

6    recorded on the premise on the houses.

7    Q.    Was there mortgages for one house or more than

8    one house?

9    A.    More than one house.

10   Q.    Were you living in any of the houses that you

11   were accused of taking these fraudulent mortgages out on?

12   A.    No.

13   Q.    Were any of your family members living there?

14   A.    Nope.

15   Q.    When did you first decide to bring a lawsuit in

16   connection with this incident?  The incident that happened

17   on June 16th of 2015.

18   A.    On the same night.

19   Q.    Why?

20   A.    Because I was very upset with the way those cops

21   act, treated me, and maybe if I was making any wrong move,

22   shoot me as well.

23   Q.    Shoot you, as well, you're saying?

24   A.    Correct.

25   Q.    Did anyone pull out their gun?

E. GERASIMOU

```
 1      A.      No.

 2      Q.      Why did you think they were going to shoot you?

 3      A.      I'm thinking, maybe they would, if I was making

 4   any wrong move.

 5      Q.      Why would you think that?

 6      A.      Because, that's the way they acted.

 7      Q.      What do you mean "that's the way they acted"?

 8      A.      I mean, I was very, very, strong thinking about

 9   that.  Because, they came on the car very upset.  They

10   coming back, let's say -- I don't know if they check the

11   paperwork or did they not check it.  But, they come back in

12   with very -- like, let's say, army attitude.  How you call

13   it?  Or cowboy attitude.  I don't know how to express it.

14   Try to accuse you wrongfully.  You start thinking, you

15   know, what are they coming from and why they do that?  They

16   need another arrest to put in their book or they like to

17   exercise their power to highest extent in this type of

18   situation.  You know, they accuse you, specially the

19   police.  People who are there, they must be to protect you

20   and do the right thing.

21      Q.      So, at the time on June 16th, 2015 you thought

22   they may shoot you if you made a wrong move?

23      A.      I was very scared.

24      Q.      Had you had any interactions with police prior to

25   June 16th 2015?
```

E. GERASIMOU

1       A.      What do you mean?

2       Q.      You were arrested in relation to a federal case;

3    is that correct?

4       A.      Not police arrest in federal case.

5       Q.      Who arrested you?

6       A.      I went to court.  They did not arrest me.  But I

7    think I was arrested before, from police, yes.

8       Q.      Did you think then, when you were arrested

9    before, that the police were going to shoot you?

10      A.      No.

11      Q.      Why not then?

12      A.      Actually, I was the one who had called the police

13   that last time, because I was in an accident.  Someone hit

14   my car.

15      Q.      But, you ended up arrested?

16      A.      Yes.

17      Q.      How did that make you feel?

18      A.      Well, did not make me feel in any bad way.  It

19   was an honest mistake of a tax payment that was not done

20   and my license was suspended.  Something I did not know was

21   is a new law in effect.  They explained to me, we have to

22   arrest you.  I said, okay, if that's the way it is, that's

23   the way it is.  Then they took me to the precinct and they

24   issued me a ticket.

25      Q.      Did the officers on June 16th, 2015, did any of

E. GERASIMOU

```
 1    them ever pull out any weapons?

 2        A.      No.

 3        Q.      Did they pull out any pepper spray?

 4        A.      I don't recall, no.

 5        Q.      Did they ever strike you?

 6        A.      What was the question, please?

 7        Q.      Did they ever strike you?  Did they ever hit you?

 8        A.      Not the same officers.  The same officers had me

 9    in the back of the car.  Two new officers, they show up.

10             I try to explain to them again, there's nothing

11    wrong with these papers.  They took my hands, like, told me

12    spread your hands.  They pushed me, like, they enforced me.

13        Q.      Is that the same officers that pulled you over or

14    are those two different officers?

15        A.      Different officers that show up.

16        Q.      Those were the officers, you say, did they cuff

17    you?

18        A.      I don't recall who actually cuffed me.

19        Q.      Did they hit you in any way?

20        A.      No.

21        Q.      What about the two officers that were originally

22    there?  Did they hit you anywhere or in any way?

23        A.      No.

24        Q.      Did they kick you?

25        A.      No hit.  No kick.  Just, it was, like, pushing.
```

E. GERASIMOU

1    Like, put my hands on the trunk.  They were screaming and

2    it was, like, pulling so much power.

3         Q.    Those were the two officers that were different

4    from the ones who had pulled you over from the scene; is

5    that correct?

6         A.    Right.

7         Q.    What did those two officers look like?

8         A.    Don't remember.

9         Q.    Were they white, black, Hispanic?

10        A.    I don't remember.

11        Q.    Were they male or female?

12        A.    I think male.

13        Q.    Did those two take you back to the precinct or

14   did the two original officers take you to the precinct?

15        A.    Don't recall.

16        Q.    Have you received any funds from your claims in

17   this matter?

18        A.    No.

19        Q.    Have you taken out a loan for proceeds that you

20   expect to receive from this litigation?

21        A.    No.

22        Q.    Have you received any compensation related to

23   this litigation?

24        A.    No.

25        Q.    Did you promise anything to anyone in exchange

53

E. GERASIMOU

1    for their testimony in this matter?

2        A.    No.

3        Q.    Did anyone promise you anything in exchange for

4    your testimony in this matter?

5        A.    No.

6        Q.    Did you sign a retainer agreement in this matter?

7        A.    Yes.

8        Q.    Was that with the Law Office of Christopher

9    Cassar?

10       A.    Yes.

11       Q.    Besides the complaint, did you ever write

12   anything down related to the incident alleged in your

13   lawsuit?

14       A.    Yes, a complaint to, I think, 311 or through the

15   police informant.  I don't remember.

16       Q.    You called 311 or the -- you mean you made a

17   complaint to the to NYPD or to who?

18       A.    NYPD.

19       Q.    When did you make that complaint?

20       A.    At that time.

21       Q.    On the same day or a couple days after?

22       A.    Don't remember.  May be day after or couple days.

23       Q.    Did you speak to anyone over the phone or was it

24   an in-person conversation?

25       A.    I did speak someone through the phone.  I don't

54

E. GERASIMOU

1    remember the details.

2        Q.    Did you ever go and do an interview in person

3    where it was recorded?  Does that sound like something you

4    did?

5        A.    No.

6        Q.    Did you write anything down, related to this

7    lawsuit, besides the complaint in this matter?

8        A.    No.

9        Q.    Have you taken notes of any kind, related to this

10   incident?

11       A.    No.

12       Q.    Do you have a social media account?

13       A.    No.

14       Q.    No Facebook?

15       A.    No.

16       Q.    Instagram?

17       A.    No.

18       Q.    Youtube?

19       A.    No.

20       Q.    Have you sent any e-mails about this incident?

21       A.    Not that I remember.

22       Q.    Have you sent any text messages about this

23   incident?

24       A.    Don't recall.

25       Q.    I'm going to turn your attention to the

E. GERASIMOU

1    allegations in your civil complaint.  When did the incident

2    that forms the basis of your lawsuit, Evangelos Gerasimou

3    versus the City of New York, take place?  Do you understand

4    the question?

5        A.    No.

6        Q.    So, is the date you alleged that you were falsely

7    arrested, is that June 16th, 2015?

8        A.    One more time, can you ask me?

9        Q.    When did the date you're alleging, these

10   constitutional violations, when did that happen?

11       A.    On the date the event took place.  June 16th,

12   right?

13       Q.    June 16, 2015; does that sound correct?

14       A.    Yes.

15       Q.    What time do you allege the constitutional

16   violation happened?

17       A.    Nighttime.

18       Q.    Can you give me approximate time?

19       A.    7:00 to 12:00.

20       Q.    Tell me what the first thing you remember about

21   June 16th, 2015, is?  What time did you wake up on June

22   16th, 2015?

23       A.    What time did I wake up?

24       Q.    Yes.

25       A.    I don't remember.

E. GERASIMOU

1     Q.     What's the first time you remember from that day?

2     A.     The arrest.

3     Q.     What about prior to the arrest?  Do you remember

4     anything?

5     A.     I was in the restaurant.

6     Q.     Prior to being at the restaurant, do you remember

7     anything?

8     A.     I don't recall, no.

9     Q.     You said you went to Mythos in Queens; is that

10    correct?

11    A.     Yes.

12    Q.     How did you get there?

13    A.     Driving.

14    Q.     Did you drive from your home in Greenport?

15    A.     No, from Astoria.

16    Q.     What were you doing in Astoria before?

17    A.     Working.

18    Q.     Working where?

19    A.     Location on 31st Street.

20    Q.     Was it a building?

21    A.     An old house.

22    Q.     Was that a house that you had bought in your

23    name, that you were renovating?

24    A.     Yes.

25    Q.     For how long had you been renovating in that

E. GERASIMOU

1    location for?  How many months or years?

2         A.      No, recently we purchased that location.

3         Q.      You had recently purchased that location?

4         A.      Yes.

5         Q.      Can you estimate how many months, before June

6    16th, 2015, that you had bought that location?

7         A.      I don't remember, summer or springtime.

8         Q.      What time did you finish work there?

9         A.      Probably by 5:00.

10        Q.      Then did you go to Mythos immediately after

11   finishing work at the Astoria location?

12        A.      Yes.

13        Q.      Did you go there by yourself or with anyone else?

14        A.      By myself.

15        Q.      Is Mythos a place that you regularly went to, on

16   or our around June 16, 2015?

17        A.      Yes.

18        Q.      How many nights a week would you have gone there,

19   around that time?

20        A.      Don't remember.

21        Q.      More than once a week?

22        A.      Sometimes.

23        Q.      How long did the drive from the Astoria home, to

24   Mythos, take?

25        A.      Half an hour to Mythos.

E. GERASIMOU

1    Q.    At the time, were you driving the Mercedes Benz

2    that was registered to George Fragedis?

3    A.    Yes.

4    Q.    So, when you went from the Astoria to Mythos, you

5    were driving that car?

6    A.    Yes.

7    Q.    When had you picked up the car from George

8    Fragedis?

9    A.    I don't remember.

10   Q.    Was it in the days prior or that same day?

11   A.    Don't remember.

12   Q.    Can you give me an approximation?

13   A.    I don't remember.

14   Q.    Had you had it for more than a week?

15   A.    Don't recall.

16   Q.    Why were you driving his car on June 16th, 2015?

17   A.    Because, I'm driving this car sometimes.

18   Q.    Why were you driving this car sometimes?

19   A.    I'm driving that car sometimes.  There's no

20   special reason why I'm driving that car.

21   Q.    Did you have a car of your own on or around June

22   16th, 2015.

23   A.    Yes.

24   Q.    What kind of car did you have on that day?

25   A.    It's a Grand Cherokee Jeep, 2012.

E. GERASIMOU

1    Q.    Had George Fragedis bought that car on your

2    behalf or lease that car on your behalf, the Mercedes?

3    A.    He leased the car and we used the car together.

4    Q.    Who made the payments on the lease?

5    A.    George Fragedis.

6    Q.    Did you ever make any payments towards that car?

7    A.    Yeah, I give George money.

8    Q.    Did you give George money on a regular basis or

9    only when you use it?

10    A.    Half of the money.

11    Q.    You gave him half the money for the lease?

12    A.    Yes.

13    Q.    Every month you give him half the money for the

14    lease?

15    A.    Not every month.  He's paying all the time and we

16    do the billing and he put it in the account.

17    Q.    On June 16th, 2015, were you giving him money for

18    the lease?

19    A.    On that particular day, you're asking me?

20    Q.    When was the car purchased or leased?  What

21    month?

22    A.    Don't remember.  If you take a look at the

23    registration.

24    Q.    Is there anything that would help you refresh

25    your recollection on when the car was leased?  Any

E. GERASIMOU

1   documents?

2        A.      Not really.  Sometimes the plate number, maybe or

3   registration, maybe.

4                MS. DECASTRO:  Can you mark this Defendants

5                A, for purposes of this deposition.

6                MR. KARLYA:  Counsel, Plaintiff is looking

7                over what was marked as Defendants Exhibit A.

8                Delaware State Department of Motor Vehicle

9                Temporary License Plate photograph copy.

10               (Whereupon, Delaware State Department of

11               Motor Vehicle Temporary License Plate photograph

12               was marked as Defendant's Exhibit A for

13               Identification.)

14               MS. DECASTRO:  Let the record reflect I'm

15               handing Plaintiff Defendant Exhibit A, for

16               purposes of this deposition.

17       Q.      Do you recognize that document?

18       A.      Yes.

19       Q.      What is that document?

20       A.      It used to be the plate on the car.

21       Q.      This was the plate that was on the car?

22       A.      Correct.

23       Q.      The do you see the bottom of Exhibit A, where it

24   has the identifying information for George Fragedis?

25       A.      Correct.

E. GERASIMOU

1    Q.    That would have appeared on the plate?

2    A.    Yes.

3    Q.    That was on the plate, that was on display in the

4    car that you were pulled over, on June 16th, 2015?

5    A.    Which one are you referring to?

6    Q.    Is this what the plate appeared to look like on

7    June 16th, 2015, when you were pulled over by the two

8    defendants in this matter?

9    A.    Yes.

10    Q.    It would not have been cut off on the bottom,

11    where it says XP262732?

12    A.    I don't recall it.

13    Q.    Okay.  So, do you want to change your answer?

14    A.    On which question?

15    Q.    When I asked you if this was the way that the

16    license appeared on the day you were pulled over, the way

17    the license appeared on the car, you said, yes.  Do you

18    want to change that answer?

19    A.    Well, as far as the number here.  But, again, I

20    don't recall if it was the whole thing.  Maybe it was.  I

21    don't recall, can't remember.

22    Q.    When I asked you before, when the car was leased,

23    does that document in any way help refresh your

24    recollection as to what the date was, that the car was

25    leased?

E. GERASIMOU

```
 1    A.    Correct.  There is an issue date on June 2nd.

 2    Q.    June 2nd of 2015 on or around that time, the car

 3  was leased.  Did George Fragedis have to put a down payment

 4  on that lease?

 5    A.    Yes.

 6    Q.    Do you know what that down payment was?

 7    A.    Don't recall it, exactly.

 8    Q.    Did you give him any money towards the down

 9  payment on that car?

10    A.    It was a couple of thousand dollars.

11    Q.    Did you give him any money for the down payment

12  of that lease?

13    A.    Not on that same day.

14    Q.    When did you give him a down payment?

15    A.    Later on.  Don't remember when.

16    Q.    Was it after June 16th of 2015?

17    A.    Yes.

18    Q.    Did you give him a down payment after June 16th,

19  2015, because his car was being held by the NYPD?

20    A.    I'm sorry?

21    Q.    Was the car held by the NYPD after your arrest on

22  June 16th, 2015?

23    A.    Right.

24    Q.    How many days was it held after that?

25    A.    I don't remember.  It was like, maybe month and
```

E. GERASIMOU

1    half, two month.  Don't remember, approximately.

2        Q.      Prior to June 16th, 2015, had you made any

3    payments to George Fragedis, related to this Mercedes

4    bought in Delaware?

5        A.      No.

6        Q.      Let me finish the full question.  Prior to June

7    16th, 2015, had you made any payments from George Fragedis,

8    related to this Mercedes that he bought from the State of

9    Delaware?

10       A.      No.

11       Q.      Have you had any agreements with him about making

12   payments on that car?

13       A.      Yes.

14       Q.      You did have an agreement with him?

15       A.      Verbal agreement.

16       Q.      When did you come to that agreement?

17       A.      Prior to the lease.

18       Q.      Prior to him entering into the lease agreement?

19       A.      Yes.

20       Q.      Why had you guys decided to have this agreement?

21       A.      That was decision between him and me.

22       Q.      Why?  I'm asking.

23       A.      That was our decision.

24       Q.      Why did you make that decision?

25       A.      I can't really explain.

E. GERASIMOU

1    Q.    Why is it that you wanted to lease a car with

2  George Fragedis?

3    A.    This car was -- it's like a we use it in our

4  business for our meetings.  For, let's say that I'm present

5  ourselves to real estate and stuff.  Anywhere in any type

6  of business meetings we have, regarding buying and selling

7  houses and it was like new.  A good car to have.  A good

8  appearance.

9          So, we did find -- he found a broker in New

10  Jersey who was a good price to lease that car, very cheap,

11  very different from New York dealers and we said, hey,

12  let's get that lease and we split the cost.  Simple as

13  that.

14    Q.    Who first decided that you should get a car for

15  appearances?

16    A.    George.

17    Q.    When was that decision first made?

18    A.    Approximately, at that time.  I don't remember.

19    Q.    Is there a reason why you didn't get the lease in

20  your name?

21    A.    I tried to lease a car in my name, but, it was

22  very expensive here in the State of New York.

23    Q.    Could you have leased the same car from Delaware?

24    A.    No.

25    Q.    Why not?

E. GERASIMOU

```
 1    A.    Because, we didn't know before.

 2    Q.    Did you find the broker in Jersey?

 3    A.    The broker?

 4    Q.    You found the broker?

 5    A.    George found that broker.

 6    Q.    Had, at that point, both of you been looked for

 7  the broker or just George was looking for a broker?

 8    A.    Just him.

 9    Q.    Is there a reason why you didn't get the lease in

10  your name from the broker?

11    A.    No, because he did it.

12    Q.    You said you came to a verbal agreement on how

13  payments would be split.  What did that agreement look

14  like?  Would you pay half and he would pay half or was

15  there some other sort of agreement?

16    A.    It's not special agreement.  We would expense the

17  car yearly.

18    Q.    Yearly you would split it.  Would it be that you

19  make the payment at the end of the year or some other form?

20    A.    By the end of the year, that money would come out

21  from the proceeds.

22    Q.    How long have you known George Fragedis?

23    A.    Long time, 20 years.

24    Q.    Do you have a phone number for that person George

25  Fragedis?
```

E. GERASIMOU

1    A.      Yes.

2            MS. DECASTRO:  We call for the production of

3            his phone number and his address, so we can serve

4            him with subpoena.

5            MR. KARLYA:  Counsel acknowledges.

6    Q.      You said at the time on June 16th, 2015, you were

7    doing business together and renovating homes together?

8    A.      Yes.

9    Q.      Were you working on any specific projects

10   together with him?

11   A.      I don't remember.

12   Q.      How often did you use the car, on or around June

13   16th, 2015?  When I say car, I'm referring to the Mercedes

14   in question here.

15   A.      I don't remember.

16   Q.      Did you and Mr. Fragedis work out a schedule, on

17   when the car would be used and who would be using it?

18   A.      No.

19   Q.      Did you fill out any of the paperwork related to

20   the car; meaning, the insurance, registration or fill out

21   paperwork for the license plate?

22   A.      No.

23   Q.      Did you see Mr. Fragedis fill out any paperwork

24   related to the car?

25   A.      He did that.

E. GERASIMOU

| | | |
|---|---|---|
| 1 | Q. | Were you present when he did any of that? |
| 2 | A. | No. |
| 3 | Q. | You said you went from, on June 16th 2015, you |

4  went from Astoria to Mythos.  Had you been with George

5  Fragedis at any point during that day?

| 6 | A. | I don't think so. |
|---|---|---|
| 7 | Q. | Did there come a time when you arrived at Mythos |

8  restaurant?

| 9 | A. | I'm sorry? |
|---|---|---|
| 10 | Q. | Did there come a time, on June 16th, 2015, where |

11  you arrived at Mythos restaurant?

| 12 | A. | Yes. |
|---|---|---|
| 13 | Q. | What time would you say, approximately, you |

14  arrived there?

| 15 | A. | Between 5:30 and 6:00. |
|---|---|---|
| 16 | Q. | What were you intending on doing there? |
| 17 | A. | Have dinner. |
| 18 | Q. | Were you going to grab dinner by yourself or with |

19  anyone else?

| 20 | A. | By myself. |
|---|---|---|
| 21 | Q. | Did you end up having dinner at Mythos that |

22  night?

| 23 | A. | Yes. |
|---|---|---|
| 24 | Q. | How long did you stay at that restaurant? |
| 25 | A. | Maybe an hour. |

E. GERASIMOU

1    Q.    After that, did you go anywhere?

2    A.    No.

3    Q.    Tell me what happens when you leave.  At some

4    point, you leave Mythos restaurant?

5    A.    Right.

6    Q.    What did you do after you left?

7    A.    Maybe, I spend some time outside of Mythos

8    talking to people there.  Drove the car away.

9    Q.    Where were you intending on going?

10   A.    I was going home.

11   Q.    To Greenport?

12   A.    Yes.

13   Q.    Where did George Fragedis live, on June 16th of

14   2015?

15   A.    73 Avenue.

16   Q.    In Queens?

17   A.    Yes.

18   Q.    So, on June 16th 2015, you weren't intending on

19   bringing that car back to him; is that correct?

20   A.    No.

21   Q.    What route do you take from Mythos, to home, on

22   June 16th of 2015?

23   A.    Go on Northern Boulevard towards the Long Island

24   Expressway.

25   Q.    Is your home off of the Long Island Expressway?

E. GERASIMOU

1    A.    Yes.

2    Q.    What exit?

3    A.    Finish Long Island Expressway.  It's after

4  expressway.

5    Q.    So, you say you have dinner at Mythos, then you

6  hang outside for a little bit.  Did there come a time when

7  you were pulled over by police officers?

8    A.    Yes.

9    Q.    Where are you, when you see that these officers

10  are pulling you over?

11    A.    On Francis.

12    Q.    Do you remember the cross streets?

13    A.    No.

14    Q.    How can you tell that people are pulling you

15  over?

16    A.    I'm sorry?

17    Q.    How do you recognize that the police is pulling

18  you over?

19    A.    They had the light on.

20    Q.    So, you hear sirens or do you see the lights?

21    A.    I don't recall, but, definitely lights.

22    Q.    Tell me what happens next.

23    A.    I pull over and as I was waiting for them to come

24  over, they ask me for the registration and insurance card.

25  I supply to them.

E. GERASIMOU

1    Q.    You gave them the registration and insurance

2    card?

3    A.    Yes.

4    Q.    Did they ask for anything else?

5    A.    They took the plate.

6    Q.    Where was the plate?

7    A.    On the window.

8    Q.    What window?

9    A.    Rear.

10   Q.    Where, on the rear of the window?

11   A.    I don't recall.  Somewhere near the window.

12   Q.    Was it taped to the window or was it laying down

13   on the car?

14   A.    Yes, it is taped.

15   Q.    In what form was it taped?

16   A.    With Scotch Tape.

17   Q.    Who had fixed the plate into the window?

18   A.    That's the way it came.

19   Q.    That's the way the car came?

20   A.    Yes.

21   Q.    The car came.  When it was delivered, it already

22   had the plate taped to the window.

23   A.    Yes.

24   Q.    The plate wasn't delivered to George Fragedis by

25   his mailbox?

71

E. GERASIMOU

1     A.     No.

2     Q.     You said that the officers asked -- tell me

3     exactly what they say, when they came up to you in the car.

4     A.     Again, they ask me for registration and insurance

5     of the car and also the plate in the car.

6     Q.     You said you gave them the registration and

7     insurance; is that correct?

8     A.     Yes.

9     Q.     Where was the registration and insurance when you

10    went to retrieve it?

11    A.     In the glove compartment.

12    Q.     How did you know it was in the glove compartment?

13    A.     I saw them before.

14    Q.     You saw what before?

15    A.     That is registration and insurance card.

16    Q.     When had you seen it before?

17    A.     I don't recall.

18    Q.     Had you seen it more than once before?

19    A.     Don't remember.  I knew it was there.

20    Q.     You said you also gave them the license plate; is

21    that correct?

