2015-053645
SF - M. Decastro

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
EVANGELOS GERASIMOU,

                    Plaintiff,

          - against -

CITY OF NEW YORK, MICHAEL CILLIS, in his
individual and official capacities and JOHN
BRENES, in his individual and official
capacities,


                    Defendants.


----------------------------------------------x


                    626 RXR Plaza
                    Uniondale, New York
                    October 4, 2016
                    9:51 a.m.


     EXAMINATION BEFORE TRIAL of MICHAEL CILLIS,
one of the Defendants, taken by Plaintiff, pursuant
to Article 31 of the Civil Practice Law and Rules of
Testimony, and Notice, held at the above-noted time
and place, before Abby Lynn Kalberer, a Stenotype
Reporter and Notary Public within and for the State
of New York.

2

```
 1
 2      A P P E A R A N C E S:
 3
 4
        THE LAW OFFICES OF CHRISTOPHER J. CASSAR,
 5      P.C.
                Attorneys for Plaintiff
 6              13 East Carver Street
                Huntington, New York 11743
 7
        BY:   JOSEPH KARLYA, ESQ., III
 8
 9
        NEW YORK LAW DEPARTMENT
10      OFFICE OF THE CORPORATION COUNSEL
                Attorneys for Defendants
11              100 Church Street
                New York, New York 10007
12
        BY:   MARIA DECASTRO, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

FEDERAL STIPULATIONS

  1
  2
  3
  4        IT IS HEREBY STIPULATED AND AGREED by and
  5  between the attorneys for the respective parties
  6  herein, that the sealing, filing and certification
  7  of the within deposition be waived;
  8        IT IS FURTHER STIPULATED AND AGREED that all
  9  objections, except as to form, are reserved to the
 10  time of trial;
 11        IT IS FURTHER STIPULATED AND AGREED that the
 12  transcript of this deposition may be signed before
 13  any Notary Public, with the same force and effect as
 14  if signed before a clerk or Judge of the Court;
 15        IT IS FURTHER STIPULATED AND AGREED that all
 16  rights provided to all parties by the F.R.C.P.
 17  cannot be deemed waived, and the appropriate
 18  sections of the F.R.C.P. shall be controlling with
 19  respect thereto.
 20
 21                          ooOoo
 22
 23
 24
 25

4

1

2    S C O T T   B R E N E S,

3         having first been duly sworn by the Notary

4         Public, was examined and testified as follows:

5    EXAMINATION BY

6    MR. KARLYA:

7         Q    Please state your name for the record.

8         A    Scott Brenes.

9         Q    Please state your address for the record.

10        A    45-06 215th Street, Bayside, New York

11   11361.

12        Q    My name is Joe Karlya.  I'm an attorney

13   for Evangelos Gerasimou, the plaintiff in this civil

14   lawsuit currently pending in federal court in the

15   Eastern District of New York.

16             I am going to ask you a series of

17   questions today.  Your answers will be transcribed.

18   You're under oath to tell the truth.  If at any time

19   you're unsure of your answer or if you're unsure of

20   my question please indicate so and I will clarify

21   it.  If you need me to slow down, please let me

22   know.  If you need to take a break, I will endeavor

23   to accommodate you, please make sure to let me know.

24   I only ask that you indicate your response verbally,

25   meaning an explanation, yes or no, but not hand

5

```
                              Michael Cillis
 1
 2    gestures or a nod of your head, because everything
 3    is being transcribed as to what you say.  Do you
 4    understand?
 5         A    Yes.
 6         Q    Please tell me your full name.
 7         A    Michael Anthony Cillis.
 8         Q    What is your date of birth?
 9         A    September --
10              MS. DECASTRO:  Objection.  I'm going
11              to object.  Don't answer that under the
12              grounds of official privileged
13              information.
14         Q    How old are you?
15              MS. DECASTRO:  You can give that.
16         A    Thirty-two.
17         Q    Where do you currently reside?
18              MS. DECASTRO:  Objection.  Don't
19              answer that.
20         Q    Where do you currently work?
21         A    111 Precinct.
22         Q    Where is that?
23         A    Bayside.
24         Q    Bayside in Queens, New York?
25         A    Queens, correct.
```

6

```
 1                    Michael Cillis
 2       Q     And how long have you worked there?
 3       A     I have been there for about nine years,
 4  approximately.
 5       Q     Always as a police officer?
 6       A     Yes.
 7       Q     Has anyone directed you to give specific
 8  testimony in answering the questions I'm going to
 9  ask you today?
10             MS. DECASTRO:  Objection.  Don't
11             answer.
12             That anybody but besides his lawyer?
13             MR. KARLYA:  Yes.
14       A     Can you repeat that?
15       Q     I was asking if anyone other than your
16  lawyer has directed you to give specific testimony
17  in the answers to my questions today.
18       A     No.
19       Q     And you're aware that you're under oath to
20  answer the questions truthfully?
21       A     Yes.
22       Q     And have you ever taken a deposition
23  before?
24       A     No.
25       Q     Never have.
```

1                    Michael Cillis

2              And are you currently under the influence

3    of alcohol?

4        A    No.

5        Q    Or illegal drugs?

6        A    No.

7        Q    Are you currently being prescribed any

8    medications?

9        A    No.

10       Q    Are you currently taking any medications,

11   not illicit medications, meaning not illegal drugs

12   that you're not prescribed?

13       A    No.

14       Q    Thank you.

15            I am going to ask you a little bit about

16   your education, your training and your employment.

17            The highest level of education that you

18   completed?

19            MS. DECASTRO:  You can answer.

20       A    Associates degree.

21       Q    Where did you receive your associate's

22   degree?

23       A    Suffolk Community College.

24       Q    When did you graduate?

25       A    Probably 2004, 2005.  I don't remember

8

                        Michael Cillis

1      which one.

3          Q      As you said, you're currently employed by
4      the New York City Police Department?

5          A      Yes.

6          Q      What is your current rank?

7          A      Police officer.

8          Q      As you indicated, you currently work in
9      the 111th Precinct; is that correct?

10         A      Yes.

11         Q      Have you worked there since you began as a
12     police officer?

13         A      No.

14         Q      Can you tell me a little bit about the
15     111th Precinct, specifically what geographic region
16     that precinct is tasked with policing, in a general
17     sense?

18         A      Bayside, Douglaston, Little Neck, I think
19     part of Hollis Hills.

20         Q      Part of Flushing?

21         A      Part of Flushing, yeah.

22         Q      Would you say generally it is the
23     northeast portion of Queens?

24         A      Correct, yes.

25         Q      Why don't we start with, as you can, what

9

                    Michael Cillis

1

2     position you hold now, a police officer, correct?

3         A    Correct.

4         Q    Are you tasked with a specific working

5     group or are you in a specific unit?

6         A    Yes.

7         Q    What is that unit?

8         A    Anti-Crime.

9         Q    You were in the Anti-Crime Unit as a

10    police officer in 2015, correct?

11        A    Correct.

12        Q    How long had you worked as an officer in

13    the Anti-Crime Unit?

14        A    Six years.

15        Q    Six years?

16        A    Correct.

17        Q    Is it correct to say that around 2010 or

18    in 2010 you began as an officer in the Anti-Crime

19    Unit of the 111th Precinct?

20        A    Correct.

21        Q    So in the time that you worked at the

22    111th Precinct as a police officer, has it always

23    been in the Anti-Crime Unit?

24        A    No.

25        Q    Did you start in a different unit prior to

10

1                     Michael Cillis

2    Anti-Crime?

3         A     Correct.

4         Q     And can you please tell me what that unit

5    was?

6         A     Right before it or my first assignment?

7         Q     I would be happy if we started with your

8    first assignment.

9         A     I did field training.

10        Q     So you did field training.

11              Can you tell me please when that was,

12   ballpark?

13        A     Beginning of 2007 to the middle of 2007.

14        Q     So in mid 2007 you're assigned to field

15   training in the 111th Precinct.  Help me get an

16   understanding what position you took after that.

17        A     I did patrol after that.

18        Q     Did that begin in 2007?

19        A     Right after field training.

20        Q     So simultaneous directly following?

21        A     Yes.

22        Q     And then how long did you work on patrol?

23        A     Until the beginning of 2010.

24        Q     So around the middle of 2007 probably the

25   summer or in and around the middle of the year to

1                    Michael Cillis

2   late 2010?

3        A      Beginning of 2010.

4        Q      Beginning of 2010 you worked patrol, so a

5   little bit less than three years?

6        A      Yes.

7        Q      So please bring me up to speed in the

8   beginning of 2010, what happens next, what is after

9   patrol?

10       A      I go into the Conditions Unit.

11       Q      The Conditions Unit?

12       A      Correct.

13       Q      Can you tell me what officers in the

14   Conditions Unit are tasked with?

15              MS. DECASTRO:  Objection.  You can

16              answer.

17       Q      Can you tell me?

18              MS. DECASTRO:  He can answer.

19       A      Can you repeat that?

20       Q      Sure, no problem.

21              So in the beginning of 2010 you began in

22   the Conditions Unit, I wanted to get an

23   understanding what investigations you proceed with

24   in the Conditions Unit, what is the job of a police

25   officer in the Conditions Unit?

12

1                    Michael Cillis

2        A     Mostly quality of life offenses and

3    specific conditions that need to be addressed in the

4    precinct.

5        Q     Can you elaborate in the Conditions in the

6    precinct, what you mean by that?

7        A     Well they change often.

8        Q     So an example of a condition in the

9    precinct would be?

10       A     Park after dark, people in the park after

11   dark.

12       Q     So pertaining to what, would you say low

13   level crime offenses in the neighborhood that you're

14   policing?

15             MS. DECASTRO:  Objection.  You can

16             answer.

17       A     Conditions is just all quality of life and

18   whatever conditions there is.

19       Q     So park after dark, would you be able to

20   give me another example of a crime that you would be

21   charged with making sure that doesn't occur or

22   arresting people that commit that crime?

23       A     Open containers.

24       Q     And during that time when you began being

25   tasked with Conditions in the beginning of 2010, it

1                    Michael Cillis

2    was all along with the 111th Precinct of the New

3    York City Police Department, correct?

4         A    Yes.

5         Q    Tell me a little bit about your shifts at

6    that time, would you work during the daytime, would

7    you work during the nighttime?

8         A    What are we talking about, Conditions?

9         Q    Yes.

10         A    I work 4:00 to 12:00.

11         Q    P.m., correct?

12         A    Correct, sorry.

13         Q    It is okay.

14              So you have four eight-hours shifts or

15    five eight-hour shifts?

16         A    Five eight and a half hours.

17         Q    Can you help me understand a little better

18    if you would drive around in the police car at that

19    time, meaning did you have a beat or a patrol area

20    when you were on Conditions?

21         A    Can you just repeat that?

22         Q    Sure.  My question is whether when you

23    were tasked with Conditions at 111th Precinct if

24    part of your duties were driving around in a police

25    car, did you have a beat?

                        Michael Cillis

1

2       A    I had an -- I was in a car, yes.

3       Q    Were you uniformed at that time when you

4   were on the street?

5       A    Yes.

6       Q    And did you work out of a marked police

7   car?

8       A    Marked car.

9       Q    So when you were on Conditions, just to

10  make sure I have it right, you worked in a marked

11  car, an identifiable police car, correct?

12      A    Correct.

13      Q    And you would be in full uniform?

14      A    Correct.

15      Q    In 2007 to 2010 you were on patrol,

16  correct?

17      A    Correct.

18      Q    And tell me what your employment tasks

19  were at that time.

20           MS. DECASTRO:  Objection.  You can

21           answer.

22      A    I would be put into a sector, whatever my

23  assignment was given to me and I would patrol that

24  sector.

25      Q    I understand that this is a period of

15

                        Michael Cillis

1

2    three years, but would you generally be on foot at

3    that time?

4         A     No.

5         Q     So you would be in a police car?

6         A     Correct.

7         Q     Would you be paired with someone else?

8         A     Yes.

9         Q     At all times?

10        A     Yes.

11        Q     And who would you generally be paired

12   with?

13        A     Whoever was given to me that day by the

14   supervisor.

15        Q     I will refine the question a little bit.

16   When you were paired off between the period of 2007

17   and 2010 as patrolman, would you be paired with a

18   superior officer?

19        A     No.

20        Q     Would you be paired with whoever was

21   available?

22        A     Whoever was given to me by the sergeant.

23        Q     Meaning you would always have a partner;

24   is that correct?

25        A     Yes.

16

Michael Cillis

1   Q    But it wasn't always the same person?

2

3   A    Correct.

4   Q    And it wasn't always a superior officer?

5   A    Correct.

6   Q    As a patrolman and police officer between

7   2007 and 2010, what were the sectors that you

8   patrolled?

9            MS. DECASTRO:  Objection.  You can

10           answer.

11  A    It would be a different sector every day,

12  whatever was given to me.

13  Q    When you say that, do you mean a different

14  area the region covered by the 111th Precinct?

15  A    Yes.

16  Q    What would a sector encompass, about a

17  square mile or is there a geographic region that a

18  sector covers?

19  A    It differs, it is different locations and

20  different, I guess, miles within.

21  Q    I want to get a little bit of a better

22  understanding of the areas that you patrolled as a

23  patrolman during 2007 to 2010.

24       Did you cover many different neighborhoods

25  in Queens?

17

                        Michael Cillis

1

2        A      I covered within the 111.

3        Q      So did you patrol areas in Douglaston?

4        A      Yes.

5        Q      And did you patrol areas in Bayside?

6        A      Yes.

7        Q      Did you patrol areas in Hollis Hills?

8        A      Yes.

9        Q      Was there a specific neighborhood that you

10   patrolled more than another?

11       A      No.

12       Q      So would you say it was equal to different

13   neighborhoods that you patrolled?

14       A      Equal, yes.

15       Q      So the beginning of 2010 you're tasked

16   with Condition, correct?

17       A      Correct.

18       Q      And help me understand what your next work

19   assignment was after Conditions.

20       A      Can you repeat the question.

21       Q      Sure.  In 2010 you began being tasked with

22   Conditions, how long did that assignment last?

23       A      Until about the beginning of September of

24   2010.

25       Q      From the beginning of 2010 until around

18

1              Michael Cillis

2   September of 2010 you worked, would you say the

3   Conditions Unit, is that the correct term?

4          A    Yes.

5          Q    And then what was your next assigned unit?

6          A    Anti-crime.

7          Q    So you began Anti-Crime in about

8   September of 2010, correct?

9          A    Correct.

10         Q    Help me understand what an officer in the

11  Anti-Crime Unit does.

12         A    You're in plain clothes in an unmarked

13  vehicle patrolling the same locations that we

14  discussed.

15         Q    About how many officers work in Anti-Crime

16  in the 111th?

17                  MS. DECASTRO:  Objection.  You can

18              answer.

19         A    It varies.  We've had five cops and

20  sergeant and depending if people get transferred, it

21  can get dwindled down.

22         Q    So when you began in Anti-Crime in 2010,

23  how many officers worked with you in the Anti-Crime

24  in the 111th?

25         A    Myself, four police officers and one

                    Michael Cillis

1    sergeant.

3        Q    If you recall in 2011, was it the same

4    amount of officers and the sergeant?

5              MS. DECASTRO:  Objection.  You can

6              answer.

7        A    I don't remember, no.

8        Q    So help me understand, there is one

9    sergeant who is a superior officer, correct?

10       A    Correct.

11       Q    And five police officers in the Anti-Crime

12   Unit?

13       A    When I started, yes.

14       Q    And as a group, are you the sole

15   Anti-Crime Unit for the 111th Precinct?

16       A    For that -- for specific hours, yes.

17       Q    So when you say there were five officers,

18   do you mean there were five officers in Anti-Crime

19   for your shifts?

20       A    Correct.

21       Q    So in addition to five officers and a

22   sergeant for your shift in Anti-Crime, there was

23   another -- how many other shifts were there?

24             MS. DECASTRO:  Objection.  You can

25             answer.

20

                          Michael Cillis

1

2      A     There were two teams.

3      Q     Two teams?

4      A     Yes.

5      Q     And when you started in Anti-Crime in

6  September of 2010, what was your shift?

7      A     We rotated from 0930 to 1805 one week, the

8  next week was 1730 by 205.

9      Q     You will have to excuse me, I understand

10 that you're indicating military time.  Can you state

11 it in a different way, does that mean when you say

12 0930, does that mean midnight until 9:30 in the

13 morning?

14     A     09:30 a.m. to 6:05 p.m.

15     Q     And the other shift?

16     A     It is 5:30 p.m. to 2:05 a.m.

17     Q     So I just want to clarify something.

18 One shift would be from 9:30 a.m. to 6:05 p.m.,

19 correct?

20     A     Correct.

21     Q     And another shift would be 5:30 p.m. to

22 2:05 a.m., correct?

23     A     Correct.

24     Q     For shifts that you would take with your

25 Anti-Crime Unit?

21

1                    Michael Cillis

2        A      Correct.

3        Q      What about the other team, help me

4   understand when their shifts were?

5        A      Well, I do one of those tours and they do

6   the other.

7        Q      Just to clarify, there is a small gap with

8   no policing for your assigned unit in your precinct

9   is occurring?

10              MS. DECASTRO:  Object.  You can

11              answer.

12       A      Can you repeat that?

13       Q      Sure.  From around 2:00 a.m. to around

14  9:30 a.m. nobody is active in the Anti-Crime Unit at

15  the 111th Precinct during the times that I'm asking,

16  2010 to present?

17              MS. DECASTRO:  Objection.  You can

18              answer.

19       A      As far as I know, no.

20       Q      So would you consider your assignment at

21  the Anti-Crime Unit to be a promotion?

22       A      No.

23       Q      Was it something that you felt you were

24  working towards?

25       A      No.

22

                              Michael Cillis

1

2        Q      How did you get selected to become a

3    police officer with the Anti-Crime Unit?

4        A      There was a posting on the wall, I put in

5    for it and I got it.

6        Q      So help me understand what you did when

7    you put in for it.

8        A      I believe I just typed up -- they call it

9    a 49 which is a basic outline of why you would like

10   to be in the unit.

11       Q      So you made a statement explaining why you

12   would like to be a member of the Anti-Crime Unit?

13       A      Yes.

14       Q      Did you have to take an exam?

15       A      No.

16       Q      So is the potential assignment to

17   Anti-Crime something that is available only within

18   the precinct that you're in?

19              MS. DECASTRO:  Objection.

20       A      You have to be a member of the precinct.

21       Q      So beginning in September of 2010, you

22   begin in the Anti-Crime Unit at the 111th, is that

23   still the unit that you're with currently?

24       A      Can you repeat that?

25       Q      You started in the Anti-Crime Unit in the

23

                    Michael Cillis

1    111th in September of 2010.  Do you still work in

2    that unit now?

3         A    Yes.

4         Q    Have you worked for that unit continuously

5    since you were appointed to it?

6         A    Yes.

7         Q    So starting in 2010 right up until

8    present.  So you have been there for six years,

9    correct?

10        A    Correct.

11        Q    Can you please tell me the role that the

12   Anti-Crime Unit plays, what investigations do you

13   direct your attention towards?

14             MS. DECASTRO:  Objection.  You can

15             answer.

16        A    We are in plain clothes in an unmarked

17   vehicle and we patrol the neighborhood.

18        Q    And when you go on patrol, as a member of

19   the Anti-Crime Unit from September 2010 to the

20   present time of October 2016, do you go on patrol

21   with a partner?

22        A    Yes.

23        Q    Do you go on patrol with a partner every

24   time?

1                    Michael Cillis

2        A     Yes.

3        Q     Is it the policy of the New York City

4   Police Department that Anti-Crime Unit officers

5   patrol with a partner?

6                MS. DECASTRO:  Objection.  You can

7                answer.

8        A     Yes.

9        Q     And who would be your partner when you

10  would go on patrol as a member of the Anti-Crime

11  Unit?

12       A     It varies.

13       Q     Who does it vary among?

14       A     Whoever is on my team at the time.

15       Q     So what I'm hearing you say is it depends

16  who you would be assigned to patrol with; is that

17  correct?

18       A     Can you repeat that?

19       Q     What I'm asking is, when you worked and as

20  you have worked as a police officer on the

21  Anti-Crime Unit, the officer that you're paired with

22  and partnered with varies, correct?

23       A     Yes.

24       Q     And is it sometimes a superior officer?

25       A     Yes.

25

Michael Cillis

2    Q      Is the sergeant within the Anti-Crime Unit

3  the only superior officer that exists within the

4  unit that would patrol with you?

5    A      On my team.

6    Q      Can you tell me what you mean by, "On your

7  team," is there another configuration for another

8  team?

9          MS. DECASTRO:  Objection.  You can

10         answer.

11   A      It's the same thing.  Like I said there is

12  two teams, so there is two sergeants and cops on

13  each team.

14   Q      Who is your sergeant within Anti-Crime

15  Unit at the 111th Precinct currently?

16   A      Sergeant Brenes.

17   Q      And how long has he been your sergeant,

18  meaning how long has he been the sergeant in command

19  of your Anti-Crime Unit at the 111th Precinct as you

20  worked there?

21   A      Six years.

22   Q      So he's been the sergeant in charge of

23  your unit and you since you have been there?

24   A      Correct.

25   Q      The entire time?

26

                    Michael Cillis

1
2       A     Correct.
3       Q     And has that configuration ever changed?
4       A     No.
5       Q     How about the other officers, how many
6  other officers work under Sergeant Brenes at the
7  Anti-Crime Unit at the 111th right now?
8             MS. DECASTRO:  Objection.  You can
9             answer.
10      A     Myself and three others.
11      Q     So when you began in 2010 it was yourself
12 and four others; is that right?
13      A     Correct.
14      Q     And in 2011 you mentioned that you didn't
15 exactly recall if there were four or five officers,
16 is that still your testimony?
17      A     Yes.
18      Q     And if you can recall in 2012, you still
19 worked in the Anti-Crime Unit, correct?  Were there
20 four officers working there then?
21      A     I don't recall.
22      Q     In 2013 were there four officers working
23 in Anti-Crime?
24      A     In 2014, I don't recall.
25      Q     In 2015?

27

1                          Michael Cillis

2         A      I don't recall.  It varies.  Like I said,

3    people leave, people come.

4         Q      Help me get a little bit of a better

5    understanding in the years that you worked in

6    Anti-Crime at the 111th between 2010 and 2016, would

7    it dip down to two officers?

8                      MS. DECASTRO:  Objection.  You can

9                      answer.

10        A      At a time I think it was two.  At a time,

11   the most was five.

12        Q      The most is five?

13        A      Correct.

14        Q      And before you mentioned that when you

15   started in Anti-Crime your shifts would be either

16   9:30 a.m. to 6:05 or 5:30 p.m. to 2:05 a.m.; is that

17   correct?

18        A      When I started, yes.

19        Q      Did the time of your shifts change during

20   the time as an Anti-Crime police officer?

21        A      Yes.

22        Q      When did the first change in the timing of

23   those shifts occur?

24        A      I don't recall.

25        Q      So when you say they changed, what do you

28

