2015-053645
SF - M, DeCastro

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------x
EVANGELOS GERASIMOU,

                    Plaintiff,

          - against -

CITY OF NEW YORK, MICHAEL CILLIS, in his
individual and official capacities and JOHN
BRENES, in his individual and official
capacities,


                    Defendants.


----------------------------------------------x


                    626 RXR Plaza
                    Uniondale, New York
                    October 4, 2016
                    12:35 p.m.



     EXAMINATION BEFORE TRIAL of SCOTT BRENES s/h/a
JOHN BRENES, one of the Defendants, taken by
Plaintiff, pursuant to Article 31 of the Civil
Practice Law and Rules of Testimony, and Notice,
held at the above-noted time and place, before Abby
Lynn Kalberer, a Stenotype Reporter and Notary
Public within and for the State of New York.

2

```
1
2     A P P E A R A N C E S:
3
4
          THE LAW OFFICES OF CHRISTOPHER J. CASSAR,
5         P.C.
                Attorneys for Plaintiff
6               13 East Carver Street
                Huntington, New York 11743
7
          BY:  JOSEPH KARLYA, ESQ., III
8
9
          NEW YORK LAW DEPARTMENT
10        OFFICE OF THE CORPORATION COUNSEL
                Attorneys for Defendants
11              100 Church Street
                New York, New York 10007
12
          BY:  MARIA DECASTRO, ESQ.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

3

STIPULATIONS

    IT IS HEREBY STIPULATED, by and between the attorneys for the respective parties hereto, that:

    All rights provided by the C.P.L.R., and Part 221 of the Uniform Rules for the Conduct of Depositions, including the right to object to any question, except as to form, or to move to strike any testimony at this examination is reserved; and in addition, the failure to object to any question or to move to strike any testimony at this examination shall not be a bar or waiver to make such motion at, and is reserved to, the trial of this action.

    This deposition may be sworn to by the witness being examined before a Notary Public other than the Notary Public before whom this examination was begun, but the failure to do so or to return the original of this deposition to counsel, shall not be deemed a waiver of the rights provided by Rule 3116 of the C.P.L.R., and shall be controlled thereby.  The filing of the original of this deposition is waived.

    IT IS FURTHER STIPULATED, that a copy of this examination shall be furnished to the attorney for the witness being examined without charge.

4

1

2    S C O T T    B R E N E S,

3        having first been duly sworn by the Notary

4        Public, was examined and testified as follows:

5    EXAMINATION BY

6    MR. KARLYA:

7        Q    Please state your name for the record.

8        A    Scott Brenes.

9        Q    Please state your address for the record.

10       A    45-06 215th Street, Bayside, New York

11    11361.

12       Q    Good afternoon.  My name is Joe Karlya.

13    I'm an attorney for the plaintiff, Evangelos

14    Gerasimou in the lawsuit in which you're named a

15    defendant currently pending in federal district

16    court in the Eastern District of New York.

17            This afternoon I'm going to ask you a

18    series of questions, your answers will be

19    transcribed by the court reporter.  And you're under

20    oath to tell the truth.  And all of your responses,

21    if at any time you're unsure of the question that I

22    have asked, please ask me to clarify or repeat

23    myself and I will be happy to.  If you need to take

24    a break, I will endeavor to accommodate you.  I ask

25    that if you need me to repeat myself that you let me

```
1                        Scott Brenes
2    know.
3                 Also, I ask that you indicate all your
4    responses verbally, meaning no explanations, a word
5    yes, a word no and not hand gestures or a nod of
6    your head because everything is being transcribed as
7    you speak orally, do you understand?
8         A     Yes.
9         Q     As I said, thank you for coming in.
10   Please again tell me your full name.
11        A     Scott Brenes.
12        Q     How do you spell your last name?
13        A     B, as in boy, R-E-N-E-S.
14        Q     Scott, correct?
15        A     Yes.
16        Q     What's your current employment post?
17   Where is your precinct?
18        A     The 111th Precinct.
19        Q     Where is that?
20        A     In Bayside, Queens.
21        Q     What is your current rank?
22        A     Sergeant.
23        Q     How long have you been a sergeant?
24        A     About 12 and a half years now.
25        Q     So since '04?
```

6

1                          Scott Brenes

2        A      Right.

3        Q      And when you became sergeant, did you have

4    to take a sergeant's test?

5        A      Yes.

6        Q      And how long were you working before you

7    were promoted to sergeant as a police officer?

8        A      About 10 years.

9        Q      Are you indicating that you began as a New

10   York City police officer in 1994?

11       A      Yes.

12       Q      And did you have any other jobs before

13   that?

14       A      Yes.

15       Q      What were those jobs?

16       A      I worked for a printing ink place.  I

17   worked for a mattress company, and I also worked

18   with -- I delivered computers -- copy machines.

19       Q      What job did you have immediately before

20   you started as a New York City police officer?

21       A      I worked for the Village, the Incorporated

22   Village of Pubic Works.

23       Q      Is that incorporated village on Long

24   Island?

25       A      Yes.

7

1                    Scott Brenes

2        Q      Which village was that?

3        A      New Hyde Park.

4        Q      What were your job responsibilities for

5    the Village of New Hyde Park?

6        A      Driving a garbage truck, taking care of

7    the village parks, snow removal, road repair.

8        Q      Did you have any law enforcement

9    responsibilities?

10       A      No.

11       Q      How long about did you work for the

12   Village of New Hyde Park?

13       A      Four and a half years.

14       Q      And then before you worked for New Hyde

15   Park, where did you work?

16       A      I'm not sure which one it was.  It was a

17   long time ago.  I'm not sure.  It could have been a

18   bedding company, could have been the copy delivery

19   business company.  I don't remember.

20       Q      The Mattress company, were you there for a

21   long time?

22       A      A few years.

23       Q      Two years, would you say more than that?

24       A      Maybe a little more.

25       Q      The copying company, the printing company,

8

1                    Scott Brenes

2   how long was that employment?

3        A    Again a few years, couple of years.

4        Q    Has anyone directed you other than your

5   attorney to give specific testimony in answering the

6   questions that I have for you?

7        A    No.

8        Q    Did you prepare for this deposition with

9   your attorney?

10       A    Yes.

11       Q    When did you prepare?

12       A    A couple of months ago.

13       Q    And you're aware that you're under oath to

14  answer these questions truthfully?

15       A    Yes.

16       Q    Have you ever taken a deposition before?

17       A    No.

18       Q    Have you ever been a witness in a court

19  trial?

20       A    Yes.

21       Q    When you were a witness, was it related to

22  your job function as a police sergeant?

23       A    Yes.

24       Q    When did that occur?

25       A    I don't recall.

9

Scott Brenes

1
2     Q     Do you not recall because it was a long
3     time ago?
4     A     Yes.
5     Q     Would you say it was 10 years ago?
6     A     Yeah, I guess that's -- no, maybe a little
7     less.  It's hard to say.
8     Q     And did you provide testimony in that
9     trial due to an arrest that you made?
10    A     As a police officer, yeah.
11    Q     It was a criminal trial?
12    A     Yes.
13    Q     Did it result in a conviction, if you
14    know?
15    A     I don't recall.
16    Q     Where did that trial take place?
17    A     Queens County.
18    Q     So at the time, did you have to go off
19    Queens Boulevard to the courthouse?
20    A     Yes.
21    Q     And did you testify in addition to that
22    any other criminal trials or is that the only one?
23    A     Maybe a few more over the course of my
24    carrier.
25    Q     Two or three, does that sound accurate?

10

1                    Scott Brenes

2              MS. DECASTRO:  Objection.  You can

3         answer.

4      A     Yeah, maybe a few more.  It is hard to

5   say.  It is hard to remember.

6      Q     And have you ever been a party to a

7   lawsuit meaning a named defendant or a named

8   plaintiff?

9      A     No.

10     Q     You weren't involved in an equal pay

11  lawsuit in 2009?

12     A     I don't understand the question.

13     Q     There wasn't a federal lawsuit that you

14  weren't a named party for assuming the police

15  department for equal pay concerning K9s, nothing

16  like that rings a bell?

17     A     With K9s?  I don't understand that.

18              MS. DECASTRO:  Do you want him to

19         rephrase the question?

20     A     If you could.  I don't understand what

21  you're saying.

22     Q     Sure.  I'm wondering if you were ever part

23  of a lawsuit against the City of New York and the

24  police department for the objective of obtaining

25  equal pay or issues concerning that?

1                    Scott Brenes

2      A    As a sergeant or police officer?

3      Q    As a party.

4           MS. DECASTRO:  Just working for the

5           NYPD?

6      A    As a union issue, maybe.  I don't know if

7    that's what you're referring to.

8      Q    Were you involved in a lawsuit involving a

9    union issue?

10     A    Yeah, I believe so.

11     Q    When was that?

12     A    I don't know.  I really don't know to be

13   accurate with you.

14     Q    Do you remember what was as a result of

15   that lawsuit, if you recall?

16     A    I don't know how it ended up.  No, I don't

17   recall.  I don't know how it ended up.  I guess you

18   get updates from your attorney's office, but I don't

19   recall.

20     Q    In the course of your duties as an

21   employee of the New York City Police Department,

22   have you worked with K9 before?

23     A    K9, no, I have not.

24     Q    As training them or in any regard?  Do you

25   train K9?

12

1                          Scott Brenes

2          A      No.

3          Q      Do you use K9 for dogs for the execution

4    of your duties as an officer or sergeant of the New

5    York City Police Department?

6          A      On occasion.  I don't train them, I don't.

7          Q      Are you in charge of the dogs sometimes?

8          A      No.

9          Q      But you call them in sometimes on

10   occasion?

11         A      On occasion, yes.

12         Q      Have you ever been sued before in civil

13   court?

14         A      Not that I'm aware of.  I can't recall.  I

15   can't recall.

16         Q      Have you ever been sued based on false

17   arrest?

18         A      No.

19         Q      Have you ever been sued based on excessive

20   force?

21         A      No.

22         Q      Have you ever been sued in court

23   concerning an illegal search?

24         A      No.

25         Q      Have you ever been sued in court due to an

1                    Scott Brenes

2    illegal seizure?

3        A    No.

4        Q    Have you ever been sued in court at all?

5        A    Can you rephrase that?  I don't understand

6    the question.

7        Q    Has anyone ever sued you?  Have you ever

8    been a subject in a lawsuit?

9        A    As far as my working capacity?

10       Q    You are the defendant and someone is

11   claiming something against you?

12       A    As a New York City police officer, I'm not

13   sure.

14       Q    At any point in your lifetime?

15       A    Yeah.

16       Q    Can you tell me what that lawsuit was?

17       A    I don't remember what the lawsuit was.

18       Q    You recall that it occurred and you're

19   testifying that you were part of a lawsuit?

20       A    I was part of a lawsuit?  Again can you

21   rephrase the question?

22       Q    Sure.  Have you ever been sued in court in

23   a lawsuit; if so, when did that lawsuit happen?

24       A    I don't remember.

25       Q    Did you have to appear in court?

Scott Brenes

1

2      A     As part of a lawsuit, no.

3      Q     Do you remember needing to hire a lawyer?

4      A     No.

5      Q     Do you remember paying for a lawyer?

6      A     No.

7      Q     So you remember that you --

8            MS. DECASTRO:  Can I clarify

9      something, if that's okay?

10           MR. KARLYA:  Sure.

11           MS. DECASTRO:  Okay.  Meaning hire,

12     even if it's to come into the

13     corp. counsel's office, technically

14     they're your lawyers also.  Does that help

15     clarify that.

16           THE WITNESS:  That does clarify it.

17     A     Yes.  I went to corp. counsel.

18     Q     How many times do you recall that that

19  happened?

20     A     Going to corp. counsel.

21     Q     Yes.

22           MS. DECASTRO:  Aside from this one.

23     Q     Outside of this lawsuit.

24     A     Maybe a couple of times.

25     Q     When you say "a couple of times," do you

1                           Scott Brenes

2    mean two times?

3          A     Two or three.  Again, I can't give the

4    exact numbers, I don't recall.

5          Q     What was the most recent occurrence of

6    that that you recall; when was it?

7          A     To corp. counsel?

8          Q     Yes.

9          A     It would be this one.

10         Q     Prior to this one.

11         A     Prior to this one?

12         Q     Yes.

13         A     Maybe 10 years ago, approximately.

14         Q     So in the lawsuit 10 years ago, what was

15   the subject of the lawsuit?

16         A     I really don't remember.  I only went down

17   once.  I don't remember.

18         Q     So when you say you went down once, can

19   you help me understand what you mean?

