**GERASIMOU, EVANGELOS**  MALE/ WHITE  Q15631488

NYSID : 07360879Y
Fax Num : QP008153
Court Part :
Docket Num :

Arrest Precinct : 111

Arrest Officer : CILLIS, MICHAEL
AO Command : 111
AO TaxId : 940007
AO Rank : POM
AO Dept :

Status :
Current Lodging : 111 PRECINCT
Top Charge : PL 170.20
Notes On File ? NO

Custody Time : 0 hrs 50 mins
Arraignment Time : 0 hrs 50 mins

| ARREST 06/16/2015 2206 | RECORD CREATE 06/16/2015 2233 | NYSID 06/16/2015 2243 | DNA BANNER 06/16/2015 2243 |
|---|---|---|---|
| PAPERWORK READY Missing | AO RELEASE Missing | COMPLAINT SWORN Missing | COMPLAINT RECEIVED Missing |
| BREAKDOWN Missing | PACKAGE TO COURT Missing | DOCKETED Missing | ARRAIGNMENT CLOSED 06/16/2015 2256 |
| DAT-AWAITING 06/16/2015 2206 | DAT-ISSUED PCT 06/16/2015 2256 | | |

**Arraignment Status**

| Activity Name | StartDate/Time - EndDate/Time |
|---|---|
| ARREST | 06/16/2015 2206 - |
| RECORD CREATE | 06/16/2015 2233 - |
| NYSID | 06/16/2015 2243 - |
| DNA BANNER | 06/16/2015 2243 - 06/16/2015 2243 |
| PAPERWORK READY | - |
| AO RELEASE | - |
| COMPLAINT SWORN | - |
| COMPLAINT RECEIVED | - |
| BREAKDOWN | - |
| PACKAGE TO COURT | - |
| DOCKETED | - |
| ARRAIGNMENT CLOSED | 06/16/2015 2256 - |
| DAT-AWAITING | 06/16/2015 2206 - 06/16/2015 2256 |
| DAT-ISSUED PCT | 06/16/2015 2256 - |

**Lodging Status/History**

| Lodging Name | StartDate/Time - EndDate/Time |
|---|---|
| 111 PRECINCT | 06/16/2015 2206 - |

**Charges**

| Law Code | Category | Charge Class | Degree |
|---|---|---|---|
| PL 170.20 | M | A | 3 |
| VTL0402 01 | I | 0 | 0 |

**Grouped Arrests**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

**Grouped by NYSID**

| Arrest Id | Arrest Date | NYSID | Defendant | AO NAME |
|---|---|---|---|---|

GERASIMOU, EVANGELOS | Q         Page 1