# Criminal Court of the City of New York
## Queens County
### Misdemeanor Complaint

The People of the State of New York
vs.
Defendant:
1. ~~SEALED~~ *pursuant to 160.50 C.P.L.* Evangelos

Charges:

Docket Number: 2015QN031251

2.

3.

☐ LAS   ☐ QLA   ☐ 18B   ☑ PVT   Name _____
Interpreter: Language _____   Screener: _____

**Notices Served at Arraignment:**
☐ CPL 710.30(1)(A) – Statement
☐ CPL 710.30(1)(B) – Identification
☑ CPL 250.20 – Alibi
☐ CPL 240.20 – Discovery
☑ CPL 240.30 – Discovery
☐ PL 450.10(48 hrs /15 days) - Property
☐ CPL 170.20 - Grand Jury
☐ Cross Grand Jury
☐ CPL 370.15 – MCDV
☑ Vienna Convention
☐ OTHER: _____

AP.1

**Adjournment:** ☐ Assign 18B   ☐ DTF
Part: AP-1    Date: 7/09

**Bail Condition:**
_____ / _____
(Ins. Co. Bail Bond)   (Cash Bail)

**Reason for Adjournment:**
☐ Charged   ☐ Excluded

**Documents:**
**Served at Arraignment:** / **Needed For Conversion**
☐ Supporting Deposition/DIR   ☐
☐ DMV Abstract   ☐
☐ Lab Report/ Field Test   ☐
☐ DWI Paperwork   ☐
☐ Underlying T.O.P.   ☐

☑ People Ready
☐ Deemed an Information
☐ ART 730 Exam Ordered
☐ Protective Custody
☐ Medical Attention
☐ Psychiatric Evaluation
☐ Suicide Watch
☐ T.O.P./ F.O.P.
☐ License Suspended Pending Prosecution

**Disposition:**
☐ ACD – CPL 170.55
☐ ACD – CPL 170.56
☐ Waives Prosecution by Information and Pleads Guilty to PL 240.20/ _____
☐ Investigation & Sentenced Ordered
☐ DNA–Eligible Misdemeanor
☐ DNA Sample Taken

**Sentence (or Promise):**
_____ days jail
Conditional Discharge
_____ Days Community Service
_____ Days Jail Alternative
Other: _____
Mandatory Surcharge (and CVAF):
☐ Judgment Entered – All Fees
☐ $200 Misd.  ☐ $120 Viol.  ☐ $80 VTL
☐ $395 VTL1192 Misd.  ☐ $225 VTL1192(1) Infrac.
☐ $50 - DNA Fee

Arresting Officer
Notes: AZD

06-26-2015   AR2A
JUDGE HAWKINS
RPTR APICELLA

Court Reporter   Date   Part

Judge _____

CRC 3222 (rev 3/12)

DEF 41