22    A.     Yes.

23           MS. DECASTRO:  Can we mark this as Defendant

24           Exhibit B?

25           (Whereupon, Copy of licence plate, was

E. GERASIMOU

```
 1              marked as Defendant's Exhibit B for

 2              Identification.)

 3                   MS. DECASTRO:  Let the record reflect I am

 4              handing the Plaintiff, Defendant Exhibit B, for

 5              purposes of this deposition.

 6      Q.      Do you recognize what has been marked as

 7    Defendants Exhibit B?

 8      A.      The plate number.

 9      Q.      Is that the plate that was on the car on June

10    16th, 2015; a true and accurate copy of the plate?

11      A.      Yes.

12      Q.      Where would the tape have been, around that

13    document?

14      A.      You mean the tape here?

15      Q.      You said before that the plate was attached by

16    Scotch Tape to the window; is that correct?

17      A.      Right, through the back of it.

18      Q.      Not on the sides of the license plate?

19      A.      I don't remember.  I don't recall it.

20      Q.      How do you know that it was taped?

21      A.      I remember it was taped.  I saw it was taped.  I

22    don't recall how it was taped.

23      Q.      When you say you saw it was taped; what do you

24    mean by that?

25      A.      I did see it.  I observed it.  I saw it with my
```

E. GERASIMOU

1    eyes.

2         Q.    You observed it.  You would have seen the tape.

3    You said it was taped on the back of the document; is that

4    accurate?

5         A.    Exactly where, I don't know.

6         Q.    If it was taped on the back, it would have been

7    taped to the back of the -- not the windshield, because

8    then it would have been facing in; is that correct?

9         A.    No, windshield has nothing to do.  Windshield is

10   in front.  That was in the rear.

11        Q.    Was it taped to the rear window?

12        A.    Yes.

13        Q.    What form was it taped to the rear window?

14   Describe it to me.

15        A.    Looking outside, taped from the back into the

16   glass.

17        Q.    How would it have been taped from the back, to

18   the glass?

19        A.    How?

20        Q.    Yes.

21        A.    If this is the glass.

22              MR. KARLYA:  You need to use words to

23              describe what you're doing.

24        A.    Somewhere there was tape on the glass.

25        Q.    From the inside of the car?

E. GERASIMOU

1    A.    Yes.

2    Q.    You're a hundred percent sure that it was taped

3    to the glass?

4    A.    Yes.

5    Q.    To the glass or the inside of the car, facing the

6    glass?

7    A.    No, to the glass.

8    Q.    Had you seen this license plate, before June

9    16th, 2015?

10   A.    Yes.

11   Q.    Do you see where it's cut off on, the first

12   state?  On the top right corner of Exhibit B.

13   A.    I don't recall it.

14   Q.    I'm asking if you see it, now that it's cut off?

15   A.    Yes.

16   Q.    It did it appear like that on June 16th of 2015?

17   A.    I don't remember.

18   Q.    Did you ever get this license plate back?

19   A.    I'm sorry?

20   Q.    Did George Fragedis or you, ever get the license

21   plate back?

22   A.    Not anyone, because City of New York did not

23   release it to us.

24   Q.    Did you go to the back then and retrieve the

25   license plate for the officers?

E. GERASIMOU

1    A.    No, actually they took them.

2    Q.    How did they take it?

3    A.    They opened the car and they took the plate.

4    Q.    Did you tell them that they could open the car

5    and take the plate?

6    A.    I don't remember.  They opened the car and took

7    the plate.

8    Q.    How did they open the car?

9    A.    They opened the door.

10    Q.    The rear door?

11    A.    Yes.

12    Q.    Which officer did that?

13    A.    I don't remember.

14    Q.    Did you give them permission to open the car and

15    take the plate?

16    A.    They didn't ask me for permission.

17    Q.    Did they ask where the license plate was, when

18    they pulled you over?

19    A.    No, they knew the plate was there.

20    Q.    How did they know the plate was there?

21    A.    Because, they said, can I take the plate.

22    Q.    What did you say, when they said, can I take the

23    plate?

24    A.    I don't remember if it was the first or second

25    time they went into the car.  I don't recall it.

E. GERASIMOU

1    Q.    They asked if they could take the plate; is that

2    correct?

3    A.    I don't recall it.

4    Q.    You just said, they asked if they could take the

5    plate.  Do you remember just saying that?

6    A.    I said it, but, they did not ask me, can I take

7    the plate.  At that time they were very upset.  They came

8    back and at the second time, they took the plate.

9    Q.    So, before when you said, they asked if they

10   could take the plate, were you lying?

11   A.    No.

12   Q.    They did ask if they could take the plate; is

13   that correct?

14   A.    No, they didn't.  I got confused.

15   Q.    Before, when you said, they asked if they could

16   take the plate; you were lying?

17   A.    No, I got confused.

18   Q.    Why did you get confused?

19   A.    By speaking and answer to you very quick.

20   Q.    Well, if you need more time, you can let me know,

21   if you need more time to answer.

22   A.    Yeah, if you go a little slower.

23   Q.    So, they never asked you if you they could take

24   the plate, as you stated before?

25   A.    No, they didn't.

E. GERASIMOU

1    Q.    Is it more convenient for you, that they didn't

2    ask to take the plate?

3    A.    Not only they took the plate, they check the car

4    when they handcuffed me.

5    Q.    That's not the question that I asked.  The

6    question that I asked was, is it more convenient for you to

7    say that they didn't ask to look at the plate?  What is

8    your answer to that?

9    A.    Yes.

10   Q.    Why is that more convenient for you?

11   A.    Because, that's what took place at that time.

12   Q.    Is it more convenient for you, because if they

13   had asked, then you would have been giving them permission

14   to enter the car?

15   A.    Yes.

16   Q.    Did you give them permission to enter the car?

17   A.    No, they told me, step out of the car.

18   Q.    When did they tell you to step out of the car?

19   A.    At the second time they came and they told me.

20   They not only told me, accused me.  It's a fraudulent

21   instrument.  It is a fake plate.  This is not a good plate,

22   and eventually we have to arrest you.  Step out of the car.

23   Q.    They told you to step out of the car after they

24   had taken the license plate and looked it over?

25   A.    Yes.

E. GERASIMOU

1  Q.  So, when they went into the car to take the

2  license plate, you were inside of the car; is that correct?

3  A.  Yes.

4  Q.  You said, they had first come and taken your

5  registration and your insurance; is that correct?

6  A.  Yes.

7  Q.  At that time when they asked you for registration

8  and insurance, is that when they also took the plate?

9  A.  I don't recall if they took it at that time or on

10  the second time.

11  Q.  What happens after you give them the registration

12  and insurance?

13  A.  They went back to the car.

14  Q.  Did both officers go back to the car?

15  A.  Yes.

16  Q.  What did you do while they were in the car?

17  A.  I'm sorry?

18  Q.  Did you do anything, while they were in their

19  car?

20  A.  I don't remember.  Nothing.  I was waiting.

21  Q.  Did there come a time when they came back to your

22  car?

23  A.  Yes.

24  Q.  How long after?

25  A.  Five minutes, ten minutes.  Something around

E. GERASIMOU

1    there.

2        Q.    What happened when they came back to your car?

3        A.    They accuse the fake registration.

4        Q.    What do you mean, they accuse you of having fake

5    registration?

6        A.    They won't accept that registration.  I don't

7    know if they never saw that registration before, but, they

8    accuse it as a fake and pretty much, that was the

9    conversation back and forth.

10       Q.    What did you say, when they said you had a fake

11   registration?

12       A.    I tried, very nicely, to explain to them.  They

13   had high tone, like I said.  Nothing could convince them.

14   I tell them exactly the history of the car, where it came

15   from.

16       Q.    What did you tell them about the history of the

17   car?

18       A.    I told them about Delaware State, about the

19   dealer.  This car was a brand new car and if it's, like you

20   know, it's a fake paperwork, to get to the bottom for me,

21   too.  I would like to know as well.  I don't think so.

22            That's what the story is and that was back and

23   forth, but, already the judgement was in their mind.

24       Q.    You were also considering the fact that it was

25   fake; is that correct?

E. GERASIMOU

1      A.      If you have two officers from the precinct

2   telling you that it's something like that, I would be very

3   surprised.  But, please get to the bottom.

4      Q.      Did they tell you why it was that they thought it

5   was fake?

6      A.      No.

7      Q.      Did you ask them why you thought it was fake?

8      A.      They gave no explanation.  Just, step out of the

9   car.

10     Q.      How much time elapsed between the time they came

11  back to the car and the time they asked you to step out of

12  the car?

13     A.      Listen, the whole thing took maybe about 15/20

14  minutes to half an hour/40 minutes.  Something like that.

15     Q.      What do you mean, the whole thing?

16     A.      Back and forth.

17     Q.      Was that 20 to 40 minutes from the time you were

18  pulled over, to the time you left the precinct?

19     A.      Yes.  The other two cars, they assess the whole

20  car and then the other officer took the car, drove the car

21  to the precinct.

22     Q.      You said that you had given them the registration

23  and insurance.  Was the registration in your name?

24     A.      No.

25     Q.      Whose name was it in?

E. GERASIMOU

1    A.    George Fragedis.

2    Q.    What about the insurance?  Was the insurance in

3    your name?

4    A.    No.

5    Q.    What name was the registration?

6    A.    George Fragedis.

7    Q.    Did the officers ask you for your personal

8    identification?

9    A.    Yes.

10   Q.    Did you provide them with personal

11   identification?

12   A.    Yes.

13   Q.    What did you provide them with?

14   A.    My New York driver's license.

15   Q.    What name does your New York driver's license

16   have on it?

17   A.    Evangelos Gerasimou.

18   Q.    Did the officers, at any point, ask you if it was

19   your car?

20   A.    I don't recall it.

21   Q.    Did you tell the officers, at any point, that it

22   was your car?

23   A.    No.

24   Q.    Did you, at any point, tell your officers that it

25   was your friends car, George Fragedis?

E. GERASIMOU

1      A.      I don't remember.  I don't recall it.

2      Q.      You say, at some point, two other officers

3   arrive; is that correct?

4      A.      Yes.

5      Q.      Was that while you were inside of the car or

6   while you were outside of the car?

7      A.      I was outside of the car.

8      Q.      How long had you been outside of the car, before

9   the other two officers arrived?

10     A.      Don't remember.

11     Q.      Were they all wearing plain clothes or were they

12  in police uniforms?

13     A.      Plainclothes.

14     Q.      When those two officers arrived, were you already

15  in handcuffs or had you not been handcuffed yet?

16     A.      Not handcuffed yet.

17     Q.      Where had you been standing, from the time you

18  were pulled out of the car, to when the police officer

19  arrived?

20     A.      I was in the rear of the car.

21     Q.      Rear of the Mercedes Benz or rear of the police

22  car?

23     A.      Rear of Mercedes Benz.

24     Q.      Had, at that point, the car been searched?

25     A.      No.

E. GERASIMOU

1      Q.      What happened when the other two officers

2   arrived?

3      A.      Like I said before, I tried to speak to them as

4   well.  They were very angry and very pushy.  They told me

5   to spread my hands on the truck and don't talk anymore.

6   Then they pretty much -- that's what took place.

7      Q.      Did those officers put handcuffs on you or did

8   the two original officers put handcuffs on you?

9      A.      Don't remember.

10     Q.      When I say, the first "original officers", do you

11  recognize their names to be Michael Cillis and Scott

12  Brenes?

13     A.      Right.

14     Q.      Those were the two officers that your suing; is

15  that correct?

16     A.      Yes.

17     Q.      The two officers that pulled you over are the

18  ones you're suing; is that correct?

19     A.      Right.

20     Q.      At some point do you leave the scene of where you

21  were pulled over?

22     A.      Yes.

23     Q.      Where do you go?

24     A.      111 Precinct.

25     Q.      Had you been to the 111 Precinct before?

E. GERASIMOU

1    A.    I was.

2    Q.    Are you familiar with that precinct?

3    A.    I know the precinct, yeah.

4    Q.    Why had you been there in the past?

5    A.    I don't remember.  It was long time ago.

6    Q.    On June 16th, 2015, did you have a valid license?

7    A.    Yes.

8    Q.    Have you ever had your licence suspended in the

9    past?

10    A.    Yes.

11    Q.    How many times?

12    A.    Definitely once, maybe two times.  A long time

13    ago.  I don't really remember it.

14    Q.    What year was your license suspended or for what

15    period of time?

16    A.    Was recently, like, 2014 or 2015.  For that tax

17    payment and then really, I don't recall another time, if it

18    was suspended or not.

19    Q.    On the way to the precinct, do you say anything

20    to the officers?

21    A.    Yes, the youngest officer was sitting back with

22    me.

23    Q.    Was that the officer that had been on the scene

24    originally, when you got pulled over, or someone else?

25    A.    Yes.

E. GERASIMOU

1    Q.    You said he was sitting in the back with you?

2    A.    Yeah.

3    Q.    What did you say to him?

4    A.    He was trying to ask me questions in the

5    beginning.  Like, come on, tell us how you get this plate;

6    how you get this registration?  How you get the car?

7          He specifically said, you got arrested for this

8    again and I told him, no, I never get arrested for that

9    type of crime.  I don't know why you're coming up with this

10   question in the car.  That's the way it is.  The way I'm

11   explaining to you.

12   Q.    In the past, you've never been arrested for

13   possession of a forged instrument, prior to June 16th,

14   2015?

15   A.    No.  Like, he was keep saying, the plates is

16   fraudulent instrument, repeatedly.  I tell him, no, it's

17   not.  That's the way it came from.

18         So, bottom line, that was our conversation.  Then

19   at the precinct, he told me after all this, okay you call

20   it for a night.  You take the car home, but we have to keep

21   the plate.  I mean --

22   Q.    Did he give you the car keys back?

23   A.    Yes, he gave me the car keys back.  He told me to

24   take the car, with no plate and drive it home.  I told him,

25   absolutely not.

E. GERASIMOU

1    Q.    Did the officer keep the registration or

2    insurance on the car?

3    A.    I don't remember.

4    Q.    Did you see the registration or insurance on the

5    car, after June 16th, 2015?

6    A.    I think they kept it.

7    Q.    Why do you think they kept it?

8    A.    Only the ticket.  Nothing else I had in my hands

9    that night.

10    Q.    What about in the car?  Did you search the car

11    after you left the precinct?

12    A.    No.

13    Q.    Was there anything you wanted to retrieve from

14    inside of the car?

15    A.    Yes.

16    Q.    What did you want to retrieve in there?

17    A.    It was paperwork and stuff they kept and I took

18    it two or three months later, after the case finished.

19    Q.    Why didn't you take it before, if you had access

20    to the car?

21    A.    Because, at that time they tell me take the key

22    with no plate to drive it home.  I didn't feel it was -- I

23    mean, that was very strange to me.

24    Q.    You had access to the car though, correct?

25    A.    The car was at the precinct.  I had no access the

87

E. GERASIMOU

1    key.  Was in the hands of the police.

2        Q.    You said before that the officer gave you keys

3    back, to the car.

4        A.    He came, told me to keep the car, bring it home.

5    You take the ticket to participate in court, but, we have

6    to keep the plate.

7              I told him, why do you have to keep the plate?

8    If you want to give me the car, I keep the plate.  They

9    didn't.

10        Q.    You had the key to the car.  You could have

11    entered the car; is that correct?

12        A.    Yes, probably, but at that moment my mind did not

13    work that way, to go take any papers I had there.  I guess,

14    at that moment, I was thinking to see how legally I'm going

15    to finish with these two officers, because what they did

16    was absolutely wrong.

17        Q.    You said the next day you e-mailed the car

18    dealership or the broker to find out about the status of

19    the car; is that correct.

20        A.    Yes.

21        Q.    Did you do that because you had doubts about the

22    legality of the car?

23        A.    We call to make sure everything was okay.

24              MS. DECASTRO:  Can I let the record reflect

25              I'm handing Plaintiff what has been marked as

E. GERASIMOU

1          Defendant C.  Can you make this as Exhibit

2          Defendant C?

3              MR. KARLYA:  I'm handing to my client what

4          is Defendant Exhibit C.

5              (Whereupon, e-mail to Mr. Fragedis, was

6          marked as Defendant's Exhibit C for

7          Identification.)

8      Q.    Do you recognize Defendant Exhibit C?

9      A.    Right.

10     Q.    What is that document?

11     A.    It's an e-mail to Mr. Fragedis.  What it is

12 saying is, that's the copy of the temporary tag, that means

13 the plate number tag.

14     Q.    You said before that Mr. Fragedis doesn't use

15 e-mail.

16     A.    No.

17     Q.    So, how is that an e-mail to Mr. Fragedis?

18     A.    It's sent to my e-mail.  Here, my e-mail.

19     Q.    Is there a reason why this person is calling you

20 Mr. Fragedis?

21     A.    I told her Mr. Fragedis.  You're welcome to call

22 them.  They are very nice people down there.  You can call

23 both.  She can give you contacts for DMV and contacts for

24 the dealer and you can speak to them directly.

25     Q.    What I'm asking is, did you call or e-mail

E. GERASIMOU

1    pretending to be Mr. Fragedis?  Did you e-mail this person

2    at sruss@mbowilmington.com?  Did you e-mail that person

3    pretending to be Mr. Fragedis?

4        A.    I don't remember.  The broker, I call them

5    myself.  I was upset the next day.  I said, we need proof

6    from the DMV and how he enter the car how it happened.  You

7    can call them briefly, to call them and figure it out.

8        Q.    Can you read for the us the e-mail address that's

9    listed there?  Where it says 2.

10       A.    AMPlaza27@Gmail.com.

11       Q.    Is that your e-mail address?

12       A.    Yes.

13       Q.    Who is this e-mail from?  Can you read the name

14   for us?

15       A.    Last name Russ.

16       Q.    Had you spoken to that person by telephone, prior

17   to this e-mail?

18       A.    Maybe, I don't recall.

19       Q.    Had you e-mailed this person, prior to them

20   sending you this e-mail?

21       A.    I spoke and I can check, but, now I can't recall

22   it; how we did communication.  I think the DA who was

23   heading the case has all this information, all the

24   correspondence back and forth.

25              MS. DECASTRO:  I call for production of the

E. GERASIMOU

1          DA correspondence, there are no e-mails, at

2          least.  We would call for the attachment that's

3          at the bottom of the e-mail of the Defendants C,

4          which appears to be dated June 17th, 2015.

5               MR. KARLYA:  Plaintiff counsel acknowledges

6          this request.

7     Q.   At some point when you're back at the precinct,

8  are you released from the precinct?

9     A.   Yes, I was released same morning, like, around

10 sometime.

11    Q.   How long after?

12    A.   I don't recall if it was like -- probably very

13 late at night, early morning.  Very late at night.

14    Q.   Where did you go after you were released from the

15 111th Precinct?

16    A.   Well, I had a friend who drove me out, in

17 Greenport.

18    Q.   What friend?

19    A.   His name is Frank.

20    Q.   Does he have a last name?

21    A.   Mihas, M-I-H-A-S.

22    Q.   Did you call him from the precinct?

23    A.   Precinct or later on.  I don't recall.

24    Q.   Did he arrive at the 111th Precinct to pick you

25 up or did you go somewhere to wait for him?

E. GERASIMOU

1    A.    From right there, yeah.

2            MS. DECASTRO:  I say we take a 20 minute

3            break here.  I'm going to have to run to the

4            restroom and grab quickly something to eat.

5            Let's go off the record now at 12:58 p.m.  Let's

6            meet back at 1:20.

7    Q.    Mr. Mihas picked you up at the precinct?

8    A.    Right.

9    Q.    Approximately, how much time elapsed between the

10   time you were first stopped by the police officer to the

11   time Mr. Mr. Mihas arrived at the precinct?

12   A.    I don't remember.

13   Q.    Was it more than an hour?

14   A.    No, less than an hour.

15   Q.    When you were at the precinct, before you were

16   let go, did the officers give you anything, any paperwork?

17   A.    Yes.

18   Q.    Did they give you a piece of paper that told you

19   when to appear in court?

20   A.    Yes.

21   Q.    Did they give you anything else?

22   A.    I don't remember.  Just, I remember they offer me

23   the car as well and the key to take the car home.  As I

24   told you, I said, no I'm not taking the car home without

25   plate, and pretty much pick up this application.  I spoke

E. GERASIMOU

1    with lieutenant couple of times, back and forth.

2        Q.    When you were brought to the precinct, were you

3    brought into a cell area?

4        A.    Yes.

5        Q.    Were you brought anywhere, before you were

6    brought to the cell area?

7        A.    I'm sorry?

8        Q.    Were you brought anywhere before being brought to

9    a cell area?

10        A.    I was finger printed and photographed.  I don't

11    remember what time.  I don't remember.

12        Q.    Who finger printed and photographed you?

13        A.    The officer that arrested me.  The young one.

14        Q.    The person that was originally on the scene,

15    correct?

16        A.    Yes.

17        Q.    After your fingerprinted and photographed, were

18    you brought in the cell or kept in the general cell area?

19        A.    To the cell.

20        Q.    Were you kept in that same cell until you were

21    released or were you brought somewhere else?

22        A.    Same cell.

23        Q.    Did you share that cell with anybody or were you

24    by yourself?

25        A.    Yes.

E. GERASIMOU

```
1      Q.    By yourself or with someone?

2      A.    There was some other people there, as well.

3      Q.    Are you asked any questions by the police

4   officers while you were at the precinct?

5      A.    No.

6      Q.    Did you say anything to the officers while you

7   were at the precinct?

8      A.    Nope.

9      Q.    Did you have your cell phone with you, at the

10  time that you were arrested, on June 16th of 2015?

11     A.    Probably, yes.  I don't recall that.

12     Q.    Do you remember how you got in contact with

13  Mr. Mihas to pick you up?

14     A.    I don't remember.

15     Q.    When do you allege the incident ended?

16     A.    What you mean, ended?

17     Q.    When was your last interaction with the police

18  officers that pulled you over?

19     A.    You mean, the time I left the precinct?

20     Q.    When was the last time you saw them, the police

21  officers?

22     A.    I saw the same police officers after a couple of

23  days in the precinct, as well.

24     Q.    Was that the time you went to go show the

25  paperwork?
```

E. GERASIMOU

1    A.    Yes.

2    Q.    Did you speak to them, when you went back there?

3    A.    No.

4    Q.    Where did you see them in the precinct?

5    A.    Just to show them in the precinct, correct.

6    Q.    Did they say anything to you?

7    A.    No.

8    Q.    Did you say anything to them?

9    A.    No.

10   Q.    Do you still currently drive that Mercedes?

11   A.    Yes.

12   Q.    How often do you drive it?

13   A.    On and off.  Like, I was away two months.  I

14   didn't drive it.  I am driving it now.

15   Q.    Are you still making payments to Mr. Fragedis for

16   the car?

17   A.    Yes.  Again, he is making the payment.

18   Q.    Did there come a time when you went to criminal

19   court related to this incident?

20   A.    Yes.

21   Q.    How long after, did you have to go to criminal

22   court?

23   A.    Don't remember, like a month after.

24   Q.    What happened when you went to court that day?

25   A.    They had sent the case, because the DA did not

E. GERASIMOU

1    have the information on the case, the file, something like

2    that.

3        Q.    Did you have to appear again?

4        A.    Yes.

5        Q.    When did you appear again?

6        A.    Maybe after another month, approximately.

7        Q.    What happened at the next appearance?

8        A.    The charges were dismissed.

9        Q.    Did you accept an adjournment in contemplation of

10   dismissal?

11       A.    I don't know how that went.  My lawyer knows

12   that.

13       Q.    Who were you represented by in the criminal

14   matter?

15       A.    Same firm, Mr. Cassar.

16       Q.    Did you ever have to go back to court after that?

17       A.    Yes, I went in the courtroom, but, by the DA

18   office, which is almost the same building, almost the same

19   area, to get some paperwork.

20       Q.    When was that?

21       A.    That was after the dismissal of the case.

22       Q.    Was that a date that has been sent by the court,

23   on the date of the dismissal of the case?

24       A.    No, it was later.

25       Q.    Did the court tell you to come back on that day?

E. GERASIMOU

1    A.    No.

2    Q.    Why did you go back?

3    A.    For personal stuff and paperwork.  We had plans,

4    books, notebooks, some doors for fixing cabinets, as well

5    as some construction stuff, which was confiscated from 111

6    Precinct, including the plate.

7    Q.    They were confiscated from where?

8    A.    From the car.  They put everything in a sealed

9    bags with like a number on it.  They took them to a

10   warehouse, somewhere in Long Island City.

11   Q.    How do you know they took it to a warehouse in

12   Long Island City?

13   A.    Well, the DA did not direct us, didn't know.  My

14   attorney didn't know.  I went myself, back in the precinct,

15   a couple of times.  I was never get a straight answer where

16   the stuff is and finally one officer one day, did help me

17   out and he told me I need a paper from the DA office to

18   direct the other department.