```
1                    Michael Cillis
2    mean by that?
3         A    A hire up in the precinct would change the
4    hours depending on the crime.
5         Q    So when they would change, what would it
6    look like, would it be a complete reversal?
7              MS. DECASTRO:  Objection.  You can
8              answer.
9         A    Can you explain what a complete reversal
10   is.
11        Q    You would work approximately 45 hours
12   during the week when you started on patrol, correct?
13        A    Correct.
14        Q    Would that stay the same, the number of
15   hours that you would work in a week?
16        A    Correct.
17        Q    And you mentioned that the coverage of
18   those shifts would be tweaked or changed based on
19   time change, correct?
20             MS. DECASTRO:  Objection.  You can
21             answer.
22        A    Correct.
23        Q    I'm going to ask you a few questions about
24   the training that you undergo to become a police
25   officer.
```

29

                        Michael Cillis

1

2              So please tell me what training or academy

3    did you attend in order to become a New York City

4    Police Officer?

5         A    New York City Police Academy.

6         Q    What did you need to do to become accepted

7    to the New York City Police Academy?

8         A    Take an entry test, I guess it's called.

9         Q    When did you take the entry test?

10        A    That I don't recall.

11        Q    Did you need to, if you recall, have your

12   associate's degree completed in order to apply?

13        A    I believe you can take it as long -- I'm

14   not too sure.

15        Q    In 2003 and 2004 you completed your

16   associate's degree at Suffolk Community, correct?

17        A    What years did you mention?

18        Q    2003, 2004.

19        A    I think I said 2004, 2005.

20        Q    Around 2004 you completed your associate's

21   degree.  Correct?

22        A    What was that, sorry?

23        Q    I was just asking you if, around 2004 you

24   completed your associate's degree.

25             MS. DECASTRO:  Objection.  You can

30

                        Michael Cillis

1

2          answer.

3     A    Around, yes.

4     Q    What I would like to find out is when you

5  began your application process to become a New York

6  City Police Officer, would you say it was around

7  2004?

8     A    I don't recall.

9     Q    Certainly you can probably remember when

10  you graduated from the academy, right, when was

11  that?

12     A    I graduated from the academy in the end of

13  June, beginning of July 2006.

14     Q    So work me backwards, please, from your

15  graduation date.  So in order to be considered a New

16  York City Police Officer you have to take a test or

17  tests, correct?

18     A    Correct.

19     Q    Tell me about those tests.  What tests did

20  you take?

21     A    I took an entry test.

22     Q    Was it a written test?

23     A    Yes.

24     Q    Did you take other tests?

25     A    Explain what you mean by "other test"?

1                    Michael Cillis

2          Q     Were there any other screenings or tests,

3    did you have to take a psychological test?

4          A     Yes.

5          Q     Prior to the academy, did you have to take

6    any preliminary physical test?

7          A     Yes.

8          Q     Did you pass those tests?

9          A     Yes.

10         Q     So you passed the written test that

11   qualified you for entrance into the academy, the New

12   York City Police Academy, correct?

13         A     Correct.

14         Q     And you passed the physical test?

15         A     Correct.

16         Q     What did the physical test require you to

17   do?

18         A     Run, jump over a wall, just do physical

19   activities.

20         Q     Was this a timed test?

21         A     I'm not 100 percent sure.  I believe it

22   was though.

23         Q     Tell me about the written test.  Did it

24   take a whole day to take a written test?

25         A     I don't recall.

32

1                      Michael Cillis

2          Q     Did you have to study to prepare for the

3    written test?

4          A     No.

5          Q     Did you pass the written test the first

6    time that you took it?

7          A     Yes.

8          Q     I will regroup.  You testified that you,

9    in order to be considered as a candidate or cadet at

10   the New York City Police Academy, you took a written

11   test which you passed on the first time, you took a

12   psychological test which you said you passed, and

13   you underwent a physical examination which you

14   passed; is that all correct?

15         A     Yes.

16         Q     And then what happens next?

17         A     I wait to get accepted into the police

18   academy.

19         Q     You said that you graduated from the New

20   York City Police Academy in June or July of 2006.

21   So when did your class at the police academy start?

22         A     January of 2006.

23         Q     So tell me about what happens or what

24   happened to you, tell me the courses and the

25   training that you go through while at the New York

1                    Michael Cillis

2    City Police Academy in the beginning of

3    January 2006?

4         A    We do physical training, we do tactical

5    training and we study the patrol guide.

6         Q    Can I clarify something, do you mean the

7    New York City Police Officer Patrol Guide?

8         A    Yes.

9         Q    Sorry, I didn't mean to interrupt you.

10             You underwent physical training, you went

11   over tactical training, you studied the Patrol

12   Guide.  If you could please continue with your

13   response.

14        A    And the Penal.

15        Q    The Penal?

16        A    Penal Law, New York State Penal Law.

17        Q    What is the order, do you start with

18   physical training when you first start in January of

19   2006?

20        A    It varies.

21        Q    So it varies meaning one day might include

22   part physical training and part tactical training?

23        A    Every day there is a tactical and

24   physical, all included.

25        Q    Every day there is tactical and physical

1                     Michael Cillis

2      during the entire time that you're a candidate,

3      cadet, what would you say?

4          A      Recruit.

5          Q      And then what about studying the details

6      of the Police Officer Patrol Guide, does that start

7      in the middle of the academy?

8          A      I don't recall.

9          Q      Tell me about when during your time at the

10     academy you were studying the New York State Penal

11     Law or Penal Code.

12         A      Can you repeat the question?

13         Q      I was just asking if you can tell me about

14     the classes and the manner in which you would study

15     the New York State Penal Law while you were a

16     recruit at the New York City Police Academy, was it

17     everyday?

18         A      I don't recall.

19         Q      Would you say that there was perhaps a

20     week or two where you would intensely be tasked with

21     study the New York City Penal Law during your time

22     as a recruit at the New York City Police Department

23     Police Academy?

24                MS. DECASTRO:  Objection.  You can

25                answer.

35

1                    Michael Cillis

2        A    It varies.

3        Q    It varies meaning that you don't recall or

4   what do you mean it varies?

5                 MS. DECASTRO:  Objection.  You can

6             answer.

7        A    It varies meaning, I don't know specific

8   times or when it was.

9        Q    Is that because it was 10 years ago?

10       A    Yes.

11       Q    So when you were a recruit at the New York

12  City Police Academy, what type of things were you

13  made to study pertaining to the New York State Penal

14  Law or Code?

15            What types of crimes did you study?

16                 MS. DECASTRO:  Objection.  You can

17            answer.

18       A    I don't know specifics.

19       Q    I will just refine the question.

20            Did you study all types of crimes?

21       A    Yes.

22       Q    So you studied, for example, violent

23  crime, homicides, things like that?

24       A    All types, yes.

25       Q    You studied misdemeanors?

1                    Michael Cillis

2              MS. DECASTRO:  Objection.  You can

3         answer.

4    A    All types, yes.

5    Q    Crimes related to vehicles?

6    A    Yes, all types.

7    Q    What about vehicle and traffic law, was

8    that part of your studies?

9    A    Yes.

10    Q    What about training pertaining to forged

11    instruments?

12    A    There was, yes.

13    Q    Can you tell me a little bit about that?

14              MS. DECASTRO:  Objection.  Do you mean

15         at the academy or after?

16              MR. KARLYA:  At the academy.

17    A    I don't recall the training.

18    Q    But you said that you believe that you did

19    receive training?

20    A    Yes, training on all types of law?

21    Q    Including forgery or forged instruments,

22    is that your testimony?

23    A    Correct.

24    Q    When you received training on the New York

25    State Penal Law as a recruit at the New York City

Michael Cillis

1

2    Police Academy, what did you have to do to prove

3    that you understood what you were learning?

4              MS. DECASTRO:  Objection.  You can

5         answer.

6    A    I believe there was three trimester exams.

7    Q    So when you say that, do you mean that the

8    period between January 2006 and June or July of

9    20006 was divided into three trimesters?

10             MS. DECASTRO:  Objection.  You can

11        answer.

12   A    I know there were three trimester exams,

13   if that is how they broke it down.

14   Q    Does that mean that you had an exam every

15   two, three months?

16   A    Give or take, yes.

17   Q    Did you have more than one exam on New

18   York State Penal Law?

19             MS. DECASTRO:  Objection.  You can

20        answer.

21   A    I don't recall.

22   Q    When you took the exams concerning New

23   York Penal Law, did you pass them?

24   A    Yes.

25   Q    When you took the exams on New York Penal

38

1                    Michael Cillis

2     Law, did you pass them the first time that you

3     needed to?

4                    MS. DECASTRO:  Objection.  You can

5               answer.

6        A     Two out of the three.

7        Q     Two out of the three, can you please tell

8     me what you mean by that?

9        A     I passed two tests on the first time,

10    failed one test on the first one.

11       Q     Do you remember which test that you

12    passed?

13       A     The first two.

14       Q     So there were three trimesters, each

15    carrying an exam pertaining to the New York Penal

16    Law, you passed the first, correct?

17                   MS. DECASTRO:  Objection.  You can

18              answer.

19       A     Passed first the test, yes.

20       Q     Passed the second?

21       A     Yes.

22       Q     And what was the third that you failed?

23       A     The third trimester exam.

24       Q     What was that test pertaining to?

25       A     I don't recall.

1                    Michael Cillis

2        Q     Can you help me understand were they

3   accumulative?

4        A     What do you mean?

5        Q     Did each next test cover what the previous

6   test also covered?

7        A     No, all new material.

8        Q     So each trimester exam covered its own

9   content specific material?

10       A     Correct.

11       Q     So when you took the third test, do you

12  remember what the third test covered?

13       A     No.

14       Q     Was the third test harder than the other

15  two tests, if you recall?

16             MS. DECASTRO:  Objection.  You can

17             answer.

18       A     I don't recall.

19       Q     So did you have an opportunity to take the

20  test over?

21       A     Yes.

22       Q     What happened when you took the test over?

23       A     I passed them.

24       Q     So you passed it on the second time?

25       A     Correct.

40