20         A     I made my appearance.

21         Q     Did you make that appearance in court?

22         A     No.

23         Q     So when you say that you went down once,

24   do you mean that you met with somebody from the New

25   York City law department?

16

1                          Scott Brenes

2          A     Yes.

3          Q     Who did you meet with?

4          A     I don't know.  I don't remember their

5     name.

6          Q     Was it an attorney?

7          A     I don't know.  I don't know.

8          Q     Was it about ten years ago?

9          A     Approximately ten years ago, yeah.

10         Q     Do you remember what it was concerning?

11         A     No, I don't.

12         Q     Was it concerning accomodation or

13    concerning alleged misconduct?

14         A     I really don't know.  I don't know.

15         Q     Did you have to meet with this

16    representative who you don't remember from the law

17    department other than the one time?

18         A     I believe it was only one time.

19         Q     What was the nature of that meeting?

20         A     I really don't remember.  It was a long

21    time ago.

22         Q     Do you think they asked you about the

23    circumstances at issue?

24         A     I don't understand.  Can you rephrase

25    that?

                           Scott Brenes

1

2       Q     Sure.  When you met with a representative

3    from the New York City law department for the loss

4    that occurred 10 years ago, do you recall what you

5    talked about with them?

6       A     No, I don't.

7              MS. DECASTRO:  Objection.  Don't

8              answer on attorney/client privilege.

9       Q     Do you remember what the result of that

10   lawsuit was?

11      A     No.

12      Q     Do you know if you were named in a

13   lawsuit?

14      A     I don't know.

15      Q     What about prior to that, you said that

16   there were two or three instances where you believe

17   there may have been lawsuits.  I would like to know

18   about the second one, was it closer in time than ten

19   years ago?

20              MS. DECASTRO:  Objection.  You can

21              answer.

22      A     I don't know.  I really don't remember.

23      Q     Do you think it was before that?

24      A     Before the last Corp. Counsel that we just

25   discussed?

18

Scott Brenes

1  Q    Right.

2  A    Probably so.

3  Q    Would it refresh your recollection if I

4  asked you if it occurred closer in time when you

5  began as a police officer?

6  A    Yeah.

7  Q    When you say "yes," do you mean that it

8  was possible that you recall that you're also sued

9  closer in time to when you began as a New York City

10 police officer, is that what you're saying?

11 A    I don't understand.  I don't understand.

12 Can you rephrase it, please?

13 Q    Sure.  Do you recall being called in to

14 meet with a representative of the New York City law

15 department soon after you began your 10 years as a

16 New York City police officer?

17 A    I believe so, yes.

18 Q    Do you remember what happened when you met

19 with them or rather what it was concerning, what was

20 alleged?

21 A    No, I really don't.

22 Q    Two or three times you met with a

23 representative, possibly attorneys and you don't

24 remember a single thing that occurred?

19

Scott Brenes

1   A    No.

2   Q    Is there a reason that you don't remember?

3   A    It was a long time ago.  I have been

4   23 years on the job, almost 23 years, it is very

5   difficult to remember each and every incident over

6   the 23 years.

7   Q    Are you currently under the influence of

8   alcohol?

9   A    No.

10   Q    Have you consumed alcohol or an alcoholic

11   beverage in the last 24 hours?

12   A    No.

13   Q    Are you currently under the influence of

14   illegal drugs?

15   A    Nope.

16   Q    Have you been in the last 24 hours?

17   A    No.

18   Q    Are you currently prescribed any

19   medication?

20   A    No.

21   Q    Are you currently taking any medication

22   that you're not prescribed?

23   A    No.

24   Q    Over-the-counter, nothing?

1                    Scott Brenes

2         A     No.

3         Q     I am going to ask you a few questions

4    about your education and your training as a law

5    enforcement officer.

6               What is the highest level of education you

7    completed?

8         A     An associate's degree.

9         Q     Where did you receive your associate's

10   degree?

11        A     Nassau Community.

12        Q     When did you graduate?

13        A     '83, 1983.

14        Q     Do you remember when you started that

15   degree?

16        A     Let me correct myself.  Maybe 1985.

17        Q     When did you graduate high school?

18        A     Probably '83.

19        Q     So your testimony is now that you

20   graduated high school in 1983, correct?

21        A     I believe so.  I am trying to think back

22   the year.

23        Q     If you need a minute, it is fine.

24        A     I want to say I graduated high school in

25   '83 and got out of Nassau in '85 or '86.  I'm not

1                    Scott Brenes

2    sure.

3        Q      Where did you graduate from high school?

4               MS. DECASTRO:  Objection.  Don't

5               answer that.

6               MR. KARLYA:   That is fine.

7        Q      Are you currently employed?

8        A      Yes.

9        Q      And where are you currently employed?

10       A      The New York City Police Department.

11       Q      Do you still hold the rank of sergeant?

12       A      I do.

13       Q      If you would, can you please walk me

14   through when you entered the New York City police

15   academy?

16       A      February of '94.

17       Q      In order to qualify to enter the police

18   academy, what tests or examinations did you have to

19   go through with?

20       A      To get in?

21       Q      Yes.

22       A      Just one exam, I believe.

23       Q      Did you pass that written exam?

24       A      Yes.

25       Q      Did you pass it on the first time?

22

1                          Scott Brenes

2          A     Yes.

3          Q     When you were admitted to the New York

4    City police academy, did they do any psychological

5    test?

6          A     Yes.

7          Q     And that was before you were admitted into

8    the academy, right?

9          A     Yes.

10         Q     Did you pass that test?

11         A     Yes.

12         Q     Did you pass it on the first try?

13         A     Yes.

14         Q     And was there a physical screening?

15         A     Yes.

16         Q     And what did that entail?

17         A     Oh boy, I think just going down to Lefrak

18   City Plaza and just having a physical exam and doing

19   exercises.  I don't really remember.

20         Q     And you passed that?

21         A     Yes.

22         Q     Did you pass it on the first try?

23         A     Yes.

24         Q     So in February 1994 you began at the

25   police academy.  How long were you a recruit at the

23

1                    Scott Brenes

2    academy?

3         A    I graduated in August.  I want to say

4    maybe six months.

5         Q    And what training do you undergo when you

6    were part of the New York City police academy?

7         A    They had a few -- a couple of courses on

8    the law.  I don't remember the other two, what they

9    were called.

10        Q    Did you say Pillar law?

11        A    No.

12        Q    I'm just trying to clarify what is it that

13   you just said?

14        A    It was a law class.  Their version of a

15   law classes.

16        Q    What did you review in the police academy

17   of law class?

18        A    I don't understand.  Can you rephrase it?

19        Q    What was the substance of the classes,

20   what did you review, what were you tested on?

21        A    That is hard to say.  I don't remember

22   specifically what those classes consisted of.  It

23   was a long time ago.  I understand what you are

24   saying.

25        Q    Would you say that you received training

24

                              Scott Brenes

1  on violent crimes?

2      A     Yeah, I guess that is fair to say.

3      Q     Would you go through what the elements of

4  a crime are required to prove them?

5      A     Maybe just definitions.  They don't go

6  through much in the academy like that.

7      Q     When you had training in the New York City

8  police academy, did they go through definitions of

9  crimes related to forgery?

10     A     Yes.

11     Q     When you went through that training, did

12 you have to take exams to show that you learned what

13 they were intending for you to learn?

14     A     Yeah, there were exams.

15     Q     Did you have other types of exams such as

16 physical exams?

17     A     Yes.

18     Q     Did you have tactical training?

19     A     I believe so.

20     Q     And when you went through the police

21 academy and you had to take those exams, how many

22 exams, let's limit this question to written exams

23 concerning the law, did you have to take?

24     A     I don't know.  I don't remember.

25

Scott Brenes

1

2       Q    Did you graduate from the academy on time

3   with your class?

4       A    Yes.

5       Q    Would you say that you passed the required

6   exams needed to graduate?

7       A    Yes.

8       Q    So you begin in August of 1994, you

9   graduate from the academy, what is your first post?

10      A    My first assignment?

11      Q    Yes.

12      A    The 102nd Precinct.

13      Q    Where is that?

14      A    Richmond Hill, Queens.

15      Q    And were you on patrol?

16      A    Yes.

17      Q    How long did that last?

18      A    Ten years or so.

19      Q    Between 1994 and 2004 you were on patrol

20  during that entire 10-year length of time between

21  1994 and 2004?

22      A    Yes.

23      Q    And so as a patrol police officer, what

24  were your responsibilities?

25      A    Responding to the 911 jobs, pick up jobs

26

Scott Brenes

1    and whatever jobs were assigned to you.

2         Q    Did you have a regular beat?

3         A    No.

4         Q    The 102nd Precinct, you said that it

5    covers Richmond Hill, is that the only neighborhood

6    in Queens that it covers?

7         A    No.  I believe it covers Woodhaven,

8    Richmond Hill, Kew Gardens.  I don't recall what the

9    other last ones are.  Those three, that is what I

10   remember.

11        Q    So help me understand something, the

12   geographic area that is covered by the 102nd, is

13   that about the same as the 111th?

14             MS. DECASTRO:  Objection.  You can

15             answer.

16        A    Can you rephrase that?

17        Q    Sure, of course.

18             The 102nd, the neighborhoods and the

19   geographic area that you're charged with covering,

20   would you say it's bigger than that covered by the

21   111th?

22        A    In mileage?

23        Q    Yes.

24        A    Maybe a little smaller.

Scott Brenes

1

2      Q      Was it your experience when you were an

3 officer at the 102nd Precinct, those areas covered

4 by the jurisdiction of the precinct, were high crime

5 areas?

6      A      On occasion.

7      Q      So after 2004, where did your job

8 responsibility take you at the New York City Police

9 Department?

10      A      That is when I got promoted to sergeant.

11      Q      How did you get promoted to sergeant?

12      A      Taking a written exam.

13      Q      When did you take the written exam?

14      A      I don't really remember, '01, '02 maybe.

15      Q      How many years at the time that you were

16 promoted to sergeant did you have to, under the

17 policy of the New York City Police Department, work

18 as an officer before you would be eligible to work

19 to become sergeant?

20            MS. DECASTRO:  Objection.  You can

21            answer.

22      A      I don't know, maybe five years.  I'm not

23 sure.

24      Q      When you take the sergeant's exam, did

25 they tell you that you pass soon after you take it?

28

Scott Brenes

1     A     It might take maybe six months or so.

2     Q     Did you take it more than once?

3     A     I did take it more than once.

4     Q     How many times did you take it?

5     A     Maybe twice.

6     Q     Is it accurate that you passed the second

7   time?

8     A     Yes.  I passed both times.

9     Q     You passed both times?

10    A     Yes.

11    Q     Why did you --

12    A     Just to take it as a precaution.

13    Q     Can you tell me what you mean by that?

14    A     Just to take it again for the experience.

15    Q     Was there any other reason that you needed

16  to take the test again?

17    A     No.

18    Q     Did it serve any benefit to you to take it

19  a second time?

20    A     Not, not really.

21    Q     Did it put you at the front of the line?

22    A     No.

23    Q     So you just took the sergeant's exam over

24  after you already passed it?

1                    Scott Brenes

2        A      Yes.

3        Q      To keep up on the material?

4        A      No, just to take it again, no particular

5   reason.

6        Q      Would you say it was a trying experience

7   to take an exam?

8        A      No.

9        Q      So what did you do to prepare for the

10  test?

11       A      I studied.

12       Q      Studied outside of work?

13       A      Right.

14       Q      About how much preparation time

15  approximately did it take for you to prepare for the

16  test before you would take it?

17       A      I would say six, eight months.

18       Q      Would you say that the sergeant's exam was

19  challenging?

20       A      I would say so.

21       Q      So you took this challenging test the

22  first time?

23       A      Right.

24       Q      Studied for six to eight months and you

25  said that you passed?

30

Scott Brenes

1    A    Yes.

2    Q    When was the first time that you passed?

3    A    The date?

4    Q    The year.

5    A    I don't know.  I don't remember the

6    timeline there when I passed.

7    Q    Was it after the year 2000?

8    A    Yes.

9    Q    And then do you recall the second time

10   that you took it?

11   A    No, I don't.

12   Q    Once you were promoted to sergeant, what

13   month was it?

14   A    July.

15   Q    When you say July, do you mean July 2004?

16   A    Yes.

17   Q    And did you continue to work at the 102nd

18   Precinct as a sergeant?

19   A    No.

20   Q    Where did you go to work?

21   A    I went to, I believe, the 109 for a short

22   time.