19          No, no, actually, I'm sorry.  I recall the 111

20   Precinct told me to call the storage place.  The police

21   storage place, they have in Long Island City.  I call them

22   and they told me they need the letter from the attorney.

23   So, between me and Mr. Cassar contact the DA, gave us what

24   we were looking for, forward to them and we did go and get

25   the materials which was left in the car.

E. GERASIMOU

```
 1              I'm really surprised that I see that plate in

 2      your hands, because they told me, we cannot give you

 3      specifically, we cannot give you the plate back, because

 4      it's property of Delaware State and we send it back to

 5      them.

 6         Q.    Who told you that?

 7         A.    The people in the storage place.  The officer in

 8      the storage place in Long Island City and I'm pretty sure

 9      if I go again, they will give me the same answer.  Just,

10      they didn't like somehow to give me the plate back.

11         Q.    At this point, you wouldn't need the plate,

12      because it's expired; is that correct?

13         A.    No, it was not expired.

14         Q.    When did you go pick up the plate?

15         A.    I don't remember.  I do have paperwork coming and

16      I sent paperwork.

17         Q.    You said the criminal case ended about two months

18      after the incident; is that correct?

19         A.    I don't know.

20         Q.    When do you remember going to court for the last

21      time?

22         A.    I don't know.  It's in the record.  I cannot

23      recall.

24         Q.    I'm going to show you what's already been marked

25      Defendant Exhibit B.
```

E. GERASIMOU

```
1              MS. DECASTRO:  Let the record reflect, I

2         handed the Plaintiff, Defendant Exhibit B.

3         Q.    Can you tell me what the expiration date of that

4    plate is?

5         A.    July 31st, 2015.

6         Q.    So, at any point after, if you went to pick it

7    up, after July 31st, 2015, it would have been expired; is

8    that correct?

9         A.    Right, correct.

10        Q.    You are you saying you went to pick up the plates

11   before July 31st, 2015?

12        A.    Before or after.  I don't know, I was there.

13   Specifically, they told me they sent it back to the State

14   of Delaware.  I'm really surprised they still have it.  It

15   was the only thing I did not pick up from after the case

16   was dismissed.

17        Q.    That's the only property you couldn't pick up

18   later?

19        A.    Correct.  Maybe it was expired, they have to send

20   it back to Delaware.  Who knows.  But, that's what I was

21   told.  What I remember was, the paper was not like paper,

22   it was like stronger, carbon or something.

23        Q.    You said you made two court appearances and you

24   went back to the court another time to check on the

25   property; is that correct?
```

E. GERASIMOU

1    A.    Yes, to take a letter.

2    Q.    That third time you went to the criminal court,

3    you weren't seen in front of a judge; is that correct?

4    A.    No.

5    Q.    Did you suffer any physical injuries as a result

6    of the incident alleged in your complaint?

7    A.    No.

8    Q.    Did you suffer any emotional injuries as a result

9    of the incident you described in your complaint?

10    A.    Yes.

11    Q.    What kind of emotional injuries?

12    A.    Embarrassment.

13    Q.    Anything else?

14    A.    I was humiliated.  Like, everybody knew about it,

15    knew about the car.  It was sitting out in the precinct

16    about two to three weeks.  People were talking about it.

17    Q.    Who was talking about it?

18    A.    People who I know in the neighborhood.

19    Q.    Is 111 Precinct in Bayside?

20    A.    About five blocks away from the Mythos

21    Restaurant.

22    Q.    Did you tell people about it, after you were

23    arrested June 16th, 2015?

24    A.    I have to explain myself, yes.

25    Q.    Before, you said that you told you friend, Frank

100

E. GERASIMOU

1    Mihas.  Does he live in Bayside?

2         A.     No, he lives in Plainview.

3         Q.     You said it was sitting outside of the precinct

4    for about two to three weeks?

5         A.     Right.

6         Q.     How do you know it was sitting out there for two

7    to three weeks?

8         A.     Because, I was driving and I saw the car was

9    sitting there.  I saw it, physically.

10        Q.     Did you do anything to retrieve that car, in the

11   time after you were arrested?

12        A.     I did drop all the paperwork in the next couple

13   of days in the precinct because I thought we were going to

14   get the car.  But, then they told us before the case, since

15   you're not yet dismissed, you cannot get the car.

16               So, now the car gets impounded after all these

17   weeks, over in the impound lab of New York City Police

18   Department, by Kennedy Airport.

19        Q.     So, it was impounded after being at the precinct

20   for two to three weeks?

21        A.     Yes.

22        Q.     Had Mr. Fragedis ever gone to pick up the car?

23        A.     Yes.

24        Q.     What had he done to go pick up the car?

25        A.     After the case was dismissed, actually even

E. GERASIMOU

1   before, there was special investigator who called me and

2   Mr. Fragedis and asked questions about the history of the

3   car.  It was a special investigation from the police

4   department, who came to examine the car.  Somewhere from

5   like Westchester County.  I remember 914 number.  Even that

6   special investigator said, it's so stupid and there's

7   nothing wrong with the car and I don't really understand

8   how all this happened.

9            So, after the case was dismissed, then, if I

10  remember correctly, the captain from the impound lab who

11  had the car, was called and he wanted the car out of there.

12  Like, go and pick up the car.  We told him, we don't have

13  the plate of the car, yet.  We don't want to use any copy

14  of the license plate and we have to wait for the new plates

15  from New York State.  That's why we went down to get this

16  plate to put in the car.  It was not returned to us.  We

17  had to wait for the plates, to come and take the car and

18  pick up the car.  We had no plate for the car.

19       Q.    When the did New York plates come?

20       A.    I don't remember.

21       Q.    So, they came after the criminal case was

22  dismissed?

23       A.    Yeah, late after.  I don't remember when.

24       Q.    How many months after?

25       A.    I don't remember.  I don't recall.

E. GERASIMOU

1     Q.     Did anybody ever tell you that you couldn't

2     retrieve the car because you weren't actually the title

3     holder of the car?

4     A.     Yes.

5     Q.     Who told you that?

6     A.     We spoke with the captain from the place and

7     either me or George Fragedis couldn't take it, because we

8     are not actually the owners.  He is actually the

9     leaseholder.  So, what happened at that time was some

10    paperwork was requested from Mercedes and was provided to

11    them.

12    Q.     What paperwork?

13    A.     I don't remember what was that.  Some type of

14    paperwork give the right to Fragedis, to get the car back.

15    Q.     Before you said that you suffered embarrassment

16    and humiliation, anything else?

17    A.     Big upsetting.  Look at the police with another

18    eye.  Be careful of them.  I was not worried so much

19    before.  I had people who I know who are police.  I never

20    had that type of issues.  I was stopped plenty of times

21    from police and never had to feel that way.  We are not

22    like, in a war or -- from what I understand, because that

23    was the acting.  An army cowboy acting from this man.

24    Q.     You said it was upsetting.  How was it upsetting?

25    How did it manifest itself?

DIAMOND REPORTING   (877) 624-3287   info@diamondreporting.com

E. GERASIMOU

```
1    A.    They try to tell you and make you to say to them,
2  yes, this is a fraudulent instrument.  It's all legit.  The
3  car was legit.  The paperwork was legit, and they try to
4  play with your mind.  Never in my life, in so many times
5  that I had to deal with police, I had that feeling.  Even
6  at the end of the day, they make me believe, hey, maybe
7  these guys down there, that's why they have better price,
8  because they do something fraudulent, who knows.  I was
9  pushed to admit that was a fraudulent plate.  They took me
10 over to the station.  It would be impossible, to my
11 thinking, not to verify that plate and it was legit.
12 Still, they keeping the plate and specifically say to me,
13 let's call it for the night and take the car and go home
14 and you appeal for the ticket.
15       I said, what are you talking about?  Do you have
16 any fight to call it for the night?  You arrest me for
17 fraudulent plate and fraud registration.  To me, it was not
18 the police officer.  He was up to something.
19 Q.    How were you forced to admit it was fraudulent?
20 A.    I'm sorry?
21 Q.    You said you were forced to admit it was
22 fraudulent.  How were you forced to admit it was
23 fraudulent?
24 A.    He came on me.
25 Q.    What came on you?
```

E. GERASIMOU

1    A.    The officer.

2    Q.    Which one?

3    A.    The officer that was going back and forth with

4    me.  The officer that was showing up in the window.  He's

5    going back in his car, he's coming.  This does not come up

6    on my system.  He was calling it fraudulent instrument.

7          I don't know if he opened his book and it helped

8    him out like some code or some type of law to charge me for

9    or what he had behind his mind and then in the car driving

10   to the precinct he kept saying, come on, tell us what

11   happened.  You did that again.  You have other plates?

12         I said, officer you don't know what you're

13   talking about.  Get to the bottom of this.  If it's

14   fraudulent, let me know.  I want to know myself, but, I

15   have nothing to do with this.

16   Q.    Were you arrested in 1999, for fraudulent

17   instrument?  For having a forged instrument?

18   A.    I don't recall.

19   Q.    You don't recall getting arrested in December

20   1999 for having a forged instrument?

21   A.    No, I don't and if it was something, I would tell

22   you.

23   Q.    What do you mean, if it was something you would

24   tell me?

25   A.    If I remember something I would tell you.

E. GERASIMOU

1    Q.    Is it possible you were arrested in December of

2    1999 for having a fraudulent instrument?

3    A.    I think it was impossible.

4    Q.    It's impossible; is that what you're a saying?

5    A.    Yes.  I don't remember it.

6    Q.    Do you ever remember being arrested for having a

7    fraudulent instrument, besides this incident?

8    A.    No.

9    Q.    Besides the embarrassment, humiliation and the

10   fact that you felt upset, did you suffer any other

11   emctional injuries?

12   A.    Not really.

13   Q.    You tell me how you felt embarrassed.  Tell me

14   what you felt when you were feeling embarrassed.

15   A.    What I felt?  I was thinking, how these two

16   police officers sent for anger management treatment.  That

17   was my thoughts, because, as I said in the beginning, they

18   were acting like a movie.  Like they are in the army and

19   they give orders to the other side, to the enemy.  That's

20   the way I felt; if you understand what I mean.

21   Q.    What orders were they giving, that you felt were

22   like the army?

23   A.    This is fraudulent instrument.  Don't lie to us.

24   Step out of the car.  They didn't even have the courtesy --

25   even I told them, I'm in the neighborhood.  I used to live

E. GERASIMOU

1    long time ago here.  Here is my lieutenant's associate

2    card.  Call this lieutenant, ask for my name.  See if I'm a

3    guy who steals car and drives with fraudulent instrument.

4    Really, I don't know where they came from.

5        Q.    Have you ever seen a doctor related to these

6    emotional injuries that you claim to have suffered?

7        A.    No.

8        Q.    Do you plan on seeing a doctor in the future for

9    this?

10       A.    No.

11       Q.    Have you taken any medication related to those

12   emotional injuries?

13       A.    No.

14       Q.    What about, just spoken to a counselor about it?

15       A.    Do you mean the attorney?

16       Q.    No, not your attorney.  A counselor, not just a

17   doctor.

18       A.    No.

19       Q.    Are you still experiencing those emotional

20   injuries today?

21       A.    Yes.

22       Q.    When was the last time you felt embarrassed or

23   upset over this incident?

24       A.    The time I'm thinking about, is the time I hear

25   in restaurant about arrest, about police.  My story come up

E. GERASIMOU

1    in my mind.

2         Q.    What kind of stories about police are you

3    hearing, that make you think about your story?

4         A.    Unauthorized force with the police department.

5    Not police department, I'm sorry.  Cops today, they taking

6    over to public.  I guess, they need more treatment.

7         Q.    Was any force used against you in this incident?

8         A.    The way they act and they put me out of the car.

9    They put my hands on the trunk.  They take me in the back

10   with like force and power.  They did not make me black and

11   blue, no, they did not.  But, all this force and all this

12   acting.  That's what I'm saying.  It was unprofessional.

13   They had in their mind, how they have a guy with a stolen

14   car in front of them, without doing any research or

15   probably any correct research to find about it.

16        Q.    You said before that the officers had pushed you.

17   Those weren't the officers that your suing; is that

18   correct?

19        A.    The ones who take my hands and they spread and

20   push, was the other two officers, correct.

21        Q.    Not the officers your suing in this lawsuit; is

22   that correct?

23        A.    Yes.

24        Q.    Did the officers that your suing in this lawsuit

25   ever use any force against you?

E. GERASIMOU

1    A.    Not except their behavior.

2    Q.    What do you mean by "their behavior"?

3    A.    The way they were acting.  Taking me out of the

4    car, pulling the plate, search the car, search me.

5    Q.    Did they pull you out of the car or did you step

6    out of the car?

7    A.    They pull me out of the car, but, they direct me

8    to step out of the car.  That's what I mean.  They did not

9    actually pull me and I comply hundred percent.

10    Q.    At any point did officer Cillis put his hands on

11    you?

12    A.    No, the time they handcuffed me -- I don't

13    remember.  It was like all of them there.  So, really I

14    don't know who did.

15    Q.    Did at any time Sergeant Brenes put his hands on

16    you?

17    A.    No and again, what you mean by that?  You mean

18    aggression, right?

19    Q.    I'm asking, did he put his hands on you?

20    A.    I mean, he pull.

21    Q.    I thought you said previously that the officers

22    who handcuffed you, were the two others officers that

23    arrived at the scene?

24    A.    No, I didn't say that.

25    Q.    Who were the officers that put the handcuffs on

109

E. GERASIMOU

1    you?

2        A.     I don't recall.  I said, I know the two other

3    officers he sent, the other gentlemen.  They took me and

4    they put me in the car.  So, yes they did put their hands

5    on me.

6        Q.     Did you suffer any injuries from them handcuffing

7    you or putting you in the car?

8        A.     No.

9        Q.     Did you make any complaints about physical

10   injuries to them?

11       A.     No.

12       Q.     Did you make any complaints to them about the way

13   they were acting or the way you were feeling?

14       A.     Yes.

15       Q.     What did you say?

16       A.     As I said before, I said, this paperwork it is

17   where the car came from, Delaware.  Please make sure to see

18   it, check it because it's not the way you tell me, officer.

19   It's not fraudulent.

20       Q.     Did you say anything else related to the way they

21   were acting or the way you were feeling?

22       A.     No, I couldn't say that.

23       Q.     Has this incident affected you in any other way

24   that we haven't discussed?

25       A.     Not really.

E. GERASIMOU

1    Q.    Did you suffer any economic injuries related to

2  this incident?

3    A.    Really, I don't know how people -- if they have

4  give me business or they don't, because of that accident.

5  Really, I don't know how people took it.  But, I feel that

6  way.

7    Q.    You feel that you lost business, because of this

8  incident?

9    A.    I don't know.

10    Q.    I'm asking you a question.

11    A.    Yeah.

12    Q.    Has anybody told you that they're not going to do

13  business with you, because of this incident?

14    A.    No, no one told me.

15    Q.    This business that you would be doing with these

16  people, what kind of business would it be?

17    A.    Construction business.

18    Q.    You doing construction for them or you doing

19  construction for your own buildings?

20    A.    My own buildings and for them, as well.

21    Q.    How often do you do construction for other

22  buildings?

23    A.    Very often.

24    Q.    You said your criminal defense attorney in the

25  criminal case was Mr. Cassar's office?

E. GERASIMOU

1    A.    This particular one?

2    Q.    Yes.

3    A.    Correct, yes.

4    Q.    How much money did you pay him to represent you

5  in the criminal matter?

6    A.    I did not give him any money.

7    Q.    You didn't give him any money?

8    A.    No.  No money.

9    Q.    What kind of agreement did you enter into?

10        THE WITNESS:  Can you discuss the agreement?

11        MR. KARLYA:  You can answer her question.

12    A.    I think, same agreement, how you call, the

13  accident cases, same.

14    Q.    Was the agreement that they would represent you

15  in the criminal case and then they would bring a lawsuit in

16  connection with that incident?

17    A.    Yes.

18    Q.    Is there an agreement that if you got proceeds

19  for this lawsuit, that your lawyer would take all of the

20  money or would you take some of it?

21    A.    No, he's taking percent.  I'll be honest with

22  you, I don't remember what the exact percent.

23    Q.    How did you find Mr. Cassar's office?

24    A.    Mr. Cassar's office -- I was walking and I found

25  out about a case, foreclosure case, and his name came up

E. GERASIMOU

1    who won the appeal.

2        Q.    The foreclosure case, was that the case that you

3    previously --

4        A.    No, some other case he had won, very

5    successfully.  I call him up.  You won that case, you must

6    be a good attorney.

7        Q.    When did you look that up?

8        A.    That was maybe, a year and half ago, two years

9    ago.  Prior to that incident.

10       Q.    Had he represented you in another matter,

11   previously?

12       A.    We discussed another matter.  He didn't represent

13   me.

14       Q.    Besides this incident and the incident we talked

15   about with the federal government, have you ever been

16   arrested?

17       A.    Like I said, I had with my license.  I was

18   arrested one or two times.  I don't really remember.  Like,

19   20 years ago.  Again, I was arrested from police, but, I

20   don't remember why.  It was something with the truck I was

21   driving.  It was like, overweight.  I was working for

22   somebody else at that time, but, I don't recall it though.

23       Q.    You say that maybe once or twice you were

24   arrested for license.  Was the one time, the time we

25   discussed previously, where you had called the police at

113

E. GERASIMOU

1    the scene of the accident?

2        A.    Yes, that was the story.

3        Q.    What year was that in?

4        A.    2014 or 2015.

5        Q.    What were you arrested for then?

6        A.    I'm sorry?

7        Q.    You were arrested for not having a license or

8    what were you arrested for?

9        A.    My license was suspended, because it was a new

10   law taking place for taxes.  I was missing a payment and

11   they suspend the license.  They send me a notice, I did not

12   receive.  I did not get it and then I called the police to

13   arrest me.

14       Q.    Besides those incidents that we just discussed,

15   any other times you can you remember being arrested?

16       A.    Not off top of my head.

17       Q.    Besides the time you spent in federal custody

18   that we discussed before, have you ever been in state

19   custody?

20       A.    No.

21       Q.    Have you ever been to Rikers Island?

22       A.    No.

23       Q.    Have you ever been processed fully and been sent

24   to Central Booking, New York City Central Booking?

25       A.    Yes.

E. GERASIMOU

1      Q.      When was that?  In related to what arrest?

2      A.      Those arrest that I mention before.

3      Q.      The incident here, you did not go to central

4   booking?

5      A.      No.

6      Q.      So, the other ones you did?

7      A.      Yeah, long time ago.

8      Q.      Besides the federal case, have you ever been

9   convicted of any crimes?

10     A.      Besides federal?  No.

11     Q.      Is the younger of the two officers that pulled

12  you over that day, is he the one that was at the window

13  asking you the questions?

14     A.      Yes.

15     Q.      Is he the one that processed the paperwork in

16  your case?

17     A.      Process the paperwork; he's the one trying to

18  admit the plate is fake.  He is the one that offer me the

19  car with key, without plate.

20     Q.      What was the other officer that he was with?  Was

21  that Sergeant Brenes, Scott Brenes?

22     A.      I don't have a way to know he was Scott.

23     Q.      What did he do that you allege was wrongful?

24     A.      I don't recall any kind of sessions with him.  In

25  the car, probably, but, I don't really remember it.

E. GERASIMOU

1    Q.     Was he with Cillis when the officer gave you back

2    the car key and the desk appearance ticket and the stuff

3    back at the precinct?

4    A.     No.

5    Q.     Where was he standing when Officer Cillis came to

6    your window?

7    A.     I don't understand the question.

8    Q.     When Officer Cillis came to the window of the

9    car, could you see Sergeant Scott Brenes?

10   A.     He was on the other side of the car, yes.

11   Q.     So, on the passenger side?

12   A.     Yes.

13   Q.     Did he say anything to you, when he was at the

14   passenger side window?

15   A.     No.

16   Q.     Did he say anything to you at any point during

17   the incident?

18   A.     No, my conversation was with the officer at my

19   window.

20   Q.     Why are you suing Scott Brenes?

21   A.     Really, that's for the attorney to figure out.

22   Q.     I'm not asking you for the legal answer.  I'm

23   asking, why you are suing him.

24   A.     He's the guy in commandment.  He gets sued as

25   well.  Really, I don't know.

116

E. GERASIMOU

1    Q.    Did Sergeant Scott Brenes cause you any physical

2    injuries?

3    A.    No.

4    Q.    Did you cause you any emotional injuries?

5    A.    Emotional, I got from the whole action, like,

6    what they did to me.

7    Q.    What about Officer Cillis?  Did he cause you any

8    physical injury?

9    A.    Not physical.

10    Q.    Any emotional?

11    A.    Yes.

12    Q.    Is that, again, from the whole incident?

13    A.    Correct.

14    Q.    Other than yourself, who else has knowledge of

15    facts supporting your claims?

16    A.    I'm sorry?

17    Q.    Other than yourself, who has knows about this

18    incident?

19    A.    The lieutenant that night, who they show me

20    there.  Nobody else.  There was nobody with me in the car.

21    Q.    Do you have any photographs related to this

22    incident?

23    A.    No.

24    Q.    You said you made a complaint about this case to

25    an internal agency.  You said 311 or somewhere else?

117

E. GERASIMOU

1    A.    Right.

2    Q.    Did you speak to an investigator from an agency

3    or who do you think you spoke to?

4    A.    I spoke with someone in 1 Police Plaza.

5    Q.    In person or over the phone?

6    A.    They call me.  It was a female.

7    Q.    Did she ask you what had happened or how did that

8    conversation go?

9    A.    They asked me what happened and then they process

10    the complaint and then I didn't hear nothing else from

11    there.

12    Q.    Did you get any letters in the mail or any

13    documentation related to that complaint?

14    A.    No.

15         MS. DECASTRO:  Let's just take a break.

16         It's 2:28.  We're almost done.  I need to run

17         down and collect thoughts.

18         MR. KARLYA:  Let's do ten minutes.  Is that

19         enough time?

20         (Whereupon, a short recess was taken.)

21         MS. DECASTRO:  Back on the record at 2:41

22         p.m.

23    Q.    Before you said that you had received a ticket

24    while you were driving a truck; is that correct?

25    A.    I don't recall.  It's a long, long, time ago.

                                                                                        118

                              E. GERASIMOU

1    Q.    Was it more then ten years ago?

2    A.    Yes.

3    Q.    Who were you working for at the time?

4    A.    John Geroulis.  Maybe, over 20 years ago.

5          MS. DECASTRO:  We call for production of his

6          retrainer agreement in the criminal matter and

7          civil matter.

8          MR. KARLYA:  Counsel, I admit, I'm having a

9          little difficulty keeping track of the

10         productions.

11         (Whereupon, an off-the-record discussion was

12         held.)

13   Q.    Are there any answers that you have given, prior

14   to right now, that you would like to change?

15   A.    I don't think I have to change.  Maybe, something

16   I didn't understand well.  I don't know.

17   Q.    Is there anything that you didn't understand at

18   this point, that you would like to clarify or change?

19   A.    Nothing really top of my mind right now.

20   Q.    Is everything that you stated today accurate?

21   A.    99 percent.

22   Q.    Why would it be one percent not accurate?

23   A.    Because, when you get old over 50, you get to 53,

24   then your memory doesn't work as when you were 20 or 30

25   years old.

119

E. GERASIMOU

1    Q.    Your memory doesn't get better, is what your

2    saying?

3    A.    Really, I don't know.

4    Q.    What do you mean, you don't know?

5    A.    Really, I don't know.  My wife tells me I have

6    too many things on my mind.  Maybe, sometimes you miss

7    things and then later you think, oh, no, that's not really

8    exactly that way.

9              MS. DECASTRO:  We're done for today,

10             however, defendants leave this deposition open

11             for a later time.  Especially given that there

12             were e-mails exchanged by Mr. Gerasimou in this

13             matter, that we just became aware of today.  The

14             time is 2:44 p.m.