```
1                    Michael Cillis
2       Q    When you failed the third test, did it
3  delay your graduation?
4       A    No.
5       Q    Is that because there is a little cushion
6  that permits a retest of a test like this while
7  you're at the academy in case you need to take it
8  over?
9       A    Yes.
10      Q    Was an exception made for you to take it
11 over?
12           MS. DECASTRO:  Objection.  You can
13           answer.
14      A    What does that mean?
15      Q    Is the possibility of a retest open to
16 anyone that is at the academy?
17      A    Yes.
18           MR. KARLYA:  The time is a little now
19           after to 10:30, 10:35, I will call for
20           about a five-minute break and go off the
21           record.
22           MS. DECASTRO:  Okay.
23           (Whereupon, a break was taken from
24           10:31 a.m. to 10:42 a.m.)
25           MR. KARLYA:  All right.  The time is
```

41

1                        Michael Cillis

2              now 10:42.  We are going to go back on the

3              record continuing deposition of Police

4              Officer Michael Cillis.

5    FURTHER EXAMINATION

6    BY MR. KARLYA:

7         Q    So Officer, you told me before that you

8    got your associates degree, what did you get your

9    associates degree in?

10        A    Liberal arts.

11        Q    When did you begin as a student at Suffolk

12   Community College?

13        A    September 2002.

14        Q    And can you just help clarify when you

15   received your associates degree?

16             MS. DECASTRO:  Objection.  You can

17             answer it.

18        A    2004, 2005.

19        Q    And what kind of classes did you take

20   towards your associates degree in liberal arts?

21        A    I don't recall.

22        Q    Were they general classes?

23             MS. DECASTRO:  Objection.  You can

24             answer.

25        A    I don't recall.

42

1                    Michael Cillis

2       Q      Did you have a specific focus?

3       A      Just my liberal arts degree.

4       Q      Did you take humanities classes, meaning

5    literature, social studies?

6       A      I took -- I don't know the specific names

7    of the classes, to be honest.

8       Q      Did you take mathematic classes?

9       A      Yes.

10      Q      About how many mathematic classes did you

11   take?

12      A      I don't recall.

13      Q      Did you take science classes?

14      A      Yes.

15      Q      So in 2004, 2005 you graduated with your

16   associate's degree, correct?

17      A      Correct.

18      Q      Did you begin any additional studies

19   towards your bachelors?

20      A      No.

21      Q      Now, you were explaining before that you

22   received training and took classes concerning the

23   New York City Policeman's Patrol Guide and the New

24   York State Penal Code during the time at the police

25   academy.

43

Michael Cillis

1

2          Now after you graduated and became a

3    police officer, did you receive additional training

4    that pertained to your job?

5          A    Yes.

6          Q    So what form does that training take?

7          A    Can you repeat that question?

8          Q    What form does that training take?

9          A    What form?  I don't understand.

10         Q    During the time that you're a police

11   officer, do you take classes?

12         A    Yeah, occasionally we do.

13         Q    So what would be an example of an

14   occasional class that you took?

15         A    The range.

16         Q    The range?

17         A    The shooting range.

18         Q    And when you pursue additional training at

19   the shooting range, is there a goal that you work

20   towards meaning is there an exam that you take that

21   shows that you reached a level of training that is

22   being asked of you?

23         A    Yes.

24         Q    And how often do you get shooting range

25   training?

44

Michael Cillis

1    A    I believe one every six months.

2    Q    And that has been roughly continuous since
3    you began as a New York City officer?

4    A    Yes.

5    Q    What other training, if any, do you
6    receive on the job as a New York City police
7    officer?

8    A    It varies, there is tactical training.

9    Q    Can you tell me about the tactical
10   training?

11   A    What would you like to know?

12   Q    Do you go to an offsite location to
13   receive tactical training?

14   A    Yes.

15   Q    When you go to tactical training, how long
16   does it last for?

17   A    It is usually a day.

18   Q    So they would bring you in on a day that
19   you're not tasked to be working or tasked for
20   training?

21           MS. DECASTRO:  Objection to form.  You
22           can answer.

23   A    Correct.

24   Q    When you would go to these one day

45

                    Michael Cillis

1

2    tactical trainings, how often in your experience as

3    a police officer are you undergoing tactical

4    training?

5              MS. DECASTRO:  Objection.  You can

6              answer.

7    A     It varies.

8    Q     Would you say once a year?

9    A     It varies.

10   Q     Would you say 50 times a year, would that

11   be too much?

12   A     It varies.

13   Q     When you underwent tactical training, what

14   does that entail?

15             MS. DECASTRO:  Can we just take a

16             break?  I have to ask him what goes into

17             additional information on law enforcement

18             privilege.

19             MR. KARLYA:  I understand that.

20             MS. DECASTRO:  Can we step outside?

21             (Whereupon, Ms. Decastro and the

22             witness leave the conference room from

23             10:44 a.m. to 10:49 a.m.)

24             MS. DECASTRO:  I'm not going to allow

25             him to answer questions about tactical

46

Michael Cillis

1    training generally because it could impede

2    and go into law enforcement tactics.

3        We would be going into law enforcement

4    privilege.  If you want to ask him

5    specific questions about training that he

6    may have received in tactical training,

7    and we can talk about whether he can

8    answer those.

9        MR. KARLYA:  Counsel for the plaintiff

10   acknowledges defendant's counsel's

11   concerns over privileged information.  I

12   will endeavor and narrow my questions to

13   not illicit privileged information.

14   Q    Officer Cillis, I was asking you questions

15   about tactical training.  And I would like to know

16   if you received training concerning forged

17   instruments when you underwent tactical training?

18       MS. DECASTRO:  You can answer that.

19   A    Yes, I did.

20   Q    And you mentioned before that tactical

21   training would occur for a day at a time.  Do you

22   know how many days were devoted to tactical training

23   on forged instruments?

24   A    No, I don't.

47

Michael Cillis

1      Q    Would you say it was one day during your

2   course as a police officer between 2006 and 2016?

3

4      A    I don't recall.

5      Q    Would you say it was less than five days?

6      A    I don't recall.

7      Q    When you received tactical training on

8   forged instruments, what would you review?

9      A    PowerPoints.

10     Q    PowerPoints.

11       When you received tactical training on

12  forged instruments that were on a PowerPoint, would

13  you be shown documents that were forgeries?

14     A    Just can you repeat that one more time?

15     Q    Sure. When you received tactical training

16  on forged instruments in the form of a PowerPoint

17  presentation, would you be shown instruments that

18  were forgeries?

19     A    Yes.

20     Q    And what type of forged instruments

21  examples would you review?

22     A    Driver's license and license plates and

23  that is all I can remember at the moment.

24     Q    Would you receive updates on this training

25  if there was changes to what was to be known as

48

1                    Michael Cillis

2   forged instruments?

3        A    As in updates?

4        Q    Let me narrow my question.

5             If it was uncovered that there was a new

6   type of forgery, would you receive updated training

7   that took the form of tactical training of forged

8   instruments?

9             MS. DECASTRO:   Objection.   You can

10            answer.

11       A    I'm not sure if there was updates.

12       Q    Would you say that tactical training for

13  forged instruments only occurred once?

14       A    No, I don't know.  I don't recall.

15       Q    I'm going to begin now by asking you some

16  questions specific to a certain date, the date

17  pertaining to the lawsuit at issue.

18            So were you employed as a New York City

19  police officer on June 16, 2015?

20       A    Yes.

21       Q    And were you employed as a police officer

22  at the 111th Precinct?

23       A    On that date, yes.

24       Q    On that date, June 16, 2015.

25            And were you working in the Anti-Crime

1                    Michael Cillis

2    Unit that day?

3         A    Yes.

4         Q    And what was your shift on that day?

5         A    I don't recall that.

6         Q    What could be your shift that day?

7         A    The nighttime, evening, nighttime.

8         Q    When you had a nighttime shift in June of

9    2015, when would the nighttime shift start?

10        A    That day, I don't recall.

11        Q    Would you say it started at 6:00 p.m. like

12   you testified to earlier?

13        A    I don't recall what time it started that

14   day.

15        Q    Do you have an idea of when you would have

16   been expected to start your shift if you had a

17   nighttime shift when you had a nighttime shift in

18   June of 2015?

19        A    That day, I'm not sure.

20             MS. DECASTRO:  What about around that

21             time?

22        A    I usually start at 1730, but I'm

23   specifically sure for that day, which is 5:30, but

24   for that day, I'm not specific.

25        Q    In the time period of June 2015, when you

50

1                       Michael Cillis

2       began a shift, what procedurally do you do to begin

3       your shift meaning do you sign in?

4            A       Yeah, I approach the desk to sign in.

5            Q       When you begin your shift, you sign in at

6       the desk, is that the first thing that you do when

7       you start your shift?

8            A       Yes.

9            Q       After you sign in at the desk when you

10      begin your shift, what do you do next?

11           A       I go up and I get dressed.

12           Q       And when you were working as a member of

13      the Anti-Crime Unit on June 16, 2015, would you go

14      through your shift in plain clothes?

15           A       Yes.

16           Q       Would you be armed?

17           A       Armed with?

18           Q       A firearm.

19           A       Yes.

20           Q       And would you have a shield on you; did

21      you have a shield on?

22           A       On my person, yes.

23           Q       But you were working as a plain clothes

24      officer on June 16, 2015 in the Anti-Crime Unit?

25           A       Yes.

1                    Michael Cillis

2        Q      Who did you work with on that day, meaning

3   once you sign in and started your shift?

4        A      Sergeant Brenes.

5        Q      And at the time period of June 2015 had

6   you been paired with Sergeant Brenes more than

7   occasionally on your shifts?

8        A      Can you describe what you mean by more

9   than occasionally?

10       Q      Sure.

11              Would you say you were paired with your

12  sergeant during your shift over 100 times?

13              MS. DECASTRO:  Objection.  You can

14              answer.

15       A      Over 100 times through what?

16       Q      During your time at the Anti-Crime Unit.

17       A      Do you mean the past five years before

18  that?

19       Q      Yes, that is what I mean.

20       A      I don't know a specific number, no.

21       Q      Is it in your opinion and in your

22  experience as a police officer in the Anti-Crime

23  Unit common for an officer such as yourself to be

24  paired with your sergeant on plain clothes patrol?

25              MS. DECASTRO:  Objection.  You can

52

                            Michael Cillis

1
2              answer.

3       A      Can you explain by what you mean by

4   common?

5       Q      Is it a frequent occurrence that as an

6   officer you would be paired with your sergeant on

7   patrol?

8       A      No.

9       Q      So what you're saying is that it is an

10  infrequent occurrence?

11      A      I'm saying it is not frequent.

12      Q      Is it more frequent or more common for

13  officers to be paired with officers?

14             MS. DECASTRO:  Objection.  You can

15             answer.

16      A      It varies.

17      Q      You began your shift on June 16, 2015, you

18  got dressed, what happens next during the course of

19  your shift?

20      A      That day?

21      Q      Yes, I mean specifically to that day.

22      A      I don't recall what happened after I got

23  dressed.

24      Q      Once you get dressed and you start your

25  shift on June 16, 2015, do you have a briefing?

53

                          Michael Cillis

1

2      A      Can you explain what a briefing is?

3      Q      Do you have an occurrence in the beginning

4   of your shift in which you get a specific

5   understanding of your tasks for that day?

6      A      Are you talking about that day or in

7   general?

8      Q      First answer to generally.  I'm not asking

9   you to speculate, but I would like to know what

10  occurs during a shift at Anti-Crime and then after

11  that I will additionally ask you specifically.

12     A      Can you explain that question again.

13     Q      What I'm trying to do is get an

14  understanding of what happens during your shift at

15  the Anti-Crime Unit at the 111th Precinct.  You

16  begin by checking in at the desk, get dressed.  I

17  would like to know what happens next?

18     A      I get my car assignment.

19     Q      Do you also get an assignment as to who

20  you would be working with during that shift?

21     A      Yes.

22     Q      What other assignments do you get at that

23  same time when you start your shift?

24     A      Can you elaborate on that, please?

25     Q      Yes, I can.

54

Michael Cillis

1
2          Do you get a specific sector or
3    geographical area that you will be tasked with,
4    policing or patrolling?
5          A    No, I don't.
6          Q    Do you get any updates from a superior
7    officer?
8          A    As in what?
9          Q    I'm trying to get an idea how you focus
10   your tasks during your shift when you first sign in
11   to your shift.
12          So what I'm asking you is, is there any
13   briefing periods where you are informed of up to
14   date pertinent information from a superior officer
15   of any other New York City police department
16   employee?
17          A    I will go on the computer and look at the
18   crimes that occurred the day before.
19          Q    And that computer is located in the
20   precinct?
21          A    Yes.
22          Q    Do you remember going on the computer when
23   you began your shift on June 16, 2016?
24          A    No, I don't remember.
25          Q    Are there any other things that occur when

1                    Michael Cillis

2    you start your shift?

3         A     Not that I know of, no.

4         Q     So once you go on the computer and get

5    dressed and you get paired with whoever you will be

6    paired with that day and you get your car

7    assignment, what happens next?

8         A     Are we talking about that day?

9         Q     Yes.

10        A     I never said I went on a computer that

11   day.  I said I didn't know if I went on the computer

12   that day.

13        Q     I will ask it in a different way.

14              On June 16, 2015, you got dressed, you got

15   paired with Sergeant Brenes and you got your car

16   assignment.  During the course of your shift, what

17   next, what happened?

18        A     We went out on patrol.

19        Q     So you started patrol and when you started

20   your patrol, were you limited to a certain part of

21   your coverage in North East Queens?

22        A     What do you mean coverage?

23        Q     Were you to patrol a specific

24   neighborhood?

25        A     I was limited to the confines on the

56

1                    Michael Cillis

2    111th.

3         Q    Was there a certain portion of the

4    confines of the 111th Precinct that you set out to

5    patrol for that day?

6         A    No.

7         Q    How do you decide where on that day where

8    you would patrol?

9         A    I patrolled the whole precinct and drive

10   around.

11        Q    Who is driving the car on June 16, 2015?

12        A    I was.

13        Q    Who was in the car with you?

14        A    Sergeant Brenes.

15        Q    Were you in the same automobile in your

16   official capacity as a police officer during that

17   shift on that day, was it the same car the whole

18   day?

19                  MS. DECASTRO:  Objection.  You can

20                  answer.

21        A    I believe so, yes.

22        Q    And this was an unmarked car, correct?

23        A    Unmarked, yes.

24        Q    Who decided where you would patrol, was it

25   you since you were driving?

57

                          Michael Cillis

1
2       A     Yes.
3       Q     And did you make any arrests on that day?
4       A     Yes.
5       Q     Who did you arrest?
6       A     I can't pronounce his name, Evan
7  Gerasimou.
8       Q     Do you mean Evangelos Gerasimou, the
9  plaintiff in the lawsuit?
10      A     Yes, sorry.
11      Q     Was he the only person that you arrested
12  that day?
13      A     Yes.
14      Q     Do you recall what the weather was like on
15  that day, I understand it was a long time ago, I
16  would like to know if you recall?
17      A     I know it wasn't raining.
18      Q     How do you know it wasn't raining?
19      A     Because I just know it wasn't raining.
20      Q     So you remember it was clear out?
21      A     Yeah.
22      Q     Was it hot?
23      A     I don't recall.
24      Q     And I would like to show you what's been
25  marked as Plaintiff's A and I also have an

1                       Michael Cillis

2    additional copy of the same for defendant's counsel.

3                    Plaintiff's Exhibit A, can you tell me

4    what that document is?

5         A    Desk appearance ticket.

6         Q    Who was it issued to?

7         A    Evangelos Gerasimou.

8         Q    Did you issue it to him?

9         A    Yes.

10        Q    So why did you issue it to him?

11        A    He was being released from the precinct.

12        Q    This happened after, subsequent to his

13   arrest?

14        A    Yes.

15        Q    That document states that you were the

16   arresting officer at the bottom of it, doesn't it?

17        A    Yes.

18        Q    Is it true that you were the arresting

19   officer of Mr. Gerasimou on that day, June 16, 2015?

20        A    Yes, I was.

21        Q    So I will ask you some specific questions

22   about that arrest.

23                    So when you were working on June 16, 2015,

24   did you pull over an automobile being driven by

25   Evangelos Gerasimou?

1                    Michael Cillis

2        A     Yes.

3        Q     Was it your sole decision to pull his car

4  over?

5        A     Yes.

6        Q     Around what time did you pull over his

7  car?

8        A     I believe it was around 8:00, 8:00 p.m.

9        Q     Was it dark out?

10        A     I don't recall.

11        Q     And what was the reason that you pulled

12  his car over?

13        A     The driver driving the vehicle did not

14  have a license plate displayed where a license

15  should be displayed on the vehicle.

16        Q     Where should a license plate under the law

17  be displayed on a car?

18              MS. DECASTRO:  Objection.  You can

19              answer.

20        A     There is a section in the back, I guess

21  above the bumper, below the trunk where a license

22  plate should be kept.

23        Q     And when you pulled him over, what was

24  your line of site of his car, was it the back of his

25  car?

60

                        Michael Cillis

1

2       A     Yes, I was directly in back of him.

3       Q     Were you in your police car stationary,

4  was the car stationary and not moving?

5       A     Can you repeat that?

6       Q     What I would like to know is when directly

7  before you pulled over the plaintiff in this action

8  whether the police car you were in was still,

9  stationary?

10      A     No, I was moving.

11      Q     What street were you on right before you

12  pulled him over?

13      A     I was on Francis Lewis Boulevard.

14      Q     What direction were you traveling in?

15      A     I was traveling southbound.

16      Q     Were you headed southbound toward Northern

17  Boulevard?

18      A     No.

19      Q     So you were south of Northern Boulevard?

20      A     I was south of Northern heading south.

21      Q     How far past Northern Boulevard were you?

22      A     Couple of blocks.

23      Q     So when you observed Mr. Gerasimou's car,

24  was his car moving?

25      A     Yes.

61

                         Michael Cillis

1

2        Q      And what direction was his car moving?

3        A      Southbound.

4        Q      So when you made the decision to pull his

5   car over, did you turn the lights on your police

6   car?

7        A      Yes.

8        Q      Did you sound a siren?

9        A      That I don't recall.

10       Q      So you put on your lights, and then where

11  was Mr. Gerasimou's car pulled over to a stop, if it

12  was?

13       A      The right side of Francis Lewis Boulevard.

14       Q      When you say on the right side, do you

15  mean on the same street that you were driving on, no

16  turns were made, you weren't on a side street?

17       A      No.  I just made him pull to the right.

18       Q      You pulled his car to a stop, and what

19  happened next?

20       A      I approached the driver's side of the

21  vehicle.

22       Q      Did any other officer or did your sergeant

23  approach the vehicle with you?

24       A      Yes, he did.

25       Q      And where did he approach the car?

1                    Michael Cillis

2      A     He was on the passenger side.

3      Q     And is it protocol for two officers or an

4    officer and a sergeant to both approach in the

5    manner that you did?

6                MS. DECASTRO:  Objection.  You can

7                answer.

8      A     I don't know what the protocol is.

9      Q     And before you approached the driver's

10   side, was there a period before you approached that

11   you ran his plates?

12     A     No, there was no license plate on it.

13     Q     There was no license plate whatsoever.

14           Did you observe the front of your car

15   before you pulled him over?

16     A     No.

17     Q     So you witnessed that there was no license

18   plate whatsoever as you could see from your vantage

19   point from the back of the car?

20     A     As I am sitting in my vehicle, I did not

21   see a license plate, no.

22     Q     So what you're saying is, there was no

23   plates to be run because you did not see a license

24   plate on the back of my car?

25     A     Yes.  In my vehicle, I could not see a

63

                          Michael Cillis

1
2    license plate on the back of the vehicle.
3         Q    Was there a license plate on the front of
4    the car?
5         A    I couldn't see the front of the car, I was
6    in the back.
7         Q    Was a license plate recovered from the
8    car?
9         A    Yes.
10        Q    Where was the license plate recovered
11   from?
12        A    It was inside the, I guess you call that
13   the rear window.
14        Q    The license plate was inside the rear
15   window?
16             How did you know it was inside the rear
17   window?
18        A    As I approached the driver's side, I could
19   see it behind the tint of the rear window.
20        Q    Can you help me understand when you say
21   the rear window, do you mean the back facing window
22   of the vehicle?
23        A    I guess the window above the trunk.
24        Q    So you don't mean the side window or the
25   car door, you mean the window that you would see

64

Michael Cillis

1    from your rearview mirror?

2        A    Yes, correct.

3        Q    And where was it in the window?

4        A    The left corner of the window - scratch

5    that the driver's, my left.  The driver's side of

6    the rear window behind the glass from the inside of

7    the vehicle.

8        Q    When was the juncture in this incident

9    that you noticed for the first time the driver's

10   license plate on the back window?

11       A    When I approached the vehicle to meet with

12   the driver, I noticed the document in the back

13   window.

14       Q    Did you have a chance to look at it before

15   you approached the driver?

16       A    No, I didn't.

17       Q    When you approached the driver's side

18   window after you pulled over Mr. Gerasimou, what

19   interaction occurred?

20       A    I asked him for his pedigree information.

21       Q    Can you help me, what do you mean by that?

22       A    Yes, his driver's license, his

23   registration and insurance card.

24       Q    Did he provide those documents to you?

65

1                    Michael Cillis

2        A    I don't remember.

3        Q    In your execution of your duties as a
4   police officer, if a driver doesn't provide those to
5   you, you would arrest them, correct?

6        A    Not necessarily, no.

7        Q    What might lead you not to arrest somebody
8   if they don't show you their driver's license and
9   registration?