23   Q    Can you clarify what a short time amounts

24   to?

31

                          Scott Brenes

1

2      A      Maybe a couple of months.

3      Q      And then where did you go after the 109th?

4      A      The 104th.

5      Q      And so why did you transfer from the 109th

6   to the 104th?

7      A      That is where they transferred me to.

8      Q      Did you request the transfer?

9      A      No.

10     Q      Was the transfer as a result of a

11  wrongdoing or alleged wrongdoing?

12     A      No.

13     Q      What does the 109th cover,

14  neighborhood-wise, what borough?

15     A      Queens.  Flushing.  What else is over

16  there?

17     Q      Corona?

18     A      No, not Corona.  Definitely Flushing.

19     Q      Jamaica?

20     A      Not Jamaica.  I really don't know.

21     Q      White Stone?

22     A      White Stone might be one.

23     Q      Malba?

24     A      Malba sounds familiar.

25     Q      So we're still in 2004 for a period of two

32

                         Scott Brenes

1

2    months or so, you were at the 109th and were

3    transferred to the 104th.

4              So were you still holding the rank of

5    sergeant at the 109th?

6         A    Yes.

7         Q    Did you continue as a sergeant at the

8    104th?

9         A    Yes.

10        Q    Was that, if you recall, also in 2004?

11        A    I believe toward the end of 2004.

12        Q    What is the jurisdiction with the 104th?

13        A    I know the streets, but I don't remember

14   the towns.  It is hard to remember, Ridgewood,

15   Glendale.

16        Q    Middle Village?

17        A    Middle Village.

18        Q    That helps me understand better.  Thank

19   you.

20             How long were you a sergeant at the 104th?

21        A    I would say approximately about a year,

22   maybe a little less, I'm not sure.

23        Q    I wanted to ask a question for

24   clarification.  So when you were a sergeant both at

25   the 109th and 104th, what did your job

1                          Scott Brenes

2    responsibilities entail?

3         A    Covering a squad, I had a squad of people.

4         Q    Does that mean that you were in charge of

5    a squad of officers?

6         A    Yes.

7         Q    Does that only mean that you were in

8    charge of officers or were there other law personnel

9    that you were in charge of?

10        A    No, just basically the squad.

11        Q    So what makes up a squad when you were at

12   the 109th?

13        A    The amount of people?

14        Q    Yes.  Meaning the number of officers in

15   your unit?

16        A    I don't know.  That could be anybody from

17   five to ten.

18        Q    When you were a sergeant at the 109th,

19   were you tasked with a particular unit?

20        A    No.

21        Q    Does that mean that you were in charge of

22   a patrol unit?

23        A    Yes.

24        Q    So there was no specialization or special

25   unit that you were a sergeant of?

34

                        Scott Brenes

1

2        A     No.

3        Q     What about the 104th?

4        A     Same function.

5        Q     Would it be accurate to say that you were

6    sergeant over patrol squad?

7        A     In the 104th?

8        Q     Yes.

9        A     Yes.

10       Q     Now how long did you remain as a sergeant

11   at the 104th?

12       A     Maybe about a year, a little less.

13       Q     And then what happened?

14       A     I was transferred to the 75th Precinct.

15       Q     Was there a reason that you were

16   transferred?

17       A     No, not that I'm aware of.

18       Q     Did you request a transfer?

19       A     No.

20       Q     Were you told anything as to why you were

21   being transferred?

22       A     No.

23       Q     So in time is that 2005?

24       A     Going to the 75?

25       Q     Yes.

35

Scott Brenes

1    A    The beginning, maybe -- again, I'm not

2    sure of the timelines.

3    Q    But you were at the 104th for about a year

4    from the beginning to the end of 2004?

5    A    I'm not sure.  Again I'm not sure of the

6    exact timeline from month to month or precinct to

7    precinct.

8    Q    And then how long were you at the 75?

9    A    Again maybe about a year, a little less.

10   I'm not sure.

11   Q    And what regions does the 75 cover?

12   A    That's Brooklyn.  That's in Brooklyn.

13   Q    What part of Brooklyn?

14   A    East New York.

15   Q    Is it only east New York?

16   A    As far as I know.  Yeah, as far as I

17   remember.

18   Q    And during this time that you are

19   beginning as a New York City Police Department

20   sergeant, do you remember ongoing job training of

21   any type?

22   A    Such as?

23   Q    Such as any special classes or anything in

24   addition to the training that you received in the

36

                              Scott Brenes

1

2    police academy?

3         A     No, not that I remember.

4         Q     So where do you work following the 75?

5         A     The 111th.

6         Q     So does that bring us up to the present?

7         A     Yes.

8         Q     What I mean to ask is, when did you begin

9    at the 111th?

10        A     I want to say maybe 2006.  I'm not sure,

11   maybe 2005 or 2006.

12        Q     When you were transferred to the 111th

13   from the 75, did you continue as a sergeant on

14   patrol or in change of the patrol squad?

15        A     In 111th?

16        Q     When you began at the 111th in 2006.

17        A     No, I did not.

18        Q     What was your first job responsibility or

19   job task as a sergeant at the 111th?

20        A     I believe it was in a specialized unit.

21        Q     What was that unit?

22        A     I believe it was a Conditions unit.

23        Q     How many specialized units does the 111th

24   have?

25                  MS. DECASTRO:  Objection.  You can

                              Scott Brenes
1
2           answer.
3      A    Currently?
4      Q    Yes.
5      A    A few.
6      Q    How long when you started at the 111th on
7  Conditions were you a sergeant there?  How long were
8  you a sergeant?
9      A    As a sergeant?
10     Q    Yes.
11     A    Maybe a couple of months, at best.
12     Q    And when you came on as a sergeant at the
13  111th, was Officer Michael Cillis under your command
14  when you first started?
15     A    No.
16     Q    When did you first meet him, Officer
17  Cillis?
18     A    At the command?
19     Q    Yes, in relation to your job function at
20  the 111th, did he start after you?
21     A    I don't know.  I want to say I might have
22  been there first, but I'm not sure.
23     Q    What is your experience with working with
24  Officer Cillis?
25     A    Currently?

Scott Brenes

1

2    Q    During the course of knowing him.

3    A    I have been supervising him for the last

4    four, five years.

5    Q    In what capacity have you been supervising

6    him?

7    A    As far as?

8    Q    Are you in a specialized unit to oversee

9    him?

10   A    Yes.

11   Q    What is that specialized unit?

12   A    Anti-Crime.

13   Q    So you have been his sergeant for four,

14   five years?

15   A    Approximately.

16   Q    Were you his superior officer prior to

17   that?

18   A    No.

19   Q    Did you work at the same precinct that he

20   did before to that?

21       MS. DECASTRO:  Objection.  You can

22       answer that.

23   A    Before the 111th?

24   Q    Yes.  Did you know of Officer Cillis to

25   also work at the 111th prior to when you were a

Scott Brenes

1    sergeant, before you were his sergeant?

2

3        A    I believe, like I said, I was there first

4    and I believe he came later.

5        Q    What's his reputation?

6        A    He is a good officer, very good officer.

7        Q    What do you mean by that?

8        A    He does a good job, does his job well.

9        Q    Do you know him to be investigated for

10   misconduct?

11             MS. DECASTRO:  Objection.  You can

12            answer.

13        A    No.

14        Q    No, you don't?

15        A    No, I don't.

16        Q    So I would like to focus my questions on

17   your tenure as a sergeant at the Anti-Crime Unit.

18   Were you the only Anti-Crime Unit sergeant over the

19   last five years?

20        A    No.

21        Q    How many others?

22        A    There is one other.

23        Q    Do you mean to say that at all times there

24   are two working sergeants in the Anti-Crime Unit at

25   any given time?

40

|    |    |    |
|----|----|----|
|    |    | Scott Brenes |

1                      Scott Brenes

2        A      Can you rephrase that?

3        Q      When you say there are two, what do you

4    mean?

5        A      There is two in command.

6        Q      And do you work at the same time?

7        A      No.

8        Q      Do you work different shifts?

9        A      Correct.

10        Q      And around 2010, you step in as the

11    Anti-Crime sergeant.  Is there another sergeant when

12    you begin?

13        A      Yes.

14        Q      Who was the other sergeant when you began?

15        A      I'm not sure.  I'm not sure.

16        Q      Let me ask it a different way.  Has the

17    person who served as sergeant on Anti-Crime Unit in

18    the 111th other than you, the other sergeant, has

19    that position changed hands, has there been a number

20    of them over the last five years?

21        A      I believe so, yes.

22        Q      Would you say there has been two different

23    sergeants?

24              MS. DECASTRO:  Objection.  You can

25              answer.

41

1                          Scott Brenes

2        A      I guess.

3        Q      More than three?

4        A      Yeah, I would say that's fair.

5        Q      Any indication or knowledge that you have

6    as to why the other sergeant's post has changed so

7    many times?

8               MS. DECASTRO:  Objection.  You can

9               answer.

10       A      I don't know.

11       Q      I want to ask you a few other questions.

12   First I would like to ask if you have been

13   investigated for misconduct by internal affairs by

14   the New York City police?

15              MS. DECASTRO:  I'm going to object and

16              limit it to 10 years prior for excessive

17              force, false arrest and unlawful search

18              and false statements.

19       A      No.

20       Q      Have you ever been disciplined in

21   connection with your job responsibility as a member

22   of New York City Police Department?

23       A      Can you rephrase that?

24       Q      Have you ever been subject to discipline?

25              MS. DECASTRO:  Objection.  Same.

42

1                         Scott Brenes

2          A     No.

3          Q     Have you ever been suspended from your

4     job?

5          A     No.

6          Q     Okay.  I will ask you some questions

7     concerning the time period of June 2015 which is the

8     subject of the lawsuit, specifically June 16, 2015.

9                Were you working on that day?

10         A     Yes.

11         Q     Do you remember when your shift started?

12         A     I believe my shift started at 1730 hours,

13    1726 hours.

14         Q     Is that the same at saying 5:30 p.m.?

15         A     Yes, 5:26 to be exact.

16         Q     Can you help me understand how you begin

17    your shift, what is the first thing that you do when

18    your shift starts?

19         A     I come in and sign in.

20         Q     Who do you sign in with?

21         A     I sign in at the desk.

22         Q     On June 16, 2015, after you sign in, what

23    do you do next?

24         A     I usually go to my office and meet with my

25    officers.

43

Scott Brenes

1

2      Q    Can you tell me how many officers were

3  working that shift for Anti-Crime on June 16, 2015?

4      A    I don't recall.

5      Q    Would you say each officer is paired with

6  another officer or sergeant when you begin your

7  shift?

8             MS. DECASTRO:   Objection.  You can

9             answer.

10     A    Two go out.

11     Q    Would you work alone or in pairs?

12     A    Always in pairs.  If it works out that

13  way.

14     Q    Would there ever be an occasion where

15  someone would be solo and not paired off?

16     A    No.

17     Q    Who are you paired off with on that day

18  June 16, 2015?

19     A    I was paired off with Officer Michael

20  Cillis.

21     Q    Before you went off and paired off with

22  Officer Cillis, you testified that you met with your

23  officers.  And when you meet with them, do you

24  conduct a briefing?

25     A    Yeah.  We go over the crime stats and

44

                              Scott Brenes

1
2    stuff.
3         Q    Do you go over anything else?
4         A    Paperwork.
5         Q    When you paired off with Officer Cillis on
6    June 16th, did you begin your shift in your uniform?
7         A    No.
8         Q    Does that mean that you were in plain
9    clothes?
10        A    Yes.
11        Q    And were you armed with a firearm?
12        A    Yes.
13        Q    Was it your issued firearm?
14        A    Yes.
15        Q    And did you have a badge to display
16   whether or not it was physical, did you carry your
17   badge with you on that date?
18        A    Yes.
19        Q    Around what time did you depart from the
20   precinct to begin your shift, as in a car?
21        A    I would say maybe 6:00 or 6:30.
22        Q    And where did you proceed to drive?
23        A    I don't recall.
24        Q    So how do you determine where you might
25   drive?

45

                        Scott Brenes

1

2       A      No particular location.

3       Q      And you're on the lookout for identifiable

4  crimes; is that correct?

5       A      Yes.

6       Q      On that date, did you pull over

7  Mr. Gerasimou's car?

8       A      Yes.

9       Q      Whose decision was it to pull over his

10 car?