15             (Whereupon, at 2:44 P.M., the Examination of

16             this Witness was concluded.)

17

18

19             _____
               EVANGELOS GERASIMOU

20

21   Subscribed and sworn to before me

22   this _____ day of _____ 20___.

23

24   _____
         NOTARY PUBLIC

25

E. GERASIMOU

```
 1                    E X H I B I T S

 2   DEFENDANT'S EXHIBITS

 3   EXHIBIT EXHIBIT                        PAGE

 4   LETTER   DESCRIPTION

 5   A        Delaware State Department of Motor

 6            Vehicle Temporary License Plate

 7            Photograph                    60

 8   B        Copy of licence plate         71

 9   C        E-mail copy                   88

10

11            (Exhibits retained by Counsel.)

12                    I N D E X

13   EXAMINATION BY                         PAGE

14   MS. DECASTRO                           5

15

16       INFORMATION AND/OR DOCUMENTS REQUESTED
     INFORMATION AND/OR DOCUMENTS           PAGE
17
     Text message conversations exchanged   24
18   between Plaintiff and Mr. Fragedis

19   E-mails from Mr. Gerasimou to the      27
     Car dealer and DMV
20
     George Fragedis' phone number and address  66
21
     DA correspondence                     89
22
     Attachment at the bottom of the e-mail  91
23   in Defendants Exhibit C

24   Retrainer agreement for Plaintiff     118
     in the criminal matter and civil matter
25
```

E. GERASIMOU

1    C E R T I F I C A T E

2

STATE OF NEW YORK          )
3                                   :  SS.:
COUNTY OF NEW YORK         )

4

5        I, JAMIE BORTNER, a Notary Public for and

6   within the State of New York, do hereby certify:

7        That the witness whose examination is

8   hereinbefore set forth was duly sworn and that such

9   examination is a true record of the testimony given by that

10  witness.

11       I further certify that I am not related to any

12  of the parties to this action by blood or by marriage and

13  that I am in no way interested in the outcome of this

14  matter.

15       IN WITNESS WHEREOF, I have hereunto set my hand

16  this 17th day of October 2016.

17

18        *Jamie Bortner*

19   _____
          JAMIE BORTNER
20

21

22

23

24

25

E. GERASIMOU

122

## 1

**1** [2] - 3:7, 117:4
**100** [2] - 1:17, 2:11
**10007** [1] - 1:18
**10007-2601** [1] - 2:11
**10:17** [1] - 1:11
**111** [8] - 31:22, 35:23, 36:17, 83:24, 83:25, 96:5, 96:19, 99:19
**111th** [1] - 90:15, 90:24
**11743** [1] - 2:4
**118** [1] - 120:24
**11944** [3] - 4:9, 12:21, 13:2
**11:00** [1] - 34:22
**11:18** [1] - 41:6
**11:38** [1] - 41:11
**11:45** [1] - 46:1
**12:00** [1] - 55:19
**12:58** [1] - 91:5
**13** [1] - 2:4
**15-CV-6892** [1] - 1:5
**15/20** [1] - 80:13
**16** [2] - 55:13, 57:16
**1610** [3] - 4:9, 12:21, 13:8
**163274** [1] - 2:13
**16th** [46] - 13:24, 15:9, 15:21, 24:3, 30:22, 31:7, 32:13, 33:20, 33:21, 34:18, 35:4, 38:2, 48:17, 49:21, 49:25, 50:25, 55:7, 55:11, 55:21, 55:22, 57:6, 58:16, 58:22, 59:17, 61:4, 61:7, 62:16, 62:18, 62:22, 63:2, 63:7, 66:6, 66:13, 67:3, 67:10, 68:13, 68:18, 68:22, 72:10, 74:9, 74:16, 84:6, 85:13, 86:5, 93:10, 99:23
**17th** [2] - 90:4, 121:16
**1999** [3] - 104:16, 104:20, 105:2
**1:20** [1] - 91:6

## 2

**2** [1] - 89:9
**20** [6] - 65:23, 80:17, 91:2, 112:19, 118:4, 118:24
**20/25** [1] - 12:15
**2004** [3] - 42:9, 42:13, 43:16
**2006** [1] - 5:15
**2012** [1] - 58:25
**2014** [2] - 84:16, 113:4
**2015** [54] - 13:24, 15:9, 23:5, 23:9, 24:3, 31:8, 32:13, 33:21, 34:7, 34:18, 35:4, 38:2, 48:17,

49:21, 49:25, 50:25, 55:7, 55:13, 55:21, 55:22, 57:6, 57:16, 58:16, 58:22, 59:17, 61:4, 61:7, 62:2, 62:16, 62:19, 62:22, 63:2, 63:7, 66:6, 66:13, 67:3, 67:10, 68:14, 68:18, 68:22, 72:10, 74:9, 74:16, 84:6, 84:16, 85:14, 86:5, 90:4, 93:10, 98:5, 98:7, 98:11, 99:23, 113:4
**2016** [3] - 1:10, 30:22, 121:16
**20___** [1] - 119:22
**22** [1] - 15:6
**24** [5] - 9:12, 9:16, 9:19, 9:21, 120:17
**2400** [1] - 13:2
**25** [1] - 15:4
**27** [1] - 120:19
**2:28** [1] - 117:16
**2:41** [1] - 117:21
**2:44** [2] - 119:14, 119:15
**2nd** [2] - 62:1, 62:2

## 3

**3** [1] - 1:10
**3,500** [1] - 14:6
**30** [3] - 3:6, 21:14, 118:24
**311** [3] - 53:14, 53:16, 116:25
**31st** [4] - 56:19, 98:5, 98:7, 98:11

## 4

**4,000/4,200** [1] - 14:16
**40** [2] - 31:23, 80:17
**4000319637** [1] - 40:10
**45** [1] - 31:5
**4th** [1] - 1:18

## 5

**5** [1] - 120:14
**50** [1] - 118:23
**53** [1] - 118:23
**5:00** [1] - 57:9
**5:30** [1] - 67:15

## 6

**60** [2] - 28:8, 120:7
**63274** [1] - 2:12
**66** [1] - 120:20
**6640** [1] - 11:19
**6:00** [1] - 67:15

## 7

**71** [1] - 120:8
**73** [2] - 20:23, 68:15
**7:00** [1] - 55:19

## 8

**88** [1] - 120:9
**89** [1] - 120:21

## 9

**91** [1] - 120:22
**914** [1] - 101:5
**99** [1] - 118:21

## A

**a.m** [3] - 41:7, 41:12, 46:2
**A.M** [1] - 1:11
**able** [1] - 8:24
**absolutely** [5] - 18:19, 26:2, 28:6, 85:25, 87:16
**accept** [2] - 79:6, 95:9
**access** [3] - 86:19, 86:24, 86:25
**accident** [4] - 50:13, 110:4, 111:13, 113:1
**accordingly** [2] - 7:9, 7:14
**account** [2] - 54:12, 59:16
**accountant** [3] - 29:24, 29:25, 30:1
**accurate** [4] - 72:10, 73:4, 118:20, 118:22
**accurately** [2] - 7:20, 9:8
**accuse** [6] - 42:15, 49:14, 49:18, 79:3, 79:4, 79:8
**accused** [5] - 42:14, 43:19, 46:12, 48:11, 77:20
**ACK** [1] - 30:1
**acknowledges** [3] - 24:21, 66:5, 90:5
**act** [2] - 48:21, 107:8
**acted** [2] - 49:6, 49:7
**acting** [10] - 18:11, 18:17, 18:18, 102:23, 105:18, 107:12, 108:3, 109:13, 109:21
**action** [8] - 41:23, 42:16, 42:23, 44:11, 46:13, 46:16, 116:5, 121:12
**address** [7] - 4:8, 12:20, 12:24, 66:3, 89:8, 89:11, 120:20
**adjournment** [1] - 95:9
**administer** [1] - 3:5
**admit** [6] - 103:9, 103:19, 103:21, 103:22, 114:18, 118:8

**advice** [1] - 44:19
**affected** [1] - 109:23
**after** [49] - 3:6, 8:20, 16:23, 19:4, 24:8, 24:10, 25:15, 27:11, 33:9, 53:21, 53:22, 57:10, 62:16, 62:18, 62:21, 62:24, 68:1, 68:6, 69:3, 77:23, 78:11, 78:24, 85:19, 86:5, 86:11, 86:18, 90:11, 90:14, 92:17, 93:22, 94:21, 94:23, 95:6, 95:16, 95:21, 97:18, 98:6, 98:7, 98:12, 98:15, 99:22, 100:11, 100:16, 100:19, 100:25, 101:9, 101:21, 101:23, 101:24
**again** [18] - 6:11, 18:7, 18:10, 19:9, 31:2, 46:6, 51:10, 61:19, 71:4, 85:8, 94:17, 95:3, 95:5, 97:9, 104:11, 108:17, 112:19, 116:12
**against** [10] - 1:4, 5:7, 16:25, 26:4, 26:5, 41:13, 41:16, 42:4, 107:7, 107:25
**age** [1] - 25:25
**agency** [2] - 116:25, 117:2
**aggression** [1] - 108:18
**ago** [18] - 4:24, 5:14, 6:10, 12:13, 12:14, 33:17, 33:22, 46:15, 84:5, 84:13, 106:1, 112:8, 112:9, 112:19, 114:7, 117:25, 118:1, 118:4
**AGREED** [2] - 3:2, 3:8
**agreement** [19] - 42:19, 43:4, 53:6, 63:14, 63:15, 63:16, 63:18, 63:20, 65:12, 65:13, 65:15, 65:16, 111:9, 111:10, 111:12, 111:14, 111:18, 118:6, 120:24
**agreements** [1] - 63:11
**Airport** [2] - 27:22, 100:18
**alcohol** [2] - 9:21, 38:6
**allegations** [1] - 55:1
**allege** [3] - 55:15, 93:15, 114:23
**alleged** [3] - 53:12, 55:6, 99:6
**alleging** [1] - 55:9
**almost** [3] - 95:18, 117:16
**always** [2] - 17:16, 36:2
**Amendment** [2] - 45:11, 45:21
**AMPlaza27@Gmail.com** [1] - 89:10

E. GERASIMOU

123

**AND** [2] - 3:2, 3:8
**AND/OR** [2] - 120:16, 120:16
**Angelo** [11] - 10:3, 10:8, 11:3, 11:11, 11:18, 13:5, 43:23, 44:1, 46:9, 46:13, 48:4
**ANGELO** [1] - 10:4
**anger** [2] - 18:12, 105:16
**angry** [1] - 83:4
**anna** [1] - 13:13
**anna-Marie** [1] - 13:13
**another** [14] - 12:6, 30:24, 31:2, 33:2, 35:18, 35:19, 46:23, 49:16, 84:17, 95:6, 98:24, 102:17, 112:10, 112:12
**answer** [18] - 7:23, 7:24, 8:15, 9:4, 19:11, 27:24, 33:7, 41:10, 45:13, 61:13, 61:18, 76:19, 76:21, 77:8, 96:15, 97:9, 111:11, 115:22
**answered** [1] - 45:16
**answers** [3] - 7:9, 7:14, 118:13
**anybody** [4] - 46:19, 92:23, 102:1, 110:12
**anymore** [1] - 83:5
**anyone** [11] - 3:4, 6:19, 13:10, 47:2, 48:25, 52:25, 53:3, 53:23, 57:13, 67:19, 74:22
**anything** [31] - 10:6, 13:19, 22:9, 23:17, 25:13, 33:4, 37:14, 40:20, 52:25, 53:3, 53:12, 54:6, 56:4, 56:7, 59:24, 70:4, 78:18, 84:19, 86:13, 91:16, 91:21, 93:6, 94:6, 94:8, 99:13, 100:10, 102:16, 109:20, 115:13, 115:16, 118:17
**anywhere** [6] - 11:12, 51:22, 64:5, 68:1, 92:5, 92:8
**appeal** [2] - 103:14, 112:1
**appear** [6] - 21:20, 25:19, 74:16, 91:19, 95:3, 95:5
**appearance** [4] - 40:3, 64:8, 95:7, 115:2
**appearances** [3] - 17:1, 64:15, 98:23
**appeared** [4] - 61:1, 61:6, 61:16, 61:17
**appears** [1] - 90:4
**application** [2] - 44:4, 91:25
**applied** [1] - 11:17

**applying** [1] - 11:8
**approximate** [2] - 12:14, 17:10, 55:18
**approximately** [11] - 4:21, 5:16, 6:6, 14:6, 15:22, 34:21, 63:1, 64:18, 67:13, 91:9, 95:6
**approximation** [1] - 58:12
**area** [6] - 30:17, 92:3, 92:6, 92:9, 92:18, 95:19
**army** [4] - 49:12, 102:23, 105:18, 105:22
**around** [12] - 5:15, 23:4, 23:9, 57:16, 57:19, 58:21, 62:2, 66:12, 72:12, 78:25, 90:9
**arrest** [18] - 16:10, 19:9, 24:25, 39:6, 42:15, 49:16, 50:4, 50:6, 50:22, 56:2, 56:3, 62:21, 77:22, 103:16, 106:25, 113:13, 114:1, 114:2
**arrested** [32] - 16:19, 24:3, 26:13, 32:7, 42:10, 42:12, 43:17, 50:2, 50:5, 50:7, 50:8, 50:15, 55:7, 85:7, 85:8, 85:12, 92:13, 93:10, 99:23, 100:11, 104:16, 104:19, 105:1, 105:6, 112:16, 112:18, 112:19, 112:24, 113:5, 113:7, 113:8, 113:15
**arrive** [2] - 82:3, 90:24
**arrived** [10] - 23:4, 67:7, 67:11, 67:14, 82:9, 82:14, 82:19, 83:2, 91:11, 108:23
**ask** [26] - 8:1, 8:4, 9:3, 32:8, 35:13, 39:16, 39:18, 39:19, 39:25, 46:5, 55:8, 69:24, 70:4, 71:4, 75:16, 75:17, 76:6, 76:12, 77:2, 77:7, 80:7, 81:7, 81:18, 85:4, 106:2, 117:7
**asked** [19] - 32:9, 32:13, 35:14, 61:15, 61:22, 71:2, 76:1, 76:4, 76:9, 76:15, 76:23, 77:5, 77:6, 77:13, 78:7, 80:11, 93:3, 101:2, 117:9
**asking** [10] - 32:5, 59:19, 63:22, 74:14, 88:25, 108:19, 110:10, 114:13, 115:22, 115:23
**assert** [1] - 46:5
**asserting** [1] - 45:21
**assess** [1] - 80:19
**assistance** [1] - 29:15
**associate** [2] - 36:8, 106:1

**Associates** [1] - 30:1
**association** [1] - 35:18
**assume** [1] - 8:7
**Astoria** [6] - 56:15, 56:16, 57:11, 57:23, 58:4, 67:4
**attached** [1] - 72:15
**attachment** [2] - 90:2, 120:22
**attending** [1] - 5:21
**attention** [1] - 54:25
**attitude** [3] - 19:7, 49:12, 49:13
**attorney** [9] - 17:18, 44:19, 96:14, 96:22, 106:15, 106:16, 110:24, 112:6, 115:21
**Attorneys** [2] - 2:3, 2:8
**authorized** [1] - 3:4
**Avenue** [3] - 20:23, 30:4, 68:15
**aware** [1] - 119:13
**away** [3] - 68:8, 94:13, 99:20

---

## B

**back** [61] - 10:13, 19:4, 27:18, 28:25, 32:21, 35:8, 41:10, 41:11, 46:1, 46:2, 46:4, 49:10, 49:11, 51:9, 52:13, 68:19, 72:17, 73:3, 73:6, 73:7, 73:15, 73:17, 74:18, 74:21, 74:24, 76:8, 78:13, 78:14, 78:21, 79:2, 79:9, 79:22, 80:11, 80:16, 84:21, 85:1, 85:22, 85:23, 87:3, 89:24, 90:7, 91:6, 92:1, 94:2, 95:16, 95:25, 96:2, 96:14, 97:3, 97:4, 97:10, 98:13, 98:20, 98:24, 102:14, 104:3, 104:5, 107:9, 115:1, 115:3, 117:21
**bad** [3] - 18:15, 19:6, 50:18
**bags** [1] - 96:9
**bank** [11] - 42:15, 43:15, 43:20, 43:21, 43:24, 44:5, 44:17, 44:21, 45:5, 45:7, 46:7
**basis** [2] - 55:2, 59:8
**Bayside** [5] - 30:17, 30:19, 34:3, 99:19, 100:1
**before** [49] - 1:18, 3:4, 3:5, 4:16, 7:22, 8:14, 21:4, 22:9, 31:7, 31:13, 41:24, 50:7, 50:9, 56:16, 57:5, 61:22, 65:1, 71:13,

71:14, 71:16, 71:18, 72:15, 74:8, 76:9, 76:15, 76:24, 79:7, 82:8, 83:3, 83:25, 86:19, 87:2, 88:14, 91:15, 92:5, 92:8, 98:11, 98:12, 99:25, 100:14, 101:1, 102:15, 102:19, 107:16, 109:16, 113:18, 114:2, 117:23, 119:21
**beginning** [3] - 35:20, 85:5, 105:17
**behalf** [3] - 44:8, 59:2
**behavior** [2] - 108:1, 108:2
**behind** [1] - 104:9
**believe** [5] - 19:17, 36:7, 40:18, 40:24, 103:6
**benefits** [1] - 29:13
**Benz** [3] - 58:1, 82:21, 82:23
**besides** [14] - 6:12, 14:9, 14:20, 29:10, 41:21, 53:11, 54:7, 105:7, 105:9, 112:14, 113:14, 113:17, 114:8, 114:10
**better** [2] - 103:7, 119:1
**between** [9] - 3:2, 24:19, 41:2, 63:21, 67:15, 80:10, 91:9, 96:23, 120:18
**big** [1] - 102:17
**bill** [1] - 14:13
**billing** [1] - 59:16
**bills** [2] - 14:10, 14:12
**birth** [3] - 12:2, 12:4, 12:6
**bit** [1] - 69:6
**black** [3] - 31:24, 52:9, 107:10
**blah** [3] - 36:3, 36:4
**blind** [1] - 5:22
**blocks** [1] - 99:20
**blood** [1] - 121:12
**blue** [1] - 107:11
**book** [2] - 49:16, 104:7
**Booking** [2] - 113:24
**booking** [1] - 114:4
**books** [1] - 96:4
**booth** [1] - 33:3
**born** [1] - 12:8
**Bortner** [1] - 1:18
**BORTNER** [2] - 121:5, 121:19
**both** [6] - 7:8, 7:14, 7:24, 65:6, 78:14, 88:23
**bottom** [9] - 19:15, 60:23, 61:10, 79:20, 80:3, 85:18, 90:3, 104:13, 120:22
**bought** [5] - 56:22, 57:6, 59:1, 63:4, 63:8

| | | | |
|---|---|---|---|
| **Boulevard** [5] - 16:14, 16:15, 34:1, 34:2, 68:23 | 79:14, 80:10, 85:17, 87:4, 101:4, 101:21, 103:24, 103:25, 106:4, 109:17, 111:25, 115:5, 115:8 | 87:8, 87:10, 87:11, 87:17, 87:19, 87:22, 89:6, 91:23, 91:24, 94:16, 96:8, 96:25, 99:15, 100:8, 100:10, 100:14, 100:15, 100:16, 100:22, 100:24, 101:3, 101:4, 101:7, 101:11, 101:12, 101:13, 101:16, 101:17, 101:18, 102:2, 102:3, 102:14, 103:3, 103:13, 104:5, 104:9, 105:24, 106:3, 107:8, 107:14, 108:4, 108:5, 108:6, 108:7, 108:8, 109:4, 109:7, 109:17, 114:19, 114:25, 115:2, 115:9, 115:10, 116:20 | **charged** [5] - 46:19, 47:9, 47:18, 47:20, 47:22 |
| **brand** [2] - 22:11, 79:19 | | | **charges** [1] - 95:8 |
| **break** [5] - 9:2, 9:4, 41:6, 91:3, 117:15 | | | **cheap** [1] - 64:10 |
| **BRENES** [2] - 1:7, 2:10 | **can't** [5] - 7:10, 7:15, 61:21, 63:25, 89:21 | | **check** [7] - 16:16, 49:10, 49:11, 77:3, 89:21, 98:24, 109:18 |
| **Brenes** [8] - 4:12, 83:12, 108:15, 114:21, 115:9, 115:20, 116:1 | **cannot** [7] - 9:7, 27:22, 36:4, 97:2, 97:3, 97:22, 100:15 | | **checked** [1] - 35:17 |
| **briefly** [1] - 89:7 | | | **cheek** [1] - 28:3 |
| **bring** [4] - 38:24, 48:15, 87:4, 111:15 | **capacities** [4] - 1:7, 1:7, 2:10, 2:10 | | **Cherokee** [1] - 58:25 |
| **bringing** [2] - 22:20, 68:19 | **captain** [2] - 101:10, 102:6 | | **children** [2] - 14:22, 17:20 |
| **broke** [1] - 46:7 | **car** [224] - 16:16, 17:18, 17:19, 18:23, 18:24, 19:2, 19:4, 19:11, 19:18, 19:19, 19:23, 20:9, 20:11, 20:13, 20:14, 20:16, 20:18, 21:2, 21:7, 21:12, 21:13, 21:19, 21:25, 22:2, 22:7, 22:8, 22:9, 22:11, 22:12, 22:14, 22:15, 22:18, 22:20, 22:21, 22:22, 22:24, 23:2, 23:4, 23:25, 24:2, 24:5, 25:1, 25:2, 25:5, 25:10, 25:18, 25:21, 28:23, 32:9, 34:20, 35:8, 40:13, 40:18, 49:9, 50:14, 51:9, 58:5, 58:7, 58:16, 58:17, 58:18, 58:19, 58:20, 58:21, 58:24, 59:1, 59:2, 59:3, 59:6, 59:20, 59:25, 60:20, 60:21, 61:4, 61:17, 61:22, 61:24, 62:2, 62:9, 62:19, 62:21, 63:12, 64:1, 64:3, 64:7, 64:10, 64:14, 64:21, 64:23, 65:17, 66:12, 66:13, 66:17, 66:20, 70:13, 70:19, 70:21, 71:3, 71:5, 72:9, 73:25, 74:5, 75:3, 75:4, 75:6, 75:8, 75:14, 75:25, 77:3, 77:14, 77:16, 77:17, 77:18, 77:22, 77:23, 78:1, 78:2, 78:13, 78:14, 78:16, 78:19, 78:22, 79:2, 79:14, 79:17, 79:19, 80:9, 80:11, 80:12, 80:20, 81:19, 81:22, 81:25, 82:5, 82:6, 82:7, 82:8, 82:18, 82:20, 82:22, 82:24, 85:6, 85:10, 85:20, 85:22, 85:23, 85:24, 86:2, 86:5, 86:10, 86:14, 86:20, 86:24, 86:25, 87:3, 87:4, | | **cholesterol** [1] - 37:13 |
| **broker** [20] - 25:9, 25:11, 44:6, 44:7, 44:25, 45:2, 45:4, 45:6, 46:9, 46:12, 64:9, 65:2, 65:3, 65:4, 65:5, 65:7, 65:10, 87:18, 89:4 | | **Car** [1] - 120:19 | **CHRISTOPHER** [1] - 2:2 |
| | | **carbon** [1] - 98:22 | **Christopher** [1] - 53:8 |
| | | **card** [14] - 35:18, 35:24, 36:1, 36:2, 36:8, 36:9, 36:12, 36:14, 36:19, 69:24, 70:2, 71:15, 106:2 | **Church** [2] - 1:17, 2:11 |
| **Brooklyn** [3] - 43:11, 43:12, 46:18 | | | **Cillis** [7] - 4:11, 83:11, 108:10, 115:1, 115:5, 115:8, 116:7 |
| **brother** [1] - 47:6 | | | **CILLIS** [2] - 1:7, 2:9 |
| **brought** [10] - 26:13, 39:11, 92:2, 92:3, 92:5, 92:6, 92:8, 92:18, 92:21 | | **careful** [1] - 102:18 | **citizen** [2] - 12:10, 12:12 |
| | | **cars** [2] - 22:5, 80:19 | **CITY** [1] - 1:6, 2:8, 2:9 |
| **build** [1] - 31:23 | | **CARTER** [1] - 2:7 | **City** [12] - 1:17, 4:11, 41:13, 41:16, 55:3, 74:22, 96:10, 96:12, 96:21, 97:8, 100:17, 113:24 |
| **building** [2] - 56:20, 95:18 | | **Carver** [1] - 2:4 | |
| **buildings** [3] - 110:19, 110:20, 110:22 | | **case** [32] - 5:8, 5:24, 33:6, 42:5, 46:19, 47:12, 47:20, 50:2, 50:4, 86:18, 89:23, 94:25, 95:1, 95:21, 95:23, 97:17, 98:15, 100:14, 100:25, 101:9, 101:21, 110:25, 111:15, 111:25, 112:2, 112:4, 112:5, 114:8, 114:16, 116:24 | **civil** [6] - 5:1, 6:15, 6:17, 55:1, 118:7, 120:24 |
| **business** [14] - 22:25, 23:3, 23:7, 23:9, 23:12, 64:4, 64:6, 66:7, 110:4, 110:7, 110:13, 110:15, 110:16, 110:17 | | | **Civil** [1] - 1:16 |
| | | | **claim** [3] - 25:2, 41:13, 106:6 |
| **buying** [2] - 20:5, 64:6 | | | **Claim** [1] - 2:13 |
| **BY** [4] - 2:5, 2:12, 4:4, 120:13 | | **cases** [2] - 4:17, 111:13 | **claiming** [1] - 16:25 |
| | | **Cassar** [3] - 53:9, 95:15, 96:23 | **claims** [2] - 52:16, 116:15 |
| **C** | | **CASSAR** [1] - 2:2 | **clarify** [2] - 39:13, 118:18 |
| **cabinets** [1] - 96:4 | | **Cassar's** [3] - 110:25, 111:23, 111:24 | **clearly** [1] - 7:18 |
| **call** [29] - 19:16, 24:13, 24:18, 27:3, 27:6, 36:4, 36:14, 49:12, 66:2, 85:19, 87:23, 88:21, 88:22, 88:25, 89:4, 89:7, 89:25, 90:2, 90:22, 96:20, 96:21, 103:13, 103:16, 106:2, 111:12, 112:5, 117:6, 118:5 | | **cause** [3] - 116:1, 116:4, 116:7 | **clerk** [1] - 40:9 |
| | | **cell** [10] - 92:3, 92:6, 92:9, 92:18, 92:19, 92:20, 92:22, 92:23, 93:9 | **client** [4] - 39:25, 40:7, 41:2, 88:3 |
| | | **center** [1] - 40:19 | **clothes** [2] - 21:17, 82:11 |
| | | **Central** [2] - 113:24 | **code** [1] - 104:8 |
| **called** [11] - 4:1, 22:20, 24:13, 24:14, 36:11, 50:12, 53:16, 101:1, 101:11, 112:25, 113:12 | | **central** [1] - 114:3 | **collect** [1] - 117:17 |
| | | **certification** [1] - 3:3 | **collectively** [1] - 47:17 |
| | | **certify** [2] - 121:6, 121:11 | **coming** [9] - 12:17, 19:4, 21:19, 21:20, 49:10, 49:15, 85:9, 97:15, 104:5 |
| **calling** [2] - 88:19, 104:6 | | **change** [5] - 61:13, 61:18, 118:14, 118:15, 118:18 | |
| **came** [25] - 19:6, 26:7, 49:9, 65:12, 70:18, 70:19, 70:21, 71:3, 76:7, 77:19, 78:21, 79:2, | | **changes** [3] - 8:21, 8:23, 8:24 | **commandment** [1] - 115:24 |
| | | **charge** [1] - 104:8 | **comment** [1] - 8:24 |
| | | | **committed** [1] - 37:16 |
| | | | **communication** [1] - 89:22 |
| | | | **community** [5] - 30:14, 30:15, 30:16, 31:2, 35:16 |
| | | | **company** [2] - 14:1, 22:4 |
| | | | **compartment** [2] - 71:11, 71:12 |
| | | | **compensation** [1] - 52:22 |