10       A    I couldn't tell you offhand.

11       Q    Is it discretionary?

12       A    Yes.  It's all discretionary.

13       Q    So when you asked him for his driver's
14  license, did you verify the document, the driver's
15  license that he provided to you?

16            MS. DECASTRO:  Objection.  You can
17            answer.

18       A    Can you repeat that again?

19       Q    Did you look and verify his driver's
20  license when you pulled him over?

21       A    I don't recall if he gave me any
22  documents.

23       Q    Did you have an opportunity to perhaps
24  call in his driver's license to verify that it was
25  valid?

66

1                    Michael Cillis

2              MS. DECASTRO:  Objection.  You can

3         answer.

4    A    Call in his driver's license?

5    Q    Right.  I will narrow my question.

6         When on June 16, 2015 you pulled over

7    Mr. Gerasimou was there any action that you took to

8    verify that he didn't have a warrant open to verify

9    his identity?

10   A    Not that I recall, no.  Not at the time of

11   the stop.

12   Q    So once you pulled him over and asked for

13   his pedigree information, what happened?

14   A    I explained to him why I pulled him over.

15   Q    What reason did you provide to him at that

16   time?

17   A    For the license plate.

18   Q    Can you be more specific?

19   A    Not having a license plate affixed to his

20   vehicle.

21   Q    Did he give you a response when you told

22   him that?

23   A    He had said it was in the rear window, not

24   in those exact words.

25   Q    Did the sergeant who was with you,

67

Michael Cillis

1  Sergeant Brenes, did he question the driver when he
2  
3  was pulled over?

4       A    No.

5       Q    So you did the talking?

6       A    Yes.

7       Q    And then once he told you that the license
8  plate was affixed in the rear window, what did you
9  do or say next?

10      A    I asked to see the document in the window.

11      Q    Did the driver, Mr. Gerasimou, have an
12 opportunity to show that to you?

13      A    Yes.

14      Q    How did that occur?

15      A    That I don't recall.  I don't recall if he
16 got it or if I got it and if he gave me permission.

17      Q    Was the license plate taken out of the
18 vehicle?

19      A    Yes, it was.

20      Q    Did it need to be taken out of the vehicle
21 because it was affixed in the vehicle?

22      A    It needed to be taken out because I
23 couldn't see it.

24      Q    Do you remember the condition it was in
25 before it was taken out of the vehicle, meaning do

                          Michael Cillis

2    you remember if it was taped?

3         A     It was taped to the window.

4         Q     Do you remember taking it off of the

5    window, pealing the tape off?

6         A     No.

7         Q     Would you say that you're the individual

8    who removed it from the windshield?

9         A     I don't remember who took it off.

10        Q     Was it immediately after a discussion with

11   Mr. Gerasimou after you pulled him over, was the

12   immediate next thing that occurred your review of

13   that license plate?

14        A     After the pedigree information, yes.

15        Q     Was there any additional discussion

16   between the driver and you or Sergeant Brenes?

17        A     With me I don't recall.

18        Q     At that time did you feel that you were in

19   danger for your safety?

20        A     I don't remember at that time, no.

21        Q     Did you draw your gun?

22        A     No.

23        Q     Did you get the sense that the driver was

24   combative or a threat to you or your safety?

25              MS. DECASTRO:  Objection.  You can

69

                         Michael Cillis

1

2            answer.

3      A     I don't recall.

4      Q     So what happened when you saw the license

5  plate?

6      A     I reviewed it and I asked him if he had

7  any other documents.

8      Q     What other documents were you hoping to

9  solicit from him?

10      A     Registration and insurance.

11      Q     Hadn't you asked him for that information

12  already?

13      A     Yes.

14      Q     So you asked him again to provide his

15  insurance?

16      A     The document, yes.

17      Q     What were you hoping it would verify by

18  asking him a second time to provide the insurance

19  and registration?

20      A     I was going to match it up to the license

21  plate.

22      Q     How would you match it up?

23      A     The license plate number should be on the

24  registration and he should be the registered owner.

25      Q     When you say that, you mean that you can

70

1                        Michael Cillis

2    verify without any outside external verification,

3    just by looking at pedigree information and the

4    license that they belong together, correct?

5         A    Can you repeat that?

6         Q    You're saying when you see legitimate car

7    registration documents, it should say the license

8    plate on it, correct, so you can compare one to the

9    other on the spot to see if everything was in order?

10              MS. DECASTRO:  Objection.  You can

11              answer.

12        A    You can compare it, it doesn't mean it's

13   in order.

14        Q    You testified that the reason you were

15   asking to see his registration for a second time is

16   to see if it matched the numbers on the license

17   plate?

18        A    Correct.

19        Q    So you're looking at his licences plate,

20   you're looking at his registration for a second

21   time, what determination did you make when you

22   compared them a second time?

23              MS. DECASTRO:  Objection.  He never

24              testified that he looked at them before.

25              MR. KARLYA:  I will refine the

71

                    Michael Cillis

1

2          question.

3     Q     What determination did you make when you

4   compared his car registration document to the

5   license plate that was in the back of the window?

6     A     I don't remember if I ever get the

7   documentation.

8     Q     But you asked him for it, didn't you?

9     A     Correct.

10    Q     So you don't recall if even though you

11  asked him twice if he had his registration

12  information whether he gave them to you?

13    A     No, I don't recall if he ever gave them to

14  me.

15    Q     So you do recall however looking at the

16  license plate?

17    A     Yes.

18    Q     So when you finally had the license plate

19  your hands and you also asked for his registration

20  information, what then happened?

21    A     I looked over the license plate for any

22  discrepancies.

23    Q     What was your determination upon closer

24  review?

25    A     Parts of the license plate, I didn't deem

72

                    Michael Cillis

1

2    to be valid.

3        Q    Can you elaborate on what you mean by

4    that?

5        A    I believe it was a Delaware license plate

6    and the word, "The," was not probably shown on

7    there.

8        Q    What do you mean "probably shown"?

9        A    You couldn't properly read it.

10        Q    Could you read any of it?

11        A    Yeah, you could read some of it.

12        Q    So you, for example, understand that it

13    said, "The," it wasn't completely obstructed?

14        A    It was faded.

15        Q    It was faded?

16        A    Yes.

17        Q    Did you ask the driver for permission to

18    look at the license plate?

19        A    I don't recall.

20        Q    Did anyone ask him?

21        A    I know -- I don't recall if I did.

22        Q    Do you recall if Sergeant Brenes did?

23        A    No, I don't recall.

24        Q    Do you recall the driver giving consent

25    even if he wasn't asked?

73

                        Michael Cillis

1

2     A     I don't recall.

3     Q     So what then happened after you made a

4  determination that the word, "The," on the Delaware

5  license plate was faded?

6     A     I noticed that the beginning of the

7  license plate number, part of the first letter was

8  cut off.

9     Q     Was it cut off or was it faded?

10    A     It was cut off.

11    Q     So you noticed that part of the plate

12  number was cut off?

13    A     The first letter, yes.

14    Q     And once you made that determination, what

15  action did you next take?

16    A     I noticed that on the license plate it

17  said that it had to be -- I'm not -- I don't know

18  the specific terminology, but it had to be on the

19  outside of the vehicle and visibile and it wasn't

20  visible to me.

21    Q     When you say the exact terminology, are

22  you referring to requirements under the law for a

23  license plate?

24    A     No, it said it on the license plate.

25    Q     The license plate itself stated something

74

                      Michael Cillis

1

2    to the effect -- could you please repeat what you

3    said?

4        A    It had to be on the outside of the vehicle

5    and cannot be placed on the inside of the vehicle so

6    it is visible.

7        Q    So what you're testifying is that when you

8    were reading the Delaware license plate, that the

9    Delaware license plate itself said that the plate

10   was to be affixed outside of the vehicle?

11       A    Correct.

12       Q    And what is the requirement in your

13   experience as a police officer for license plates to

14   be displayed in the state of New York?

15       A    They just have to be visible.

16       Q    They just have to be visible meaning what?

17       A    That you can see a license plate.

18       Q    Was his license plate visible to you?

19       A    No.

20       Q    So what part of it wasn't visible?

21       A    It wasn't visible, that's why I pulled him

22   over.

23       Q    Was it visible once you pulled him over?

24       A    I approached the vehicle which I stated

25   and then I noticed it.

                           Michael Cillis

1

2       Q     When you approached the vehicle after you

3   pulled him over, the license plate was visible?

4       A     As I walked up to the driver, yes.

5       Q     Did you consult with Officer Brenes to

6   make the determination that the license plate was

7   not properly displayed?

8       A     That I don't recall.

9       Q     Did you ask Mr. Gerasimou any other

10  questions when you pulled him over?

11      A     I believe I had asked him whose vehicle it

12  was and he said a friend.

13      Q     What was your assessment of his answer?

14            MS. DECASTRO:  Objection.  You can

15            answer.

16      A     Can you explain that?

17      Q     Did you believe it was his friend's car?

18      A     I don't remember what I was thinking at

19  the time.

20      Q     Did you end up arresting him for theft of

21  the car on the belief that perhaps it was not his

22  car?

23      A     No.

24      Q     So you looked at the plate outside of the

25  vehicle, you said that you noticed what you

76

                          Michael Cillis

1
2    testified to earlier as the side of the plate
3    numbers and the word, The, what action did you take
4    next?
5        A      I placed the defendant under arrest.
6        Q      And how did you place him under arrest?
7        A      What do you mean?
8        Q      Did you ask him to get out of the car?
9        A      He was already out of the vehicle.
10       Q      At what point did Mr. Gerasimou exit the
11   vehicle?
12       A      That I don't remember.  It was in between
13   the pedigree information and that.
14       Q      Did you ask him to get out of the car?
15       A      Yes, I did.
16       Q      So once he exited the car, where did he
17   stand?
18       A      We were in the back of the vehicle.
19       Q      You were in the back of whose vehicle?
20       A      His vehicle.
21       Q      So you ask him to exit the vehicle and to
22   reenter the vehicle in the back seat?
23       A      No, stand in the backside of the vehicle,
24   by the bumper, by the trunk and bumper.
25       Q      When you asked him to stand by the back

77

1                        Michael Cillis

2    bumper, was his car running?

3         A    I don't recall.

4         Q    Do you recall asking him to turn his

5    vehicle off?

6         A    No, I don't recall.

7         Q    When you brought him to the back bumper,

8    did you have a discussion or questioning with him

9    before you reviewed the license plate?

10        A    I don't recall.

11        Q    How long between when he was by the bumper

12   of his own car elapsed until you placed him under

13   arrest?

14        A    I don't know.  Not very long.

15        Q    Would you say less than five minutes?

16        A    I don't know.  I don't recall.

17        Q    You just testified that it wasn't very

18   long, would you say it was less than 20 minutes?

19        A    Yes, it was less than 20 minutes.

20        Q    Was it less than 10 minutes?

21        A    I don't recall.

22        Q    What occurred when you placed

23   Mr. Gerasimou under arrest?

24        A    By "what occurred," what do you mean?

25        Q    Tell me what happened.  Did you handcuff

78

                        Michael Cillis

1

2    him?

3        A    I handcuffed him, yes.

4        Q    Did anyone else assist you in handcuffing

5    him?

6        A    No.

7        Q    Where was Sergeant Brenes when you placed

8    Mr. Gerasimou under arrest?

9        A    I don't know.

10       Q    Was he on the scene?

11       A    He on the scene, yes.

12       Q    Was there any exchange verbally between

13   you and the arrestee when you arrested him?

14       A    I don't recall.

15       Q    Did he say anything to you?

16       A    I don't recall.

17       Q    Was it a contentious arrest, was there any

18   exchange of words?

19       A    Contentious meaning what?

20       Q    Meaning did he say anything to you, did he

21   appear upset?

22       A    No.

23       Q    When you arrested him, there was no

24   struggle, physical?

25       A    No struggle, no.

79

Michael Cillis

1   Q    So you placed Mr. Gerasimou in handcuffs

2

3   and did you leave him outside of his vehicle

4   immediately after you handcuffed him?

5   A    No, I put him in the back of the vehicle.

6   Q    Meaning whose vehicle?

7   A    The unmarked vehicle.

8   Q    So you put him in the unmarked police

9   vehicle?

10  A    Yes.

11  Q    Did you call any other officers to the

12  scene at that time?

13  A    I did not, no.

14  Q    Did other officers arrive on the scene at

15  that time?

16  A    Yes.

17  Q    Who were those officers?

18  A    Officer Golden and Office Garcia.

19  Q    Is that G-O-L-D-M-A-N?

20  A    G-O-L-D-E-N.

21  Q    And Garcia.

22       Were you familiar with those officers at

23  that time?

24  A    Yes.

25  Q    Why is that?

80

Michael Cillis

1    A    They are on the Anti-Crime Unit.

2    Q    When you say that Officer Golden and

3    Officer Garcia worked on the Anti-Crime Unit at that

4    time, do you mean for the 111th Precinct?

5

6    A    Yes.

7    Q    Do you know why those officers arrived on

8    the scene?

9    A    No, I don't.

10   Q    Do you think they happened upon the scene

11   randomly?

12              MS. DECASTRO:    Objection.  You can

13              answer.

14   A    I don't recall.

15   Q    If they were to be called to the scene,

16   how would that occur?

17   A    If they were to be called to the scene?

18   Q    Yes.

19   A    Either the radio.

20   Q    So a dispatch?

21   A    Yes.

22   Q    So if one set of officers or a pair of

23   officers wants to call another set of officers to

24   the scene, how does that occur, walk me through

25   that, please?

81

                        Michael Cillis

1

2    A    Over the radio.

3    Q    So you make a radio call to a central

4  location, dispatch?

5    A    The dispatchers.

6    Q    Did Officer Golden and Officer Garcia

7  arrive as back up?

8              MS. DECASTRO:  Objection.  You can

9              answer.

10   A    As far as?

11   Q    Did they arrive to assist in your arrest

12 or to provide additional manpower?

13             MS. DECASTRO:  Objection.  You can

14             answer.

15   A    I don't know.

16   Q    Did Sergeant Brenes call them in?

17             MS. DECASTRO:  Objection.  You can

18             answer.

19   A    I don't know.

20   Q    So on June 16, 2015, do you remember in

21 total how many officers and/or sergeants or other

22 ranks were working during your shift in the

23 Anti-Crime Unit?

24   A    No, I don't remember.

25   Q    You said that it was yourself and Officer

1                    Michael Cillis

2    Brenes and it was Officer Golden and Officer Garcia.

3    So that is almost your entire operating group, isn't

4    that right?

5              MS. DECASTRO:  Objection.  You can

6         answer.

7         A    I don't recall who was on the team at the

8    time.  I know those four were there.

9         Q    So from what you're saying, it's possible

10   perhaps another pair?

11             MS. DECASTRO:  Objection.  You can

12        answer.

13        A    I don't know.

14        Q    All though you don't recall how two other

15   officers from the Anti-Crime Unit arrived on the

16   scene, suddenly there were three police officers and

17   a sergeant arresting somebody for plates, so how

18   long after Mr. Gerasimou was place in cuffs in the

19   back of your police car did Officers Golden and

20   Officer Garcia arrive?

21             MS. DECASTRO:  Objection.  You can

22        answer.

23        A    I don't know.

24        Q    Did Officer Golden speak to be

25   Mr. Gerasimou?

83

1                    Michael Cillis

2              MS. DECASTRO:  Objection.  You can

3         answer.

4    A    I don't know.

5    Q    Did Officer Garcia speak to Mr. Gerasimou?

6              MS. DECASTRO:  Objection.  You can

7         answer.

8    A    I don't know.

9    Q    All right.  So you have Mr. Gerasimou

10   handcuffed in the back of your car.  Do you

11   immediately bring him back to another location for

12   processing?

13   A    Yes.

14   Q    Was it after Officers Golden and Garcia

15   arrived on the scene that you bring Mr. Gerasimou to

16   the precinct for processing?

17   A    I'm sorry, did you say after?

18   Q    After.  There was a time period that those

19   two officers, Golden and Garcia, arrived on the

20   scene prior to Mr. Gerasimou being brought to the

21   precinct for processing, correct?

22   A    They had come there before he left, yes.

23   Q    So can you give me an understanding of how

24   much time elapsed while Mr. Gerasimou was in the

25   back of the police vehicle?

84

                              Michael Cillis

1

2        A     I don't know.

3        Q     Would you say it was an hour?

4        A     No, not an hour, less than an hour.

5        Q     Does 45 minutes sound like how long it

6   took?

7        A     No.

8        Q     No, because it was more than that?

9        A     Less.

10       Q     During the time that Mr. Gerasimou was

11   handcuffed in the back of your vehicle, were you

12   continuing to investigate crimes that you believe he

13   committed?

14       A     Can you elaborate on that?

15       Q     Were you, during the time that he was

16   placed in custody in handcuffs in the back of your

17   police car, were you attempting to verify his

18   license plate?

19       A     We had made a phone call to the, I don't

20   know whether it was a dealership or something to

21   determine the license plate was valid.

22       Q     Who placed that phone call?

23       A     That I don't recall.

24       Q     Somebody did though, that is your

25   recollection?

1                    Michael Cillis

2        A     Yes.

3        Q     When you say somebody, do you mean it was

4    either Sergeant Brenes or yourself?

5        A     Yes.

6        Q     But you don't recall which one of you

7    placed the call?

8        A     I don't.

9        Q     And what was the result of that phone

10   call?

11       A     There was no answer on the other line.

12       Q     And about what time of day was this?

13       A     It was in the evening.

14       Q     So do you recall if it was a workday,

15   meaning Monday through Friday?

16       A     I don't recall the actual day.

17       Q     Either Sergeant Brenes or yourself called

18   the Delaware car dealership associated with the car

19   after 8:00 p.m. on a day that you don't recall, you

20   didn't get an answer from the car dealership and

21   then what did you do?

22       A     I don't know if it was a car dealership or

23   not.  I don't know what number I was given.

24       Q     So when the phone call was placed to

25   wherever it was placed and no answer was received

86

                           Michael Cillis

1

2    what happened next?

3        A    He was placed under arrest after that.

4        Q    Why did you place him under arrest?

5        A    Possession of a forged instrument.

6        Q    Was there any other reason?

7        A    Yeah, the other charge was, I don't know

8    the exact words, it was for the not having a license

9    plate on the vehicle.

10       Q    But you said earlier he did have a license

11   plate on his vehicle?

12       A    He had a document on the window of the

13   vehicle.

14       Q    So when you charged him with not having a

15   license plate on his vehicle, is it because you

16   didn't believe it was a valid license plate or

17   because there was no license plate there?

18       A    With my knowledge, I deemed it not to be a

19   valid license plate.

20       Q    Had you made an arrest on these charges

21   before?

22       A    Yes, I have.

23       Q    How many?

24       A    I'm not too sure.

25       Q    Would you say around the time June 2015

87

1                      Michael Cillis

2    you were making these arrests once a week?

3         A    I'm not sure.

4         Q    Would you make them usually when somebody

5    was driving a car?

6              MS. DECASTRO:  Objection.  You can

7              answer.

8         A    Can you explain that?

9         Q    When the individuals that you were

10   policing were charged with the crime of having a

11   forged instrument which was a license plate, would

12   you typically pull them over?

13        A    If it was a license plate, yes.  If the

14   license plate was, in fact, a forged instrument.

15        Q    When you would uncover forged license

16   plates, were they usually New York State plates?

17        A    They varied.

18        Q    How many arrests did you make concerning

19   out of state license plates?

20        A    That number I don't know.

21        Q    Would you say it was close to five?

22        A    That number I don't know.

23        Q    When was the last time you remember making

24   an arrest at this time?

25        A    I don't remember.  I would have to look at

88

                         Michael Cillis

1

2    my arrests.

3         Q     And to your knowledge, did these arrests

4    that you made in your experience as a New York City

5    police officer result in conviction of those crimes?

6                 MS. DECASTRO:  Objection.  You can

7                 answer.

8         A     Yes.

9         Q     Have you had an opportunity to testify in

10   open court toward the conviction of those crimes?

11        A     No.  Not that I know of.

12        Q     So you can't remember ever going to court

13   to testify in a criminal case?

14                MS. DECASTRO:  Objection.

15        A     No, not for a forged instrument.

16        Q     But you are indicating on the record that

17   you are aware that at least some or at least one

18   forged instrument arrest have led to a conviction?

19        A     Yes, I do.

20        Q     And was the arrest that you made on

21   June 16, 2015 for a forged instrument, the first

22   that you made of that type for that crime?

23        A     Can you explain that?

24        Q     Is that the first time you arrested

25   somebody for having an alleged forged license plate?

89

1                    Michael Cillis

2      A      No.

3      Q      So you had made an arrest of that type

4   before?

5      A      Yes.

6      Q      So when was the first time you remember

7   making an arrest for that type?

8      A      Prior to that.

9      Q      Would you say it was early on in your

10  tenure at the Anti-Crime Unit that you made an

11  arrest of this type?

12     A      I don't recall.

13     Q      Now when you placed Mr. Gerasimou under

14  arrest, did you search his person?

15     A      Yes.

16     Q      What did you uncover when you searched his

17  person?

18            MS. DECASTRO:  Objection.  You can

19            answer.

20     A      I don't remember.

21     Q      Did he have his wallet with him?

22     A      I don't recall.

23     Q      Was he armed?

24     A      Armed as in?

25     Q      Did you find any weapons on his person?

90

                          Michael Cillis

1

2      A     Not that I recall, no.

3      Q     After Mr. Gerasimou was placed under

4   arrest and handcuffed and placed in your vehicle,

5   was his car at the scene thereafter searched?

6              MS. DECASTRO:  Objection.  You can

7              answer.

8      A     Can you repeat that?

9      Q     So once Mr. Gerasimou was handcuffed and

10  placed in the back of the police car, was his car

11  searched after that at the scene?

12     A     Not at the scene, no.

13     Q     How was his car taken off of the scene?

14     A     One of the other officers.

15     Q     Did what?

16     A     Drove it back to the precinct.

17     Q     Which other officer was it?

18     A     I don't recall.

19     Q     Were the other officers Officer Golden and

20  Officer Garcia called for the purpose of removing

21  that vehicle?

22              MS. DECASTRO:  Objection.  You can

23              answer.

24     A     I don't recall.

25     Q     What happened when you placed

91