11      A      I don't remember.

12      Q      Is that a decision that you would make

13 jointly with your officer or is that a decision that

14 as the higher ranked officer would make?

15      A      No.

16      Q      So it's not automatic that higher ranking

17 officer, the sergeant would make all decisions

18 regarding pulling someone over?

19      A      Right, that is correct.

20      Q      And do you remember why Mr. Gerasimou was

21 pulled over?

22      A      I believe he had no license plate on his

23 vehicle.

24      Q      Why do you say that, based on your

25 observations?

46

Scott Brenes

1

2          A       Can you rephrase that?

3          Q       Did you look at the car that Mr. Gerasimou

4    was driving and notice that there was no license

5    plate?

6          A       I don't recall if that -- if I saw that.

7          Q       Did you ever see a license plate in

8    Mr. Gerasimou's car?

9          A       I believe there was none.

10         Q       So where were you driving when you pulled

11   over Mr. Gerasimou?

12         A       What was I driving?

13         Q       Where were you driving?

14         A       The location?

15         Q       Yes.

16         A       I don't recall exactly what street it was.

17         Q       Do you remember what street?

18         A       It had to be the Bayside area.

19         Q       Why do you say it had to be the Bayside

20   area?

21         A       It was the main course of where we -- the

22   precinct is mainly based in.

23         Q       Do you mean that this is where you start

24   your patrol?

25         A       The precinct is located in Bayside.

47

                         Scott Brenes

1

2      Q      Do you mean there is more crime in that

3  area?

4                   MS. DECASTRO:   Objection.   You can

5             answer.

6      A      On occasion.

7      Q      Was it your decision to pull over the car?

8      A      I don't recall.

9      Q      Once the car was pulled over, what

10  happened next?

11     A      We walked up to the car once the car is

12  pulled over.

13     Q      Who walked up to Mr. Gerasimou's car on

14  this occasion?

15     A      Officer Cillis.

16     Q      Did you accompany him?

17     A      On the other side of the vehicle.

18     Q      What side is the other side?

19     A      The passenger side.

20     Q      Was there a reason that you approached the

21  car with him?

22     A      I just -- it's tactics.

23     Q      Did you question Mr. Gerasimou?

24     A      Did I personally question him?

25     Q      Yes.

48

1                           Scott Brenes

2          A      No.

3          Q      Did you observe and hear Officer Cillis

4    question him?

5          A      I didn't hear what he was saying, no.

6          Q      But you know that there was questions

7    taking place?

8          A      Yes.

9          Q      Do you know the subject of the

10   questioning?

11         A      No.

12         Q      So after Officer Cillis is questioning

13   Mr. Gerasimou on the driver's side, is the window

14   open in the passenger side?

15         A      I don't know.

16         Q      Do you remember what the weather was like?

17         A      No.  It wasn't raining.

18         Q      Why do you say it wasn't raining?

19         A      I don't remember being wet or having a

20   jacket on.

21         Q      Is there a reason that you couldn't hear

22   the exchange between Officer Cillis' questions and

23   Mr. Gerasimou's answers?

24         A      No.  They were in the street, it is loud.

25         Q      Do you remember what street it was on?

49

1                    Scott Brenes

2        A    No.

3        Q    Like a particularly loud street?

4        A    No.

5        Q    After the exchange of questions and

6   answers between Officer Cillis Mr. Gerasimou, what

7   happened next?

8        A    Mr. Gerasimou came out of the vehicle.

9        Q    Was he asked to come out of the vehicle?

10       A    I don't know.

11       Q    Did you ask him to come out of the

12  vehicle?

13       A    Did I, no.

14       Q    Did you feel that you were in danger based

15  on what you observed of Mr. Gerasimou?

16       A    I don't remember what his conduct was

17  like.

18       Q    Did you draw your gun?

19       A    No.

20       Q    Do you remember observing Officer Cillis

21  appearing to be concerned or fearing for his safety?

22       A    Not that I recall.

23       Q    So Mr. Gerasimou exited the vehicle and

24  then what happened next?

25       A    He stepped to the rear of the vehicle.

50

1                          Scott Brenes

2         Q      Standing?

3         A      Yes.

4         Q      Standing outside of the vehicle?

5         A      Yes.

6         Q      Was he handcuffed?

7         A      Not at that time.

8         Q      Was there a reason that he wasn't

9    handcuffed?

10        A      Not that I'm aware of.

11        Q      So once Mr. Gerasimou exits the vehicle

12   and is brought to the rear, are you still standing

13   by the passenger side window?

14        A      No.

15        Q      Were the keys removed from his car?

16        A      I don't know.

17        Q      Do you remember if the car was running?

18        A      No, I don't recall.

19        Q      Do you remember if there was music playing

20   in the car?

21        A      No.

22        Q      Was exhaust coming from the car?

23        A      No.

24        Q      Once Mr. Gerasimou was placed behind the

25   car, physically, where do you go?

51

Scott Brenes

1      A      I start walking to the back of the
2
3  vehicle.

4      Q      Meaning the back of Mr. Gerasimou's
5  vehicle?

6      A      Yes.

7      Q      So you are sort of in step with him, is
8  that correct, when he is brought to the back of the
9  vehicle and you also walked there?

10      A      I follow behind.

11      Q      Follow behind.

12             Did you call anything in?

13      A      Did I call anything in?

14      Q      Correct.

15      A      Not at that moment, no.

16      Q      Did you notice a license in the back
17  window of his car?

18      A      Did I, no.

19      Q      So when you went to the back of the
20  vehicle, you didn't notice or you didn't look?

21      A      I didn't notice.

22      Q      Were you looking for one?

23      A      At that moment, no, I don't believe I did.

24      Q      Didn't you pull him over for not having a
25  license plate?

52

Scott Brenes

1  A    Like I said, I don't remember me
2  authorizing him to pull him over.  I didn't tell him
3  to pull over.  I don't know if I saw it first or he
4  saw it first.
5  Q    Would you say that your function was to
6  ensure that everything was safe for Officer Cillis,
7  like, what tactically, procedurally, you go to the
8  passenger side while he is being pulled over, what
9  role do you have once he is brought to the back of
10 the car, meaning Mr. Gerasimou?
11 A    Can you rephrase it?
12 Q    Sure.  Do you have any role as an
13 arresting police officer to investigate the crime or
14 are you leaving this to Officer Cillis?
15 A    At that moment, I'm back there for
16 everybody's safety.
17 Q    That's what I was trying to clarify.
18         Were you pulled over to a safe part of the
19 roadway?
20 A    What do you mean?
21 Q    You were saying that one of your functions
22 was to ensure the safety of Officer Cillis or from
23 other motorists and the other cars; was there fast
24 traffic moving nearby?

53

Scott Brenes

1    A    I'm sure there was some sort of traffic,

3    yes.

4    Q    After you're standing with Mr. Gerasimou

5    and he's brought to the back of the car, what

6    happens next?

7    A    I don't recall.  I don't recall.

8    Q    Was he placed under arrest?

9    A    Eventually.

10    Q    When you say eventually, are you

11    indicating that some time passed before that

12    happened?

13    A    I guess the interaction with Officer

14    Cillis and the motorist had.

15    Q    Is it your testimony that the decision to

16    arrest him was Officer Cillis'?

17    A    I believe so.

18    Q    And do you recall why he was placed under

19    arrest?

20    A    It was a forged instrument.

21    Q    What instrument was forged?

22    A    I believe the temporary license plate.

23    Q    Did you get a good look at the license

24    plate?

25    A    Eventually.

54

                         Scott Brenes

1

2       Q    What do you mean by "eventually", did you

3    look at it after the arrest concluded, is that what

4    you mean by eventually?

5       A    No.  I am trying to remember.

6       Q    I will narrow the question.

7            So to get a good look at it, do you

8    remember the circumstances in which you saw it, were

9    you holding it outside of the car?  Where was it

10   that you got a good look at it?

11      A    I don't know who handed it to me.  I don't

12   know who handed it to me.

13      Q    But eventually your testimony is it was

14   placed in your hands, right?

15      A    Yes.

16      Q    Would you say it was handed to you after

17   Mr. Gerasimou was handcuffed?

18      A    I don't recall.

19      Q    Who retrieved the license plate out of the

20   car?

21      A    I don't know.

22      Q    Was it you?

23      A    It wasn't I.

24      Q    Not you?

25      A    Not me.

55

Scott Brenes

1    Q    Did other police officers come to the

2

3    scene of the incident other than Officer Cillis and

4    yourself?

5    A    Not that I recall.

6    Q    There weren't two other officers that

7    came?

8    A    I don't remember.

9    Q    If you want to dispatch additional police

10   officers to come to the scene of an ongoing

11   incident, how does that occur?

12   A    Can you rephrase that.

13   Q    If you wanted to call other officers to

14   the scene, how do you go about doing that?

15   A    That would be over your department radio.

16   Q    Do you need a reason to do that?

17   A    A reason?

18   Q    Yes.  Would you do that only when you need

19   back-up, would you do that in any circumstances or

20   would you say it depends?

21   A    It varied.

22   Q    What circumstances would occur to call in

23   other officers?

24   A    The additional for crowd control,

25   depending on what the job entailed.

56

1                              Scott Brenes

2          Q     Could it be if the situation might be more

3    dangerous?

4          A     It's possible.

5          Q     Would you say that would be in the

6    practice of calling other officers to verify whether

7    a crime has occured or double checking?

8          A     No.  Again it varies.

9          Q     You testified that Officer Cillis placed

10   Mr. Gerasimou under arrest, what happens when he did

11   that, he was handcuffed, then what?

12         A     He was brought to the 111th Precinct.

13         Q     And he was placed in the back of whose

14   car?  Where was he placed, in the back of the

15   automobile?

16         A     Yes.

17         Q     Do you recall which automobile it was?

18         A     No, I don't.

19         Q     When Mr. Gerasimou was arrested,

20   handcuffed and put into the back of the car, did you

21   read him his rights, Miranda Rights, that is?

22         A     No.

23         Q     Was he read his rights?

24               MS. DECASTRO:  Objection.  You can

25               answer.

57

1                           Scott Brenes

2          A     I'm not aware.

3          Q     So when he is brought back to the station,

4     who brings him?

5          A     I don't remember.

6          Q     Would it be a case where you were split up

7     from your paired officer?

8          A     Again it varies, but I don't recall on

9     that particular night.

10         Q     I understand.

11               I would like to ask if it was the case

12    that you stayed with Officer Cillis who took

13    Mr. Gerasimou's car from that location, do you

14    remember driving to the precinct, driving back,

15    someone getting out, how is this scene?

16         A     I don't remember from that night.

17         Q     When you were working on June 16, 2015,

18    was there any recording of the incident?

19         A     Such as?

20         Q     A dash cam?

21         A     No.

22         Q     Photography?

23         A     No.

24         Q     You didn't have a dash cam on your car?

25         A     No.

58

Scott Brenes

1

2    Q    No body cam?

3    A    No.

4    Q    Do you remember if you ran Mr. Gerasimou's

5 plates?

6    A    If I -- no, I don't.

7    Q    Did you have a concern to verify whether

8 the plates were real?

9    A    The temporary one?

10    Q    Yes.

11    A    Yeah.

12    Q    Did you believe them to be forged?

13    A    Yes.

14    Q    Why?

15    A    Specifically, I don't recall exactly.

16    Q    How would you in your experience as a

17 police officer and also as a sergeant, what are the

18 things that you were looking for to identify a

19 forgery?

20    A    Generally?

21    Q    Yes.  I don't mean generally, I mean for

22 license plates.

23    A    It could be different, it could be a

24 photocopy, it could be incorrect spelling on it, it

25 could be certain information cut off on it if it is

1                     Scott Brenes

2    a paper plate.

3         Q    Why does that indicate a forgery?

4         A    It is not handed out that way from the

5    dealership or wherever you get the license plate.

6    It wouldn't be cut off.  Numbers might be missing,

7    cut off, taking a scissor and cutting it.  It

8    wouldn't be handed out by a dealership like that or

9    from an official.

10        Q    Have you ever known temporary license

11   plates in your experience as a police officer to not

12   be forgeries that would be partially cut off or not

13   be completely clear?

14        A    No.  If it's cut off, no, then it's been

15   tampered with.

16        Q    Do you use any reference book or guide

17   book to compare potential forged license plates to

18   what's real as they vary from state to state?

19        A    No.

20        Q    How do you know one state's temporary

21   plates to another, do they all look the same?