E. GERASIMOU

complaint [15] - 26:4, 26:5, 26:10, 26:12, 53:11, 53:14, 53:17, 53:19, 54:7, 55:1, 99:6, 99:9, 116:24, 117:10, 117:13
complaints [2] - 109:9, 109:12
comply [1] - 108:9
concerning [3] - 40:12, 40:14, 40:18
concluded [1] - 119:16
confiscate [1] - 17:19
confiscated [2] - 96:5, 96:7
confused [3] - 76:14, 76:17, 76:18
connection [2] - 48:16, 111:16
considering [1] - 79:24
constitutional [2] - 55:10, 55:15
construction [8] - 13:18, 23:15, 29:10, 96:5, 110:17, 110:18, 110:19, 110:21
contact [7] - 26:14, 26:17, 27:24, 28:4, 33:1, 93:12, 96:23
contacted [2] - 26:21, 26:22
contacting [1] - 27:19
contacts [2] - 88:23
contemplation [1] - 95:9
context [1] - 10:10
continue [2] - 45:12, 45:15
continuing [1] - 16:20
convenient [4] - 77:1, 77:6, 77:10, 77:12
conversation [10] - 16:22, 17:8, 17:12, 25:14, 26:11, 53:24, 79:9, 85:18, 115:18, 117:8
conversations [6] - 17:25, 18:4, 18:9, 24:19, 34:14, 120:17
convicted [1] - 114:9
convince [1] - 79:13
cops [6] - 24:25, 25:16, 30:17, 30:18, 48:20, 107:5
Copy [2] - 71:25, 120:8
copy [10] - 3:5, 3:7, 39:17, 39:19, 39:24, 60:9, 72:10, 88:12, 101:13, 120:9
corner [1] - 74:12
CORPORATION [1] - 2:7
correct [50] - 13:25, 23:16, 26:18, 27:1, 27:13, 30:6,

32:14, 42:7, 44:11, 45:11, 48:24, 50:3, 52:5, 55:13, 56:10, 60:22, 60:25, 62:1, 68:19, 71:7, 71:21, 72:16, 73:8, 76:2, 76:13, 78:2, 78:5, 79:25, 82:3, 83:15, 83:18, 86:24, 87:11, 87:19, 92:15, 94:5, 97:12, 97:18, 98:8, 98:9, 98:19, 98:25, 99:3, 107:15, 107:18, 107:20, 107:22, 111:3, 116:13, 117:24
correctly [1] - 101:10
correspondence [3] - 89:24, 90:1, 120:21
corresponds [2] - 26:25, 32:24
cost [1] - 64:12
council [1] - 40:6
Counsel [2] - 66:5, 120:11
COUNSEL [1] - 2:7
counsel [13] - 3:3, 3:7, 24:21, 39:13, 39:23, 40:2, 40:8, 40:12, 40:16, 41:4, 60:6, 90:5, 118:8
counseling [1] - 37:7, 37:8
counselor [2] - 106:14, 106:16
counter [2] - 9:11, 9:15
County [1] - 101:5
COUNTY [1] - 121:3
couple [15] - 4:19, 4:24, 21:3, 23:24, 24:6, 26:24, 30:18, 42:2, 53:21, 53:22, 62:10, 92:1, 93:22, 96:15, 100:12
COURT [1] - 1:1
court [24] - 5:10, 7:8, 7:13, 7:19, 7:23, 8:19, 17:17, 25:19, 33:6, 33:8, 45:19, 50:6, 87:5, 91:19, 94:19, 94:22, 94:24, 95:16, 95:22, 95:25, 97:20, 98:23, 98:24, 99:2
Court [3] - 1:15, 3:5, 4:13
courtesy [1] - 105:24
courtroom [2] - 7:5, 95:17
cowboy [2] - 49:13, 102:23
cowboys [3] - 18:11, 18:17, 18:18
credit [3] - 11:1, 11:2, 11:5
crime [1] - 85:9
crimes [1] - 114:9
criminal [20] - 40:6, 41:23, 42:5, 42:16, 42:23, 44:13, 45:19, 46:13, 94:18, 94:21, 95:13,

97:17, 99:2, 101:21, 110:24, 110:25, 111:5, 111:15, 118:6, 120:24
cross [1] - 69:12
cuff [1] - 51:16
cuffed [1] - 51:18
current [1] - 12:20
currently [9] - 13:16, 14:4, 14:19, 14:20, 23:25, 24:5, 36:21, 37:2, 94:10
custody [3] - 43:13, 113:17, 113:19
cut [2] - 61:10, 74:11, 74:14

## D

DA [8] - 89:22, 90:1, 94:25, 95:17, 96:13, 96:17, 96:23, 120:21
DATE [1] - 1:10
date [17] - 12:2, 12:4, 12:6, 21:1, 30:23, 32:19, 33:10, 33:12, 34:15, 55:6, 55:9, 55:11, 61:24, 62:1, 95:22, 95:23, 98:3
dated [1] - 90:4
daughter [1] - 18:16
day [28] - 22:15, 23:22, 26:17, 26:24, 27:10, 31:12, 32:21, 34:9, 44:1, 53:21, 53:22, 56:1, 58:10, 58:24, 59:19, 61:16, 62:13, 67:5, 87:17, 89:5, 94:24, 95:25, 96:16, 103:6, 114:12, 119:22, 121:16
days [11] - 3:6, 17:14, 18:8, 26:25, 28:8, 53:21, 53:22, 58:10, 62:24, 93:23, 100:13
deal [3] - 17:17, 17:19, 103:5
dealer [22] - 19:14, 19:22, 20:12, 20:15, 26:15, 26:17, 26:19, 26:21, 26:22, 26:23, 27:4, 27:12, 27:20, 27:25, 28:3, 28:16, 28:24, 32:23, 79:19, 88:24, 120:19
dealers [2] - 25:9, 64:11
dealership [7] - 19:20, 19:21, 21:19, 21:20, 21:21, 21:22, 87:18
dealing [1] - 13:20
Decastro [1] - 4:10
DECASTRO [25] - 2:12, 4:5, 24:18, 27:3, 27:16, 39:16, 41:5, 41:11,

45:10, 45:18, 46:1, 60:4, 60:14, 66:2, 71:23, 72:3, 87:24, 89:25, 91:2, 98:1, 117:15, 117:21, 118:5, 119:9, 120:14
December [2] - 104:19, 105:1
decide [2] - 33:8, 48:15
decided [2] - 63:20, 64:14
decision [4] - 63:21, 63:23, 63:24, 64:17
Defendant [11] - 1:15, 4:11, 60:15, 71:23, 72:4, 88:1, 88:2, 88:4, 88:8, 97:25, 98:2
defendant [2] - 5:2, 5:3
DEFENDANT'S [1] - 120:2
defendant's [3] - 40:2, 40:5, 40:11
Defendant's [3] - 60:12, 72:1, 88:6
Defendants [6] - 2:8, 60:4, 60:7, 72:7, 90:3, 120:23
DEFENDANTS [1] - 1:8
defendants [2] - 61:8, 119:10
defense [1] - 110:24
definitely [2] - 69:21, 84:12
Delaware [25] - 19:12, 19:18, 19:19, 20:12, 21:21, 21:25, 22:1, 27:2, 28:5, 28:11, 28:15, 28:21, 40:17, 40:23, 60:8, 60:10, 63:4, 63:9, 64:23, 79:18, 97:4, 98:14, 98:20, 109:17, 120:5
deliver [1] - 20:13
delivered [10] - 20:14, 21:12, 21:13, 22:8, 22:10, 22:14, 22:16, 22:19, 70:21, 70:24
delivery [1] - 21:13
department [10] - 18:1, 18:3, 18:14, 28:4, 40:9, 96:18, 101:4, 107:4, 107:5
DEPARTMENT [1] - 2:8
Department [9] - 1:17, 30:8, 30:11, 40:17, 41:1, 60:8, 60:10, 100:18, 120:5
deposition [19] - 3:3, 3:4, 3:6, 4:16, 4:22, 5:12, 5:17, 5:20, 7:19, 9:1, 38:9, 38:19, 38:22, 38:25, 40:19, 60:5, 60:16, 72:5, 119:10
DEPOSITION [1] - 1:14

E. GERASIMOU

**describe** [2] - 73:14, 73:23
**described** [1] - 99:9
**description** [3] - 16:10, 16:12, 16:13
**DESCRIPTION** [1] - 120:4
**desk** [2] - 40:3, 115:2
**details** [1] - 54:1
**development** [1] - 27:22
**diagnosed** [1] - 37:24
**different** [7] - 11:4, 11:7, 23:12, 51:14, 51:15, 52:3, 64:11
**difficulty** [1] - 118:9
**dinner** [4] - 67:17, 67:18, 67:21, 69:5
**direct** [3] - 96:13, 96:18, 108:7
**directions** [1] - 33:8
**directly** [1] - 88:24
**discovery** [3] - 39:23, 40:4, 40:21
**discuss** [1] - 111:10
**discussed** [6] - 29:10, 109:24, 112:12, 112:25, 113:14, 113:18
**discussion** [1] - 118:11
**dismissal** [3] - 95:10, 95:21, 95:23
**dismissed** [6] - 95:8, 98:16, 100:15, 100:25, 101:9, 101:22
**display** [1] - 61:3
**distressed** [3] - 13:20, 13:21, 13:22
**District** [3] - 4:13, 46:16, 46:17
**DISTRICT** [2] - 1:1, 1:1
**DMV** [16] - 26:15, 26:25, 27:5, 27:8, 27:13, 27:19, 28:5, 28:15, 28:17, 28:20, 28:22, 32:23, 88:23, 89:6, 120:19
**doctor** [3] - 106:5, 106:8, 106:17
**document** [7] - 41:2, 60:17, 60:19, 61:23, 72:13, 73:3, 88:10
**documentation** [1] - 117:13
**documents** [17] - 10:18, 10:20, 11:10, 16:22, 19:8, 19:10, 29:24, 38:18, 38:21, 38:24, 39:2, 39:10, 39:19, 39:22, 40:1, 60:1
**DOCUMENTS** [2] - 120:16, 120:16
**doesn't** [5] - 27:23, 28:21, 88:14, 118:24, 119:1
**dollar** [1] - 14:6

**dollars** [1] - 62:10
**door** [2] - 75:9, 75:10
**doors** [1] - 96:4
**doubts** [1] - 87:21
**Douglaston** [1] - 20:23
**down** [15] - 7:14, 7:24, 53:12, 54:6, 62:3, 62:6, 62:8, 62:11, 62:14, 62:18, 70:12, 88:22, 101:15, 103:7, 117:17
**drank** [1] - 9:21
**Drive** [1] - 13:2
**drive** [10] - 22:25, 23:25, 24:5, 56:14, 57:23, 85:24, 86:22, 94:10, 94:12, 94:14
**driver** [1] - 21:15
**driver's** [2] - 81:14, 81:15
**drives** [1] - 106:3
**driving** [14] - 24:3, 56:13, 58:1, 58:5, 58:16, 58:17, 58:18, 58:19, 58:20, 94:14, 100:8, 104:9, 112:21, 117:24
**drop** [1] - 100:12
**drove** [3] - 68:8, 80:20, 90:16
**drugs** [2] - 9:18, 38:2
**duly** [2] - 4:2, 121:8

---

## E

**E-mail** [1] - 120:9
**e-mail** [21] - 27:9, 27:23, 40:12, 40:14, 88:5, 88:11, 88:15, 88:17, 88:18, 88:25, 89:1, 89:2, 89:8, 89:11, 89:13, 89:17, 89:20, 90:3, 120:22
**e-mailed** [4] - 27:25, 28:6, 87:17, 89:19
**e-mails** [9] - 26:24, 27:4, 27:5, 27:7, 27:8, 54:20, 90:1, 119:12, 120:19
**earlier** [4] - 33:14, 33:16, 33:19, 39:2
**early** [2] - 17:7, 90:13
**East** [1] - 2:4
**Eastern** [1] - 46:17
**EASTERN** [1] - 1:1
**eastern** [1] - 46:18
**eat** [1] - 91:4
**economic** [1] - 110:1
**education** [1] - 29:1
**effect** [3] - 3:5, 3:6, 50:21
**eight** [1] - 43:7
**eighth** [1] - 40:25
**elapsed** [2] - 80:10, 91:9
**electrician** [1] - 27:21

**embarrassed** [3] - 105:13, 105:14, 106:22
**embarrassment** [3] - 99:12, 102:15, 105:9
**emotional** [9] - 99:8, 99:11, 105:11, 106:6, 106:12, 106:19, 116:4, 116:5, 116:10
**employed** [3] - 13:18, 29:7, 29:8
**employers** [1] - 29:5
**end** [5] - 43:15, 65:19, 65:20, 67:21, 103:6
**ended** [4] - 50:15, 93:15, 93:16, 97:17
**ending** [1] - 11:19
**enemy** [1] - 105:19
**enforced** [1] - 51:12
**engaged** [1] - 23:10
**enough** [3] - 17:23, 18:7, 117:19
**enter** [4] - 77:14, 77:16, 89:6, 111:9
**entered** [1] - 87:11
**entering** [1] - 63:18
**entire** [1] - 8:8
**entry** [1] - 40:7
**especially** [1] - 119:11
**ESQ** [4] - 2:2, 2:5, 2:7, 2:12
**estate** [1] - 64:5
**estimate** [3] - 14:14, 18:6, 57:5
**Evangelos** [6] - 4:7, 4:15, 9:25, 10:25, 55:2, 81:17
**EVANGELOS** [4] - 1:2, 1:14, 2:3, 119:19
**event** [3] - 21:4, 26:14, 55:11
**eventually** [1] - 77:22
**every** [4] - 23:22, 29:19, 59:13, 59:15
**everybody** [1] - 99:14
**everything** [6] - 27:1, 27:13, 87:23, 96:8, 118:20
**evidence** [2] - 25:20, 40:24
**exact** [1] - 111:22
**exactly** [12] - 12:16, 16:1, 16:2, 24:23, 26:10, 26:15, 27:14, 62:7, 71:3, 73:5, 79:14, 119:8
**Examination** [1] - 119:15
**examination** [2] - 121:7, 121:9
**EXAMINATION** [2] - 4:4, 120:13
**examine** [1] - 101:4
**examined** [1] - 4:3

**except** [4] - 3:8, 29:21, 47:11, 108:1
**exchange** [3] - 16:22, 52:25, 53:3
**exchanged** [4] - 24:19, 40:21, 119:12, 120:17
**exercise** [1] - 49:17
**Exhibit** [16] - 60:7, 60:12, 60:15, 60:23, 71:24, 72:1, 72:4, 72:7, 74:12, 88:1, 88:4, 88:6, 88:8, 97:25, 98:2, 120:23
**EXHIBIT** [2] - 120:3
**exhibits** [1] - 39:14
**EXHIBITS** [1] - 120:2
**Exhibits** [1] - 120:11
**exit** [1] - 69:2
**expect** [2] - 8:10, 52:20
**expense** [1] - 65:16
**expenses** [1] - 14:14
**expensive** [1] - 64:22
**experiencing** [1] - 106:19
**expiration** [1] - 98:3
**expired** [4] - 97:12, 97:13, 98:7, 98:19
**explain** [9] - 16:3, 16:6, 16:20, 36:5, 36:7, 51:10, 63:25, 79:12, 99:24
**explained** [2] - 16:13, 50:21
**explaining** [2] - 16:7, 85:11
**explanation** [1] - 80:8
**express** [1] - 49:13
**expressway** [1] - 69:4
**Expressway** [4] - 16:16, 68:24, 68:25, 69:3
**extension** [2] - 29:22, 29:23
**extent** [1] - 49:17
**eye** [1] - 102:18
**eyes** [1] - 73:1

---

## F

**F-R-A-G-E-D-I-S** [1] - 20:7
**face** [1] - 34:20
**Facebook** [1] - 54:14
**facility** [2] - 43:8, 43:10
**facing** [2] - 73:8, 74:5
**fact** [2] - 79:24, 105:10
**facts** [1] - 116:15
**fake** [10] - 77:21, 79:3, 79:4, 79:8, 79:10, 79:20, 79:25, 80:5, 80:7, 114:18
**false** [1] - 45:4
**falsely** [1] - 55:6
**familiar** [1] - 84:2
**family** [3] - 10:13, 30:7,

48:13
**far** [2] - 40:19, 61:19
**Federal** [1] - 1:16
**federal** [8] - 43:8, 46:14, 50:2, 50:4, 112:15, 113:17, 114:8, 114:10
**feel** [7] - 18:17, 50:17, 50:18, 86:22, 102:21, 110:5, 110:7
**feeling** [4] - 103:5, 105:14, 109:13, 109:21
**felt** [7] - 105:10, 105:13, 105:14, 105:15, 105:20, 105:21, 106:22
**female** [2] - 52:11, 117:6
**Fifth** [4] - 45:11, 45:20, 45:21
**fifthly** [1] - 40:14
**fight** [1] - 103:16
**figure** [5] - 16:24, 26:15, 36:6, 89:7, 115:21
**file** [1] - 95:1
**File** [1] - 2:12
**filed** [5] - 4:12, 29:17, 29:19, 41:13, 41:16
**filing** [1] - 3:3
**fill** [5] - 44:4, 44:7, 66:19, 66:20, 66:23
**filled** [1] - 43:24
**finally** [1] - 96:16
**find** [6] - 34:24, 64:9, 65:2, 87:18, 107:15, 111:23
**finger** [2] - 92:10, 92:12
**fingerprinted** [1] - 92:17
**finish** [6] - 7:22, 33:18, 57:8, 63:6, 69:3, 87:15
**finished** [1] - 86:18
**finishing** [1] - 57:11
**firm** [1] - 95:15
**first** [17] - 4:2, 4:22, 9:4, 10:8, 15:19, 24:10, 39:20, 48:15, 55:20, 56:1, 64:14, 64:17, 74:11, 75:24, 78:4, 83:10, 91:10
**five** [5] - 4:21, 5:23, 38:12, 78:25, 99:20
**fix** [1] - 13:23
**fixed** [1] - 70:17
**fixing** [1] - 96:4
**Fleet** [1] - 43:22
**Floor** [1] - 1:18
**Flushing** [2] - 34:3
**follows** [1] - 4:3
**force** [6] - 3:6, 107:4, 107:7, 107:10, 107:11, 107:25
**forced** [3] - 103:19, 103:21, 103:22
**foreclosed** [1] - 5:7

**foreclosure** [5] - 5:24, 13:21, 44:11, 111:25, 112:2
**forged** [2] - 85:13, 104:17, 104:20
**forgot** [1] - 32:10
**form** [6] - 3:8, 26:3, 26:5, 65:19, 70:15, 73:13
**forms** [1] - 55:2
**forth** [7] - 79:9, 79:23, 80:16, 89:24, 92:1, 104:3, 121:8
**forward** [2] - 39:24, 96:24
**found** [4] - 64:9, 65:4, 65:5, 111:24
**four** [1] - 12:25
**fourthly** [1] - 40:11
**Fragedis** [51] - 20:1, 20:8, 21:5, 21:24, 22:1, 23:19, 24:7, 24:20, 25:7, 27:7, 27:20, 27:21, 28:10, 28:18, 28:19, 28:22, 47:7, 58:2, 58:8, 59:1, 59:5, 60:24, 62:3, 63:3, 63:7, 64:2, 65:22, 65:25, 66:16, 66:23, 67:5, 68:13, 70:24, 74:20, 81:1, 81:6, 81:25, 88:5, 88:11, 88:14, 88:17, 88:20, 88:21, 89:1, 89:3, 94:15, 100:22, 101:2, 102:7, 102:14, 120:18
**Fragedis'** [1] - 120:20
**Francis** [2] - 16:15, 69:11
**Frank** [2] - 90:19, 99:25
**fraud** [5] - 42:15, 43:15, 44:17, 44:22, 103:17
**fraudulent** [22] - 19:8, 19:21, 25:2, 36:3, 48:11, 77:20, 85:16, 103:2, 103:8, 103:9, 103:17, 103:19, 103:22, 103:23, 104:6, 104:14, 104:16, 105:2, 105:7, 105:23, 106:3, 109:19
**Friday** [1] - 38:12
**friend** [7] - 20:3, 31:2, 35:19, 36:5, 90:16, 90:18, 99:25
**friends** [4] - 18:3, 30:10, 30:12, 81:25
**front** [3] - 73:10, 99:3, 107:14
**full** [2] - 27:21, 63:6
**full-time** [1] - 27:21
**fully** [2] - 9:7, 113:23
**funds** [1] - 52:16
**further** [1] - 121:11
**FURTHER** [1] - 3:8
**future** [4] - 28:10, 28:12,