```
 1                    Michael Cillis
 2    Mr. Gerasimou in handcuffs?
 3         A    Placed him in the back of my vehicle.
 4         Q    Did you read him his Miranda Rights?
 5         A    No.
 6              MR. KARLYA:  I'm going to hand to the
 7         officer what has been marked a Exhibit B.
 8         Q    I am handing you what has been marked as
 9    Exhibit B.  Can you tell me what this document is
10    (handing)?
11         A    Queens County affidavit.
12         Q    So it's a Queens County criminal court
13    affidavit?
14         A    Correct.
15         Q    Can you please review the second page and
16    tell me who signed off on the document?
17         A    That is myself.
18         Q    So your signature is on the bottom of this
19    document?
20         A    Yes.
21         Q    And when is it dated?
22         A    6/22/15.
23         Q    And do you recognize that signature to be
24    your own?
25         A    Yes.
```

92

1                    Michael Cillis

2        Q     In a criminal case, what is this document

3   used for?

4        A     When we discuss the case with the Queens

5   DA.

6        Q     So it's an affidavit signed by you and

7   made by you?

8        A     Correct.

9        Q     And it supports the charges brought in

10  criminal court, it supports the accusatory

11  instruments, correct?

12       A     Correct.

13       Q     What does this document show that you're

14  alleging Mr. Gerasimou did criminally?

15       A     Criminal possession of a forged instrument

16  in the third degree, issuance number location and

17  condition of the vehicle's plates.

18       Q     And, if you know, was Mr. Gerasimou

19  convicted of these charges?

20       A     That I don't know.

21       Q     Pursuant to your testimony which is in

22  front of you in affidavit form, Mr. Gerasimou was

23  placed under arrest for two charges.

24             Why did you arrest him for having a forged

25  instrument?

93

                          Michael Cillis

1

2        A    From the things I explained to you earlier

3   with the license plate.

4        Q    When you say the things that you explained

5   earlier, do you mean the top of the word, The, was

6   faded and also that part of the numbers that you

7   observed and believe to be cut off?

8        A    Yes.

9        Q    Did you mean anything else other than

10  that?

11       A    I don't know anything else without the

12  document in front of me, to be honest with you.

13       Q    What about what you observed on the plate

14  alleged you to believe it was a forgery?

15       A    The things you just stated.

16       Q    Why did you believe that to amount to a

17  forged instrument?

18       A    Why did I believe that?

19       Q    Yes.

20       A    Because I told the first letter was cut

21  off.

22       Q    What is a forged instrument?

23       A    A document that should be legal by the

24  state, anything, and it is deemed to be -- I don't

25  know.  I can't really explain it.

94

                          Michael Cillis

1

2      Q    It sounds like what you're answering that

3  you can't completely explain what a forged

4  instrument is?

5      A    Are you asking about this specific forged

6  instrument?

7              MS. DECASTRO:  He is asking in

8              general.

9      Q    What is a forged instrument, in general?

10     A    A document that does not have the proper

11  information on it that should have the proper

12  information on it from the State of -- from the

13  government.

14     Q    And other than when you received tactical

15  training, did you receive any other on the job

16  training pertaining to forged instruments?

17     A    Yes, what I stated earlier, yes, forged

18  instrument training that I had.

19     Q    Other than that, would it take the form of

20  training that was outside of tactical training,

21  would you have a class that wasn't tactical training

22  to provide as a police officer with additional

23  training of forged instruments?

24     A    Just whatever the NYPD gave me.

25     Q    What did the NYPD give?

95

                        Michael Cillis

1

2        A     The training that I received.

3        Q     The tactical training, is that what you

4   mean?

5        A     Are you talking about the forged

6   instrument or tactical.

7        Q     You testified previously that tactical

8   training would cover forged instruments, is that

9   your testimony?

10       A     Yes.

11       Q     And would you receive any training, was it

12   limited to tactical training, is there any other

13   format or form that additional training would be

14   available to you, was actually available to you as a

15   police officer?

16       A     I don't know.

17       Q     So other than tactical training is it true

18   that there was not additional training on forged

19   instruments that you attended or participated in?

20       A     I never said that, no.

21       Q     So is the answer to the question, did you

22   receive additional training?

23       A     I don't understand what you're trying to

24   ask me.

25       Q     I guess I'm trying to fully understand

96

                            Michael Cillis

1

2    what on the job training you received as a police

3    officer as it pertains to forged instruments.

4         A    I explained to you, the PowerPoint

5    presentations.

6         Q    So nothing other than that?

7         A    Not that I know of, no.

8         Q    Thank you.

9              So when you observed the plate, did you

10   have any other officers look at it?

11        A    I believe the sergeant looked at it just

12   to verify the arrest.

13        Q    What was his observation when he looked at

14   it, did he say anything to you?

15             MS. DECASTRO:  Objection.  You can

16             answer.

17        A    Not that I remember, no.

18        Q    Do you still believe that the license

19   plate that you say on the date in question was

20   forged?

21        A    Are you asking me today?

22        Q    Yes.

23        A    Yes.

24        Q    Can you do me a favor, in the document I

25   provided to you, it outlines Penal Law provision

1                    Michael Cillis

2    that pertains to forged instruments.

3         A    Uh-huh.

4         Q    It defines it a little more specific.

5              Could you please read that section to me?

6         A    With intent to defraud, deceive or injure

7    another, utter or possess a forged instrument

8    knowing it was forged.

9         Q    Did you believe that Mr. Gerasimou knew

10   the document to be forged when you pulled him over?

11        A    I don't know what he was thinking, to be

12   honest.

13        Q    Did you ask him?

14        A    Did I ask him what?

15        Q    Did you ask him if it was a forged

16   instrument?

17        A    At the time I did, yes.

18        Q    What did he say?

19        A    No.

20        Q    Based on his answer of no, did you have a

21   finding that he didn't know or didn't believe that

22   the instrument was forged?

23        A    Can you explain that, please?

24        Q    So when you asked him if he knew the

25   document to be forged and he said, "No, it wasn't,"

98

                           Michael Cillis

1

2    did you then as an arresting officer know at the

3    very least he didn't know or wasn't saying that he

4    knew the document was forged, right?

5                    MS. DECASTRO:  Objection.

6        A    I don't know.

7        Q    As to the second charge, can you tell me

8    what it is on the document in front of you, it is

9    marked VTL?

10       A    Yes, operate, drive or park upon the

11   state's public highways a motor vehicle without a

12   distinctive number and set of numbers.  Number

13   plates with a number and other identification matter

14   corresponding with the certificate of the

15   registration conspicuously displayed, one on the

16   front and one on the rear of such vehicle securely

17   fastened and placed no higher than 48 inches or

18   lower and 12 inches from the ground.

19       Q    When you arrested Mr. Gerasimou, did you

20   believe him to be guilty of this infraction?

21       A    Yes.

22       Q    Why did you find that?

23       A    Because the license plate or the document

24   was not placed in the proper location.

25       Q    It goes to the location where it was?

99

1                    Michael Cillis

2      A     I didn't see a license plate.

3      Q     Where is the location that it should have

4   been?

5      A     Normally a license plate is low on the

6   trunk above the bumper.

7      Q     Meaning on the exterior of the vehicle?

8      A     Yes, exterior.

9      Q     About when an individual is driving a

10  vehicle that they just purchased and they don't have

11  physical metal plates?

12     A     That I don't know.

13     Q     So you don't know?

14     A     I don't know.

15     Q     You don't know what's permissible under

16  the law when you're driving --

17     A     Different states have different places you

18  place the plate.

19     Q     What is the law in New York State?

20     A     I don't know.

21     Q     So you don't know if it is legal for a

22  license plate to be affixed to a window?

23     A     I know it is supposed to be on the outer

24  part of the window which his was not.

25     Q     Outer part of the window, what do you mean

100

                         Michael Cillis

1

2    by that?

3         A     Visible, clearly visible.

4         Q     So you arrested Mr. Gerasimou because

5    you're saying that the license plate wasn't visible

6    to you?

7         A     I pulled him over, he did not have a

8    license plate and I deemed the license plate to be

9    forged, that's why I arrested him.

10        Q     Didn't you say that he had a license plate

11   in his window when you reviewed it?

12        A     I deemed the license plate not to be a

13   license plate.

14        Q     There was something in his window, wasn't

15   there?

16        A     Yes.

17        Q     I just have a few other questions for you.

18        A     No problem.

19        Q     I want to say I appreciate you answering

20   my questions and coming here today.

21        A     Thank you.

22        Q     You're welcome.

23              Are you currently a party to any other

24   lawsuits other than the one we are here for today?

25        A     Not that I know of, no.

101

                              Michael Cillis

1

2        Q      Have you ever been a plaintiff or a

3    defendant in a civil lawsuit, meaning a criminal

4    matter?

5        A      On the job or off?  I don't know.

6        Q      Let's start with on the job.

7        A      No.

8        Q      Have you ever been sued before pertaining

9    to your duties as a police officer?

10       A      I don't recall.  No, I've never been in a

11   deposition, no.

12       Q      So you've never been in a deposition and

13   you don't recall if you've ever been sued due to

14   your official capacity as a police officer?

15       A      No.

16       Q      So how about outside of the scope of your

17   work duties, have you ever been sued before?

18       A      No.

19       Q      Have you ever sued anyone before?

20       A      Me personally, no, maybe my parents, not

21   me.

22       Q      I don't want to know about your parents,

23   but what do you mean when you say maybe your

24   parents?

25       A      If you don't want to know, then why ask?

102

                    Michael Cillis

1

2       Q    Why did you answer that, is it because you

3  were involved in that suit?

4       A    I might have been involved, yes.

5       Q    Was it a family law matter?

6       A    No.

7       Q    What did that concern?

8       A    Just -- I don't recall.

9       Q    You said it involved your parents, do you

10  mean that you don't recall?

11       A    It involved my parents suing for me.

12       Q    On your behalf?

13       A    Yes.

14       Q    Were you a minor?

15       A    Yes.  I was a minor, yes.

16       Q    If you know, that suit, did it involve a

17  sealed record?

18       A    I just don't know anything about it.  I

19  was a minor.

20            MS. DECASTRO:  Could we step outside

21            and talk about it, ask him any information

22            on it?

23            MR. KARLYA:  Of course.

24            (Whereupon, Ms. Decastro and the

25            witness leave the conference from 11:54

103