22        A    No, if something is cut off.  If something

23   has been altered physically.  If something is made

24   from a 3 to an 8.  That is -- no state is going to

25   do that.

60

Scott Brenes

1    Q    Of course.

2         So when you saw up close Mr. Gerasimou's

3    license plate, did you notice that a 3 had been

4    turned into an 8 or some other alteration?

5    A    I don't remember specifically what the

6    alteration could have been.

7    Q    Did you take Officer Cillis at his

8    assessment that it was a forgery?

9    A    Yes.

10   Q    Would you say he took the lead on this

11   arrest?

12   A    That is fair.

13   Q    Would you say he took the lead in

14   assessing the state of the license plate in order to

15   make the arrest?

16   A    Yes.

17   Q    Did other officers look at the plate?

18   A    I don't know.

19   Q    Do you know if Mr. Gerasimou was charged

20   with any other crimes in relation to the incident?

21   A    I don't know.

22   Q    Do you know if he was convicted of these

23   crime or crimes?

24   A    I don't know.

1                          Scott Brenes

2      Q    Were you ever called upon to testify in a

3   criminal trial concerning it?

4      A    No.

5      Q    Do you know if Officer Cillis ever was?

6      A    I don't know.

7      Q    Did you search Mr. Gerasimou's vehicle?

8      A    No.

9      Q    Who, if anyone, did search it?

10      A    I don't know.

11      Q    When or if his car was searched, do you

12   know if and what was recovered?

13      A    No.

14      Q    Did Mr. Gerasimou ever have an opportunity

15   to look at his driver's license?

16      A    I don't recall.

17      Q    Is the practice of pulling someone over

18   calling in their license plate to see if they had

19   any open warrants?

20           MS. DECASTRO:  Objection.  You can

21           answer.

22      A    It happens on occasion, sure.

23      Q    Do you remember if it happened on this

24   occasion?

25      A    I don't know.

1                    Scott Brenes

2       Q     Did you ask Mr. Gerasimou for consent to

3  search his car?

4              MS. DECASTRO:  Objection.  You can

5              answer.

6       A     Did I ask?

7       Q     Yes.

8       A     No, I did not.

9       Q     Did he give you consent?

10      A     I don't recall.

11      Q     You don't recall or you don't remember

12  that he told you that?

13      A     No, I don't recall.

14      Q     Do you make arrests based on forged,

15  temporary license plates frequently in Anti-Crime at

16  the 111th?

17      A     Define frequently.

18      Q     Does this happen once a month?

19      A     Again, it varies on occasion.

20      Q     Is this a major crime that occurs in the

21  jurisdiction of the 111th, does it commonly occur?

22              MS. DECASTRO:  Objection.  You can

23              answer.

24      Q     If you know.

25      A     I don't know.

1              Scott Brenes

2      Q    Sergeant, I am going to hand you what has

3   been marked as Plaintiff's Exhibit B.  It's already

4   been shown to your counsel, but I will give her an

5   opportunity to see it again which was previously

6   given to her for review (handing).

7           Sergeant, do you know what this document

8   is?

9      A    This is an affidavit.

10     Q    I will give you a chance to review it.

11          MS. DECASTRO:  I would ask that you

12          ask him a question about the document

13          before he reviews it.

14     Q    That's fine.

15          What court was this document to be

16   submitted to?

17     A    Queens.

18     Q    Queens criminal court?

19     A    Yes.

20     Q    Do you know it to be the affidavit to

21   support the accusatory instrument again for

22   Mr. Gerasimou and his arrest on June 16, 2015?

23          MS. DECASTRO:  Objection.  You can

24          answer.

25     A    Yes, seems to be.

64

                           Scott Brenes

1

2       Q       Does the document indicate the crimes he

3   was charged with?

4       A       It does.

5       Q       What were those crimes?

6       A       Criminal possession of a forged instrument

7   in the third degree.  Issuance number location and

8   condition of the vehicle's plates.

9       Q       Just those two, correct?

10      A       Right.

11              MS. DECASTRO:  For the record, the

12              witness is reading from the document.

13      Q       Based on the enumeration of the charge of

14  criminal possession of a forged instrument, what

15  constitutes criminal possession of a forged

16  instrument under the law and deemed in the affidavit

17  in front of you?

18      A       Stated, reading from the document?

19      Q       Yes.

20      A       Operate, drive or park upon the states

21  public highways a motor vehicle without a

22  distinctive number and set of numbers.  Number

23  plates with a number and other identification matter

24  corresponding with the certificate of the

25  registration conspicuously displayed, one on the

65

Scott Brenes

1   front and one on the rear of such vehicle securely

2   fastened and placed no higher than 48 inches or

3   lower and 12 inches from the ground.

4   

5       Q    Did you notice based on your observations

6   as responding officer on the date at issue that

7   Mr. Gerasimou was a suspect of that crime?

8       A    Can you rephrase that?

9       Q    Sure.

10           Did Mr. Gerasimou possess a forged

11  instrument in the form of a license plate on June

12  16, 2016?

13      A    Yes.

14      Q    Why would you say that?

15      A    I don't remember exactly what the features

16  were.

17      Q    But you believe them to be against the

18  law?

19      A    Yes.

20      Q    Did you have an opportunity to speak to

21  Mr. Gerasimou concerning the plates?

22      A    Did I?

23      Q    Yes.

24      A    No, I did not.

25      Q    Did the content of other officer

1                           Scott Brenes

2    investigations or questions with them, were they

3    relayed to you?  Did anyone tell you what

4    Mr. Gerasimou said concerning the plates?

5         A    Not that I recall.

6         Q    Why did you believe it was a forgery on

7    the date of his arrest?

8         A    Like I said, I don't remember the features

9    what it was at that particular time.  I don't

10   remember.

11        Q    Do you remember him, meaning

12   Mr. Gerasimou, being asked whether he knew the

13   document to be a forgery?

14        A    Rephrase that.

15        Q    Did anyone ask him, do you know that this

16   is a forgery?

17        A    I don't know.

18        Q    What about the second listed crime starts

19   with VTL?

20        A    Issuance number location of the vehicle.

21        Q    Right.  When does someone get arrested for

22   that crime?

23             MS. DECASTRO:  Objection.  You can

24             answer.

25        A    I guess that is an additional charge on

67

                        Scott Brenes

1

2  top of the criminal possession of a forged

3  instrument.

4       Q    When you were in the back of

5  Mr. Gerasimou's car did you see the license plate in

6  the car or on the car?

7       A    No.

8       Q    But you did testify that you eventually

9  had it in your hands to look at it, correct?

10      A    Correct.

11      Q    Where did it come from?

12      A    I don't know.  I don't know who grabbed it

13  out of the car.

14      Q    So you do know that it was in the car

15  because you just testified that it was taken from

16  the car?

17      A    Right.

18      Q    Do you know if it was visible?

19      A    From outside of the vehicle?

20      Q    Yes.

21      A    I don't believe so, no.

22      Q    Did you get a good look at the vehicle

23  when it was pulled over?

24           MS. DECASTRO:  Objection.  You can

25           answer.

68

Scott Brenes

1      A     Rephrase that, please.

3      Q     Did you get a good look at the vehicle

4  when it was pulled over, Mr. Gerasimou's vehicle?

5      A     The vehicle itself?

6      Q     Yes.

7      A     Yes.

8      Q     What kind of car was it?

9      A     I believe it was a Mercedes.

10      Q     Was it a late model car?

11      A     I don't know.

12      Q     Did you get the impression that it was a

13  new car?

14      A     I don't remember.

15      Q     Was there a license plate in the front of

16  the car?

17      A     I don't know.

18      Q     Did you have an opportunity to walk around

19  the car or otherwise inspect it?

20      A     No.

21           MR. KARLYA:  I'm nearly done.  I just

22          ask that we take a short break.

23           MS. DECASTRO:  Sure.

24          (Whereupon, a break was taken from

25          1:54 p.m. to 2:02 p.m.)

69

Scott Brenes

1    MR. KARLYA:  It is 2:02.  I'm

2    continuing the deposition of Sergeant

3    Brenes.  I just have a few final questions

4    and you will be on your way and I thank

5    you for coming in today.

6        THE WITNESS:  Sure.

7  FURTHER EXAMINATION

8  BY MR. KARLYA:

9        Q    I wanted to ask you concerning the search

10  of the vehicle once Mr. Gerasimou's vehicle was

11  brought back to the precinct.  Was there a search

12  conducted of the vehicle?

13       A    I don't know.

14       Q    Did anyone tell you that there was a

15  search of the vehicle?

16       A    No.

17       Q    As the sergeant of the Anti-Crime Unit,

18  did you have a role in overseeing paperwork that is

19  submitted to an arrest of this type?

20       A    Yes.

21       Q    So if there were an inventory search of

22  the car, protocol would have you at some point

23  review the paperwork, correct?

24       A    Yes.

25

70

Scott Brenes

1

2      Q     Do you recall any paperwork concerning a

3  search of the vehicle?

4      A     No.

5      Q     What happened to the license plate that

6  was on or in the car?

7      A     It was vouchered.

8      Q     Did you ever have a chance to look at it

9  after the scene of where the car was pulled over?

10     A     I don't recall.

11     Q     Did any other officers have an opportunity

12 to look at it other than you and Officer Cillis?

13           MS. DECASTRO:  Objection.  You can

14           answer.

15     A     Not that I know of.

16     Q     And can you help me understand the

17 training that you received to identify forged

18 instruments?

19     A     Oh, boy, that might go back as far as the

20 academy.  I don't recall the specifics.

21     Q     You testified and indicated that you

22 believe it might be the case the last time you were

23 trained on forged instruments was when you were a

24 member of the police academy; is that correct?

25     A     That is possible.

71

Scott Brenes

1

2          MR. KARLYA:  Okay.  I have no further

3      questions.

4          MS. DECASTRO:  Thank you.

5          (Time noted:  2:04 p.m.)

6

7

8                              SCOTT BRENES

9

10   Subscribed and sworn to

11   before me this      day

12   of              , 20

13

14      Notary Public

15

16

17

18

19

20

21

22

23

24

25

72

1

2                              INDEX

3

4    WITNESS                EXAMINATION BY                    PAGE

5    Scott Brenes          Mr. Karlya                         4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

73

1

2                          CERTIFICATION

3

4       STATE OF NEW YORK  )

                            )  ss

5       COUNTY OF SUFFOLK  )

6

7            I, Abby Lynn Kalberer, a stenotype

8       reporter and Notary Public within and for the State

9       of New York, do hereby certify;

10           That the witness whose Examination Before

11      Trial is hereinbefore set forth was duly sworn by

12      me;

13           That such Examination Before Trial is a

14      true and accurate record of the testimony given by

15      said witness.

16           I further certify that I am not related to

17      any of the parties to this action by blood or

18      marriage, and that I am in no way interested in the

19      outcome of this matter.

20           IN WITNESS WHEREOF, I have hereunto set my

21      hand this 4th day of October, 2016.