28:14, 106:8

## G

**G-E-R-A-S-I-M-O-U** [1] - 47:4
**Gatos** [11] - 10:7, 10:8, 11:3, 11:11, 11:18, 13:6, 43:23, 44:2, 46:10, 46:13, 48:4
**gave** [12] - 16:12, 16:13, 19:21, 59:11, 70:1, 71:6, 71:20, 80:8, 85:23, 87:2, 96:23, 115:1
**general** [1] - 92:18
**generated** [1] - 8:19
**gentlemen** [1] - 109:3
**George** [28] - 20:1, 27:7, 47:3, 47:5, 47:7, 58:2, 58:7, 59:1, 59:5, 59:7, 59:8, 60:24, 62:3, 63:3, 63:7, 64:2, 65:7, 65:22, 65:24, 67:4, 68:13, 70:24, 74:20, 81:1, 81:6, 81:25, 102:7, 120:20
**george** [3] - 27:9, 64:16, 65:5
**GERASIMOU** [4] - 1:2, 1:15, 2:3, 119:19
**Gerasimou** [12] - 4:7, 4:15, 9:25, 10:25, 27:4, 27:7, 47:3, 47:5, 55:2, 81:17, 119:12, 120:19
**Germany** [1] - 12:9
**Geroulis** [1] - 118:4
**gets** [3] - 25:10, 100:16, 115:24
**give** [32] - 4:20, 7:9, 7:15, 8:20, 46:9, 55:18, 58:12, 59:7, 59:8, 59:13, 62:8, 62:11, 62:14, 62:18, 72:14, 77:16, 78:11, 85:22, 87:8, 88:23, 91:16, 91:18, 91:21, 97:2, 97:3, 97:9, 97:10, 102:14, 105:19, 110:4, 111:6, 111:7
**given** [4] - 4:25, 35:21, 45:4, 80:22, 118:13, 119:11, 121:9
**giving** [9] - 33:4, 41:4, 43:20, 45:6, 46:7, 46:12, 59:17, 77:13, 105:21
**glass** [8] - 73:16, 73:18, 73:21, 73:24, 74:3, 74:5, 74:6, 74:7
**glove** [2] - 71:11, 71:12
**good** [8] - 4:10, 22:5, 28:8, 64:7, 64:10, 77:21, 112:6

**got** [13] - 16:5, 16:9, 20:16, 20:18, 26:13, 33:7, 76:14, 76:17, 84:24, 85:7, 93:12, 111:18, 116:5
**government** [2] - 46:14, 112:15
**grab** [1] - 67:18, 91:4
**Grand** [2] - 43:1, 58:25
**Greece** [1] - 12:19
**Greek** [9] - 30:16, 32:1, 32:2, 32:3, 32:4, 34:25, 35:1
**Greenport** [4] - 4:9, 12:21, 13:2, 56:14, 68:11, 90:17
**grounds** [1] - 45:9
**guess** [3] - 8:14, 87:13, 107:6
**guilty** [8] - 44:15, 44:16, 44:18, 44:21, 45:10, 45:18, 47:10
**gun** [1] - 48:25
**guy** [3] - 106:3, 107:13, 115:24
**guys** [5] - 23:10, 26:8, 36:6, 63:20, 103:7

## H

**half** [9] - 57:25, 59:10, 59:11, 59:13, 63:1, 65:14, 80:14, 112:8
**hand** [4] - 39:25, 40:2, 40:5, 121:15
**handcuffed** [5] - 77:4, 82:15, 82:16, 108:12, 108:22
**handcuffing** [1] - 109:6
**handcuffs** [4] - 82:15, 83:7, 83:8, 108:25
**handed** [1] - 98:2
**handing** [7] - 40:8, 40:11, 40:16, 60:15, 72:4, 87:25, 88:3
**hands** [14] - 18:22, 51:11, 51:12, 52:1, 83:5, 86:8, 87:1, 97:2, 107:9, 107:19, 108:10, 108:15, 108:19, 109:4
**hang** [1] - 69:6
**happen** [1] - 55:10
**happened** [19] - 15:9, 16:1, 16:10, 24:8, 24:23, 24:24, 47:12, 48:16, 55:16, 79:2, 83:1, 89:6, 94:24, 95:7, 101:8, 102:9, 104:11, 117:7, 117:9
**happens** [3] - 68:3, 69:22,

78:11
**happy** [2] - 39:24, 40:21
**haven't** [1] - 109:24
**he's** [7] - 32:2, 59:15, 104:4, 104:5, 111:21, 114:17, 115:24
**head** [3] - 7:10, 7:16, 113:16
**heading** [1] - 89:23
**health** [8] - 36:21, 36:24, 37:2, 37:4, 37:7, 37:8, 37:16, 37:20
**hear** [4] - 8:4, 69:20, 106:24, 117:10
**hearing** [1] - 107:3
**held** [5] - 1:16, 62:19, 62:21, 62:24, 118:12
**help** [3] - 59:24, 61:23, 96:16
**helped** [2] - 22:12, 104:7
**HEREBY** [1] - 3:2
**hereby** [1] - 121:6
**herein** [1] - 3:3
**hereinbefore** [1] - 121:8
**hereunto** [1] - 121:15
**hey** [2] - 64:11, 103:6
**high** [4] - 19:6, 29:2, 31:5, 79:13
**highest** [2] - 29:1, 49:17
**Hillside** [1] - 30:4
**hire** [1] - 17:18
**Hispanic** [2] - 31:24, 52:9
**history** [3] - 79:14, 79:16, 101:2
**hit** [5] - 50:13, 51:7, 51:19, 51:22, 51:25
**hmm** [1] - 7:10
**holder** [1] - 102:3
**home** [24] - 10:13, 10:23, 14:5, 14:10, 15:24, 16:5, 16:9, 21:12, 23:15, 25:18, 25:21, 29:11, 56:14, 57:23, 68:10, 68:21, 68:25, 85:20, 85:24, 86:22, 87:4, 91:23, 91:24, 103:13
**homes** [2] - 13:5, 66:7
**honest** [2] - 50:19, 111:21
**hospital** [1] - 37:19
**hour** [4] - 57:25, 67:25, 91:13, 91:14
**hour/40** [1] - 80:14
**hours** [6] - 9:12, 9:16, 9:19, 9:22, 15:24, 17:7
**house** [9] - 20:5, 20:21, 22:15, 23:4, 48:7, 48:8, 48:9, 56:21, 56:22
**houses** [4] - 10:23, 48:6, 48:10, 64:7
**huh** [2] - 7:11, 7:16

**humiliated** [1] - 99:14
**humiliation** [2] - 102:16, 105:9
**hundred** [4] - 27:1, 48:1, 74:2, 108:9
**Huntington** [1] - 2:4

## I

**I'd** [1] - 30:16
**Identification** [3] - 60:13, 72:2, 88:7
**identification** [2] - 81:8, 81:11
**identifying** [1] - 60:24
**illegal** [4] - 9:18, 18:23, 19:2, 38:4
**immediately** [1] - 57:10
**impossible** [4] - 28:3, 103:10, 105:3, 105:4
**impound** [2] - 100:17, 101:10
**impounded** [2] - 100:16, 100:19
**IN** [1] - 121:15
**in-person** [1] - 53:24
**incident** [51] - 15:8, 15:9, 15:17, 15:20, 17:13, 17:21, 17:22, 18:6, 18:18, 24:8, 24:10, 24:16, 27:8, 28:25, 32:20, 33:10, 33:12, 34:4, 38:25, 39:4, 39:8, 39:11, 48:16, 53:12, 54:10, 54:20, 54:23, 55:1, 93:15, 94:19, 97:18, 99:6, 99:9, 105:7, 106:23, 107:7, 109:23, 110:2, 110:8, 110:13, 111:16, 112:9, 112:14, 114:3, 115:17, 116:12, 116:18, 116:22
**incidents** [1] - 113:14
**including** [1] - 96:6
**incrimination** [1] - 45:8
**Index** [1] - 1:4
**individual** [6] - 1:7, 1:7, 2:9, 2:10, 45:20, 47:17
**individuals** [3] - 47:9, 47:16, 47:21
**informant** [1] - 53:15
**INFORMATION** [2] - 120:16, 120:16
**information** [9] - 6:9, 43:20, 43:24, 45:4, 45:7, 46:7, 60:24, 89:23, 95:1
**injuries** [12] - 99:5, 99:8, 99:11, 105:11, 106:6, 106:12, 106:20, 109:6, 109:10, 110:1, 116:2,

116:4
**injury** [1] - 116:8
**inside** [5] - 73:25, 74:5, 78:2, 82:5, 86:14
**Instagram** [1] - 54:16
**institution** [1] - 37:17
**instrument** [13] - 25:2, 77:21, 85:13, 85:16, 103:2, 104:6, 104:17, 104:20, 105:2, 105:7, 105:23, 106:3
**instruments** [1] - 36:3
**insurance** [16] - 19:5, 66:20, 69:24, 70:1, 71:4, 71:7, 71:9, 71:15, 78:5, 78:8, 78:12, 80:23, 81:2, 86:2, 86:4
**intend** [1] - 39:14
**intending** [3] - 67:16, 68:9, 68:18
**interaction** [1] - 93:17
**interactions** [1] - 49:24
**interested** [1] - 121:13
**internal** [1] - 116:25
**interview** [1] - 54:2
**introduced** [1] - 34:9
**investigation** [1] - 101:3
**investigator** [3] - 101:1, 101:6, 117:2
**invoice** [2] - 40:9, 40:10
**involved** [2] - 6:24, 48:5
**IS** [2] - 3:2, 3:8
**Island** [9] - 16:15, 68:23, 68:25, 69:3, 96:10, 96:12, 96:21, 97:8, 113:21
**issue** [5] - 25:18, 27:2, 28:21, 40:18, 62:1
**issued** [1] - 50:24
**issues** [1] - 102:20
**IT** [2] - 3:2, 3:8

## J

**jail** [2] - 43:3, 43:6
**JAMIE** [2] - 121:5, 121:19
**Jamie** [1] - 1:18
**Jeep** [1] - 58:25
**Jersey** [5] - 22:4, 22:6, 25:10, 64:10, 65:2
**job** [1] - 13:24
**jobs** [1] - 29:11
**John** [2] - 4:12, 118:4
**JOHN** [1] - 1:7, 2:10
**JOSEPH** [1] - 2:5
**judge** [1] - 99:3
**Judge** [1] - 3:5
**judgement** [4] - 18:23, 19:2, 25:1, 79:23
**July** [3] - 98:5, 98:7, 98:11

**June** [53] - 13:24, 15:9, 15:21, 23:4, 23:9, 24:3, 30:22, 31:7, 32:13, 33:20, 33:21, 34:17, 35:4, 38:2, 48:17, 49:21, 49:25, 50:25, 55:7, 55:11, 55:13, 55:21, 57:5, 57:16, 58:16, 58:21, 59:17, 61:4, 61:7, 62:1, 62:2, 62:16, 62:18, 62:22, 63:2, 63:6, 66:6, 66:12, 67:3, 67:10, 68:13, 68:18, 68:22, 72:9, 74:8, 74:16, 84:6, 85:13, 86:5, 90:4, 93:10, 99:23
**Jury** [1] - 43:1

## K

**K-A-T-E-H-I-S** [1] - 35:12
**Kally** [1] - 46:25
**KARLYA** [16] - 2:5, 24:21, 39:13, 39:21, 45:8, 45:12, 45:16, 45:23, 60:6, 66:5, 73:22, 88:3, 90:5, 111:11, 117:18, 118:8
**Katehis** [2] - 35:11, 35:12
**keep** [11] - 7:18, 25:5, 25:19, 36:2, 85:15, 85:20, 86:1, 87:4, 87:6, 87:7, 87:8
**keeping** [2] - 103:12, 118:9
**Kennedy** [2] - 27:22, 100:18
**kept** [6] - 86:6, 86:7, 86:17, 92:18, 92:20, 104:10
**key** [6] - 86:21, 87:1, 87:10, 91:23, 114:19, 115:2
**keys** [3] - 85:22, 85:23, 87:2
**kick** [2] - 51:24, 51:25
**know** [73] - 8:15, 9:2, 21:22, 22:3, 25:4, 25:17, 26:2, 26:8, 26:9, 28:17, 30:12, 30:13, 30:16, 30:17, 31:1, 32:1, 32:3, 32:4, 32:9, 32:12, 32:16, 32:17, 35:3, 35:11, 35:14, 35:16, 36:5, 46:17, 47:12, 49:10, 49:13, 49:15, 49:18, 50:20, 62:6, 65:1, 71:12, 72:20, 73:5, 75:20, 76:20, 79:7, 79:20, 79:21, 84:3, 85:9, 95:11, 96:11, 96:13, 96:14,

E. GERASIMOU

97:19, 97:22, 98:12, 99:18, 100:6, 102:19, 104:7, 104:12, 104:14, 106:4, 108:14, 109:2, 110:3, 110:5, 110:9, 114:22, 115:25, 118:16, 119:3, 119:4, 119:5
**knowledge** [1] - 116:14

## L

**lab** [2] - 100:17, 101:10
**landscaper** [1] - 14:13
**Lane** [3] - 4:9, 12:21, 13:8
**Larry** [2] - 46:25, 47:11
**LARRY** [1] - 46:25
**last** [26] - 9:16, 9:18, 9:21, 10:8, 13:14, 15:2, 20:6, 27:16, 29:5, 29:8, 29:21, 30:2, 32:10, 34:25, 38:12, 46:2, 47:1, 47:3, 50:13, 89:15, 90:20, 93:17, 93:20, 97:20, 106:22
**late** [3] - 90:13, 101:23
**later** [7] - 62:15, 86:18, 90:23, 95:24, 98:18, 119:7, 119:11
**LAW** [1] - 2:8
**law** [3] - 50:21, 104:8, 113:10
**Law** [2] - 1:17, 53:8
**lawsuit** [12] - 4:12, 5:1, 6:13, 41:16, 48:15, 53:13, 54:7, 55:2, 107:21, 107:24, 111:15, 111:19
**lawsuits** [3] - 6:1, 6:21, 6:23
**lawyer** [3] - 38:8, 95:11, 111:19
**laying** [1] - 70:12
**lease** [19] - 21:8, 21:10, 22:5, 22:22, 59:2, 59:4, 59:11, 59:14, 59:18, 62:4, 62:12, 63:17, 63:18, 64:1, 64:10, 64:12, 64:19, 64:21, 65:9
**leased** [14] - 19:12, 19:18, 19:19, 19:23, 19:25, 21:6, 21:7, 59:3, 59:20, 59:25, 61:22, 61:25, 62:3, 64:23
**leaseholder** [1] - 102:9
**least** [1] - 90:2
**leave** [5] - 25:5, 68:3, 68:4, 83:20, 119:10
**left** [8] - 16:14, 25:15, 31:12, 68:6, 80:18,

86:11, 93:19, 96:25
**legal** [1] - 115:22
**legality** [1] - 87:22
**legally** [1] - 87:14
**legit** [4] - 103:2, 103:3, 103:11
**Let's** [1] - 91:5
**let's** [11] - 19:15, 26:14, 45:3, 49:10, 49:12, 64:4, 64:12, 91:5, 103:13, 117:15, 117:18
**LETTER** [1] - 120:4
**letter** [2] - 96:22, 99:1
**letters** [1] - 117:12
**level** [2] - 18:21, 29:1
**Lewis** [1] - 16:15
**licence** [4] - 28:10, 71:25, 84:8, 120:8
**License** [3] - 60:9, 60:11, 120:6
**license** [23] - 50:20, 61:16, 61:17, 66:21, 71:20, 72:18, 74:8, 74:18, 74:20, 74:25, 75:17, 77:24, 78:2, 81:14, 81:15, 84:6, 84:14, 101:14, 112:17, 112:24, 113:7, 113:9, 113:11
**lie** [1] - 105:23
**lieutenant** [29] - 16:24, 25:16, 26:3, 26:7, 30:22, 30:23, 30:24, 30:25, 31:3, 32:9, 32:19, 32:25, 33:9, 33:10, 33:20, 34:5, 35:1, 35:3, 35:10, 35:11, 35:19, 35:21, 36:5, 36:9, 36:11, 36:15, 92:1, 106:2, 116:19
**lieutenant's** [3] - 35:18, 36:8, 106:1
**lieutenants** [2] - 27:12, 30:25
**life** [1] - 103:4
**light** [1] - 69:19
**lights** [2] - 69:20, 69:21
**line** [1] - 85:18
**list** [1] - 29:5
**listed** [1] - 89:9
**listen** [1] - 80:13
**litigation** [2] - 52:20, 52:23
**little** [3] - 69:6, 76:22, 118:9
**live** [9] - 12:17, 13:1, 13:8, 14:5, 20:22, 30:19, 68:13, 100:1, 105:25
**lived** [1] - 12:24
**lives** [2] - 28:19, 100:2
**living** [4] - 13:1, 13:16, 48:10, 48:13

**loan** [1] - 52:19
**loans** [8] - 10:21, 10:22, 10:23, 11:8, 11:17, 44:25, 45:2, 45:3
**local** [1] - 30:18
**located** [2] - 30:3, 33:25
**location** [8] - 12:22, 13:3, 56:19, 57:1, 57:2, 57:3, 57:6, 57:11
**Long** [8] - 16:15, 68:23, 68:25, 69:3, 96:10, 96:12, 96:21, 97:8
**long** [20] - 12:13, 12:24, 24:10, 33:16, 46:15, 56:25, 57:23, 65:22, 65:23, 67:24, 78:24, 82:8, 84:5, 84:12, 90:11, 94:21, 106:1, 114:7, 117:25
**looked** [2] - 65:6, 77:24
**looking** [4] - 60:6, 65:7, 73:15, 96:24
**lose** [2] - 47:14, 47:15
**lost** [1] - 110:7
**lot** [1] - 18:11
**lying** [2] - 76:10, 76:16

## M

**M-I-H-A-S** [1] - 90:21
**mail** [23] - 27:9, 27:23, 40:12, 40:14, 88:5, 88:11, 88:15, 88:17, 88:18, 88:25, 89:1, 89:2, 89:8, 89:11, 89:13, 89:17, 89:20, 90:3, 117:12, 120:9, 120:22
**mailbox** [1] - 70:25
**mailed** [5] - 27:25, 28:6, 28:9, 87:17, 89:19
**mails** [9] - 26:24, 27:4, 27:5, 27:7, 27:8, 54:20, 90:1, 119:12, 120:19
**main** [1] - 33:3
**male** [2] - 52:11, 52:12
**man** [1] - 102:23
**management** [1] - 105:16
**manifest** [1] - 102:25
**MARIA** [1] - 2:12
**Maria** [1] - 4:10
**Marie** [1] - 13:13
**mark** [3] - 39:14, 60:4, 71:23
**marked** [7] - 60:7, 60:12, 72:1, 72:6, 87:25, 88:6, 97:24

**marriage** [2] - 14:20, 121:12
**married** [2] - 14:19, 14:20
**materials** [1] - 96:25
**matter** [6] - 6:15, 6:17, 18:25, 40:6, 44:13, 52:17, 53:1, 53:4, 53:6, 54:7, 61:8, 95:14, 111:5, 112:10, 112:12, 118:6, 118:7, 119:13, 120:24, 121:14
**matters** [1] - 20:4
**MDC** [2] - 43:11, 43:12
**mean** [27] - 15:8, 28:13, 39:12, 41:21, 45:1, 47:19, 49:7, 49:8, 50:1, 53:16, 72:14, 72:24, 79:4, 80:15, 85:21, 86:23, 93:16, 93:19, 104:23, 105:20, 106:15, 108:2, 108:8, 108:17, 108:20, 119:4
**meaning** [2] - 7:15, 66:20
**means** [1] - 88:12
**media** [1] - 54:12
**medication** [2] - 37:10, 106:11
**medications** [4] - 9:10, 9:11, 9:14, 9:15
**medium** [2] - 31:5, 31:23
**meet** [1] - 91:6
**meetings** [2] - 64:4, 64:6
**members** [2] - 30:7, 48:13
**memory** [3] - 37:24, 118:24, 119:1
**mental** [4] - 37:2, 37:4, 37:8, 37:16
**mention** [1] - 114:2
**mentioned** [2] - 34:19, 35:7
**Mercedes** [13] - 19:14, 19:20, 19:22, 24:2, 58:1, 59:2, 63:3, 63:8, 66:13, 82:21, 82:23, 94:10, 102:10
**message** [2] - 24:19, 120:17
**messages** [2] - 24:15, 54:22
**Michael** [8] - 4:11, 15:2, 15:3, 15:7, 15:13, 17:21, 18:10, 83:11
**MICHAEL** [2] - 1:7, 2:9
**Mihas** [3] - 90:21, 91:11, 100:1
**mihas** [1] - 91:7, 93:13
**mind** [12] - 18:22, 25:8, 44:23, 44:24, 79:23, 87:12, 103:4, 104:9, 107:1, 107:13, 118:19,

E. GERASIMOU

130

119:6
mine [1] - 20:3
minute [2] - 41:6, 91:2
minutes [7] - 38:12, 78:25, 80:14, 80:17, 117:18
miss [1] - 119:6
missing [1] - 113:10
mistake [3] - 19:14, 19:15, 50:19
mm [1] - 7:10
mm-hmm [1] - 7:10
moment [3] - 45:24, 87:12, 87:14
money [14] - 59:7, 59:8, 59:10, 59:11, 59:13, 59:17, 62:8, 62:11, 65:20, 111:4, 111:6, 111:7, 111:8, 111:20
month [9] - 14:7, 14:15, 59:13, 59:15, 59:21, 62:25, 63:1, 94:23, 95:6
months [10] - 12:25, 33:22, 34:4, 43:7, 57:1, 57:5, 86:18, 94:13, 97:17, 101:24
morning [5] - 4:10, 15:24, 17:7, 90:9, 90:13
mortgage [17] - 5:7, 6:12, 14:4, 14:9, 44:4, 44:6, 44:7, 44:25, 45:2, 45:4, 45:6, 46:6, 46:9, 46:12, 47:17, 47:22, 47:24
mortgages [7] - 47:17, 47:23, 48:1, 48:3, 48:5, 48:7, 48:11
Motor [4] - 41:1, 60:8, 60:11, 120:5
move [3] - 48:21, 49:4, 49:22
movie [1] - 105:18
MR [17] - 24:21, 27:3, 27:16, 39:13, 39:21, 45:8, 45:12, 45:16, 45:23, 60:6, 66:5, 73:22, 88:3, 90:5, 111:11, 117:18, 118:8
Mr [39] - 20:8, 21:5, 21:24, 23:19, 24:7, 24:20, 25:7, 27:4, 27:20, 27:21, 28:10, 28:18, 28:19, 28:22, 66:16, 66:23, 88:5, 88:11, 88:14, 88:17, 88:20, 88:21, 89:1, 89:3, 91:7, 91:11, 93:13, 94:15, 95:15, 96:23, 100:22, 101:2, 110:25, 111:23, 111:24, 119:12, 120:18, 120:19
MS [22] - 4:5, 24:18, 39:16, 41:5, 41:11, 45:10,

45:18, 46:1, 60:4, 60:14, 66:2, 71:23, 72:3, 87:24, 89:25, 91:2, 98:1, 117:15, 117:21, 118:5, 119:9, 120:14
mutual [1] - 35:19
myself [7] - 42:4, 57:14, 67:20, 89:5, 96:14, 99:24, 104:14
Mythos [16] - 33:24, 56:9, 57:10, 57:15, 57:24, 57:25, 58:4, 67:4, 67:7, 67:11, 67:21, 68:4, 68:7, 68:21, 69:5, 99:20