```
1                    Michael Cillis
2              a.m. until 11:58 a.m.)
3                 MS. DECASTRO:  Okay.  I'm not going to
4              allow him to testify to something that
5              happened when he was a child and it's not
6              relevant.  And we would evoke privilege
7              information and the private interest of
8              the officer.
9                 MR. KARLYA:  Okay.  I understand.
10                I just have a few more questions for
11             you and we will be finished with this.
12   FURTHER EXAMINATION
13   BY MR. KARLYA:
14        Q    Have you ever been investigated by the
15   internal affairs office of the New York City Police
16   Department?
17        A    Yes.
18        Q    Have you been investigated by them more
19   than once?
20                MS. DECASTRO:  Objection.  I'm going
21             to limit it to 10 years prior for
22             excessive force, false arrest and unlawful
23             search and false statements for any period
24             of time.
25                MR. KARLYA:  I have no reply to the
```

1               Michael Cillis

2               objection.  The deponent has only been a

3               police officer for ten years.

4        Q      So have you been investigated by internal

5    affairs as to false statements?

6        A      No.

7        Q      As to the use of excessive force?

8        A      I don't recall.

9        Q      What would help you remember if that were

10   true?

11       A      I don't know exactly what the complaint

12   was for.

13       Q      Was it an investigation concerning the

14   circumstances of an arrest?

15       A      I don't recall, no.

16       Q      When you say you don't recall, do you mean

17   that you don't recall as to any investigations of

18   internal affairs?

19       A      I know I have had complaints, but I don't

20   know what exactly they were for.  I know they were

21   all. ..

22       Q      They were all what?

23       A      No, they were all complaints.  I don't

24   know what they were for though.

25       Q      Did you have a complaint by internal

105

1                    Michael Cillis

2    affairs as to unlawful search?

3         A    I don't recall.

4         Q    Did you have a complaint within the

5    internal affairs office of the New York City Police

6    Department as to a false arrest?

7         A    I don't recall.

8         Q    So when you say there was a complaint

9    brought against you, how do you know that the

10   complaint was brought against you?

11        A    You have to go down and speak about it.

12        Q    So you go down to an office that is not

13   the 111th Precinct, is that what you mean?

14        A    Yes.

15        Q    Is that outside of Queens?

16        A    I don't know where it was.  I don't

17   remember, to be honest with you.

18        Q    Is it in the same place every time?

19        A    It is in the City of New York.

20        Q    Meaning the Burroughs of Manhattan?

21        A    Correct.

22        Q    When you get investigated by internal

23   affairs, you have to make a trip to the city,

24   correct?

25                    MS. DECASTRO:  Objection.  You can

106

1                        Michael Cillis

2              answer.

3         A     I don't know where in the city of New York

4    it is.

5         Q     Wouldn't you remember having to go through

6    all the trouble to go to Manhattan?

7         A     It was awhile.  I never said I went to

8    Manhattan.  I don't know where I went to be honest

9    with you.

10        Q     But a complaint is brought against you,

11   you are telling me, and testifying that you have to

12   go to Manhattan, correct?

13        A     Yes.

14              MS. DECASTRO:  Objection.  You can

15              answer.

16        Q     When you just said that it was a long time

17   ago, what do you mean by that?

18        A     It's not in memory, to be honest with you.

19        Q     Is that because it was a long time ago?

20        A     I don't know when it was.  I don't

21   remember.

22        Q     Isn't it troubling to you when you have to

23   get investigated by internal affairs?

24              MS. DECASTRO:  Objection.  You can

25              answer.

Michael Cillis

1

2       A    Is it troubling?

3       Q    I don't understand why you can't remember

4  something that is so --

5       A    I just don't remember.

6       Q    You don't remember anything?

7       A    I don't remember what it was for, no.

8            MS. DECASTRO:  What year did it happen

9            to you?

10           THE WITNESS:  I can only approximate.

11           I cannot give a definite answer.

12      Q    Okay.  Can you please approximate.

13      A    2008, 2009, earlier maybe.

14      Q    Is this when you were on Conditions?

15      A    I don't remember, to be honest with you.

16      Q    Let me change the question.  In 2008,

17  2009, there is only two options, right, patrol or

18  Conditions?  So do you mean that if you were

19  investigated it was for one of those job functions?

20           MS. DECASTRO:  Objection.  You can

21           answer.

22      A    I don't remember.

23      Q    So what happened in 2008 or 2009 when a

24  complaint was brought against you by internal

25  affairs?

108

                        Michael Cillis

1

2          A     I don't remember.

3          Q     So were you suspended from your job?

4          A     No.

5          Q     Did you take a pay cut?

6          A     No.

7          Q     Did you get disciplined in any way?

8          A     No.

9          Q     Why was it that you weren't disciplined?

10         A     I have no idea.  I don't know.  I guess

11    they did an investigation.

12         Q     So when they did an investigation, they

13    questioned you?

14         A     Yes.

15         Q     Did a lawyer help you when you were

16    questioned?

17         A     I don't remember.

18         Q     Did they question you more than once?

19         A     More than once as in what?

20         Q     Did it take more than one day?

21         A     I don't remember.

22         Q     Was there any result of that internal

23    affairs investigation in 2008, 2009?

24         A     Nothing that I heard of.

25         Q     Meaning nobody told you what the result

109

                    Michael Cillis

1
2    was?

3        A    Yeah, no one told me.

4        Q    And what incident was it concerning?

5        A    I don't know.

6        Q    They questioned you, right?

7        A    I keep telling you over and over, I don't

8    know.

9        Q    You don't know what you were investigated

10   for?

11       A    No, I don't remember.  This was years ago.

12       Q    And were you there and investigated by

13   internal affairs?

14       A    I don't know.

15       Q    Did it happen once more, you would

16   certainly remember if you had to go to the city

17   again?

18            MS. DECASTRO:  Objection.  You can

19            answer.

20       A    I don't know.

21       Q    So you don't know if other than in 2008,

22   2009 --

23       A    I said approximately 2008.  I don't even

24   know if it's those years.

25       Q    Is it your recollection that it was only

1                    Michael Cillis

2    once that you were under an investigation of this

3    type?

4              MS. DECASTRO:  Objection.  You can

5              answer.

6    A    Yes.

7    Q    Have you ever been subject to discipline

8    in your work position as a member of the New York

9    City Police Department?

10              MS. DECASTRO:  Objection.  Same

11              limitations as before.

12    A    In what way discipline are you saying?

13    Q    Have you ever been the subject to

14    occupational discipline?

15              MS. DECASTRO:  Objection.  Limiting it

16              again to false arrest and excessive force,

17              false statements and unlawful search.

18    A    Can you just repeat that one more time?

19              MS. DECASTRO:  Me or him?

20              THE WITNESS:  Him.

21    Q    I will rephrase it.

22              Have you ever been disciplined in the

23    police department?

24    A    No, I have never been disciplined.

25    Q    Never been disciplined?

111

1                    Michael Cillis

2      A    In regard to what she said, no.

3      Q    What was it that she said?

4      A    False arrest, excessive force.

5           MS. DECASTRO:  And unlawful search.

6      A    And unlawful search.

7      Q    Have you, yourself, ever been arrested?

8      A    No.

9      Q    Have you ever been suspended from your job

10   position as a New York City Police Officer?

11     A    No.

12     Q    And are you currently employed to this day

13   as an officer with the New York City Police

14   Department?

15     A    Yes.

16     Q    Do you still currently work for the

17   Anti-Crime Unit?

18     A    Yes.

19     Q    And will you remain in that unit or are

20   you on your way going to a different unit?

21          MS. DECASTRO:  Objection.  You can

22          answer.

23     A    I don't know.

24     Q    I'm just going to ask you a few more

25   questions about what occurred after the arrest with

112

                     Michael Cillis

1

2    Mr. Gerasimou.

3              So once he was placed under arrest and

4    handcuffed and put in the back of your car, who took

5    him to the station?

6         A    I believe me and Sergeant Brenes.

7         Q    And one of the other two officers at the

8    scene, Golden, Garcia removed Mr. Gerasimou's car

9    and you took him back to the station, and where did

10   you place him once he was in your custody and you

11   drove back to the station?

12        A    When we were at the station you mean?

13        Q    Yes.

14        A    We bring them up to the desk, lodge him

15   and lodge him in the cell.

16        Q    How long did it take you from the scene to

17   take him back to the precinct?

18        A    I don't recall.

19        Q    How far away is 45th Road and Francis

20   Lewis Boulevard to 111th?

21        A    It is not very far.  I would say less than

22   an hour.

23        Q    What route would you take?

24        A    I don't know what route I took.

25        Q    What route makes the most sense if you

113

Michael Cillis

1   were driving in your own beat?

2           MS. DECASTRO:  Objection.  You can

3           answer.

4   A       I don't know what route I took.

5   Q       Did you go right to the precinct?

6   A       Yes.

7   Q       Did you have a discussion with

8   Mr. Gerasimou while he was in the car?

9   A       Not that I recall, no.

10  Q       So no words were exchanged by either

11  Sergeant Brenes or yourself and Mr. Gerasimou during

12  this car ride back to the precinct?

13  A       Not that I recall.

14          MS. DECASTRO:  Objection.

15  Q       So you brought him into the station and

16  then what happened?

17  A       Like I said we bring them up to the desk,

18  lodge them and lodge them in the cells.

19  Q       What about fingerprinting or photographing

20  them, did you do that?

21  A       Yes.

22  Q       So you processed him?

23  A       Correct.

24  Q       And at that time, did you have his

114

                    Michael Cillis

1
2    driver's license?
3         A    I don't recall if I did.
4         Q    So when you book someone and process
5    someone, how do you verify that there aren't other
6    warrants or emergencies that you need be aware of
7    concerning the arrestee?
8         A    How do I know that, we run them on the
9    computer.
10        Q    Did you run it on the computer on June 16,
11   2015 for Mr. Gerasimou?
12        A    I'm not 100 positive.
13        Q    Why aren't you positive, I mean --
14        A    I don't remember if I went on the computer
15   that day.
16        Q    Do you think that anyone ran his
17   background on that date?
18             MS. DECASTRO:  Objection.  You can
19             answer.
20        A    I don't remember exactly.
21        Q    Did Sergeant Brenes?
22        A    I don't know.
23        Q    Did you process Mr. Gerasimou at the
24   police station after you took him to the cell in the
25   back?

1                    Michael Cillis

2      A    Yes.

3      Q    How long was he in the cell?

4      A    I don't recall.

5      Q    He was the only one that you placed under

6  arrest at that moment, correct?

7      A    Correct.

8      Q    So you took his fingerprints and took his

9  photograph, then what happened?

10     A    I put him in for a desk appearance ticket

11 and see if it got approved.

12     Q    And after you issued him a desk appearance

13 ticket, was he released?

14     A    Yes.

15     Q    Why was he released?

16     A    Because he received a desk appearance

17 ticket.

18     Q    And there was no other reason to hold him?

19     A    No.  When you receive a desk appearance

20 you are allowed to go.

21     Q    Did you believe that he committed any

22 other crimes on this day?

23     A    Just the two that I charged him with.

24     Q    Do you know what happened to

25 Mr. Gerasimou's car?

1                      Michael Cillis

2        A     It was vouchered.

3        Q     What does that mean?

4        A     It is taken into police custody.

5        Q     Immediately after his arrest, physically

6   where was the car, Mr. Gerasimou's car in police

7   custody?

8        A     I'm sorry, are you saying at the scene?

9        Q     Thereafter the scene.

10       A     It was at the precinct.

11       Q     So when you say that, was it in a garage,

12  outside?

13       A     I don't know.  It is not usually in a

14  garage, it's usually on the street.

15       Q     Did you search the car after it was in

16  front of the precinct?

17       A     Yes, for inventory.

18       Q     Was that after you processed

19  Mr. Gerasimou?

20       A     That I don't know.  The whole process, I

21  don't know what I did at what time.

22       Q     But it was obviously after the scene when

23  he was brought back to the precinct?

24       A     Yes.

25       Q     When you conducted an inventory search,

117

                    Michael Cillis
1
2   did any other officers work with you?
3        A     During the inventory search, no.
4        Q     So you did that by yourself?
5        A     Right.
6        Q     So what happened when you conducted the
7   inventory search of Mr. Gerasimou's car on June 16,
8   2015?
9        A     Can you explain that?
10       Q     Could you please tell me what that process
11  entailed.
12       A     What, the inventory search?
13       Q     Yes.
14       A     You go through the person's car, you
15  inventory all their stuff and either give it back to
16  them or if they weren't making a desk appearance,
17  they take it into custody.
18       Q     In this instance, Mr. Gerasimou was issued
19  a desk appearance ticket, so as a result, what did
20  you do with the inventory property searched in his
21  car?
22       A     I don't know.  I would have to look at my
23  paperwork, to be honest with you.
24       Q     Did you remember offering Mr. Gerasimou
25  the keys back to the car before he left the

118

                              Michael Cillis

1

2    precinct?

3         A    No, I don't remember that.

4         Q    Did anybody, if you know, give him the

5    keys back to his own car?

6         A    No, I don't think so.  I had the keys.  I

7    didn't give it to him.

8         Q    When you had the keys, where did they end

9    up?

10        A    They were vouchered.

11        Q    When something is vouchered, you make a

12   written record of what it is and the date and who it

13   belongs to, correct?

14        A    Yes.

15        Q    Do you remember any other things that you

16   uncovered when you did an inventory search of his

17   car?

18        A    I would need to see the paperwork, but I

19   know I vouchered the plates and vouchered the car,

20   well, the document, the forged document, sorry.

21        Q    Anything else that you found in this car?

22        A    No, not that I know of.

23        Q    Once Mr. Gerasimou was issued a desk

24   ticket, did you know him to leave at that time?

25        A    I released him and that was my last

119

1                    Michael Cillis

2    dealings with him, I believe.

3        Q    So you released him and he is out of your

4    line of sight and you don't know what he did next?

5        A    No.

6        Q    So then after this concludes and

7    Mr. Gerasimou leaves the station, leaves the station

8    with a desk appearance ticket, are your duties

9    concerning that arrest concluded?

10       A    That I don't know.

11       Q    Do you have paperwork to follow up with

12   right after that happens?

13       A    I'm not positive.  Sometimes I do,

14   sometimes I don't.  Depends on the arrest.

15       Q    So you don't recall doing any paperwork?

16       A    No, I don't.  For this specific arrest, I

17   don't know what I did after I released him.

18       Q    You said earlier that a phone call was

19   placed to what was believed to be the issuer of the

20   license plate for the car in question, did you ever

21   call them back?

22            MS. DECASTRO:  Objection.  You can

23            answer.

24       A    No.

25            MR. KARLYA:  The time is now 12:15.

120

1                    Michael Cillis

2            I'm going to conclude my deposition as to

3            Officer Michael Cillis.

4                Thank you for coming in.

5                THE WITNESS:  Thank you.

6                (Time noted:  12:15 p.m.)

7

8

9                         MICHAEL CILLIS

10

11   Subscribed and sworn to

12   before me this      day

13   of            , 20

14

15      Notary Public

16

17

18

19

20

21

22

23

24

25

121

1

2                                  INDEX

3

4    WITNESS                  EXAMINATION BY              PAGE

5    Michael Cillis      Mr. Karlya                      4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

122

1
2                        CERTIFICATION
3
4   STATE OF NEW YORK   )
                         )  ss
5   COUNTY OF SUFFOLK   )
6
7           I, Abby Lynn Kalberer, a stenotype
8   reporter and Notary Public within and for the State
9   of New York, do hereby certify;
10          That the witness whose Examination Before
11  Trial is hereinbefore set forth was duly sworn by
12  me;
13          That such Examination Before Trial is a
14  true and accurate record of the testimony given by
15  said witness.
16          I further certify that I am not related to
17  any of the parties to this action by blood or
18  marriage, and that I am in no way interested in the
19  outcome of this matter.
20          IN WITNESS WHEREOF, I have hereunto set my
21  hand this 4th day of October, 2016.
22
23          _Abby Lynn Kalberer_
24          Abby Lynn Kalberer
25

## A

a.m 1:13 20:14,16
  20:18,22 21:13,14
  27:16,16 40:24,24
  45:23,23 103:2,2
Abby 1:20 122:7,24
able 12:19
above-noted 1:19
academy 29:2,5,7
  30:10,12 31:5,11
  31:12 32:10,18,20
  32:21 33:2 34:7
  34:10,16,23 35:12
  36:15,16 37:2
  40:7,16 42:25
accepted 29:6
  32:17
accommodate 4:23
accumulative 39:3
accurate 122:14
accusatory 92:10
acknowledges
  46:11
action 60:7 66:7
  73:15 76:3 122:17
active 21:14
activities 31:19
actual 85:16
addition 19:21
additional 42:18
  43:3,18 45:17
  58:2 68:15 81:17
  94:22 95:13,18,22
additionally 53:11
address 4:9
addressed 12:3
affairs 103:15
  104:5,18 105:2,5
  105:23 106:23
  107:25 108:23
  109:13
affidavit 91:11,13
  92:6,22
affixed 66:19 67:8
  67:21 74:10 99:22
ago 35:9 57:15
  106:17,19 109:11

AGREED 3:4,8,11
  3:15
alcohol 7:3
alleged 88:25 93:14
alleging 92:14
allow 45:24 103:4
allowed 115:20
amount 19:4 93:16
and/or 81:21
answer 4:19 5:11
  5:19 6:11,20 7:19
  11:16,18 12:16
  14:21 16:10 18:18
  19:6,25 21:11,18
  23:16 24:7 25:10
  26:9 27:9 28:8,21
  30:2 34:25 35:6
  35:17 36:3 37:5
  37:11,20 38:5,18
  39:17 40:13 41:17
  41:24 44:23 45:6
  45:25 46:9,19
  48:10 51:14 52:2
  52:15 53:8 56:20
  59:19 62:7 65:17
  66:3 69:2 70:11
  75:13,15 80:13
  81:9,14,18 82:6
  82:12,22 83:3,7
  85:11,20,25 87:7
  88:7 89:19 90:7
  90:23 95:21 96:16
  97:20 102:2 106:2
  106:15,25 107:11
  107:21 109:19
  110:5 111:22
  113:4 114:19
  119:23
answering 6:8 94:2
  100:19
answers 4:17 6:17
Anthony 5:7
Anti-Crime 9:8,9
  9:13,18,23 10:2
  18:6,7,11,15,22
  18:23 19:11,15,18
  19:22 20:5,25
  21:14,21 22:3,12

22:17,22,25 23:13
  23:20 24:4,10,21
  25:2,14,19 26:7
  26:19,23 27:6,15
  27:20 48:25 50:13
  50:24 51:16,22
  53:10,15 80:2,4
  81:23 82:15 89:10
  111:17
anybody 6:12
  118:4
appear 78:21
appearance 58:5
  115:10,12,16,19
  117:16,19 119:8
application 30:5
apply 29:12
appointed 23:6
appreciate 100:19
approach 50:4
  61:23,25 62:4
approached 61:20