22

23           *Abby Lynn Kalberer* (signature)

24                Abby Lynn Kalberer

25

## A

Abby 1:20 73:7,24
above-noted 1:20
academy 21:15,18
  22:4,8,25 23:2,6
  23:16 24:7,9,22
  25:2,9 36:2 70:20
  70:24
accommodate 4:24
accomodation
  16:12
accompany 47:16
accurate 9:25
  11:13 28:7 34:5
  73:14
accusatory 63:21
action 3:14 73:17
addition 3:10 9:21
  35:25
additional 55:9,24
  66:25
address 4:9
admitted 22:3,7
affairs 41:13
affidavit 63:9,20
  64:16
afternoon 4:12,17
ago 7:17 8:12 9:3,5
  15:13,14 16:8,9
  16:21 17:4,19
  19:4 23:23
alcohol 19:9,11
alcoholic 19:11
alleged 16:13 18:21
  31:11
alteration 60:5,7
altered 59:23
amount 33:13
amounts 30:24
answer 8:14 10:3
  17:8,21 21:5
  26:16 27:21 37:2
  38:22 39:12 40:25
  41:9 43:9 47:5
  56:25 61:21 62:5
  62:23 63:24 66:24
  67:25 70:14

answering 8:5
answers 4:18 48:23
  49:6
Anti-Crime 38:12
  39:17,18,24 40:11
  40:17 43:3 62:15
  69:18
anybody 33:16
appear 13:25
appearance 15:20
  15:21
appearing 49:21
approached 47:20
approximately
  15:13 16:9 29:15
  32:21 38:15
area 26:13,20
  46:18,20 47:3
areas 27:3,5
armed 44:11
arrest 9:9 12:17
  41:17 53:8,16,19
  54:3 56:10 60:12
  60:16 63:22 66:7
  69:20
arrested 56:19
  66:21
arresting 52:14
arrests 62:14
Article 1:18
Aside 14:22
asked 4:22 16:22
  18:5 49:9 66:12
assessing 60:15
assessment 60:9
assigned 26:2
assignment 25:10
associate's 20:8,9
assuming 10:14
attorney 3:24 4:13
  8:5,9 16:6
attorney's 11:18
attorney/client
  17:8
attorneys 2:5,10
  3:5 18:24
August 23:3 25:8
authorizing 52:3

automatic 45:16
automobile 56:15
  56:17
aware 8:13 12:14
  34:17 50:10 57:2

## B

B 4:2 5:13 63:3
back 20:21 51:2,4,8
  51:16,19 52:10,16
  53:5 56:13,14,20
  57:3,14 67:4
  69:12 70:19
back-up 55:19
badge 44:15,17
bar 3:12
based 12:16,19
  45:24 46:22 49:14
  62:14 64:13 65:5
basically 33:10
Bayside 4:10 5:20
  46:18,19,25
beat 26:3
bedding 7:18
began 6:9 18:6,10
  18:16 22:24 36:16
  40:14
beginning 35:2,5
  35:20
begun 3:17
believe 11:10 16:18
  17:16 18:18 20:21
  21:22 24:20 26:8
  30:22 32:11 36:20
  36:22 39:3,4
  40:21 42:12 45:22
  46:9 51:23 53:17
  53:22 58:12 65:17
  66:6 67:21 68:9
  70:22
bell 10:16
benefit 28:19
best 37:11
better 32:18
beverage 19:12
bigger 26:21
blood 73:17
body 58:2

book 59:16,17
borough 31:14
Boulevard 9:19
boy 5:13 22:17
  70:19
break 4:24 68:22
  68:24
Brenes 1:8,16,17
  4:8 5:1,11 6:1 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1,4 70:1 71:1,8
  72:5
briefing 43:24
bring 36:6
brings 57:4
Brooklyn 35:13,13
  35:14
brought 50:12 51:8
  52:10 53:5 56:12
  57:3 69:12
business 7:19

## C

C 2:2 4:2
C.P.L.R 3:6,21
call 12:9 51:12,13
  55:13,22
called 18:14 23:9
  61:2

calling 56:6 61:18
cam 57:20,24 58:2
capacities 1:7,8
capacity 13:9 38:5
car 44:20 45:7,10
  46:3,8 47:7,9,11
  47:11,13,21 50:15
  50:17,20,22,25
  51:17 52:11 53:5
  54:9,20 56:14,20
  57:13,24 61:11
  62:3 67:5,6,6,13
  67:14,16 68:8,10
  68:13,16,19 69:23
  70:6,9
care 7:6
carrier 9:24
carry 44:16
cars 52:24
Carver 2:6
case 57:6,11 70:22
CASSAR 2:4
certain 58:25
certificate 64:24
CERTIFICATI...
  73:2
certify 73:9,16
challenging 29:19
  29:21
chance 63:10 70:8
change 36:14
changed 40:19 41:6
charge 3:25 12:7
  33:4,8,9,21 64:13
  66:25
charged 26:20
  60:20 64:3
checking 56:7
CHRISTOPHER
  2:4
Church 2:11
Cillis 1:7 37:13,17
  37:24 38:24 43:20
  43:22 44:5 47:15
  48:3,12 49:6,20
  52:7,15,23 53:14
  55:3 56:9 57:12
  60:8 61:5 70:12

Cillis' 48:22 53:16
circumstances
  16:23 54:8 55:19
  55:22
City 1:7 6:10,20
  10:23 11:21 12:5
  13:12 15:25 17:3
  18:10,15,17 21:10
  21:14 22:4,18
  23:6 24:8 27:8,17
  35:20 41:14,22
civil 1:18 12:12
claiming 13:11
clarification 32:24
clarify 4:22 14:8,15
  14:16 23:12 30:24
  52:18
class 23:14,17 25:3
classes 23:15,19,22
  35:24
clear 59:13
close 60:3
closer 17:18 18:5
  18:10
lothes 44:9
come 14:12 42:19
  49:9,11 55:2,10
  67:11
coming 5:9 50:22
  69:6
command 37:13,18
  40:5
commonly 62:21
Community 20:11
company 6:17 7:18
  7:19,20,25,25
compare 59:17
completed 20:7
completely 59:13
computers 6:18
concern 58:7
concerned 49:21
concerning 10:15
  10:25 12:23 16:10
  16:12,13 18:20
  24:24 42:7 61:3
  65:21 66:4 69:10
  70:2

concluded 54:3
condition 64:8
Conditions 36:22
  37:7
conduct 3:7 43:24
  49:16
conducted 69:13
connection 41:21
consent 62:2,9
consisted 23:22
conspicuously
  64:25
constitutes 64:15
consumed 19:11
content 65:25
continue 30:18
  32:7 36:13
continuing 69:3
control 55:24
controlled 3:21
convicted 60:23
conviction 9:13
copy 3:23 6:18 7:18
copying 7:25
Corona 31:17,18
corp 14:13,17,20
  15:7 17:24
CORPORATION
  2:10
correct 5:14 20:16
  20:20 40:9 45:4
  45:19 51:8,14
  64:9 67:9,10
  69:24 70:24
corresponding
  64:24
counsel 2:10 3:19
  14:17,20 15:7
  17:24 63:4
counsel's 14:13
County 9:17 73:5
couple 8:3,12 14:24
  14:25 23:7 31:2
  37:11
course 9:23 11:20
  26:18 38:2 46:21
  60:2
courses 23:7

court 1:2 4:16,19
  8:18 12:13,22,25
  13:4,22,25 15:21
  63:15,18
courthouse 9:19
cover 31:13 35:12
covered 26:13,21
  27:3
covering 26:20
  33:3
covers 26:6,7,8
crime 24:5 27:4
  43:25 47:2 52:14
  56:7 60:24 62:20
  65:7 66:18,22
crimes 24:2,10 45:4
  60:21,24 64:2,5
criminal 9:11,22
  61:3 63:18 64:6
  64:14,15 67:2
crowd 55:24
current 5:16,21
currently 4:15 19:8
  19:14,19,22 21:7
  21:9 37:3,25
cut 58:25 59:6,7,12
  59:14,22
cutting 59:7

D

danger 49:14
dangerous 56:3
dash 57:20,24
date 30:4 44:17
  45:6 65:6 66:7
day 42:9 43:17
  71:11 73:21
dealership 59:5,8
DECASTRO 2:12
  10:2,18 11:4 14:8
  14:11,22 17:7,20
  21:4 26:15 27:20
  36:25 38:21 39:11
  40:24 41:8,15,25
  43:8 47:4 56:24
  61:20 62:4,22
  63:11,23 64:11
  66:23 67:24 68:23

70:13 71:4
decision 45:9,12,13
  47:7 53:15
decisions 45:17
deemed 3:19 64:16
defendant 4:15
  10:7 13:10
Defendants 1:9,17
  2:10
Define 62:17
Definitely 31:18
definitions 24:6,9
degree 20:8,10,15
  64:7
delivered 6:18
delivery 7:18
depart 44:19
department 2:9
  10:15,24 11:21
  12:5 15:25 16:17
  17:3 18:16 21:10
  27:9,17 35:20
  41:22 55:15
depending 55:25
depends 55:20
deposition 3:15,19
  3:22 8:8,16 69:3
Depositions 3:7
desk 42:21
determine 44:24
different 40:8,16
  40:22 58:23
difficult 19:6
directed 8:4
discipline 41:24
disciplined 41:20
discussed 17:25
dispatch 55:9
display 44:15
displayed 64:25
distinctive 64:22
district 1:2,2 4:15
  4:16
document 63:7,12
  63:15 64:2,12,18
  66:13
dogs 12:3,7
doing 22:18 55:14

double 56:7
draw 49:18
drive 44:22,25
  64:20
driver's 48:13
  61:15
driving 7:6 46:4,10
  46:12,13 57:14,14
drugs 19:15
due 9:9 12:25
duly 4:3 73:11
duties 11:20 12:4

E

E 2:2,2 4:2,2
east 2:6 35:15,16
Eastern 1:2 4:16
education 20:4,6
eight 29:17,24
elements 24:4
eligible 27:18
employed 21:7,9
employee 11:21
employment 5:16
  8:2
endeavor 4:24
ended 11:16,17
enforcement 7:8
  20:5
ensure 52:7,23
entail 22:16 33:2
entailed 55:25
enter 21:17
entered 21:14
entire 25:20
enumeration 64:13
equal 10:10,15,25
ESQ 2:7,12
Evangelos 1:4 4:13
eventually 53:9,10
  53:25 54:2,4,13
  67:8
everybody's 52:17
exact 15:4 35:7
  42:15
exactly 46:16 58:15
  65:15
exam 21:22,23

22:18 27:12,13,24 28:24 29:7,18
examination 1:16 3:10,12,17,24 4:5 69:8 72:4 73:10 73:13
examinations 21:18
examined 3:16,25 4:4
exams 24:13,15,16 24:17,22,23,23 25:6
excessive 12:19 41:16
exchange 48:22 49:5
execution 12:3
exercises 22:19
exhaust 50:22
Exhibit 63:3
exited 49:23
exits 50:11
experience 27:2 28:15 29:6 37:23 58:16 59:11
explanations 5:4

**F**
failure 3:10,18
fair 24:3 41:4 60:13
false 12:16 41:17 41:18
familiar 31:24
far 13:9 35:17,17 38:7 70:19
fast 52:24
fastened 65:3
fearing 49:21
features 65:15 66:8
February 21:16 22:24
federal 4:15 10:13
feel 49:14
filing 3:21
final 69:4
fine 20:23 21:6 63:14

firearm 44:11,13
first 4:3 21:25 22:12,22 25:9,10 29:22 30:3 36:18 37:14,16,22 39:3 41:12 42:17 52:4 52:5
five 27:22 33:17 38:4,14 39:19 40:20
Flushing 31:15,18
focus 39:16
follow 51:10,11
following 36:4
follows 4:4
force 12:20 41:17
forged 53:20,21 58:12 59:17 62:14 64:6,14,15 65:10 67:2 70:17,23
forgeries 59:12
forgery 24:10 58:19 59:3 60:9 66:6,13,16
form 3:9 65:11
forth 73:11
four 7:13 38:4,13
frequently 62:15 62:17
front 28:22 64:17 65:2 68:15
full 5:10
function 8:22 34:4 37:19 52:6
functions 52:22
furnished 3:24
further 3:23 69:8 71:2 73:16

**G**
garbage 7:6
Gardens 26:9
generally 58:20,21
geographic 26:13 26:20
Gerasimou 1:4 4:14 45:20 46:3 46:11 47:23 48:13

49:6,8,15,23 50:11,24 52:11 53:4 54:17 56:10 56:19 60:20 61:14 62:2 63:22 65:7 65:10,21 66:4,12
Gerasimou's 45:7 46:8 47:13 48:23 51:4 57:13 58:4 60:3 61:7 67:5 68:4 69:11
gestures 5:5
getting 57:15
give 8:5 15:3 62:9 63:4,10
given 39:25 63:6 73:14
Glendale 32:15
go 9:18 21:19 24:4 24:6,9 30:21 31:3 42:24 43:10,25 44:3 50:25 52:8 55:14 70:19
going 4:17 14:20 20:3 22:17 34:24 41:15 59:24 63:2
good 4:12 39:6,6,8 53:23 54:7,10 67:22 68:3
grabbed 67:12
graduate 20:12,17 21:3 25:2,6,9
graduated 20:20,24 23:3