## N

name [77] - 4:6, 4:10, 4:14, 5:7, 10:8, 10:10, 10:12, 10:13, 10:14, 10:17, 10:24, 11:4, 11:5, 11:10, 11:17, 13:5, 13:12, 13:14, 14:1, 14:2, 14:3, 15:2, 20:6, 21:22, 26:19, 26:22, 26:23, 29:25, 30:1, 30:2, 31:15, 31:17, 31:19, 32:10, 32:14, 32:16, 32:17, 33:23, 34:19, 34:23, 34:24, 34:25, 35:1, 35:7, 35:11, 35:22, 36:8, 36:10, 39:7, 43:23, 44:1, 46:9, 46:13, 47:1, 47:3, 47:23, 47:25, 48:3, 48:4, 56:23, 64:20, 64:21, 65:10, 80:23, 80:25, 81:3, 81:5, 81:15, 89:13, 89:15, 90:19, 90:20, 106:2, 111:25
names [7] - 9:24, 10:2, 15:1, 30:17, 46:24, 47:24, 83:11
near [1] - 70:11
need [11] - 39:14, 49:16, 73:22, 76:20, 76:21, 89:5, 96:17, 96:22, 97:11, 107:6, 117:16
neighborhood [2] - 99:18, 105:25
never [9] - 22:1, 76:23, 79:7, 85:8, 85:12, 96:15, 102:19, 102:21, 103:4
NEW [6] - 1:1, 1:6, 2:8, 2:9, 121:2, 121:3
next [17] - 5:17, 5:20, 17:12, 17:14, 18:8, 26:17, 26:24, 27:10, 32:21, 38:16, 69:22, 87:17, 89:5, 95:7, 100:12
nice [1] - 88:22
nicely [1] - 79:12

night [23] - 15:21, 15:22, 15:23, 16:11, 23:8, 24:12, 24:22, 31:4, 31:11, 33:10, 33:15, 33:16, 33:20, 34:17, 48:18, 67:22, 85:20, 86:9, 90:13, 103:13, 103:16, 116:19
nights [1] - 57:18
nighttime [1] - 55:17
ninth [1] - 41:2
nobody [2] - 116:20
nod [1] - 7:10
nope [3] - 23:18, 48:14, 93:8
norberg [1] - 12:9
Northern [3] - 16:14, 34:1, 68:23
northern [1] - 34:2
NOTARY [1] - 119:24
Notary [3] - 1:19, 4:2, 121:5
notebooks [1] - 96:4
notes [1] - 54:9
nothing [11] - 23:6, 36:20, 51:10, 73:9, 78:20, 79:13, 86:8, 101:7, 104:15, 117:10, 118:19
notice [1] - 113:11
nowhere [1] - 11:13
number [17] - 4:20, 11:7, 11:15, 11:18, 25:20, 28:7, 28:8, 60:2, 61:19, 65:24, 66:3, 72:8, 88:13, 96:9, 101:5, 120:20
numbers [2] - 11:22, 11:25
NYPD [4] - 53:17, 53:18, 62:19, 62:21

## O

oath [3] - 3:5, 7:2, 7:5
object [1] - 41:3
objection [2] - 45:8, 45:14
objections [1] - 3:8
observed [2] - 72:25, 73:2
occasions [1] - 15:11
October [2] - 1:10, 121:16
Odolfin [2] - 35:22, 36:16
OF [5] - 1:1, 1:6, 2:9, 121:2, 121:3
off-the-record [2] - 41:6, 118:11
offer [3] - 25:17, 91:22, 114:18
Office [1] - 53:8
office [6] - 41:3, 95:18, 96:17, 110:25, 111:23, 111:24

officer [31] - 25:23, 25:24, 32:5, 32:6, 32:7, 33:2, 34:19, 35:7, 35:25, 36:18, 75:12, 80:20, 82:18, 84:21, 84:23, 86:1, 87:2, 91:10, 92:13, 96:16, 97:7, 103:18, 104:1, 104:3, 104:4, 104:12, 108:10, 109:18, 114:20, 115:1, 115:18
Officer [3] - 115:5, 115:8, 116:7
officers [55] - 16:21, 16:25, 18:11, 18:17, 50:25, 51:8, 51:9, 51:13, 51:14, 51:15, 51:16, 51:21, 52:3, 52:7, 52:14, 69:7, 69:9, 71:2, 74:25, 78:14, 80:1, 81:7, 81:18, 81:21, 81:24, 82:2, 82:9, 82:14, 83:1, 83:7, 83:8, 83:10, 83:14, 83:17, 84:20, 87:15, 91:16, 93:4, 93:6, 93:18, 93:21, 93:22, 105:16, 107:16, 107:17, 107:20, 107:21, 107:24, 108:21, 108:22, 108:25, 109:3, 114:11
officers' [1] - 39:7
offices [1] - 1:17
official [5] - 1:7, 1:7, 2:9, 2:10, 10:17
often [8] - 23:21, 23:23, 24:5, 24:6, 66:12, 94:12, 110:21, 110:23
oh [2] - 39:12, 119:7
okay [4] - 50:22, 61:13, 85:19, 87:23
old [8] - 15:3, 15:5, 21:14, 31:6, 31:23, 56:21, 118:23, 118:25
once [5] - 15:16, 57:21, 71:18, 84:12, 112:23
ones [4] - 52:4, 83:18, 107:19, 114:6
online [1] - 40:6
open [4] - 75:4, 75:8, 75:14, 119:10
opened [4] - 75:3, 75:6, 75:9, 104:7
opposite [1] - 16:25
optimum [1] - 14:13
Order [1] - 1:16
orders [2] - 105:19, 105:21
original [3] - 3:4, 3:7, 28:8, 52:14, 83:8, 83:10
originally [5] - 51:21, 84:24, 92:14
others [1] - 108:22

E. GERASIMOU

131

otherwise [2] - 8:7, 38:4
ourselves [1] - 64:5
outcome [2] - 5:8, 121:13
outside [7] - 68:7, 69:6, 73:15, 82:6, 82:7, 82:8, 100:3
over-the-counter [2] - 9:11, 9:15
overweight [1] - 112:21
owners [1] - 102:8

**P**

P.M [1] - 119:15
p.m [3] - 91:5, 117:22, 119:14
PAGE [3] - 120:3, 120:13, 120:16
paper [4] - 91:18, 96:17, 98:21
papers [3] - 18:22, 51:11, 87:13
paperwork [30] - 18:24, 19:5, 19:13, 19:21, 25:1, 27:2, 28:9, 32:22, 33:5, 36:7, 49:11, 66:19, 66:21, 66:23, 79:20, 86:17, 91:16, 93:25, 95:19, 96:3, 97:15, 97:16, 100:12, 102:10, 102:12, 102:14, 103:3, 109:16, 114:15, 114:17
part [2] - 8:4, 31:19
participate [1] - 87:5
particular [3] - 16:11, 59:19, 111:1
parties [2] - 3:3, 121:12
partner [2] - 20:3, 20:4
passenger [2] - 115:11, 115:14
past [8] - 9:12, 29:17, 29:19, 36:24, 37:4, 84:4, 84:9, 85:12
pay [4] - 14:4, 65:14, 111:4
paying [1] - 59:15
payment [11] - 50:19, 62:3, 62:6, 62:9, 62:11, 62:14, 62:18, 65:19, 84:17, 94:17, 113:10
payments [8] - 14:6, 59:4, 59:6, 63:3, 63:7, 63:12, 65:13, 94:15
PBA [1] - 35:18
pending [4] - 4:13, 9:3, 33:6, 42:6
people [17] - 30:12, 30:13, 46:23, 46:24, 49:19, 68:8, 69:14, 88:22, 93:2, 97:7, 99:16, 99:18,

99:22, 102:19, 110:3, 110:5, 110:16
pepper [1] - 51:3
percent [7] - 27:1, 74:2, 108:9, 111:21, 111:22, 118:21, 118:22
period [1] - 84:15
permission [4] - 75:14, 75:16, 77:13, 77:16
person [14] - 20:2, 21:13, 23:23, 38:15, 53:24, 54:2, 65:24, 88:19, 89:1, 89:2, 89:16, 89:19, 92:14, 117:5
person's [1] - 47:12
personal [4] - 37:20, 81:7, 81:10, 96:3
phone [10] - 19:16, 27:10, 38:12, 53:23, 53:25, 65:24, 66:3, 93:9, 117:5, 120:20
photograph [3] - 60:9, 60:11, 120:7
photographed [3] - 92:10, 92:12, 92:17
photographs [1] - 116:21
physical [7] - 36:21, 36:24, 99:5, 109:9, 116:1, 116:8, 116:9
physically [1] - 100:9
pick [13] - 22:6, 90:24, 91:25, 93:13, 97:14, 98:6, 98:10, 98:15, 98:17, 100:22, 100:24, 101:12, 101:18
picked [3] - 21:24, 58:7, 91:7
picking [1] - 22:12
picture [1] - 18:14
piece [1] - 91:18
place [14] - 16:21, 21:4, 35:2, 55:3, 55:11, 57:15, 77:11, 83:6, 96:20, 96:21, 97:7, 97:8, 102:6, 113:10
plain [1] - 82:11
plainclothes [1] - 82:13
plaintiff [4] - 5:2, 6:2, 39:24, 90:5
PLAINTIFF [1] - 1:3
Plaintiff [10] - 1:14, 2:3, 24:20, 60:6, 60:15, 72:4, 87:25, 98:2, 120:18, 120:24
Plainview [1] - 100:2
plan [1] - 106:8
plans [1] - 96:3
plate [82] - 19:6, 25:6, 25:20, 28:7, 28:8, 60:2, 60:20, 60:21, 61:1, 61:3,

61:6, 66:21, 70:5, 70:6, 70:17, 70:22, 70:24, 71:5, 71:20, 71:25, 72:8, 72:9, 72:10, 72:15, 72:18, 74:8, 74:18, 74:21, 74:25, 75:3, 75:5, 75:7, 75:15, 75:17, 75:19, 75:20, 75:21, 75:23, 76:1, 76:5, 76:7, 76:8, 76:10, 76:12, 76:16, 76:24, 77:2, 77:3, 77:7, 77:21, 77:24, 78:2, 78:8, 85:5, 85:21, 85:24, 86:22, 87:6, 87:7, 87:8, 88:13, 91:25, 96:6, 97:1, 97:3, 97:10, 97:11, 97:14, 98:4, 101:13, 101:14, 101:16, 101:18, 103:9, 103:11, 103:12, 103:17, 108:4, 114:18, 114:19, 120:8
Plate [3] - 60:9, 60:11, 120:6
plates [18] - 18:24, 25:21, 28:10, 28:11, 28:12, 28:14, 28:17, 28:21, 28:23, 40:24, 85:15, 98:10, 101:14, 101:17, 101:19, 104:11
play [1] - 103:4
Plaza [1] - 117:4
plea [3] - 42:19, 42:20, 43:4
plead [3] - 44:16, 44:18, 47:10
pleading [1] - 43:15
Please [1] - 4:6
please [10] - 4:14, 7:12, 7:18, 7:22, 8:2, 8:5, 19:15, 51:6, 80:3, 109:17
pled [4] - 43:17, 44:15, 45:10, 45:18
plenty [1] - 102:20
point [21] - 9:1, 21:10, 42:10, 43:1, 44:10, 44:15, 65:6, 67:5, 68:4, 81:18, 81:21, 81:24, 82:2, 82:24, 83:20, 90:7, 97:11, 98:6, 108:10, 115:16, 118:18
police [44] - 6:21, 6:24, 16:16, 16:21, 16:23, 18:1, 18:3, 18:14, 25:23, 25:24, 40:9, 49:19, 49:24, 50:4, 50:7, 50:9, 50:12, 53:15, 69:7, 69:17, 82:12, 82:18, 82:21, 87:1, 91:10, 93:3, 93:17, 93:20, 93:22,

96:20, 101:3, 102:17, 102:19, 102:21, 103:5, 103:18, 105:16, 106:25, 107:2, 107:4, 107:5, 112:19, 112:25, 113:12
Police [4] - 30:8, 30:11, 100:17, 117:4
possession [1] - 85:13
possible [1] - 105:1
power [3] - 49:17, 52:2, 107:10
Precinct [7] - 36:17, 83:24, 83:25, 90:15, 90:24, 96:6, 96:20, 99:19
precinct [46] - 16:24, 25:3, 25:15, 25:21, 30:21, 30:25, 31:4, 31:21, 32:22, 34:21, 34:22, 35:8, 39:12, 50:23, 52:13, 52:14, 80:1, 80:18, 80:21, 84:2, 84:3, 84:19, 85:19, 86:11, 86:25, 90:7, 90:8, 90:22, 90:23, 91:7, 91:11, 91:15, 92:2, 93:4, 93:7, 93:19, 93:23, 94:4, 94:5, 96:14, 99:15, 100:3, 100:13, 100:19, 104:10, 115:3
premise [1] - 48:6
preparation [2] - 38:18, 38:21
prepare [2] - 38:8, 38:15
prescription [2] - 9:10, 9:14
present [2] - 64:4, 67:1
presently [1] - 4:13
pretending [2] - 89:1, 89:3
pretty [4] - 79:8, 83:6, 91:25, 97:8
previously [5] - 39:6, 108:21, 112:3, 112:11, 112:25
price [2] - 64:10, 103:7
printed [2] - 92:10, 92:12
prior [20] - 12:17, 13:1, 30:23, 31:7, 33:21, 34:4, 35:3, 49:24, 56:3, 56:6, 58:10, 63:2, 63:6, 63:17, 63:18, 85:13, 89:16, 89:19, 112:9, 118:13
prison [1] - 43:8
privilege [3] - 41:4, 45:21, 46:6
probably [7] - 21:14, 57:9, 87:12, 90:12, 93:11, 107:15, 114:25
problems [5] - 36:22, 36:25, 37:2, 37:5, 37:25

E. GERASIMOU

132

Procedure [1] - 1:16
proceeds [3] - 52:19, 65:21, 111:18
process [2] - 114:17, 117:9
processed [2] - 113:23, 114:15
production [7] - 24:18, 27:3, 27:6, 39:18, 66:2, 89:25, 118:5
productions [1] - 118:10
projects [1] - 66:9
promise [2] - 52:25, 53:3
proof [2] - 40:25, 89:5
properties [3] - 13:20, 13:21, 13:22
property [7] - 13:21, 14:9, 40:9, 45:3, 97:4, 98:17, 98:25
protect [1] - 49:19
provide [2] - 81:10, 81:13
provided [1] - 102:10
psychological [1] - 37:7
Public [3] - 1:19, 4:2, 121:5
public [2] - 29:15, 107:6
PUBLIC [1] - 119:24
pull [8] - 48:25, 51:1, 51:3, 69:23, 108:5, 108:7, 108:9, 108:20
pulled [18] - 24:25, 26:7, 39:2, 39:6, 51:13, 52:4, 61:4, 61:7, 61:16, 69:7, 75:18, 80:18, 82:18, 83:17, 83:21, 84:24, 93:18, 114:11
pulling [5] - 52:2, 69:10, 69:14, 69:17, 108:4
purchase [1] - 20:11
purchased [4] - 20:8, 57:2, 57:3, 59:20
purposes [3] - 60:5, 60:16, 72:5
pursuant [1] - 1:15
push [1] - 107:20
pushed [3] - 51:12, 103:9, 107:16
pushing [1] - 51:25
pushy [1] - 83:4
putting [1] - 109:7

**Q**

Queens [5] - 20:23, 20:24, 30:5, 56:9, 68:16
question [29] - 7:22, 7:24, 8:1, 8:2, 8:4, 8:5, 8:8, 8:15, 9:3, 9:4, 25:8, 27:16, 27:17, 33:18, 41:9, 45:17, 46:2, 46:3,

51:6, 55:4, 61:14, 63:6, 66:14, 77:5, 77:6, 85:10, 110:10, 111:11, 115:7
questions [6] - 7:9, 7:14, 85:4, 93:3, 101:2, 114:13
quick [2] - 27:24, 76:19
quickly [1] - 91:4

**R**

rates [1] - 22:5
reaching [1] - 34:22
react [1] - 18:1
reaction [1] - 17:5
reactions [2] - 17:2, 18:3
read [6] - 27:18, 41:10, 46:2, 46:4, 89:8, 89:13
real [2] - 19:22, 64:5
rear [10] - 70:9, 70:10, 73:10, 73:11, 73:13, 75:10, 82:20, 82:21, 82:23
reason [9] - 9:7, 10:24, 26:13, 27:19, 37:20, 58:20, 64:19, 65:9, 88:19
recall [47] - 6:8, 21:18, 21:23, 23:11, 26:23, 30:2, 30:17, 31:18, 32:17, 32:18, 35:5, 51:4, 51:18, 52:15, 54:24, 56:8, 58:15, 61:12, 61:20, 61:21, 62:7, 69:21, 70:11, 71:17, 72:19, 72:22, 74:13, 75:25, 76:3, 78:9, 81:20, 82:1, 84:17, 89:18, 89:21, 90:12, 90:23, 93:11, 96:19, 97:23, 101:25, 104:18, 104:19, 109:2, 112:22, 114:24, 117:25
receipts [1] - 39:12
receive [2] - 52:20, 113:12
received [8] - 6:12, 21:2, 29:13, 29:15, 37:7, 52:16, 52:22, 117:23
recently [3] - 57:2, 57:3, 84:16
recess [3] - 41:8, 45:25, 117:20
recognize [6] - 34:17, 60:17, 69:17, 72:6, 83:11, 88:8
recognized [1] - 34:23
recollection [2] - 59:25, 61:24
record [15] - 4:6, 4:14, 40:6, 41:6, 41:11, 46:1,

60:14, 72:3, 87:24, 91:5, 97:22, 98:1, 117:21, 118:11, 121:9
recorded [2] - 48:6, 54:3
recording [1] - 7:8
recreate [2] - 44:25, 45:2
referred [3] - 27:17, 41:9, 46:3
referred-to [3] - 27:17, 41:9, 46:3
referring [2] - 61:5, 66:13
reflect [4] - 60:14, 72:3, 87:24, 98:1
refresh [2] - 59:24, 61:23
regarding [3] - 18:1, 47:23, 64:6
registered [2] - 28:23, 58:2
registration [29] - 19:5, 28:3, 28:4, 28:7, 41:1, 59:23, 60:3, 66:20, 69:24, 70:1, 71:4, 71:6, 71:9, 71:15, 78:5, 78:7, 78:11, 79:3, 79:5, 79:6, 79:7, 79:11, 80:22, 80:23, 81:5, 85:6, 86:1, 86:4, 103:17
regular [2] - 21:17, 59:8
regularly [2] - 37:10, 57:15
related [31] - 6:21, 6:24, 14:10, 24:15, 27:7, 38:25, 39:4, 39:7, 39:11, 42:3, 42:10, 44:13, 47:7, 47:23, 52:22, 53:12, 54:6, 54:9, 63:3, 63:8, 66:19, 66:24, 94:19, 106:5, 106:11, 109:20, 110:1, 114:1, 116:21, 117:13, 121:11
relation [3] - 4:25, 43:3, 50:2
release [3] - 16:23, 17:19, 74:23
released [4] - 90:8, 90:9, 90:14, 92:21
remember [106] - 4:24, 5:19, 5:20, 5:22, 5:24, 6:3, 6:4, 6:5, 6:8, 6:11, 6:19, 8:11, 11:23, 12:1, 12:5, 12:7, 12:13, 12:15, 15:12, 17:11, 17:23, 18:7, 21:3, 21:17, 23:11, 24:17, 26:10, 28:2, 31:19, 34:6, 34:8, 34:20, 35:5, 41:22, 46:8, 46:11, 46:15, 48:2, 52:8, 52:10, 53:15, 53:22, 54:1, 54:21, 55:20, 55:25, 56:1, 56:3, 56:6, 57:7,

57:20, 58:9, 58:11, 58:13, 59:22, 61:21, 62:15, 62:25, 63:1, 64:18, 66:11, 66:15, 69:12, 71:19, 72:19, 72:21, 74:17, 75:6, 75:13, 75:24, 76:5, 78:20, 82:1, 82:10, 83:9, 84:5, 84:13, 86:3, 89:4, 91:12, 91:22, 92:11, 93:12, 93:14, 94:23, 97:15, 97:20, 98:21, 101:5, 101:10, 101:20, 101:23, 101:25, 102:13, 104:25, 105:5, 105:6, 108:13, 111:22, 112:18, 112:20, 113:15, 114:25
renewal [1] - 29:11
renovating [3] - 56:23, 56:25, 66:7
rent [2] - 12:22, 13:3
repeat [1] - 7:12
repeatedly [1] - 85:16
report [1] - 39:6
Reporter [3] - 27:18, 41:10, 46:4
reporter [5] - 7:8, 7:13, 7:19, 7:23, 8:19
represent [4] - 4:11, 111:4, 111:14, 112:12
represented [2] - 95:13, 112:10
request [1] - 90:6
requested [1] - 102:10
REQUESTED [1] - 120:16
research [2] - 107:14, 107:15
reserved [1] - 3:8
respective [1] - 3:3
response [6] - 25:7, 25:8, 26:1, 28:1, 28:5, 35:15, 36:18, 36:20
responses [2] - 7:10, 7:15
Restaurant [1] - 99:21
restaurant [16] - 16:14, 31:11, 32:4, 33:14, 33:19, 33:21, 33:22, 33:23, 34:10, 56:5, 56:6, 67:8, 67:11, 67:24, 68:4, 106:25
restroom [1] - 91:4
result [3] - 33:4, 99:5, 99:8
retained [1] - 120:11
retainer [1] - 53:6
retrainer [2] - 118:6, 120:24
retrieve [6] - 71:10, 74:24, 86:13, 86:16, 100:10, 102:2
returned [1] - 101:16

E. GERASIMOU

133

**review** [6] - 8:18, 8:21, 38:18, 38:21, 39:15, 40:1
**ride** [1] - 35:8
**right** [26] - 5:5, 5:15, 7:5, 16:15, 33:2, 41:20, 45:22, 49:20, 52:6, 55:12, 62:23, 68:5, 72:17, 74:12, 83:13, 83:19, 88:9, 91:1, 91:8, 98:9, 100:5, 102:14, 108:18, 117:1, 118:14, 118:19
**Rikers** [1] - 113:21
**route** [1] - 68:21
**Rules** [1] - 1:16
**run** [2] - 91:3, 117:16
**Russ** [1] - 89:15

**S**

**S-T-A-T-H-A-K-I-S** [1] - 47:1
**same** [40] - 3:5, 3:6, 3:7, 7:5, 13:14, 13:24, 15:2, 15:21, 15:22, 18:2, 18:10, 24:2, 24:12, 30:25, 31:11, 33:21, 33:22, 34:7, 40:22, 43:17, 47:20, 48:18, 51:8, 51:13, 53:21, 58:10, 62:13, 64:23, 90:9, 92:20, 92:22, 93:22, 95:15, 95:18, 97:9, 111:12, 111:13
**saw** [15] - 31:3, 33:10, 34:10, 34:12, 34:15, 71:13, 71:14, 72:21, 72:23, 72:25, 79:7, 93:20, 93:22, 100:8, 100:9
**saying** [9] - 48:23, 76:5, 85:15, 88:12, 98:10, 104:10, 105:4, 107:12, 119:2
**scared** [1] - 49:23
**scene** [6] - 52:4, 83:20, 84:23, 92:14, 108:23, 113:1
**schedule** [1] - 66:16
**school** [1] - 29:2
**Scotch** [2] - 70:16, 72:16
**Scott** [6] - 83:11, 114:21, 114:22, 115:9, 115:20, 116:1
**screaming** [1] - 52:1
**sealed** [1] - 96:8
**sealing** [1] - 3:3
**Sean** [1] - 36:16
**search** [3] - 86:10, 108:4