  62:9,10 63:18
  64:12,16,18 74:24
  75:2
appropriate 3:17
approved 115:11
approximate
  107:10,12
approximately 6:4
  22:11 109:23
area 13:19 16:14
  54:3
areas 16:22 17:3,5
  17:7
armed 50:16,17
  89:23,24
arrest 57:5 58:13
  58:22 65:5,7 76:5
  76:6 77:13,23
  78:8,17 81:11
  86:3,4,20 87:24
  88:18,20 89:3,7
  89:11,14 90:4
  92:23,24 96:12
  103:22 104:14
  105:6 110:16
  111:4,25 112:3

115:6 116:5 119:9
  119:14,16
arrested 57:11
  78:13,23 88:24
  98:19 100:4,9
  111:7
arrestee 78:13
  114:7
arresting 12:22
  58:16,18 75:20
  82:17 98:2
arrests 57:3 87:2
  87:18 88:2,3
arrive 79:14 81:7
  81:11 82:20
arrived 80:7 82:15
  83:15,19
Article 1:18
arts 41:10,20 42:3
asked 43:22 64:21
  65:13 66:12 67:10
  69:6,11,14 71:8
  71:11,19 72:25
  75:11 76:25 97:24
asking 6:15 21:15
  24:19 29:23 34:13
  46:15 48:15 53:8
  54:12 69:18 70:15
  77:4 94:5,7 96:21
assessment 75:13
assigned 10:14 18:5
  21:8 24:16
assignment 10:6,8
  14:23 17:19,22
  21:20 22:16 53:18
  53:19 55:7,16
assignments 53:22
assist 78:4 81:11
associate's 7:21
  29:12,16,20,24
  42:16
associated 85:18
associates 7:20
  41:8,9,15,20
attempting 84:17
attend 29:3
attended 95:19
attention 23:14

attorney 4:12
attorneys 2:5,10
  3:5
automobile 56:15
  58:24
available 15:21
  22:17 95:14,14
aware 6:19 88:17
  114:6
awhile 106:7

## B

B 4:2 91:7,9
bachelors 42:19
back 41:2 59:20,24
  60:2 62:19,24
  63:2,6,21 64:11
  64:13 71:5 76:18
  76:19,22,25 77:7
  79:5 81:7 82:19
  83:10,11,25 84:11
  84:16 90:10,16
  91:3 112:4,9,11
  112:17 113:13
  114:25 116:23
  117:15,25 118:5
  119:21
background
  114:17
backside 76:23
backwards 30:14
ballpark 10:12
based 28:18 97:20
basic 22:9
Bayside 4:10 5:23
  5:24 8:18 17:5
beat 13:19,25 113:2
began 8:11 9:18
  11:21 12:24 17:21
  18:7,22 26:11
  30:5 44:4 50:2
  52:17 54:23
beginning 10:13,23
  11:3,4,8,21 12:25
  17:15,23,25 22:21
  30:13 33:2 53:3
  73:6
behalf 102:12

belief 75:21
believe 22:8 29:13
  31:21 36:18 37:6
  44:2 56:21 59:8
  72:5 75:11,17
  84:12 86:16 93:7
  93:14,16,18 96:11
  96:18 97:9,21
  98:20 112:6
  115:21 119:2
believed 119:19
belong 70:4
belongs 118:13
better 13:17 16:21
  27:4
birth 5:8
bit 7:15 8:14 11:5
  13:5 15:15 16:21
  27:4 36:13
blocks 60:22
blood 122:17
book 114:4
bottom 58:16 91:18
Boulevard 60:13
  60:17,19,21 61:13
  112:20
break 4:22 40:20
  40:23 45:16
Brenes 1:8 4:8
  25:16 26:6 51:4,6
  55:15 56:14 67:2
  68:16 72:22 75:5
  78:7 81:16 82:2
  85:4,17 112:6
  113:12 114:21
briefing 52:25 53:2
  54:13
bring 11:7 44:19
  83:11,15 112:14
  113:18
broke 37:13
brought 77:7 83:20
  92:9 105:9,10
  106:10 107:24
  113:16 116:23
bumper 59:21
  76:24,24 77:2,7
  77:11 99:6

Burroughs 105:20

**C**

C 2:2 4:2
cadet 32:9 34:3
call 22:8 40:19
  63:12 65:24 66:4
  79:11 80:23 81:3
  81:16 84:19,22
  85:7,10,24 119:18
  119:21
called 29:8 80:15
  80:17 85:17 90:20
candidate 32:9
  34:2
capacities 1:7,8
capacity 56:16
  101:14
car 13:18,25 14:2,7
  14:8,11,11 15:5
  53:18 55:6,15
  56:11,13,17,22
  59:3,7,12,17,24
  59:25 60:3,4,8,23
  60:24 61:2,5,6,11
  61:18,25 62:14,19
  62:24 63:4,5,8,25
  70:6 71:4 75:17
  75:21,22 76:8,14
  76:16 77:2,12
  82:19 83:10 84:17
  85:18,18,20,22
  87:5 90:5,10,10
  90:13 112:4,8
  113:9,13 115:25
  116:6,6,15 117:7
  117:14,21,25
  118:5,17,19,21
  119:20
card 64:24
carrying 38:15
Carver 2:6
case 40:7 88:13
  92:2,4
CASSAR 2:4
cell 112:15 114:24
  115:3
cells 113:19

central 81:3
certain 48:16 55:20
  56:3
certainly 30:9
  109:16
certificate 98:14
certification 3:6
  122:2
certify 122:9,16
chance 64:15
change 12:7 27:19
  27:22 28:3,5,19
  107:16
changed 26:3 27:25
  28:18
changes 47:25
charge 25:22 86:7
  98:7
charged 12:21
  86:14 87:10
  115:23
charges 86:20 92:9
  92:19,23
checking 53:16
child 103:5
CHRISTOPHER
  2:4
Church 2:11
Cillis 1:7,16 5:1,7
  6:1 7:1 8:1 9:1
  10:1 11:1 12:1
  13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1,4 42:1
  43:1 44:1 45:1
  46:1,15 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1

64:1 65:1 66:1
67:1 68:1 69:1
70:1 71:1 72:1
73:1 74:1 75:1
76:1 77:1 78:1
79:1 80:1 81:1
82:1 83:1 84:1
85:1 86:1 87:1
88:1 89:1 90:1
91:1 92:1 93:1
94:1 95:1 96:1
97:1 98:1 99:1
100:1 101:1 102:1
103:1 104:1 105:1
106:1 107:1 108:1
109:1 110:1 111:1
112:1 113:1 114:1
115:1 116:1 117:1
118:1 119:1 120:1
120:3,9 121:5
circumstances
  104:14
city 1:7 8:4 13:3
  24:3 29:3,5,7 30:6
  30:16 31:12 32:10
  32:20 33:2,7
  34:16,21,22 35:12
  36:25 42:23 44:4
  44:7 48:18 54:15
  88:4 103:15 105:5
  105:19,23 106:3
  109:16 110:9
  111:10,13
civil 1:18 4:13
  101:3
clarify 4:20 20:17
  21:7 33:6 41:14
class 32:21 43:14
  94:21
classes 34:14 41:19
  41:22 42:4,7,8,10
  42:13,22 43:11
clear 57:20
clearly 100:3
clerk 3:14
close 87:21
closer 71:23
clothes 18:12 23:17

50:14,23 51:24
Code 34:11 35:14
  42:24
College 7:23 41:12
combative 68:24
come 27:3 83:22
coming 100:20
  120:4
command 25:18
commit 12:22
committed 84:13
  115:21
common 51:23
  52:4,12
Community 7:23
  29:16 41:12
compare 70:8,12
compared 70:22
  71:4
complaint 104:11
  104:25 105:4,8,18
  106:10 107:24
complaints 104:19
  104:23
complete 28:6,9
completed 7:18
  29:12,15,20,24
completely 72:13
  94:3
computer 54:17,19
  54:22 55:4,10,11
  114:9,10,14
concern 102:7
concerning 37:22
  42:22 46:17 87:18
  104:13 109:4
  114:7 119:9
concerns 46:12
conclude 120:2
concluded 119:9
concludes 119:6
condition 12:8
  17:16 67:24 92:17
conditions 11:10,11
  11:14,22,24,25
  12:3,5,17,18,25
  13:8,20,23 14:9
  17:19,22 18:3

4,18
...cted 116:25
...rence 45:22
...25
...guration 25:7
...ones 55:25 56:4
...cent 72:24
...cider 21:20
...cidered 30:15
3:9
conspicuously 98:15
consult 75:5
containers 12:23
content 39:9
contentious 78:17 78:19
continue 33:12
continuing 41:3 84:12
continuous 44:3
continuously 23:5
controlling 3:18
convicted 92:19
conviction 88:5,10 88:18
cops 18:19 25:12
copy 58:2
corner 64:5
CORPORATION 2:10
correct 5:25 8:9,24 9:2,3,10,11,16,17 9:20 10:3 11:12 13:3,11,12 14:11 14:12,14,16,17 15:6,24 16:3,5 17:16,17 18:3,8,9 19:9,10,20 20:19 20:20,22,23 21:2 23:10,11 24:17,22 25:24 26:2,13,19 27:13,17 28:12,13 28:16,19,22 29:16 29:21 30:17,18 31:12,13,15 32:14

36:23 38:16 39:10 39:25 42:16,17 44:24 56:22 64:3 65:5 70:4,8,18 71:9 74:11 83:21 91:14 92:8,11,12 105:21,24 106:12 113:24 115:6,7 118:13
corresponding 98:14
counsel 2:10 46:10 58:2
counsel's 46:11
County 91:11,12 122:5
Couple 60:22
course 47:3 52:18 55:16 102:23
courses 32:24
court 1:2 3:14 4:14 88:10,12 91:12 92:10
cover 16:24 39:5 95:8
coverage 28:17 55:21,22
covered 16:14 17:2 39:6,8,12
covers 16:18
crime 12:13,20,22 28:4 35:23 87:10 88:22
crimes 35:15,20 36:5 54:18 84:12 88:5,10 115:22
criminal 88:13 91:12 92:2,10,15 101:3
criminally 92:14
cuffs 82:18
current 8:6
currently 4:14 5:17 5:20 7:2,7,10 8:3 8:8 22:23 25:15 100:23 111:12,16
cushion 40:5
custody 84:16

112:10 116:4,7 117:17
cut 73:8,9,10,12 93:7,20 108:5

## D

DA 92:5
danger 68:19
dark 12:10,11,19 59:9
date 5:8 30:15 48:16,16,23,24 54:14 96:19 114:17 118:12
dated 91:21
day 15:13 16:11 31:24 33:21,23,25 44:18,19,25 46:22 47:2 49:2,4,6,10 49:14,19,23,24 51:2 52:20,21 53:5,6 54:18 55:6 55:8,11,12 56:5,7 56:17,18 57:3,12 57:15 58:19 85:12 85:16,19 108:20 111:12 114:15 115:22 120:12 122:21
days 46:23 47:5
daytime 13:6
dealership 84:20 85:18,20,22
dealings 119:2
Decastro 2:12 5:10 5:15,18 6:10 7:19 11:15,18 12:15 14:20 16:9 18:17 19:5,24 21:10,17 22:19 23:15 24:6 25:9 26:8 27:8 28:7,20 29:25 34:24 35:5,16 36:2,14 37:4,10 37:19 38:4,17 39:16 40:12,22 41:16,23 44:22 45:5,15,20,21,24

46:19 48:9 49:20 51:13,25 52:14 56:19 59:18 62:6 65:16 66:2 68:25 70:10,23 75:14 80:12 81:8,13,17 82:5,11,21 83:2,6 87:6 88:6,14 89:18 90:6,22 94:7 96:15 98:5 102:20,24 103:3 103:20 105:25 106:14,24 107:8 107:20 109:18 110:4,10,15,19 111:5,21 113:3,15 114:18 119:22
deceive 97:6
decide 56:7
decided 56:24
decision 59:3 61:4
deem 71:25
deemed 3:17 86:18 93:24 100:8,12
defendant 76:5 101:3
defendant's 46:11 58:2
Defendants 1:9,17 2:10
defines 97:4
definite 107:11
defraud 97:6
degree 7:20,22 29:12,16,21,24 41:8,9,15,20 42:3 42:16 92:16
Delaware 72:5 73:4 74:8,9 85:18
delay 40:3
department 2:9 8:4 13:3 24:4 34:22 54:15 103:16 105:6 110:9,23 111:14
depending 18:20 28:4
depends 24:15

119:14
deponent 104:2
deposition 3:7,12 6:22 41:3 101:11 101:12 120:2
describe 51:8
desk 50:4,6,9 53:16 58:5 112:14 113:18 115:10,12 115:16,19 117:16 117:19 118:23 119:8
details 34:5
determination 70:21 71:3,23 73:4,14 75:4
determine 84:21
devoted 46:23
different 9:25 16:11,13,19,20,24 17:12 20:11 55:13 99:17,17 111:20
differs 16:19
dip 27:7
direct 23:14
directed 6:7,16
direction 60:14 61:2
directly 10:20 60:2 60:6
discipline 110:7,12 110:14
disciplined 108:7,9 110:22,24,25
discrepancies 71:22
discretionary 65:11,12
discuss 92:4
discussed 18:14
discussion 68:10,15 77:8 113:8
dispatch 80:20 81:4
dispatchers 81:5
displayed 59:14,15 59:17 74:14 75:7 98:15
distinctive 98:12

**District** 1:2,2 4:15
**divided** 37:9
**document** 58:4,15
   64:13 65:14 67:10
   69:16 71:4 86:12
   91:9,16,19 92:2
   92:13 93:12,23
   94:10 96:24 97:10
   97:25 98:4,8,23
   118:20,20
**documentation**
   71:7
**documents** 47:13
   64:25 65:22 69:7
   69:8 70:7
**doing** 119:15
**door** 63:25
**Douglaston** 8:18
   17:3
**draw** 68:21
**dressed** 50:11
   52:18,23,24 53:16
   55:5,14
**drive** 13:18 56:9
   98:10
**driven** 58:24
**driver** 59:13 64:13
   64:16 65:4 67:2
   67:11 68:16,23
   72:17,24 75:4
**driver's** 47:22
   61:20 62:9 63:18
   64:6,6,10,18,23
   65:8,13,14,19,24
   66:4 114:2
**driving** 13:24 56:11
   56:25 59:13 61:15
   87:5 99:9,16
   113:2
**drove** 90:16 112:11
**drugs** 7:5,11
**due** 101:13
**duly** 4:3 122:11
**duties** 13:24 65:3
   101:9,17 119:8
**dwindled** 18:21

**E**

**E** 2:2,2 4:2,2
**earlier** 49:12 76:2
   86:10 93:2,5
   94:17 107:13
   119:18
**early** 89:9
**East** 2:6 55:21
**Eastern** 1:2 4:15
**education** 7:16,17
**effect** 3:13 74:2
**eight** 13:16
**eight-hour** 13:15
**eight-hours** 13:14
**either** 27:15 80:19
   85:4,17 113:11
   117:15
**elaborate** 12:5
   53:24 72:3 84:14
**elapsed** 77:12
   83:24
**emergencies** 114:6
**employed** 8:3 48:18
   48:21 111:12
**employee** 54:16
**employment** 7:16
   14:18
**encompass** 16:16
**endeavor** 4:22
   46:13
**enforcement** 45:17
   46:3,4
**entail** 45:14
**entailed** 117:11
**entire** 25:25 34:2
   82:3
**entrance** 31:11
**entry** 29:8,9 30:21
**equal** 17:12,14
**ESQ** 2:7,12
**Evan** 57:6
**Evangelos** 1:4 4:13
   57:8 58:7,25
**evening** 49:7 85:13
**everyday** 34:17
**evoke** 103:6
**exact** 66:24 73:21
   86:8
**exactly** 26:15

104:11,20 114:20
**exam** 22:14 37:14
   37:17 38:15,23
   39:8 43:20
**examination** 1:16
   4:5 32:13 41:5
   103:12 121:4
   122:10,13
**examined** 4:4
**example** 12:8,20
   35:22 43:13 72:12
**examples** 47:21
**exams** 37:6,12,22
   37:25
**exception** 40:10
**excessive** 103:22
   104:7 110:16
   111:4
**exchange** 78:12,18
**exchanged** 113:11
**excuse** 20:9
**execution** 65:3
**Exhibit** 58:3 91:7,9
**exists** 25:3
**exit** 76:10,21
**exited** 76:16
**expected** 49:16
**experience** 45:2
   51:22 74:13 88:4
**explain** 28:9 30:25
   52:3 53:2,12
   75:16 87:8 88:23
   93:25 94:3 97:23
   117:9
**explained** 66:14
   93:2,4 96:4
**explaining** 22:11
   42:21
**explanation** 4:25
**exterior** 99:7,8
**external** 70:2

**F**

**F.R.C.P** 3:16,18
**facing** 63:21
**fact** 87:14
**faded** 72:14,15
   73:5,9 93:6

**failed** 38:10,22
   40:2
**false** 103:22,23
   104:5 105:6
   110:16,17 111:4
**familiar** 79:22
**family** 102:5
**far** 21:19 60:21
   81:10 112:19,21
**fastened** 98:17
**favor** 96:24
**federal** 3:2 4:14
**feel** 68:18
**felt** 21:23
**field** 10:9,10,14,19
**filing** 3:6
**finally** 71:18
**find** 30:4 89:25
   98:22
**finding** 97:21
**fingerprinting**
   113:20
**fingerprints** 115:8
**finished** 103:11
**firearm** 50:18
**first** 4:3 10:6,8
   27:22 32:5,11
   33:18 38:2,9,10
   38:13,16,19 50:6
   53:8 54:10 64:10
   73:7,13 88:21,24
   89:6 93:20
**five** 13:15,16 18:19
   19:11,17,18,21
   26:15 27:11,12
   47:5 51:17 77:15
   87:21
**five-minute** 40:20
**Flushing** 8:20,21
**focus** 42:2 54:9
**follow** 119:11
**following** 10:20
**follows** 4:4
**foot** 15:2
**force** 3:13 103:22
   104:7 110:16
   111:4
**forged** 36:10,21

46:17,24 47:8,12
   47:16,20 48:2,7
   48:13 86:5 87:11
   87:14,15 88:15,18
   88:21,25 92:15,24
   93:17,22 94:3,5,9
   94:16,17,23 95:5
   95:8,18 96:3,20
   97:2,7,8,10,15,22
   97:25 98:4 100:9
   118:20
**forgeries** 47:13,18
**forgery** 36:21 48:6
   93:14
**form** 3:9 43:6,8,9
   44:22 47:16 48:7
   92:22 94:19 95:13
**format** 95:13
**forth** 122:11
**found** 118:21
**four** 13:14 18:25
   26:12,15,20,22
   82:8
**Francis** 60:13
   61:13 112:19
**frequent** 52:5,11
   52:12
**Friday** 85:15
**friend** 75:12
**friend's** 75:17
**front** 62:14 63:3,5
   92:22 93:12 98:8
   98:16 116:16
**full** 5:6 14:13
**fully** 95:25
**functions** 107:19
**further** 3:8,11,15
   41:5 103:12
   122:16

**G**

**G-O-L-D-E-N**
   79:20
**G-O-L-D-M-A-N**
   79:19
**gap** 21:7
**garage** 116:11,14
**Garcia** 79:18,21

80:4 81:6 82:2,20
83:5,14,19 90:20
112:8
**general** 8:16 41:22
53:7 94:8,9
**generally** 8:22 15:2
15:11 46:2 53:8
**geographic** 8:15
16:17
**geographical** 54:3
**Gerasimou** 1:4
4:13 57:7,8 58:7
58:19,25 64:19
66:7 67:11 68:11
75:9 76:10 77:23
78:8 79:2 82:18
82:25 83:5,9,15
83:20,24 84:10
89:13 90:3,9 91:2
92:14,18,22 97:9
98:19 100:4 112:2
113:9,12 114:11
114:23 116:19
117:18,24 118:23
119:7
**Gerasimou's** 60:23
61:11 112:8
115:25 116:6
117:7
**gestures** 5:2
**give** 5:15 6:7,16
12:20 37:16 66:21
83:23 94:25
107:11 117:15
118:4,7
**given** 14:23 15:13
15:22 16:12 85:23
122:14
**giving** 72:24
**glass** 64:7
**go** 11:10 23:19,21
23:24 24:10 32:25
40:20 41:2 44:13
44:16,25 46:3
50:11,13 54:17
55:4 105:11,12
106:5,6,12 109:16
113:6 115:20

117:14
**goal** 43:19
**goes** 45:16 98:25
**going** 4:16 5:10 6:8
7:15 28:23 41:2
45:24 46:4 48:15
54:22 69:20 88:12
91:6 103:3,20
111:20,24 120:2
**Golden** 79:18 80:3
81:6 82:2,19,24
83:14,19 90:19
112:8
**government** 94:13
**graduate** 7:24
**graduated** 30:10,12
32:19 42:15 43:2
**graduation** 30:15
40:3
**ground** 98:18
**grounds** 5:12
**group** 9:5 19:14
82:3
**guess** 16:20 29:8
59:20 63:12,23
95:25 108:10
**guide** 33:5,7,12
34:6 42:23
**guilty** 98:20
**gun** 68:21

**H**
**half** 13:16
**hand** 4:25 91:6
122:21
**handcuff** 77:25
**handcuffed** 78:3
79:4 83:10 84:11
90:4,9 112:4
**handcuffing** 78:4
**handcuffs** 79:2
84:16 91:2
**handing** 91:8,10
**hands** 71:19
**happen** 107:8
109:15
**happened** 32:24
39:22 52:22 55:17

58:12 61:19 66:13
69:4 71:20 73:3
77:25 80:10 86:2
90:25 103:5
107:23 113:17
115:9,24 117:6
**happens** 11:8 32:16
32:23 52:18 53:14
53:17 55:7 119:12
**happy** 10:7
**harder** 39:14
**head** 5:2
**headed** 60:16
**heading** 60:20
**heard** 108:24
**hearing** 24:15
**held** 1:19
**help** 10:15 13:17
17:18 18:10 19:8
21:3 22:6 27:4
39:2 41:14 63:20
64:22 104:9
108:15
**hereinbefore**
122:11
**hereunto** 122:20
**higher** 98:17
**highest** 7:17
**highways** 98:11
**Hills** 8:19 17:7
**hire** 28:3
**hold** 9:2 115:18
**Hollis** 8:19 17:7
**homicides** 35:23
**honest** 42:7 93:12
97:12 105:17
106:8,18 107:15
117:23
**hoping** 69:8,17
**hot** 57:22
**hour** 84:3,4,4
112:22
**hours** 13:16 19:16
28:4,11,15
**humanities** 42:4
**Huntington** 2:6

**I**

**idea** 49:15 54:9
108:10
**identifiable** 14:11
**identification**
98:13
**identity** 66:9
**III** 2:7
**illegal** 7:5,11
**illicit** 7:11 46:14
**immediate** 68:12
**immediately** 68:10
79:4 83:11 116:5
**impede** 46:2
**inches** 98:17,18
**incident** 64:9 109:4
**include** 33:21
**included** 33:24
**Including** 36:21
**INDEX** 121:2
**indicate** 4:20,24
**indicated** 8:8
**indicating** 20:10
88:16
**individual** 1:7,8
68:7 99:9
**individuals** 87:9
**influence** 7:2
**information** 5:13
45:17 46:12,14
54:14 64:21 66:13
68:14 69:11 70:3
71:12,20 76:13
94:11,12 102:21
103:7
**informed** 54:13
**infraction** 98:20
**infrequent** 52:10
**injure** 97:6
**inside** 63:12,14,16
64:7 74:5
**instance** 117:18
**instrument** 86:5
87:11,14 88:15,18
88:21 92:15,25
93:17,22 94:4,6,9
94:18 95:6 97:7
97:16,22
**instruments** 36:11

36:21 46:18,24
47:8,12,16,17,20
48:2,8,13 92:11
94:16,23 95:8,19
96:3 97:2
**insurance** 64:24
69:10,15,18
**intensely** 34:20
**intent** 97:6
**interaction** 64:20
**interest** 103:7
**interested** 122:18
**internal** 103:15
104:4,18,25 105:5
105:22 106:23
107:24 108:22
109:13
**interrupt** 33:9
**inventory** 116:17
116:25 117:3,7,12
117:15,20 118:16
**investigate** 84:12
**investigated** 103:14
103:18 104:4
105:22 106:23
107:19 109:9,12
**investigation**
104:13 108:11,12
108:23 110:2
**investigations**
11:23 23:13
104:17
**involve** 102:16
**involved** 102:3,4,9
102:11
**issuance** 92:16
**issue** 48:17 58:8,10
**issued** 58:6 115:12
117:18 118:23
**issuer** 119:19

**J**
**J** 2:4
**January** 32:22 33:3
33:18 37:8
**job** 11:24 43:4 44:7
94:15 96:2 101:5
101:6 107:19

108:3 111:9
Joe 4:12
**JOHN** 1:7
**JOSEPH** 2:7
**Judge** 3:14
**July** 30:13 32:20
  37:8
**jump** 31:18
**juncture** 64:9
**June** 30:13 32:20
  37:8 48:19,24
  49:8,18,25 50:13
  50:24 51:5 52:17
  52:25 54:23 55:14
  56:11 58:19,23
  66:6 81:20 86:25
  88:21 114:10
  117:7

**K**

**Kalberer** 1:20
  122:7,24
**Karlya** 2:7 4:6,12
  6:13 36:16 40:18
  40:25 41:6 45:19
  46:10 70:25 91:6
  102:23 103:9,13
  103:25 119:25
  121:5
**keep** 109:7
**kept** 59:22
**keys** 117:25 118:5
  118:6,8
**kind** 41:19
**knew** 97:9,24 98:4
**know** 4:22,23 21:19
  35:7,18 37:12
  42:6 44:12 46:16
  46:23 48:14 51:20
  53:9,17 55:3,11
  57:16,17,18,19
  60:6 62:8 63:16
  72:21 73:17 77:14
  77:16 78:9 80:7
  81:15,19 82:8,13
  82:23 83:4,8 84:2
  84:20 85:22,23
  86:7 87:20,22

88:11 92:18,20
93:11,25 95:16
96:7 97:11,21
98:2,3,6 99:12,13
99:14,15,20,21,23
100:25 101:5,22
101:25 102:16,18
104:11,19,20,20
104:24 105:9,16
106:3,8,20 108:10
109:5,8,9,14,20
109:21,24 111:23
112:24 113:5
114:8,22 115:24
116:13,20,21
117:22 118:4,19
118:22,24 119:4
119:10,17
**knowing** 97:8
**knowledge** 86:18
  88:3
**known** 47:25

**L**

**late** 11:2
**law** 1:18 2:4,9
  33:16,16 34:11,15
  34:21 35:14 36:7
  36:20,25 37:18,23
  38:2,16 45:17
  46:3,4 59:16
  73:22 96:25 99:16
  99:19 102:5
**life** 12:2,17
**lights** 61:5,10
**limit** 103:21
**limitations** 110:11
**limited** 55:20,25
  95:12
**Limiting** 110:15
**line** 59:24 85:11
  119:4
**literature** 42:5
**little** 7:15 8:14,18
  11:5 13:5,17
  15:15 16:21 27:4
  36:13 40:5,18
  97:4
**located** 54:19

**legitimate** 70:6
**Let's** 101:6
**letter** 73:7,13 93:20
**level** 7:17 12:13
  43:21
**Lewis** 60:13 61:13
  112:20
**liberal** 41:10,20
  42:3
**licences** 70:19
**license** 47:22,22
  59:14,14,16,21
  62:12,13,17,21,23
  63:2,3,7,10,14
  64:11,23 65:8,14
  65:15,20,24 66:4
  66:17,19 67:7,17
  68:13 69:4,20,23
  70:4,7,16 71:5,16
  71:18,21,25 72:5
  72:18 73:5,7,16
  73:23,24,25 74:8
  74:9,13,17,18
  75:3,6 77:9 84:18
  84:21 86:8,10,15
  86:16,17,19 87:11
  87:13,14,15,19
  88:25 93:3 96:18
  98:23 99:2,5,22
  100:5,8,8,10,12
  100:13 114:2
  119:20
**lawsuit** 4:14 48:17
  57:9 101:3
**lawsuits** 100:24
**lawyer** 6:12,16
  108:15
**lead** 65:7
**learning** 37:3
**leave** 27:3 45:22
  79:3 102:25
  118:24
**leaves** 119:7,7
**led** 88:18
**left** 64:5,6 83:22
  117:25
**legal** 93:23 99:21

**location** 44:13 81:4
  83:11 92:16 98:24
  98:25 99:3
**locations** 16:19
  18:13
**lodge** 112:14,15
  113:19,19
**long** 6:2 9:12 10:22
  17:22 25:17,18
  29:13 44:16 57:15
  77:11,14,18 82:18
  84:5 106:16,19
  112:16 115:3
**look** 28:6 54:17
  64:15 65:19 72:18
  87:25 96:10
  117:22
**looked** 70:24 71:21
  75:24 96:11,13
**looking** 70:3,19,20
  71:15
**low** 12:12 99:5
**lower** 98:18
**Lynn** 1:20 122:7,24

**M**

**making** 12:21 87:2
  87:23 89:7 117:16
**Manhattan** 105:20
  106:6,8,12
**manner** 34:14 62:5
**manpower** 81:12
**MARIA** 2:12
**marked** 14:6,8,10
  57:25 91:7,8 98:9
**marriage** 122:18
**match** 69:20,22
**matched** 70:16
**material** 39:7,9
**mathematic** 42:8
  42:10
**matter** 98:13 101:4
  102:5 122:19
**mean** 12:6 16:13
  19:18 20:11,12
  25:6 28:2 30:25
  33:6,9 35:4 36:14
  37:7,14 38:8 39:4

40:14 51:8,17,19
52:3,21 55:22
57:8 61:15 63:21
63:24,25 64:22
69:25 70:12 72:3
72:8 76:7 77:24
80:5 85:3 93:5,9
95:4 99:25 101:23
102:10 104:16
105:13 106:17
107:18 112:12
114:13 116:3
**meaning** 4:25 7:11
  13:19 15:23 25:18
  33:21 35:3,7 42:4
  43:20 50:3 51:2
  67:25 74:16 78:19
  78:20 79:6 85:15
  99:7 101:3 105:20
  108:25
**medications** 7:8,10
  7:11
**meet** 64:12
**member** 22:12,20
  23:19 24:10 50:12
  110:8
**memory** 106:18
**mention** 29:17
**mentioned** 26:14
  27:14 28:17 46:21
**metal** 99:11
**Michael** 1:7,16 5:1
  5:7 6:1 7:1 8:1
  9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1,4
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1

54:1 55:1 56:1
57:1 58:1 59:1
60:1 61:1 62:1
63:1 64:1 65:1
66:1 67:1 68:1
69:1 70:1 71:1
72:1 73:1 74:1
75:1 76:1 77:1
78:1 79:1 80:1
81:1 82:1 83:1
84:1 85:1 86:1
87:1 88:1 89:1
90:1 91:1 92:1
93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1,3,9 121:5
mid 10:14
middle 10:13,24,25
 34:7
midnight 20:12
mile 16:17
miles 16:20
military 20:10
minor 102:14,15,19
minutes 77:15,18
 77:19,20 84:5
Miranda 91:4
mirror 64:2
misdemeanors
 35:25
moment 47:23
 115:6
Monday 85:15
months 37:15 44:2
morning 20:13
motor 98:11
moving 60:4,10,24
 61:2

**N**

N 2:2 4:2

name 4:7,12 5:6