ground 65:4
guess 9:6 11:17 24:3 41:2 53:13 66:25
guide 59:16
gun 49:18

**H**
half 5:24 7:13
hand 5:5 63:2 73:21
handcuffed 50:6,9 54:17 56:11,20
handed 54:11,12

54:16 59:4,8
handing 63:6
hands 40:19 54:14 67:9
happen 13:23 62:18
happened 14:19 18:19 34:13 47:10 49:7,24 53:12 61:23 70:5
happens 53:6 56:10 61:22
happy 4:23
hard 9:7 10:4,5 23:21 32:14
head 5:6
hear 48:3,5,21
held 1:20
help 14:14 15:19 26:12 42:16 70:16
helps 32:18
hereinbefore 73:11
hereto 3:5
hereunto 73:20
high 20:17,20,24 21:3 27:4
higher 45:14,16 65:3
highest 20:6
highways 64:21
Hill 25:14 26:6,9
hire 14:3,11
hold 21:11
holding 32:4 54:9
hours 19:12,17 42:12,13
Huntington 2:6
Hyde 7:3,5,12,14

**I**
identifiable 45:3
identification 64:23
identify 58:18 70:17
III 2:7
illegal 12:23 13:2 19:15

immediately 6:19
impression 68:12
inches 65:3,4
incident 19:6 55:3 55:11 57:18 60:21
including 3:8
incorporated 6:21 6:23
incorrect 58:24
INDEX 72:2
indicate 5:3 59:3 64:2
indicated 70:21
indicating 6:9 53:11
indication 41:5
individual 1:7,8
influence 19:8,14
information 58:25
ink 6:16
inspect 68:19
instances 17:16
instrument 53:20 53:21 63:21 64:6 64:14,16 65:11 67:3
instruments 70:18 70:23
intending 24:14
interaction 53:13
interested 73:18
internal 41:13
inventory 69:22
investigate 52:14
investigated 39:9 41:13
investigations 66:2
involved 10:10 11:8
involving 11:8
Island 6:24
Issuance 64:7 66:20
issue 11:6,9 16:23 65:6
issued 44:13
issues 10:25

**J**

**J** 2:4
jacket 48:20
Jamaica 31:19,20
job 6:19 7:4 8:22
  19:5 27:7 32:25
  35:21 36:18,19
  37:19 39:8,8
  41:21 42:4 55:25
jobs 6:12,15 25:25
  25:25 26:2
Joe 4:12
JOHN 1:7,17
jointly 45:13
JOSEPH 2:7
July 30:15,16,16
June 42:7,8,22 43:3
  43:18 44:6 57:17
  63:22 65:11
jurisdiction 27:4
  32:12 62:21

**K**
K9 11:22,23,25
  12:3
K9s 10:15,17
Kalberer 1:21 73:7
  73:24
Karlya 2:7 4:6,12
  14:10 21:6 68:21
  69:2,9 71:2 72:5
keep 29:3
Kew 26:9
keys 50:15
kind 68:8
knew 66:12
know 5:2 9:14 11:6
  11:12,12,16,17
  16:4,7,7,14,14
  17:12,14,17,22
  24:25 27:22 30:6
  31:20 32:13 33:16
  35:17 37:21 38:24
  39:9 41:10 48:6,9
  48:15 49:10 50:16
  52:4 54:11,12,21
  59:20 60:19,20,22
  60:23,25 61:5,6
  61:10,12,25 62:24

62:25 63:7,20
  66:15,17 67:12,12
  67:14,18 68:11,17
  69:14 70:15
knowing 38:2
knowledge 41:5
known 59:10

**L**
late 68:10
law 1:19 2:4,9 7:8
  15:25 16:16 17:3
  18:15 20:4 23:8
  23:10,14,15,17
  24:24 33:8 64:16
  65:18
lawsuit 4:14 10:7
  10:11,13,23 11:8
  11:15 13:8,16,17
  13:19,20,23,23
  14:2,23 15:14,15
  17:10,13 42:8
lawsuits 17:17
lawyer 14:3,5
lawyers 14:14
lead 60:11,14
learn 24:14
learned 24:13
leaving 52:15
Lefrak 22:17
length 25:20
let's 24:23
level 20:6
license 45:22 46:4,7
  51:16,25 53:22,23
  54:19 58:22 59:5
  59:10,17 60:4,15
  61:15,18 62:15
  65:11 67:5 68:15
  70:5
lifetime 13:14
limit 24:23 41:16
line 28:22
listed 66:18
little 7:24 9:6 26:25
  32:22 34:12 35:10
located 46:25
location 45:2 46:14

57:13 64:7 66:20
long 5:23 6:6,23
  7:11,17,21 8:2 9:2
  16:20 19:4 22:25
  23:23 25:17 32:20
  34:10 35:9 37:6,7
look 46:3 51:20
  53:23 54:3,7,10
  59:21 60:18 61:15
  67:9,22 68:3 70:8
  70:12
looking 51:22
  58:18
lookout 45:3
loss 17:3
loud 48:24 49:3
lower 65:4
Lynn 1:21 73:7,24

**M**
machines 6:18
main 46:21
major 62:20
Malba 31:23,24
MARIA 2:12
marked 63:3
marriage 73:18
material 29:3
matter 64:23 73:19
mattress 6:17 7:20
mean 15:2,19,24
  18:8 28:14 30:16
  33:4,7,21 36:8
  39:7,23 40:4 44:8
  46:23 47:2 52:21
  54:2,4 58:21,21
meaning 5:4 10:7
  14:11 33:14 51:4
  52:11 66:11
medication 19:20
  19:22
meet 16:3,15 18:15
  37:16 42:24 43:23
meeting 16:19
member 41:21
  70:24
Mercedes 68:9
met 15:24 17:2

18:19,23 43:22
Michael 1:7 37:13
  43:19
Middle 32:16,17
mileage 26:23
minute 20:23
Miranda 56:21
misconduct 16:13
  39:10 41:13
missing 59:6
model 68:10
moment 51:15,23
  52:16
month 30:14 35:7,7
  62:18
months 8:12 23:4
  28:2 29:17,24
  31:2 32:2 37:11
motion 3:13
motor 64:21
motorist 53:14
motorists 52:24
move 3:9,11
moving 52:25
music 50:19

**N**
N 2:2 4:2
name 4:7,12 5:10
  5:12 16:5
named 4:14 10:7,7
  10:14 17:12
narrow 54:6
Nassau 20:11,25
nature 16:19
nearby 52:25
nearly 68:21
need 4:23,25 20:23
  55:16,18
needed 25:6 28:16
needing 14:3
neighborhood 26:6
neighborhood-wi...
  31:14
neighborhoods
  26:19
new 1:2,7,12,22 2:6
  2:9,11,11 4:10,16

6:9,20 7:3,5,12,14
  10:23 11:21 12:4
  13:12 15:24 17:3
  18:10,15,17 21:10
  21:14 22:3 23:6
  24:8 27:8,17
  35:15,16,20 41:14
  41:22 68:13 73:4
  73:9
night 57:9,16
nod 5:5
Nope 19:16
Notary 1:21 3:16
  3:17 4:3 71:14
  73:8
noted 71:5
notice 1:19 46:4
  51:16,20,21 60:4
  65:5
number 33:14
  40:19 64:7,22,22
  64:23 66:20
numbers 15:4 59:6
  64:22
NYPD 11:5

**O**
O 4:2
oath 4:20 8:13
object 3:8,11 41:15
Objection 10:2
  17:7,20 21:4
  26:15 27:20 36:25
  38:21 39:11 40:24
  41:8,25 43:8 47:4
  56:24 61:20 62:4
  62:22 63:23 66:23
  67:24 70:13
objective 10:24
observations 45:25
  65:5
observe 48:3
observed 49:15
observing 49:20
obtaining 10:24
occasion 12:6,10,11
  27:6 43:14 47:6
  47:14 61:22,24

62:19
occur 8:24 55:11
  55:22 62:21
occured 56:7
occurred 13:18
  17:4 18:5,25
occurrence 15:5
occurs 62:20
October 1:13 73:21
office 2:10 11:18
  14:13 42:24
officer 6:7,10,20
  9:10 11:2 12:4
  13:12 18:6,11,17
  20:5 25:23 27:3
  27:18 37:13,16,24
  38:16,24 39:6,6
  43:5,6,19,22 44:5
  45:13,14,17 47:15
  48:3,12,22 49:6
  49:20 52:7,14,15
  52:23 53:13,16
  55:3 56:9 57:7,12
  58:17 59:11 60:8
  61:5 65:6,25
  70:12
officers 33:5,8,14
  42:25 43:2,23
  55:2,6,10,13,23
  56:6 60:18 70:11
OFFICES 2:4
official 1:7,8 59:9
Oh 22:17 70:19
okay 14:9,11 42:6
  71:2
once 15:17,18,23
  28:3,4 30:13 47:9
  47:11 50:11,24
  52:10 62:18 69:11
ones 26:10
ongoing 35:21
  55:10
open 48:14 61:19
Operate 64:20
opportunity 61:14
  63:5 65:20 68:18
  70:11
orally 5:7

order 21:17 60:15
original 3:18,22
outcome 73:19
outside 14:23 29:12
  50:4 54:9 67:19
Over-the-counter
  19:25
oversee 38:8
overseeing 69:19

**P**

P 2:2,2
P.C 2:5
p.m 1:13 42:14
  68:25,25 71:5
PAGE 72:4
paired 43:5,15,17
  43:19,21 44:5
  57:7
pairs 43:11,12
paper 59:2
paperwork 44:4
  69:19,24 70:2
park 7:3,5,12,15
  64:20
parks 7:7
part 3:6 10:22
  13:19,20 14:2
  23:6 35:14 52:19
partially 59:12
particular 29:4
  33:19 45:2 57:9
  66:9
particularly 49:3
parties 3:5 73:17
party 10:6,14 11:3
pass 21:23,25 22:10
  22:12,22 27:25
passed 22:20 25:5
  28:7,9,10,25
  29:25 30:3,7
  53:11
passenger 47:19
  48:14 50:13 52:9
patrol 25:15,19,23
  33:22 34:6 36:14
  36:14 46:24
pay 10:10,15,25

paying 14:5
pending 4:15
people 33:3,13
period 31:25 42:7
person 40:17
personally 47:24
personnel 33:8
photocopy 58:24
Photography 57:22
physical 22:14,18
  24:17 44:16
physically 50:25
  59:23
pick 25:25
Pillar 23:10
place 1:20 6:16
  9:16 48:7
placed 50:24 53:8
  53:18 54:14 56:9
  56:13,14 65:3
plain 44:8
plaintiff 1:5,18 2:5
  4:13 10:8
Plaintiff's 63:3
plate 45:22 46:5,7
  51:25 53:22,24
  54:19 59:2,5 60:4
  60:15,18 61:18
  65:11 67:5 68:15
  70:5
plates 58:5,8,22
  59:11,17,21 62:15
  64:8,23 65:21
  66:4
playing 50:19
Plaza 1:11 22:18
please 4:7,9,22 5:10
  18:13 21:13 68:2
point 13:14 69:23
police 6:7,10,20
  8:22 9:10 10:14
  10:24 11:2,21
  12:5 13:12 18:6
  18:11,17 21:10,14
  21:17 22:4,25
  23:6,16 24:9,21
  25:23 27:8,17
  35:20 36:2 41:14

41:22 52:14 55:2
  55:9 58:17 59:11
  70:24
policy 27:17
position 40:19
possess 65:10
possession 64:6,14
  64:15 67:2
possible 18:9 56:4
  70:25
possibly 18:24
post 5:16 25:9 41:6
potential 59:17
practice 1:19 56:6
  61:17
precaution 28:13
precinct 5:17,18
  25:12 26:5 27:3,4
  30:19 34:14 35:7
  35:8 38:19 44:20
  46:22,25 56:12
  57:14 69:12
preparation 29:14
prepare 8:8,11
  29:9,15
prescribed 19:19
  19:23
present 36:6
previously 63:5
printing 6:16 7:25
prior 15:10,11
  17:15 38:16,25
  41:16
privilege 17:8
Probably 18:3
  20:18
procedurally 52:8
proceed 44:22
promoted 6:7
  27:10,11,16 30:13
protocol 69:23
prove 24:5
provide 9:8
provided 3:6,20
psychological 22:4
Pubic 6:22
public 1:22 3:16,17
  4:4 64:21 71:14

73:8
pull 45:6,9 47:7
  51:24 52:3,4
pulled 45:21 46:10
  47:9,12 52:9,19
  67:23 68:4 70:9
pulling 45:18 61:17
pursuant 1:18
put 28:22 56:20

**Q**

qualify 21:17
Queens 5:20 9:17
  9:19 25:14 26:7
  31:15 63:17,18
question 3:8,11
  4:21 10:12,19
  13:6,21 24:23
  32:23 47:23,24
  48:4 54:6 63:12
questioning 48:10
  48:12
questions 4:18 8:6
  8:14 20:3 39:16
  41:11 42:6 48:6
  48:22 49:5 66:2
  69:4 71:3

**R**

R 2:2 4:2
R-E-N-E-S 5:13
radio 55:15
raining 48:17,18
ran 58:4
rank 5:21 21:11
  32:4
ranked 45:14
ranking 45:16
read 56:21,23
reading 64:12,18
real 58:8 59:18
really 11:12 15:16
  16:14,20 17:22
  18:22 22:19 27:14
  28:21 31:20
rear 49:25 50:12
  65:2
reason 19:3 28:16

29:5 34:15 47:20 48:21 50:8 55:16 55:17
recall 8:25 9:2,15 11:15,17,19 12:14 12:15 13:18 14:18 15:4,6 17:4 18:9 18:14 26:9 30:10 32:10 43:4 44:23 46:6,16 47:8 49:22 50:18 53:7 53:7,18 54:18 55:5 56:17 57:8 58:15 61:16 62:10 62:11,13 66:5 70:2,10,20