**searched** [1] - 82:24
**second** [4] - 75:24, 76:8, 77:19, 78:10
**secured** [1] - 45:3
**Security** [5] - 11:7, 11:15, 11:18, 11:21, 11:24
**seeing** [2] - 34:20, 106:8
**seen** [11] - 31:7, 31:10, 33:12, 33:20, 34:5, 71:16, 71:18, 73:2, 74:8, 99:3, 106:5
**self** [4] - 13:18, 29:7, 29:8, 45:8
**self-employed** [2] - 29:7, 29:8
**sell** [1] - 13:23
**selling** [1] - 64:6
**send** [5] - 24:15, 32:23, 97:4, 98:19, 113:11
**sending** [1] - 89:20
**sent** [12] - 27:5, 28:20, 54:20, 54:22, 88:18, 94:25, 95:22, 97:16, 98:13, 105:16, 109:3, 113:23
**Sergeant** [4] - 108:15, 114:21, 115:9, 116:1
**serve** [2] - 43:3, 66:3
**service** [1] - 3:6
**sessions** [1] - 114:24
**settled** [2] - 5:9, 5:10
**settlement** [1] - 6:13
**seventh** [1] - 40:23
**shake** [1] - 7:15
**share** [2] - 40:22, 92:23
**Shawn** [1] - 35:22
**sheet** [1] - 40:17
**shoot** [5] - 48:22, 48:23, 49:2, 49:22, 50:9
**short** [3] - 41:8, 45:25, 117:20
**show** [9] - 35:17, 36:1, 39:10, 51:9, 51:15, 93:24, 94:5, 97:24, 116:19
**showed** [1] - 35:24
**showing** [2] - 36:19, 104:4
**side** [6] - 26:7, 33:2, 105:19, 115:10, 115:11, 115:14
**sides** [1] - 72:18
**sign** [3] - 45:6, 46:6, 53:6
**signed** [5] - 3:4, 3:5, 3:6
**similar** [1] - 40:14
**simple** [1] - 64:12
**sirens** [1] - 69:20
**sitting** [8] - 33:2, 38:15, 84:21, 85:1, 99:15, 100:3, 100:6, 100:9
**situation** [2] - 27:11, 49:18

**sixthly** [1] - 40:16
**size** [1] - 31:5
**slower** [1] - 76:22
**social** [1] - 54:12
**Social** [5] - 11:7, 11:15, 11:18, 11:21, 11:24
**somebody** [1] - 112:22
**somehow** [2] - 25:3, 25:18, 97:10
**someone** [6] - 38:16, 50:13, 53:25, 84:24, 93:1, 117:4
**something** [18] - 25:9, 25:11, 39:3, 50:20, 54:3, 78:25, 80:2, 80:14, 91:4, 95:1, 98:22, 103:8, 103:18, 104:21, 104:23, 104:25, 112:20, 118:15
**sometime** [1] - 90:10
**sometimes** [10] - 22:23, 22:25, 23:1, 57:22, 58:17, 58:18, 58:19, 60:2, 119:6
**somewhere** [8] - 42:17, 70:11, 73:24, 90:25, 92:21, 96:10, 101:4, 116:25
**sorry** [19] - 6:16, 6:22, 10:1, 20:17, 26:20, 36:13, 38:20, 41:15, 62:20, 67:9, 69:16, 74:19, 78:17, 92:7, 96:19, 103:20, 107:5, 113:6, 116:16
**sort** [1] - 65:15
**Sound** [1] - 13:2
**sound** [3] - 5:15, 54:3, 55:13
**Southern** [1] - 46:16
**Spanish** [1] - 21:14
**speak** [10] - 7:18, 17:21, 24:7, 24:10, 53:23, 53:25, 83:3, 88:24, 94:2, 117:2
**speaking** [1] - 76:19
**special** [5] - 58:20, 65:16, 101:1, 101:3, 101:6
**specialized** [1] - 29:3
**specially** [1] - 49:18
**specific** [1] - 66:9
**specifically** [4] - 85:7, 97:3, 98:13, 103:12
**spend** [1] - 68:7
**spent** [1] - 113:17
**split** [3] - 64:12, 65:13, 65:18
**spoke** [10] - 15:19, 17:20, 18:6, 27:9, 30:22, 89:21, 91:25, 102:6, 117:3, 117:4

**spoken** [8] - 15:7, 15:13, 15:16, 31:13, 32:19, 33:9, 89:16, 106:14
**spray** [1] - 51:3
**spread** [3] - 51:12, 83:5, 107:19
**springtime** [1] - 57:7
**sruss@mbowilmington. com** [1] - 89:2
**SS** [1] - 121:3
**Stacy** [5] - 15:2, 15:5, 15:7, 15:13, 18:5
**stand** [1] - 7:6
**standing** [2] - 82:17, 115:5
**start** [3] - 7:23, 16:7, 49:14
**STATE** [1] - 121:2
**state** [7] - 4:6, 4:14, 19:12, 19:18, 40:16, 74:12, 113:18
**State** [20] - 1:19, 4:3, 19:19, 27:2, 28:9, 28:19, 28:20, 28:22, 40:23, 60:8, 60:10, 63:8, 64:22, 79:18, 97:4, 98:13, 101:15, 120:5, 121:6
**stated** [3] - 27:5, 76:24, 118:20
**STATES** [1] - 1:1
**States** [5] - 4:13, 10:15, 12:10, 12:18, 42:4
**Stathakis** [1] - 46:25
**station** [1] - 103:10
**status** [1] - 87:18
**stay** [1] - 67:24
**steals** [1] - 106:3
**step** [10] - 45:23, 77:17, 77:18, 77:22, 77:23, 80:8, 80:11, 105:24, 108:5, 108:8
**STIPULATED** [2] - 3:2, 3:8
**stolen** [1] - 25:2, 107:13
**stop** [1] - 18:21
**stopped** [3] - 16:16, 91:10, 102:20
**storage** [4] - 96:20, 96:21, 97:7, 97:8
**stories** [1] - 107:2
**story** [11] - 16:3, 16:6, 16:7, 16:14, 16:20, 26:15, 79:22, 106:25, 107:3, 113:2
**straight** [1] - 96:15
**strange** [1] - 86:23
**Street** [4] - 1:17, 2:4, 2:11, 56:19
**streets** [1] - 69:12
**strike** [2] - 51:5, 51:7
**strong** [4] - 11:1, 11:2, 11:5, 49:8
**stronger** [1] - 98:22

E. GERASIMOU

stuff [6] - 64:5, 86:17,
96:3, 96:5, 96:16, 115:2
stupid [1] - 101:6
subpoena [1] - 66:4
Subscribed [1] - 119:21
substance [2] - 17:24,
18:9
successfully [1] - 112:5
sued [2] - 5:4, 115:24
suffer [5] - 99:5, 99:8,
105:10, 109:6, 110:1
suffered [2] - 102:15,
106:6
suggestions [1] - 27:12
suing [9] - 5:6, 6:19,
83:14, 83:18, 107:17,
107:21, 107:24, 115:20,
115:23
summer [1] - 57:7
supplied [2] - 19:9, 35:19
supply [5] - 19:13, 27:15,
32:22, 32:25, 69:25
supporting [1] - 116:15
supposed [1] - 18:13
sure [7] - 19:11, 27:12,
39:21, 74:2, 87:23, 97:8,
109:17
surgery [1] - 37:22
surprise [1] - 19:22
surprised [4] - 27:11,
80:3, 97:1, 98:14
suspend [1] - 113:11
suspended [5] - 50:20,
84:8, 84:14, 84:18,
113:9
sworn [4] - 3:4, 4:2,
119:21, 121:8
system [1] - 104:6

**T**

tag [3] - 40:12, 88:12,
88:13
tags [1] - 40:15
take [49] - 7:23, 9:2, 9:4,
9:16, 25:5, 25:18, 25:21,
33:8, 37:10, 41:5, 45:19,
45:20, 52:13, 52:14,
55:3, 57:24, 59:22,
68:21, 75:2, 75:5, 75:15,
75:21, 75:22, 76:1, 76:4,
76:6, 76:10, 76:12,
76:16, 76:23, 77:2, 78:1,
85:20, 85:24, 86:19,
86:21, 87:5, 87:13, 91:2,
91:23, 99:1, 101:17,
102:7, 103:13, 107:9,
107:19, 111:19, 111:20,
117:15
taken [18] - 1:15, 4:16,

4:23, 5:13, 5:18, 7:1,
9:11, 9:15, 9:18, 41:8,
45:25, 47:16, 52:19,
54:9, 77:24, 78:4,
106:11, 117:20
taking [8] - 7:13, 45:11,
48:11, 91:24, 107:5,
108:3, 111:21, 113:10
talk [2] - 23:19, 83:5
talked [1] - 112:14
talking [7] - 17:14, 17:16,
68:8, 99:16, 99:17,
103:15, 104:13
Tape [2] - 70:16, 72:16
tape [4] - 72:12, 72:14,
73:2, 73:24
taped [17] - 70:12, 70:14,
70:15, 70:22, 72:20,
72:21, 72:22, 72:23,
73:3, 73:6, 73:7, 73:11,
73:13, 73:15, 73:17,
74:2
tax [2] - 50:19, 84:16
taxes [3] - 29:17, 29:19,
113:10
telephone [1] - 89:16
tell [41] - 7:2, 8:2, 8:5,
8:15, 14:12, 16:2, 16:4,
16:8, 16:18, 17:24,
18:20, 19:9, 24:24,
25:22, 26:9, 68:3, 69:14,
69:22, 71:2, 75:4, 77:18,
79:14, 79:16, 80:4,
81:21, 81:24, 85:5,
85:16, 86:21, 95:25,
98:3, 99:22, 102:1,
103:1, 104:10, 104:21,
104:24, 104:25, 105:13,
109:18
Tell [1] - 55:20
telling [3] - 17:2, 36:3,
80:2
tells [1] - 119:5
temporary [4] - 40:12,
40:23, 40:25, 88:12
Temporary [3] - 60:9,
60:11, 120:6
ten [9] - 5:14, 6:10, 29:5,
29:8, 29:17, 29:19,
78:25, 117:18, 118:1
testified [7] - 4:3, 41:23,
42:16, 42:20, 42:21,
42:22, 44:10
testify [5] - 8:10, 9:7,
42:17, 42:24, 43:1
testimony [7] - 4:25, 8:20,
42:3, 44:13, 53:1, 53:4,
121:9
text [4] - 24:15, 24:19,
54:22, 120:17

thank [1] - 40:1
THE [3] - 27:9, 45:14,
111:10
there's [6] - 9:3, 35:1,
40:20, 51:10, 58:19,
101:6
they're [3] - 26:9, 39:23,
110:12
thing [7] - 9:3, 49:20,
55:20, 61:20, 80:13,
80:15, 98:15
things [3] - 8:10, 119:6,
119:7
think [31] - 5:14, 18:22,
19:3, 19:14, 19:20,
27:14, 34:3, 34:22,
35:23, 40:20, 43:18,
44:21, 45:16, 48:1, 49:2,
49:5, 50:7, 50:8, 52:12,
53:14, 67:6, 79:21, 86:6,
86:7, 89:22, 105:3,
107:3, 111:12, 117:3,
118:15, 119:7
thinking [7] - 49:3, 49:8,
49:14, 87:14, 103:11,
105:15, 106:24
third [2] - 32:21, 99:2
thirdly [1] - 40:8
thoughts [2] - 105:17,
117:17
thousand [1] - 62:10
three [11] - 21:4, 46:23,
46:24, 47:16, 47:21,
48:5, 86:18, 99:16,
100:4, 100:7, 100:20
through [7] - 25:9, 27:22,
31:2, 35:19, 39:20,
39:21, 53:14, 53:25,
72:17
ticket [8] - 25:18, 40:3,
50:24, 86:8, 87:5,
103:14, 115:2, 117:23
time [103] - 3:8, 4:22, 5:17,
5:23, 5:24, 12:13, 15:19,
15:22, 16:24, 17:10,
17:12, 23:4, 23:11,
25:16, 27:21, 32:24,
33:16, 35:17, 35:23,
36:2, 36:10, 36:16,
42:23, 43:3, 43:6, 43:12,
44:20, 45:3, 46:5, 49:21,
50:13, 53:20, 55:8,
55:15, 55:18, 55:21,
55:23, 56:1, 57:8, 57:19,
58:1, 59:15, 62:2, 64:18,
65:23, 66:6, 67:7, 67:10,
67:13, 68:7, 69:6, 75:25,
76:7, 76:8, 76:20, 76:21,
77:11, 77:19, 78:7, 78:9,
78:10, 78:21, 80:10,

80:11, 80:17, 80:18,
82:17, 84:5, 84:12,
84:15, 84:17, 86:21,
91:9, 91:10, 91:11,
92:11, 93:10, 93:19,
93:20, 93:24, 94:18,
97:21, 98:24, 99:2,
100:11, 102:9, 106:1,
106:22, 106:24, 108:12,
108:15, 112:22, 112:24,
113:17, 114:7, 117:19,
117:25, 118:3, 119:11,
119:14
TIME [1] - 1:11
times [22] - 4:18, 4:19,
5:23, 17:21, 17:23, 18:5,
18:7, 18:8, 23:24, 24:6,
38:11, 38:13, 42:1, 42:2,
84:11, 84:12, 92:1,
96:15, 102:20, 103:4,
112:18, 113:15
title [1] - 102:2
today [11] - 7:13, 8:19,
9:8, 32:16, 38:24, 39:11,
106:20, 107:5, 118:20,
119:9, 119:13
todays [3] - 38:19, 38:22,
40:19
together [11] - 20:5, 22:25,
23:1, 23:3, 23:7, 23:10,
23:12, 59:3, 66:7, 66:10
tomorrow [1] - 26:14
tone [1] - 79:13
Tony [1] - 30:2
total [1] - 14:14
towards [4] - 16:15, 59:6,
62:8, 68:23
town [1] - 34:2
track [1] - 118:9
training [1] - 29:3
transcribe [1] - 7:19
transcript [2] - 8:18, 8:21
transfer [1] - 21:10
Transportation [1] - 40:17
treated [1] - 48:21
treatment [2] - 105:16,
107:6
trial [9] - 3:9, 6:15, 6:17,
7:6, 8:24, 42:17, 42:18,
42:19, 47:13
tried [4] - 26:9, 64:21,
79:12, 83:3
truck [3] - 83:5, 112:20,
117:24
true [2] - 72:10, 121:9
trunk [2] - 52:1, 107:9
truth [1] - 7:2
truthfully [1] - 9:8
try [4] - 49:14, 51:10,
103:1, 103:3

135

E. GERASIMOU

**trying** [3] - 36:6, 85:4, 114:17
**turn** [1] - 54:25
**TV** [1] - 14:13
**twice** [1] - 112:23
**type** [8] - 13:21, 19:14, 49:17, 64:5, 85:9, 102:13, 102:20, 104:8

## U

**uh** [2] - 7:11, 7:16
**uh-huh** [2] - 7:11, 7:16
**unauthorized** [1] - 107:4
**under** [4] - 11:3, 14:1, 14:2, 14:3
**understand** [16] - 7:1, 7:4, 7:11, 7:16, 7:20, 8:1, 8:20, 8:23, 18:12, 55:3, 101:7, 102:22, 105:20, 115:7, 118:16, 118:17
**understanding** [2] - 39:22, 40:3
**understood** [6] - 7:24, 8:8, 8:12, 8:16, 9:5
**unemployment** [1] - 29:13
**uniforms** [1] - 82:12
**UNITED** [1] - 1:1
**United** [5] - 4:13, 10:14, 12:10, 12:17, 42:4
**unmarked** [1] - 16:16
**unprofessional** [1] - 107:12
**unsigned** [1] - 3:5
**upset** [7] - 17:6, 48:20, 49:9, 76:7, 89:5, 105:10, 106:23
**upsetting** [3] - 102:17, 102:24

## V

**valid** [1] - 84:6
**Vandoros** [1] - 46:25
**vehicle** [4] - 21:5, 21:8, 40:15, 40:25
**Vehicle** [3] - 60:8, 60:11, 120:6
**Vehicles** [1] - 41:1
**verbal** [4] - 7:10, 7:15, 63:15, 65:12
**verified** [2] - 25:4
**verify** [1] - 103:11
**versus** [1] - 55:3
**violation** [1] - 55:16
**violations** [1] - 55:10
**voice** [3] - 7:18, 18:21, 19:6

## W

**wait** [5] - 26:14, 33:7, 90:25, 101:14, 101:17
**waiting** [3] - 29:24, 69:23, 78:20
**waived** [1] - 3:4
**wake** [2] - 55:21, 55:23
**walking** [1] - 111:24
**want** [16] - 9:1, 16:3, 16:4, 16:6, 16:8, 36:4, 39:20, 45:12, 45:15, 46:5, 61:13, 61:18, 86:16, 87:8, 101:13, 104:14
**wanted** [5] - 27:24, 45:19, 64:1, 86:13, 101:11
**war** [1] - 102:22
**warehouse** [2] - 96:10, 96:11
**water** [1] - 14:13
**we'll** [1] - 28:25
**we're** [3] - 7:4, 117:16, 119:9
**weapons** [1] - 51:1
**wearing** [2] - 21:16, 82:11
**WebCrims** [1] - 40:6
**week** [5] - 23:24, 24:6, 57:18, 57:21, 58:14
**weeks** [9] - 17:14, 18:8, 21:3, 21:4, 99:16, 100:4, 100:7, 100:17, 100:20
**welcome** [1] - 88:21
**weren't** [5] - 23:7, 68:18, 99:3, 102:2, 107:17
**West** [1] - 12:9
**Westchester** [1] - 101:5
**Westwood** [2] - 4:9, 12:21, 13:8
**what's** [3] - 31:17, 56:1, 97:24
**WHEREOF** [1] - 121:15
**Whereupon** [7] - 27:17, 41:8, 41:9, 45:25, 46:3, 60:10, 71:25, 88:5, 117:20, 118:11, 119:15
**white** [3] - 31:24, 31:25, 52:9
**whole** [10] - 16:3, 16:20, 18:14, 43:12, 61:20, 80:13, 80:15, 80:19, 116:5, 116:12
**why** [45] - 10:24, 17:16, 18:12, 18:20, 19:2, 22:18, 22:24, 27:19, 29:23, 35:13, 36:1, 44:24, 48:19, 49:2, 49:5, 49:15, 50:11, 58:16, 58:18, 58:20, 63:20, 63:22, 63:24, 64:1, 64:19, 64:25, 65:9,

76:18, 77:10, 80:4, 80:7, 84:4, 85:9, 86:7, 86:19, 87:7, 88:19, 96:2, 101:15, 103:7, 112:20, 115:20, 115:23, 118:22
**wife** [10] - 13:9, 14:17, 15:7, 15:13, 15:19, 16:9, 16:18, 17:2, 17:13, 119:5
**win** [1] - 47:14
**window** [16] - 70:7, 70:8, 70:10, 70:11, 70:12, 70:17, 70:22, 72:16, 73:11, 73:13, 104:4, 114:12, 115:6, 115:8, 115:14, 115:19
**windshield** [3] - 73:7, 73:9
**within** [5] - 3:3, 9:11, 9:18, 9:21, 121:6
**without** [3] - 91:24, 107:14, 114:19
**WITNESS** [4] - 27:9, 45:14, 111:10, 121:15
**witness** [6] - 3:4, 3:6, 3:7, 4:1, 121:7, 121:10
**Witness** [1] - 119:16
**won** [3] - 112:1, 112:4, 112:5
**won't** [2] - 41:4, 79:6
**words** [1] - 73:22
**work** [10] - 13:17, 14:17, 23:15, 30:7, 30:10, 57:8, 57:11, 66:16, 87:13, 118:24
**working** [7] - 13:18, 27:21, 56:17, 56:18, 66:9, 112:21, 118:3
**worried** [1] - 102:18
**wouldn't** [1] - 97:11
**write** [2] - 53:11, 54:6
**wrong** [9] - 25:9, 25:11, 43:20, 48:21, 49:4, 49:22, 51:11, 87:16, 101:7
**wrongful** [1] - 114:23
**wrongfully** [1] - 49:14

## X

**XP262732** [1] - 61:11
**XX/XX/1964** [1] - 12:3
**XXX-XX-6640** [1] - 11:16

## Y

**yeah** [12] - 25:12, 33:22, 39:16, 46:21, 59:7, 76:22, 84:3, 85:2, 91:1, 101:23, 110:11, 114:7
**year** [13] - 5:12, 29:19, 29:21, 34:7, 35:20, 42:8,

42:12, 43:17, 65:19, 65:20, 84:14, 112:8, 113:3
**yearly** [2] - 65:17, 65:18
**years** [20] - 4:24, 5:14, 6:6, 6:10, 12:14, 12:15, 21:14, 29:6, 29:8, 29:17, 29:20, 31:6, 31:23, 57:1, 65:23, 112:8, 112:19, 118:1, 118:4, 118:25
**yep** [1] - 10:5
**Yes** [2] - 32:2, 85:23
**yes** [173] - 4:17, 5:11, 5:25, 7:3, 7:7, 7:17, 7:21, 7:25, 8:3, 8:6, 8:9, 8:13, 8:17, 8:22, 8:25, 9:6, 10:1, 10:9, 10:16, 10:19, 11:6, 11:20, 12:11, 13:15, 13:25, 14:8, 14:11, 14:23, 15:10, 15:18, 16:20, 17:4, 17:9, 18:19, 20:10, 20:19, 20:25, 21:6, 21:9, 21:21, 22:17, 23:20, 24:1, 24:4, 24:9, 29:9, 29:18, 29:21, 30:20, 31:9, 31:16, 32:12, 32:15, 34:13, 35:9, 35:16, 37:11, 38:10, 38:17, 39:9, 41:18, 41:25, 42:11, 43:5, 43:9, 43:14, 43:25, 44:9, 44:12, 47:11, 50:7, 50:16, 53:7, 53:10, 53:14, 55:14, 55:24, 56:11, 56:24, 57:4, 57:12, 57:17, 58:3, 58:6, 58:23, 59:12, 60:18, 61:2, 61:9, 61:17, 62:5, 62:17, 63:13, 63:19, 66:1, 66:8, 67:12, 67:23, 68:12, 68:17, 69:1, 69:8, 70:3, 70:14, 70:20, 70:23, 71:8, 71:22, 72:11, 73:12, 73:20, 74:1, 74:4, 74:10, 74:15, 75:11, 77:9, 77:15, 77:25, 78:3, 78:6, 78:15, 78:23, 80:19, 81:9, 81:12, 82:4, 83:16, 83:22, 84:7, 84:10, 84:21, 84:25, 86:15, 87:12, 87:20, 89:12, 90:9, 91:17, 91:20, 92:4, 92:16, 92:25, 93:11, 94:1, 94:11, 94:17, 94:20, 95:4, 95:17, 99:1, 99:10, 99:24, 100:21, 100:23, 102:4, 103:2, 105:5, 106:21, 107:23, 109:4, 109:14, 111:2,

E. GERASIMOU

111:3, 111:17, 113:2,
113:25, 114:14, 115:10,
115:12, 116:11, 118:2
**YORK** [6] - 1:1, 1:6, 2:8,
2:9, 121:2, 121:3
**York** [38] - 1:17, 1:18,
1:19, 2:4, 2:11, 4:3, 4:9,
4:11, 12:21, 13:2, 22:8,
22:10, 28:9, 28:11,
28:14, 28:19, 28:20,
28:22, 30:8, 30:11, 40:8,
41:14, 41:17, 46:17,
55:3, 64:11, 64:22,
74:22, 81:14, 81:15,
100:17, 101:15, 101:19,
113:24, 121:6
**you've** [3] - 9:11, 15:13,
85:12
**young** [1] - 92:13
**younger** [2] - 25:25,
114:11
**youngest** [1] - 84:21
**yourself** [6] - 57:13, 67:18,
92:24, 93:1, 116:14,
116:17
**youtube** [1] - 54:18

| Z |
|---|

**ZACHARY** [1] - 2:7
**zero** [1] - 36:20

## Diamond Errata Sheet

Plaintiff(s): _____

_____

_____

Defendant(s): _____

_____

_____

| Page | Line | Correction | Reason for Correction |
|------|------|------------|-----------------------|
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |
|      |      |            |                       |

Date: _____

Name of Witness: _____

Signature: _____

_____

Subscribed and sworn to before me

This _____ of _____ 20____.

_____

Notary Public