 57:6
names 42:6
narrow 46:13 48:4
 66:5
necessarily 65:6
Neck 8:18
need 4:21,22 12:3
 29:6,11 40:7
 67:20 114:6
 118:18
needed 38:3 67:22
neighborhood
 12:13 17:9 23:18
 55:24
neighborhoods
 16:24 17:13
never 6:25 55:10
 70:23 95:20
 101:10,12 106:7
 110:24,25
new 1:2,7,12,22 2:6
 2:9,11,11 4:10,15
 5:24 8:4 13:2
 24:3 29:3,5,7 30:5
 30:15 31:11 32:10
 32:19,25 33:7,16
 34:10,15,16,21,22
 35:11,13 36:24,25
 37:17,22,25 38:15
 39:7 42:23,23
 44:4,7 48:5,18
 54:15 74:14 87:16
 88:4 99:19 103:15
 105:5,19 106:3
 110:8 111:10,13
 122:4,9
nighttime 13:7 49:7
 49:7,8,9,17,17
nine 6:3
nod 5:2
Normally 99:5
North 55:21
northeast 8:23
Northern 60:16,19
 60:20,21
Notary 1:21 3:13
 4:3 120:15 122:8

noted 120:6
Notice 1:19
noticed 64:10,13
 73:6,11,16 74:25
 75:25
number 28:14
 51:20 69:23 73:7
 73:12 85:23 87:20
 87:22 92:16 98:12
 98:12,13
numbers 70:16
 76:3 93:6 98:12
NYPD 94:24,25

**O**

O 4:2
oath 4:18 6:19
object 5:11 21:10
objection 5:10,18
 6:10 11:15 12:15
 14:20 16:9 18:17
 19:5,24 21:17
 22:19 23:15 24:6
 25:9 26:8 27:8
 28:7,20 29:25
 34:24 35:5,16
 36:2,14 37:4,10
 37:19 38:4,17
 39:16 40:12 41:16
 41:23 44:22 45:5
 48:9 51:13,25
 52:14 56:19 59:18
 62:6 65:16 66:2
 68:25 70:10,23
 75:14 80:12 81:8
 81:13,17 82:5,11
 82:21 83:2,6 87:6
 88:6,14 89:18
 90:6,22 96:15
 98:5 103:20 104:2
 105:25 106:14,24
 107:20 109:18
 110:4,10,15
 111:21 113:3,15
 114:18 119:22
objections 3:9
observation 96:13
observe 62:14

observed 60:23
 93:7,13 96:9
obstructed 72:13
obviously 116:22
occasional 43:14
occasionally 43:12
 51:7,9
occupational
 110:14
occur 12:21 27:23
 46:22 54:25 67:14
 80:16,24
occurred 48:13
 54:18 64:20 68:12
 77:22,24 111:25
occurrence 52:5,10
 53:3
occurring 21:9
occurs 53:10
October 1:13 23:21
 122:21
offenses 12:2,13
offering 117:24
offhand 65:10
office 2:10 79:18
 103:15 105:5,12
officer 6:5 8:7,12
 9:2,10,12,18,22
 11:25 15:18 16:4
 16:6 18:10 19:9
 22:3 24:20,21,24
 25:3 27:20 28:25
 29:4 30:6,16 33:7
 34:6 41:4,7 43:3
 43:11 44:4,8 45:3
 46:15 47:3 48:19
 48:21 50:24 51:22
 51:23 52:6 54:7
 54:14 56:16 58:16
 58:19 61:22 62:4
 65:4 74:13 75:5
 79:18 80:3,4 81:6
 81:6,25 82:2,2,20
 82:24 83:5 88:5
 90:17,19,20 91:7
 94:22 95:15 96:3
 98:2 101:9,14
 103:8 104:3

111:10,13 120:3
officers 11:13
 18:15,23,25 19:4
 19:11,17,18,21
 24:4 26:5,6,15,20
 26:22 27:7 52:13
 52:13 62:3 79:11
 79:14,17,22 80:7
 80:22,23,23 81:21
 82:15,16,19 83:14
 83:19 90:14,19
 96:10 112:7 117:2
OFFICES 2:4
official 1:7,8 5:12
 56:16 101:14
offsite 44:13
okay 13:13 40:22
 103:3,9 107:12
old 5:14
once 45:8 48:13
 51:3 52:24 55:4
 66:12 67:7 73:14
 74:23 76:16 87:2
 90:9 103:19
 108:18,19 109:15
 110:2 112:3,10
 118:23
oo0oo 3:21
open 12:23 40:15
 66:8 88:10
operate 98:10
operating 82:3
opinion 51:21
opportunity 39:19
 65:23 67:12 88:9
options 107:17
order 29:3,12
 30:15 32:9 33:17
 70:9,13
outcome 122:19
outer 99:23,25
outline 22:9
outlines 96:25
outside 45:20 70:2
 73:19 74:4,10
 75:24 79:3 94:20
 101:16 102:20
 105:15 116:12

owner 69:24

**P**

P 2:2,2
P.C 2:5
p.m 13:11 20:14,16
20:18,21 27:16
49:11 59:8 85:19
120:6
page 91:15 121:4
pair 80:22 82:10
paired 15:7,11,16
15:17,20 24:21
51:6,11,24 52:6
52:13 55:5,6,15
paperwork 117:23
118:18 119:11,15
parents 101:20,22
101:24 102:9,11
park 12:10,10,19
98:10
part 8:19,20,21
13:24 33:22,22
36:8 55:20 73:7
73:11 74:20 93:6
99:24,25
participated 95:19
parties 3:5,16
122:17
partner 15:23
23:22,24 24:5,9
partnered 24:22
Parts 71:25
party 100:23
pass 31:8 32:5
37:23 38:2
passed 31:10,14
32:11,12,14 38:9
38:12,16,19,20
39:23,24
passenger 62:2
patrol 10:17,22
11:4,9 13:19
14:15,23 17:3,5,7
23:18,19,21,24
24:5,10,16 25:4
28:12 33:5,7,11
34:6 42:23 51:24

52:7 55:18,19,20
55:23 56:5,8,24
107:17
patrolled 16:8,22
17:10,13 56:9
patrolling 18:13
54:4
patrolman 15:17
16:6,23
pay 108:5
pealing 68:5
pedigree 64:21
66:13 68:14 70:3
76:13
Penal 33:14,15,16
33:16 34:10,11,15
34:21 35:13 36:25
37:18,23,25 38:15
42:24 96:25
pending 4:14
people 12:10,22
18:20 27:3,3
percent 31:21
period 14:25 15:16
37:8 49:25 51:5
62:10 83:18
103:23
periods 54:13
permissible 99:15
permission 67:16
72:17
permits 40:6
person 16:2 50:22
57:11 89:14,17,25
person's 117:14
personally 101:20
pertained 43:4
pertaining 12:12
35:13 36:10 38:15
38:24 48:17 94:16
101:8
pertains 96:3 97:2
pertinent 54:14
phone 84:19,22
85:9,24 119:18
photograph 115:9
photographing
113:20

physical 31:6,14,16
31:18 32:13 33:4
33:10,18,22,24,25
78:24 99:11
physically 116:5
place 1:20 76:6
82:18 86:4 99:18
105:18 112:10
placed 74:5 76:5
77:12,22 78:7
79:2 84:16,22
85:7,24,25 86:3
89:13 90:3,4,10
90:25 91:3 92:23
98:17,24 112:3
115:5 119:19
places 99:17
plain 18:12 23:17
50:14,23 51:24
plaintiff 1:5,17 2:5
4:13 46:10 57:9
60:7 101:2
Plaintiff's 57:25
58:3
plate 59:14,16,22
62:12,13,18,21,24
63:2,3,7,10,14
64:11 66:17,19
67:8,17 68:13
69:5,21,23 70:8
70:17,19 71:5,16
71:18,21,25 72:5
72:18 73:5,7,11
73:16,23,24,25
74:8,9,9,17,18
75:3,6,24 76:2
77:9 84:18,21
86:9,11,15,16,17
86:19 87:11,13,14
88:25 93:3,13
96:9,19 98:23
99:2,5,18,22
100:5,8,8,10,12
100:13 119:20
plates 47:22 62:11
62:23 74:13 82:17
87:16,16,19 92:17
98:13 99:11

118:19
plays 23:13
Plaza 1:11
please 4:7,9,20,21
4:23 5:6 10:4,11
11:7 23:12 29:2
30:14 33:12 38:7
53:24 74:2 80:25
91:15 97:5,23
107:12 117:10
point 62:19 76:10
police 6:5 8:4,7,12
9:2,10,22 11:24
13:3,18,24 14:6
14:11 15:5 16:6
18:25 19:11 22:3
24:4,20 27:20
28:24 29:4,5,7
30:6,16 31:12
32:10,17,20,21
33:2,7 34:6,16,22
34:23 35:12 37:2
41:3 42:24 43:3
43:10 44:7 45:3
47:3 48:19,21
51:22 54:15 56:16
60:3,8 61:5 65:4
74:13 79:8 82:16
82:19 83:25 84:17
88:5 90:10 94:22
95:15 96:2 101:9
101:14 103:15
104:3 105:5 110:9
110:23 111:10,13
114:24 116:4,6
Policeman's 42:23
policing 8:16 12:14
21:8 54:4 87:10
policy 24:3
portion 8:23 56:3
position 9:2 10:16
110:8 111:10
positive 114:12,13
119:13
possess 97:7
possession 86:5
92:15
possibility 40:15

possible 82:9
posting 22:4
potential 22:16
PowerPoint 47:12
47:16 96:4
PowerPoints 47:9
47:10
Practice 1:18
precinct 5:21 8:9
8:15,16 9:19,22
10:15 12:4,6,9
13:2,23 16:14
19:15 21:8,15
22:18,20 25:15,19
28:3 48:22 53:15
54:20 56:4,9
58:11 80:5 83:16
83:21 90:16
105:13 112:17
113:6,13 116:10
116:16,23 118:2
preliminary 31:6
prepare 32:2
prescribed 7:7,12
present 21:16 23:9
23:21
presentation 47:17
presentations 96:5
previous 39:5
previously 95:7
prior 9:25 31:5
83:20 89:8 103:21
private 103:7
privilege 45:18
46:5 103:6
privileged 5:12
46:12,14
probably 7:25
10:24 30:9 72:6,8
problem 11:20
100:18
procedurally 50:2
proceed 11:23
process 30:5 114:4
114:23 116:20
117:10
processed 113:23
116:18

processing 83:12
83:16,21
promotion 21:21
pronounce 57:6
proper 94:10,11
98:24
properly 72:9 75:7
property 117:20
protocol 62:3,8
prove 37:2
provide 64:25 65:4
66:15 69:14,18
81:12 94:22
provided 3:16
65:15 96:25
provision 96:25
psychological 31:3
32:12
public 1:21 3:13
4:4 98:11 120:15
122:8
pull 58:24 59:3,6
61:4,17 87:12
pulled 59:11,23
60:7,12 61:11,18
62:15 64:19 65:20
66:6,12,14 67:3
68:11 74:21,23
75:3,10 97:10
100:7
purchased 99:10
purpose 90:20
pursuant 1:17
92:21
pursue 43:18
put 14:22 22:4,7
61:10 79:5,8
112:4 115:10

**Q**

qualified 31:11
quality 12:2,17
Queens 5:24,25
8:23 16:25 55:21
91:11,12 92:4
105:15
question 4:20 13:22
15:15 17:20 34:12

35:19 43:7 48:4
53:12 66:5 67:2
71:2 95:21 96:19
107:16 108:18
119:20
questioned 108:13
108:16 109:6
questioning 77:8
questions 4:17 6:8
6:17,20 28:23
45:25 46:6,13,15
48:16 58:21 75:10
100:17,20 103:10
111:25

**R**

R 2:2 4:2
radio 80:19 81:2,3
raining 57:17,18,19
ran 62:11 114:16
randomly 80:11
range 43:15,16,17
43:19,24
rank 8:6
ranks 81:22
reached 43:21
read 72:9,10,11
91:4 97:5
reading 74:8
really 93:25
rear 63:13,14,16,19
63:21 64:7 66:23
67:8 98:16
rearview 64:2
reason 59:11 66:15
70:14 86:6 115:18
recall 19:3 26:15
26:18,21,24 27:2
27:24 29:10,11
30:8 31:25 34:8
34:18 35:3 36:17
37:21 38:25 39:15
39:18 41:21,25
42:12 47:4,6
48:14 49:5,10,13
52:22 57:14,16,23
59:10 61:9 65:21
66:10 67:15,15

68:17 69:3 71:10
71:13,15 72:19,21
72:22,23,24 73:2
75:8 77:3,4,6,10
77:16,21 78:14,16
80:14 82:7,14
84:23 85:6,14,16
85:19 89:12,22
90:2,18,24 101:10
101:13 102:8,10
104:8,15,16,17
105:3,7 112:18
113:10,14 114:3
115:4 119:15
receive 7:21 36:19
43:3 44:7,14
47:24 48:6 94:15
95:11,22 115:19
received 36:24
41:15 42:22 46:7
46:17 47:7,11,15
85:25 94:14 95:2
96:2 115:16
recognize 91:23
recollection 84:25
109:25
record 4:7,9 40:21
41:3 88:16 102:17
118:12 122:14
recovered 63:7,10
recruit 34:4,16,22
35:11 36:25
reenter 76:22
referring 73:22
refine 15:15 35:19
70:25
regard 111:2
region 8:15 16:14
16:17
registered 69:24
registration 64:24
65:9 69:10,19,24
70:7,15,20 71:4
71:11,19 98:15
regroup 32:8
related 36:5 122:16
released 58:11
115:13,15 118:25

119:3,17
relevant 103:6
remain 111:19
remember 7:25
19:7 30:9 38:11
39:12 47:23 54:22
54:24 57:20 65:2
67:24 68:2,4,9,20
71:6 75:18 76:12
81:20,24 87:23,25
88:12 89:6,20
96:17 104:9
105:17 106:5,21
107:3,5,6,7,15,22
108:2,17,21
109:11,16 114:14
114:20 117:24
118:3,15
removed 68:8
112:8
removing 90:20
repeat 6:14 11:19
13:21 17:20 21:12
22:24 24:18 34:12
43:7 47:14 60:5
65:18 70:5 74:2
90:8 110:18
rephrase 110:21
reply 103:25
reporter 1:21 122:8
require 31:16
requirement 74:12
requirements
73:22
reserved 3:9
reside 5:17
respect 3:19
respective 3:5
response 4:24
33:13 66:21
result 85:9 88:5
108:22,25 117:19
retest 40:6,15
reversal 28:6,9
review 47:8,21
68:12 71:24 91:15
reviewed 69:6 77:9
100:11

ride 113:13
right 10:6,19 14:10
23:8 26:7,12
30:10 40:25 60:11
61:13,14,17 66:5
82:4 83:9 98:4
107:17 109:6
113:6 117:5
119:12
rights 3:16 91:4
Road 112:19
role 23:12
room 45:22
rotated 20:7
roughly 44:3
route 112:23,24,25
113:5
Rules 1:18
run 31:18 62:23
114:8,10
running 77:2
RXR 1:11

**S**

S 2:2 4:2,2
safety 68:19,24
saw 69:4
saying 52:9,11
62:22 70:6 82:9
98:3 100:5 110:12
116:8
scene 78:10,11
79:12,14 80:8,10
80:15,17,24 82:16
83:15,20 90:5,11
90:12,13 112:8,16
116:8,9,22
science 42:13
scope 101:16
Scott 4:8
scratch 64:5
screenings 31:2
sealed 102:17
sealing 3:6
search 89:14
103:23 105:2
110:17 111:5,6
116:15,25 117:3,7

117:12 118:16
searched 89:16
  90:5,11 117:20
seat 76:22
second 38:20 39:24
  69:18 70:15,20,22
  91:15 98:7
section 59:20 97:5
sections 3:18
sector 14:22,24
  16:11,16,18 54:2
sectors 16:7
securely 98:16
see 62:18,21,23,25
  63:5,19,25 67:10
  67:23 70:6,9,15
  70:16 74:17 99:2
  115:11 118:18
selected 22:2
sense 8:17 68:23
  112:25
September 5:9
  17:23 18:2,8 20:6
  22:21 23:2,20
  41:13

sergeant 15:22
  18:20 19:2,4,9,22
  25:2,14,16,17,18
  25:22 26:6 51:4,6
  51:12,24 52:6
  55:15 56:14 61:22
  62:4 66:25 67:2
  68:16 72:22 78:7
  81:16 82:17 85:4
  85:17 96:11 112:6
  113:12 114:21
sergeants 25:12
  81:21
series 4:16
set 56:4 80:22,23
  98:12 122:11,20
shield 50:20,21
shift 19:22 20:6,15
  20:18,21 49:4,6,8
  49:9,16,17,17
  50:2,3,5,7,10,14
  51:3,12 52:17,19
  52:25 53:4,10,14

53:20,23 54:10,11
  54:23 55:2,16
  56:17 81:22
shifts 13:5,14,15
  19:19,23 20:24
  21:4 27:15,19,23
  28:18 51:7
shooting 43:17,19
  43:24
show 57:24 65:8
  67:12 92:13
shown 47:13,17
  72:6,8
shows 43:21
side 61:13,14,16,20
  62:2,10 63:18,24
  64:6,18 76:2
sight 119:4
sign 50:3,4,5,9 51:3
  54:10
signature 91:18,23
signed 3:12,14
  91:16 92:6
simultaneous 10:20
siren 61:8
site 59:24
sitting 62:20
six 9:14,15 23:9
  25:21 44:2
slow 4:21
small 21:7
social 42:5
sole 19:14 59:3
solicit 69:9
somebody 65:7
  82:17 84:24 85:3
  87:4 88:25
sorry 13:12 29:22
  33:9 57:10 83:17
  116:8 118:20
sound 61:8 84:5
sounds 94:2
south 60:19,20,20
southbound 60:15
  60:16 61:3
speak 82:24 83:5
  105:11
specific 6:7,16 9:4

9:5 12:3 17:9
  19:16 35:7 39:9
  42:2,6 46:6 48:16
  49:24 51:20 53:4
  54:2 55:23 58:21
  66:18 73:18 94:5
  97:4 119:16
specifically 8:15
  49:23 52:21 53:11
specifics 35:18
speculate 53:9
speed 11:7
spot 70:9
square 16:17
ss 122:4
stand 76:17,23,25
start 8:25 9:25
  32:21 33:17,18
  34:6 49:9,16,22
  50:7 52:24 53:23
  55:2 101:6
started 10:7 19:13
  20:5 22:25 27:15
  27:18 28:12 49:11
  49:13 51:3 55:19
  55:19
starting 23:8
state 1:21 4:7,9
  20:10 33:16 34:10
  34:15 35:13 36:25
  37:18 42:24 74:14
  87:16,19 93:24
  94:12 99:19 122:4
  122:8
state's 98:11
stated 73:25 74:24
  93:15 94:17
statement 22:11
statements 103:23
  104:5 110:17
states 1:2 58:15
  99:17
station 112:5,9,11
  112:12 113:16
  114:24 119:7,7
stationary 60:3,4,9
stay 28:14
stenotype 1:20

122:7
step 45:20 102:20
STIPULATED 3:4
  3:8,11,15
STIPULATIONS
  3:2
stop 61:11,18 66:11
street 2:6,11 4:10
  14:4 60:11 61:15
  61:16 116:14
struggle 78:24,25
student 41:11
studied 33:11 35:22
  35:25
studies 36:8 42:5
  42:18
study 32:2 33:5
  34:14,21 35:13,15
  35:20
studying 34:5,10
stuff 117:15
subject 110:7,13
Subscribed 120:11
subsequent 58:12
suddenly 82:16
sued 101:8,13,17
  101:19
Suffolk 7:23 29:16
  41:11 122:5
suing 102:11
suit 102:3,16
summer 10:25
superior 15:18 16:4
  19:9 24:24 25:3
  54:6,14
supervisor 15:14
supports 92:9,10
supposed 99:23
sure 4:23 11:20
  12:21 13:22 14:10
  17:21 21:13 29:14
  31:21 47:15 48:11
  49:19,23 51:10
  86:24 87:3
suspended 108:3
  111:9
sworn 4:3 120:11
  122:11

T

T 4:2,2
tactical 33:4,11,22
  33:23,25 44:9,10
  44:14,16 45:2,3
  45:13,25 46:7,16
  46:18,21,23 47:7
  47:11,15 48:7,12
  94:14,20,21 95:3
  95:6,7,12,17
tactics 46:3
take 4:22 20:24
  22:14 29:8,9,13
  30:16,20,24 31:3
  31:5,24,24 37:16
  39:19 40:7,10
  41:19 42:4,8,11
  42:13 43:6,8,11
  43:20 45:15 73:15
  76:3 94:19 108:5
  108:20 112:16,17
  112:23 117:17
taken 1:17 6:22
  40:23 67:17,20,22
  67:25 90:13 116:4
talk 46:8 102:21
talking 13:8 53:6
  55:8 67:5 95:5
tape 68:5
taped 68:2,3
tasked 8:16 9:4
  11:14 12:25 13:23
  17:15,21 34:20
  44:20,20 54:3
tasks 14:18 53:5
  54:10
team 21:3 24:14
  25:5,7,8,13 82:7
teams 20:2,3 25:12
tell 4:18 5:6 8:14
  10:4,11 11:13,17
  13:5 14:18 23:12
  25:6 29:2 30:19
  31:23 32:23,24
  34:9,13 36:13
  38:7 44:10 58:3
  65:10 77:25 91:9

91:16 98:7 117:10
elling 106:11
  109:7
ten 104:3
tenure 89:10
term 18:3
terminology 73:18
  73:21
test 29:8,9 30:16,21
  30:22,25 31:3,6
  31:10,14,16,20,23
  31:24 32:3,5,11
  32:12 38:10,11,19
  38:24 39:5,6,11
  39:12,14,20,22
  40:2,6
testified 4:4 32:8
  49:12 70:14,24
  76:2 77:17 95:7
testify 88:9,13
  103:4
testifying 74:7
  106:11
'estimony 1:19 6:8
  6:16 26:16 36:22
  92:21 95:9 122:14
tests 30:17,19,19,24
  31:2,8 38:9 39:15
Thank 7:14 96:8
  100:21 120:4,5
theft 75:20
thereto 3:19
thing 25:11 50:6
  68:12
things 35:12,23
  54:25 93:2,4,15
  118:15
think 8:18 27:10
  29:19 80:10
  114:16 118:6
thinking 75:18
  97:11
third 38:22,23
  39:11,12,14 40:2
  92:16
Thirty-two 5:16
  areat 68:24
three 11:5 15:2

26:10 37:6,9,12
37:15 38:6,7,14
82:16
ticket 58:5 115:10
  115:13,17 117:19
  118:24 119:8
time 1:19 3:10 4:18
  9:21 12:24 13:6
  13:19 14:3,19
  15:3 20:10 23:21
  23:25 24:14 25:25
  27:10,10,19,20
  28:19 32:6,11
  34:2,9,21 38:2,9
  39:24 40:18,25
  42:24 43:10 46:22
  47:14 49:13,21,25
  51:5,16 53:23
  57:15 59:6 64:10
  66:10,16 68:18,20
  69:18 70:15,21,22
  75:19 79:12,15,23
  80:5 82:8 83:18
  83:24 84:10,15
  85:12 86:25 87:23
  87:24 88:24 89:6
  97:17 103:24
  105:18 106:16,19
  110:18 113:25
  116:21 118:24
  119:25 120:6
timed 31:20
times 15:9 21:15
  35:8 45:10 51:12
  51:15
timing 27:22
tint 63:19
today 4:17 6:9,17
  96:21 100:20,24
told 41:7 66:21
  67:7 93:20 108:25
  109:3
top 93:5
total 81:21
tours 21:5
traffic 36:7
training 7:16 10:9
  10:10,15,19 28:24

29:2 32:25 33:4,5
33:10,11,18,22,22
36:10,17,19,20,24
42:22 43:3,6,8,18
43:21,25 44:6,9
44:11,14,16,21
45:4,13 46:2,6,7
46:16,17,18,22,23
47:7,11,15,24
48:6,7,12 94:15
94:16,18,20,20,21
94:23 95:2,3,8,11
95:12,13,17,18,22
96:2
trainings 45:2
transcribed 4:17
  5:3
transcript 3:12
transferred 18:20
traveling 60:14,15
trial 1:16 3:10
  122:11,13
trimester 37:6,12
  38:23 39:8
trimesters 37:9
  38:14
trip 105:23
trouble 106:6
troubling 106:22
  107:2
true 58:18 95:17
  104:10 122:14
trunk 59:21 63:23
  76:24 99:6
truth 4:18
truthfully 6:20
trying 53:13 54:9
  95:23,25
turn 61:5 77:4
turns 61:16
tweaked 28:18
twice 71:11
two 20:2,3 25:12,12
  27:7,10 34:20
  37:15 38:6,7,9,13
  39:15 62:3 82:14
  83:19 92:23
  107:17 112:7

115:23
type 35:12 47:20
  48:6 88:22 89:3,7
  89:11 110:3
typed 22:8
types 35:15,20,24
  36:4,6,20
typically 87:12

**U**

Uh-huh 97:3
uncover 87:15
  89:16
uncovered 48:5
  118:16
undergo 28:24
undergoing 45:3
understand 5:4
  13:17 14:25 17:18
  18:10 19:8 20:9
  21:4 22:6 39:2
  43:9 45:19 57:15
  63:20 72:12 95:23
  95:25 103:9 107:3
understanding
  10:16 11:23 16:22
  27:5 53:5,14
  83:23
understood 37:3
underwent 32:13
  33:10 45:13 46:18
uniform 14:13
uniformed 14:3
Uniondale 1:12
unit 9:5,7,9,13,19
  9:23,25 10:4
  11:10,11,14,22,24
  11:25 18:3,5,11
  19:12,15 20:25
  21:8,14,21 22:3
  22:10,12,22,23,25
  23:3,5,13,20 24:4
  24:11,21 25:2,4
  25:15,19,23 26:7
  26:19 49:2 50:13
  50:24 51:16,23
  53:15 80:2,4
  81:23 82:15 89:10

111:17,19,20
UNITED 1:2
unlawful 103:22
  105:2 110:17
  111:5,6
unmarked 18:12
  23:17 56:22,23
  79:7,8
unsure 4:19,19
updated 48:6
updates 47:24 48:3
  48:11 54:6
upset 78:21
use 104:7
usually 44:18 49:22
  87:4,16 116:13,14
utter 97:7

**V**

valid 65:25 72:2
  84:21 86:16,19
vantage 62:18
varied 87:17
varies 18:19 24:12
  24:22 27:2 33:20
  33:21 35:2,3,4,7
  44:9 45:7,9,12
  52:16
vary 24:13
vehicle 18:13 23:18
  36:7 59:13,15
  61:21,23 62:20,25
  63:2,22 64:8,12
  66:20 67:18,20,21
  67:25 73:19 74:4
  74:5,10,24 75:2
  75:11,25 76:9,11
  76:18,19,20,21,22
  76:23 77:5 79:3,5
  79:6,7,9 83:25
  84:11 86:9,11,13
  86:15 90:4,21
  91:3 98:11,16
  99:7,10
vehicle's 92:17
vehicles 36:5
verbally 4:24 78:12
verification 70:2

**verify** 65:14,19,24 66:8,8 69:17 70:2 84:17 96:12 114:5
**violent** 35:22
**visibile** 73:19
**visible** 73:20 74:6 74:15,16,18,20,21 74:23 75:3 100:3 100:3,5
**vouchered** 116:2 118:10,11,19,19
**VTL** 98:9

**W**

**wait** 32:17
**waived** 3:7,17
**walk** 80:24
**walked** 75:4
**wall** 22:4 31:18
**wallet** 89:21
**want** 16:21 20:17 46:5 100:19 101:22,25
**wanted** 11:22
**vants** 80:23
**warrant** 66:8
**warrants** 114:6
**wasn't** 16:2,4 57:17 57:18,19 72:13,25 73:19 74:20,21 77:17 94:21 97:25 98:3 100:5,14
**way** 20:11 55:13 108:7 110:12 111:20 122:18
**We've** 18:19
**weapons** 89:25
**weather** 57:14
**week** 20:7,8 28:12 28:15 34:20 87:2
**welcome** 100:22
**went** 33:10 55:10 55:11,18 106:7,8 114:14
**weren't** 61:16 108:9 117:16
**vhatsoever** 62:13 62:18

**WHEREOF** 122:20
**window** 63:13,15 63:17,19,21,21,23 63:24,25 64:4,5,7 64:11,14,19 66:23 67:8,10 68:3,5 71:5 86:12 99:22 99:24,25 100:11 100:14
**windshield** 68:8
**witness** 45:22 102:25 107:10 110:20 120:5 121:4 122:10,15 122:20
**witnessed** 62:17
**word** 72:6 73:4 76:3 93:5
**words** 66:24 78:18 86:8 113:11
**work** 5:20 8:8 10:22 13:6,7,10 14:6 17:18 18:15 23:2 26:6 28:11 28:15 30:14 43:19 51:2 101:17 110:8 111:16 117:2
**workday** 85:14
**worked** 6:2 8:11 9:12,21 11:4 14:10 18:2,23 23:5 24:19,20 25:20 26:19 27:5 80:4
**working** 9:4 21:24 26:20,22 44:20 48:25 50:12,23 53:20 58:23 81:22
**Wouldn't** 106:5
**written** 30:22 31:10 31:23,24 32:3,5 32:10 118:12

**X**

**x** 1:3,10

**Y**

**yeah** 8:21 43:12 50:4 57:21 72:11 86:7 109:3
**year** 10:25 45:8,10 107:8
**years** 6:3 9:14,15 11:5 15:2 23:9 25:21 27:5 29:17 35:9 51:17 103:21 104:3 109:11,24
**York** 1:2,7,12,22 2:6,9,11,11 4:10 4:15 5:24 8:4 13:3 24:3 29:3,5,7 30:5,16 31:12 32:10,20,25 33:7 33:16 34:10,15,16 34:21,22 35:11,13 36:24,25 37:18,23 37:25 38:15 42:23 42:24 44:4,7 48:18 54:15 74:14 87:16 88:4 99:19 103:15 105:5,19 106:3 110:8 111:10,13 122:4,9

**Z**

**0**

**09:30** 20:14
**0930** 20:7,12

**1**

**10** 35:9 77:20 103:21
**10:30** 40:19
**10:31** 40:24
**10:35** 40:19
**10:42** 40:24 41:2
**10:44** 45:23
**10:49** 45:23
**100** 2:11 31:21 51:12,15 114:12
**10007** 2:11
**11:54** 102:25
**11:58** 103:2
**111** 5:21 17:2

**111th** 8:9,15 9:19 9:22 10:15 13:2 13:23 16:14 18:16 18:24 19:15 21:15 22:22 23:2 25:15 25:19 26:7 27:6 48:22 53:15 56:2 56:4 80:5 105:13 112:20
**11361** 4:11
**11743** 2:6
**12** 98:18
**12:00** 13:10
**12:15** 119:25 120:6
**13** 2:6
**16** 48:19,24 50:13 50:24 52:17,25 54:23 55:14 56:11 58:19,23 66:6 81:20 88:21 114:10 117:7
**1730** 20:8 49:22
**1805** 20:7

**2**

**2:00** 21:13
**2:05** 20:16,22 27:16
**20** 77:18,19 120:13
**20006** 37:9
**2002** 41:13
**2003** 29:15,18
**2004** 7:25 29:15,18 29:19,20,23 30:7 41:18 42:15
**2005** 7:25 29:19 41:18 42:15
**2006** 30:13 32:20 32:22 33:3,19 37:8 47:3
**2007** 10:13,13,14 10:18,24 14:15 15:16 16:7,23
**2008** 107:13,16,23 108:23 109:21,23
**2009** 107:13,17,23 108:23 109:22
**2010** 9:17,18 10:23 11:2,3,4,8,21

**12:25** 14:15 15:17 16:7,23 17:15,21 17:24,25 18:2,8 18:22 20:6 21:16 22:21 23:2,8,20 26:11 27:6
**2011** 19:3 26:14
**2012** 26:18
**2013** 26:22
**2014** 26:24
**2015** 9:10 26:25 48:19,24 49:9,18 49:25 50:13,24 51:5 52:17,25 55:14 56:11 58:19 58:23 66:6 81:20 86:25 88:21 114:11 117:8
**2016** 1:13 23:21 27:6 47:3 54:23 122:21
**205** 20:8
**215th** 4:10

**3**

**31** 1:18

**4**

**4** 1:13 121:5
**4:00** 13:10
**45** 28:11 84:5
**45-06** 4:10
**45th** 112:19
**48** 98:17
**49** 22:9
**4th** 122:21

**5**

**5:30** 20:16,21 27:16 49:23
**50** 45:10

**6**

**6/22/15** 91:22
**6:00** 49:11
**6:05** 20:14,18 27:16
**626** 1:11

**7**

| 8 | | | | |
|---|---|---|---|---|
| **:00** 59:8,8 85:19 | | | | |

| 9 | | | | |
|---|---|---|---|---|
| **9:30** 20:12,18 21:14 27:16 | | | | |
| **9:51** 1:13 | | | | |