receive 20:9
received 23:25 35:25 70:17
recollection 18:4
record 4:7,9 64:11 73:14
recording 57:18
recovered 61:12
ecruit 22:25
reference 59:16
referring 11:7
refresh 18:4
regard 11:24
regarding 45:18
regions 35:12
registration 64:25
regular 26:3
related 8:21 24:10 73:16
relation 37:19 60:21
relayed 66:3
remain 34:10
remember 7:19 10:5 11:14 13:17 13:24 14:3,5,7 15:16,17 16:4,10 16:16,20 17:9,22 18:19,25 19:3,6 20:14 22:19 23:8 23:21 24:25 26:11 27:14 30:6 32:13

32:14 35:18,21 36:3 42:11 45:11 45:20 46:17 48:16 48:19,25 49:16,20 50:17,19 52:2 54:5,8 55:8 57:5 57:14,16 58:4 60:6 61:23 62:11 65:15 66:8,10,11 68:14
removal 7:7
removed 50:15
repair 7:7
repeat 4:22,25
rephrase 10:19 13:5,21 16:24 18:13 23:18 26:17 40:2 41:23 46:2 52:12 55:12 65:8 66:14 68:2
reporter 1:21 4:19 73:8
representative 16:16 17:2 18:15 18:24
reputation 39:5
request 31:8 34:18
required 24:5 25:5
reserved 3:10,13
respective 3:5
responding 25:25 65:6
responses 4:20 5:4
responsibilities 7:4 7:9 25:24 33:2
responsibility 27:8 36:18 41:21
result 9:13 11:14 17:9 31:10
retrieved 54:19
return 3:18
review 23:16,20 63:6,10 69:24
reviews 63:13
Richmond 25:14 26:6,9
Ridgewood 32:14
right 3:8 6:2 18:2

22:8 29:13,23 45:19 54:14 64:10 66:21 67:17
rights 3:6,20 56:21 56:21,23
rings 10:16
road 7:7
roadway 52:20
role 52:10,13 69:19
Rule 3:20
Rules 1:19 3:7
running 50:17
RXR 1:11

S
S 2:2 4:2,2
s/h/a 1:16
safe 52:7,19
safety 49:21 52:17 52:23
saw 46:6 52:4,5 54:8 60:3
saying 10:21 18:11 23:24 42:14 48:5 52:22
scene 55:3,10,14 57:15 70:9
school 20:17,20,24 21:3
scissor 59:7
Scott 1:16 4:8 5:1 5:11,14 6:1 7:1 8:1 9:1 10:1 11:1 12:1 13:1 14:1 15:1 16:1 17:1 18:1 19:1 20:1 21:1 22:1 23:1 24:1 25:1 26:1 27:1 28:1 29:1 30:1 31:1 32:1 33:1 34:1 35:1 36:1 37:1 38:1 39:1 40:1 41:1 42:1 43:1 44:1 45:1 46:1 47:1 48:1 49:1 50:1 51:1 52:1 53:1 54:1 55:1 56:1

57:1 58:1 59:1 60:1 61:1 62:1 63:1 64:1 65:1 66:1 67:1 68:1 69:1 70:1 71:1,8 72:5
screening 22:14
search 12:23 41:17 61:7,9 62:3 69:10 69:12,16,22 70:3
searched 61:11
second 17:18 28:7 28:20 30:10 66:18
securely 65:2
see 46:7 61:18 63:5 67:5
seizure 13:2
sergeant 5:22,23 6:3,7 8:22 11:2 12:4 21:11 27:10 27:11,16,19 30:13 30:19 32:5,7,20 32:24 33:18,25 34:6,10 35:21 36:13,19 37:7,8,9 37:12 38:13 39:2 39:2,17,18 40:11 40:11,14,17,18 43:6 45:17 58:17 63:2,7 69:3,18
sergeant's 6:4 27:24 28:24 29:18 41:6
sergeants 39:24 40:23
series 4:18
serve 28:19
served 40:17
set 64:22 73:11,20
shift 42:11,12,17,18 43:3,7 44:6,20
shifts 40:8
short 30:22,24 68:22
show 24:13
shown 63:4
side 47:17,18,18,19 48:13,14 50:13

52:9
sign 42:19,20,21,22
single 18:25
situation 56:2
six 23:4 28:2 29:17 29:24
smaller 26:25
snow 7:7
solo 43:15
somebody 15:24
soon 18:16 27:25
sort 51:7 53:2
sound 9:25
sounds 31:24
speak 5:7 65:20
special 33:24 35:24
specialization 33:24
specialized 36:20 36:23 38:8,11
specific 8:5
specifically 23:22 42:8 58:15 60:6
specifics 70:20
spell 5:12
spelling 58:24
split 57:6
squad 33:3,3,5,10 33:11 34:6 36:14
ss 73:4
standing 50:2,4,12 53:4
start 37:20 46:23 51:2
started 6:20 20:14 37:6,14 42:11,12
starts 42:18 66:18
state 1:22 4:7,9 59:18,18,24 60:15 73:4,8
state's 59:20
Stated 64:18
statements 41:18
states 1:2 64:20
station 57:3
stats 43:25
stayed 57:12
stenotype 1:21 73:7

step 40:10 51:7
stepped 49:25
STIPULATED 3:4
  3:23
STIPULATIONS
  3:2
Stone 31:21,22
street 2:6,11 4:10
  46:16,17 48:24,25
  49:3
streets 32:13
strike 3:9,11
studied 29:11,12,24
stuff 44:2
subject 13:8 15:15
  41:24 42:8 48:9
submitted 63:16
  69:20
Subscribed 71:10
substance 23:19
sued 12:12,16,19
  12:22,25 13:4,7
  13:22 18:9
SUFFOLK 73:5
  uperior 38:16
supervising 38:3,5
support 63:21
sure 7:16,17 10:22
  13:13,22 14:10
  17:2 18:14 21:2
  26:18 27:23 32:22
  35:3,6,6,11 36:10
  37:22 40:15,15
  52:13 53:2 61:22
  65:9 68:23 69:7
suspect 65:7
suspended 42:3
sworn 3:15 4:3
  71:10 73:11

T

T 4:2,2
tactical 24:19
tactically 52:8
tactics 47:22
take 4:23 6:4 9:16
  24:13,22,24 27:8
  27:13,24,25 28:2

28:3,4,5,13,15,17
  28:19 29:4,7,15
  29:16 60:8 68:22
taken 1:17 8:16
  67:15 68:24
talked 17:5
tampered 59:15
task 36:19
tasked 33:19
technically 14:13
tell 4:20 5:10 13:16
  27:25 28:14 43:2
  52:3 66:3 69:15
temporary 53:22
  58:9 59:10,20
  62:15
ten 16:8,9 17:18
  25:18 33:17
tenure 39:17
test 6:4 22:5,10
  28:17 29:10,16,21
tested 23:20
testified 4:4 43:22
  56:9 67:15 70:21
testify 9:21 61:2
  67:8
testifying 13:19
testimony 1:19 3:9
  3:12 8:5 9:8
  20:19 53:15 54:13
  73:14
tests 21:18
thank 5:9 32:18
  69:5 71:4
thing 18:25 42:17
things 58:18
think 16:22 17:23
  20:21 22:17
third 64:7
three 9:25 15:3
  17:16 18:23 26:10
  41:3
time 1:20 4:21 7:17
  7:21 9:3,18 16:17
  16:18,21 17:18
  18:5,10 19:4
  21:25 23:23 25:2
  25:20 27:15 28:8

28:20 29:14,22
  30:3,10,23,24
  34:23 35:19 39:25
  40:6 42:7 44:19
  50:7 53:11 66:9
  70:22 71:5
timeline 30:7 35:7
timelines 35:3
times 14:18,24,25
  15:2 18:23 28:5,9
  28:10 39:23 41:7
today 69:6
told 34:20 62:12
top 67:2
towns 32:14
traffic 52:25 53:2
train 11:25 12:6
trained 70:23
training 11:24 20:4
  23:5,25 24:8,12
  24:19 35:21,25
  70:17
transcribed 4:19
  5:6
transfer 31:5,8,10
  34:18
transferred 31:7
  32:3 34:14,16,21
  36:12
trial 1:16 3:14 8:19
  9:9,11,16 61:3
  73:11,13
trials 9:22
truck 7:6
true 73:14
truth 4:20
truthfully 8:14
try 22:12,22
trying 20:21 23:12
  29:6 52:18 54:5
turned 60:5
twice 28:6
two 7:23 9:25 15:2
  15:3 17:16 18:23
  23:8 31:25 39:24
  40:3,5,22 43:10
  55:6 64:9
type 35:22 69:20

types 24:16

U

undergo 23:5
understand 5:7
  10:12,17,20 13:5
  15:19 16:24 18:12
  18:12 23:18,23
  26:12 32:18 42:16
  57:10 70:16
uniform 3:7 44:6
union 11:6,9
Uniondale 1:12
unit 33:15,19,22,25
  36:20,21,22 38:8
  38:11 39:17,18,24
  40:17 69:18
UNITED 1:2
units 36:23
unlawful 41:17
unsure 4:21
updates 11:18
use 12:3 59:16
usually 42:24

V

varied 55:21
varies 56:8 57:8
  62:19
vary 59:18
vehicle 45:23 47:17
  49:8,9,12,23,25
  50:4,11 51:3,5,9
  51:20 61:7 64:21
  65:2 66:20 67:19
  67:22 68:3,4,5
  69:11,11,13,16
  70:3
vehicle's 64:8
verbally 5:4
verify 56:6 58:7
version 23:14
village 6:21,22,23
  7:2,5,7,12 32:16
  32:17
violent 24:2
visible 67:18
vouchered 70:7

VTL 66:19

W

waived 3:22
waiver 3:13,20
walk 21:13 68:18
walked 47:11,13
  51:9
walking 51:2
want 10:18 20:24
  23:3 36:10 37:21
  41:11 55:9
wanted 32:23 55:13
  69:10
warrants 61:19
wasn't 10:13 48:17
  48:18 50:8 54:23
way 40:16 43:13
  59:4 69:5 73:18
we're 31:25
weather 48:16
went 14:17 15:16
  15:18,23 24:12,21
  30:22 43:21 51:19
weren't 10:10,14
  55:6
wet 48:19
WHEREOF 73:20
White 31:21,22
window 48:13
  50:13 51:17
witness 3:15,25
  8:18,21 14:16
  64:12 69:7 72:4
  73:10,15,20
wondering 10:22
Woodhaven 26:8
word 5:4,5
work 7:11,15 27:17
  27:18 29:12 30:18
  30:21 36:4 38:19
  38:25 40:6,8
  43:11
worked 6:16,17,17
  6:21 7:14 11:22
working 6:6 11:4
  13:9 37:23 39:24
  42:9 43:3 57:17

**works** 6:22 43:12
**wouldn't** 59:6,8
**written** 21:23 24:23
  27:12,13
**wrongdoing** 31:11
  31:11

**X**

**x** 1:3,10

**Y**

**yeah** 9:6,10 10:4
  11:10 13:15 16:9
  18:7 24:3,15
  35:17 41:4 43:25
  58:11
**year** 20:22 30:5,8
  32:21 34:12 35:4
  35:10
**years** 5:24 6:8 7:13
  7:22,23 8:3,3 9:5
  15:13,14 16:8,9
  17:4,19 18:16
  19:5,5,7 25:18
  27:15,22 38:4,14
  39:19 40:20 41:16
**York** 1:2,7,12,22
  2:6,9,11,11 4:10
  4:16 6:10,20
  10:23 11:21 12:5
  13:12 15:25 17:3
  18:10,15,17 21:10
  21:14 22:3 23:6
  24:8 27:8,17
  35:15,16,20 41:14
  41:22 73:4,9

**Z**

**0**

**01** 27:14
**02** 27:14
**04** 5:25

**1**

**1:54** 68:25
**10** 6:8 9:5 15:13,14
  17:4 18:16 41:16
**10-year** 25:20

**100** 2:11
**10007** 2:11
**102nd** 25:12 26:5
  26:13,19 27:3
  30:18
**104th** 31:4,6 32:3,8
  32:12,20,25 34:3
  34:7,11 35:4
**109** 30:22
**109th** 31:3,5,13
  32:2,5,25 33:12
  33:18
**111th** 5:18 26:14
  26:22 36:5,9,12
  36:15,16,19,23
  37:6,13,20 38:23
  38:25 40:18 56:12
  62:16,21
**11361** 4:11
**11743** 2:6
**12** 5:24 65:4
**12:35** 1:13
**13** 2:6
**16** 42:8,22 43:3,18
  57:17 63:22 65:12
**16th** 44:6
**1726** 42:13
**1730** 42:12
**1983** 20:13,20
**1985** 20:16
**1994** 6:10 22:24
  25:8,19,21

**2**

**2:02** 68:25 69:2
**2:04** 71:5
**20** 71:12
**2000** 30:8
**2004** 25:19,21 27:7
  30:16 31:25 32:10
  32:11 35:5
**2005** 34:23 36:11
**2006** 36:10,11,16
**2009** 10:11
**2010** 40:10
**2015** 42:7,8,22 43:3
  43:18 57:17 63:22
**2016** 1:13 65:12

**73:21**
**215th** 4:10
**221** 3:6
**23** 19:5,5,7
**24** 19:12,17

**3**

**3** 59:24 60:4
**31** 1:18
**3116** 3:20

**4**

**4** 1:13 72:5
**45-06** 4:10
**48** 65:3
**4th** 73:21

**5**

**5:26** 42:15
**5:30** 42:14

**6**

**6:00** 44:21
**6:30** 44:21
**626** 1:11

**7**

**75** 34:24 35:9,12
  36:4,13
**75th** 34:14

**8**

**8** 59:24 60:5
**83** 20:13,18,25
**85** 20:25
**86** 20:25

**9**

**911** 25:25
**94** 21:16