Fax:718-2790023                    Jun 17 2015 09:31PM P002/007



AFF366833966030300

CRIMINAL COURT OF THE CITY OF NEW YORK          Q15631488
PART APAR; COUNTY OF QUEENS

| THE PEOPLE OF THE STATE OF NEW YORK | STATE OF NEW YORK |
| v. | COUNTY OF QUEENS |
| EVANGELOS GERASIMOU (50Y)     DEFENDANT | **2015QN031251** |

POLICE OFFICER MICHAEL CILLIS OF 111TH PRECINCT, TAX REG#: 940007,
BEING DULY SWORN, DEPOSES AND SAYS THAT ON OR ABOUT JUNE 16 2015
BETWEEN 10:00PM AND 10:06PM, AT THE NW INTERSECTION OF 45 ROAD AND
FRANCIS LEWIS BOULEVARD, COUNTY OF QUEENS, STATE OF NEW YORK, THE
DEFENDANT COMMITTED THE OFFENSES OF:

PL 170.20 [AM] CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE THIRD
          DEGREE ~ (DNA SAMPLE REQUIRED UPON CONVICTION)
VTL 402-1 [V] ISSUANCE, NUMBER, LOCATION AND CONDITION OF VEHICLE
          PLATES

PL 170.20 [AM] CRIMINAL POSSESSION OF A FORGED INSTRUMENT IN THE THIRD
DEGREE ~ (DNA SAMPLE REQUIRED UPON CONVICTION)
     --- WITH INTENT TO DEFRAUD, DECEIVE OR INJURE ANOTHER, UTTER OR
     POSSESS A FORGED INSTRUMENT KNOWING IT WAS FORGED;

VTL 402-1 [V] ISSUANCE, NUMBER, LOCATION AND CONDITION OF VEHICLE
PLATES

     *-- OPERATE, DRIVE OR PARK UPON THE STATE'S PUBLIC HIGHWAYS A
     MOTOR VEHICLE WITHOUT A DISTINCTIVE NUMBER AND A SET OF NUMBER
     PLATES WITH A NUMBER AND OTHER IDENTIFICATION MATTER
     CORRESPONDING TO THE CERTIFICATE OF REGISTRATION CONSPICUOUSLY
     DISPLAYED, ONE ON THE FRONT AND ONE ON THE REAR OF SUCH VEHICLE,
     SECURELY FASTENED AND PLACED HIGHER THAN FORTY-EIGHT INCHES OR
     LOWER THAN TWELVE INCHES FROM THE GROUND.

THE ABOVE OFFENSES WERE COMMITTED AS FOLLOWS:

DEPONENT STATES THAT AT THE ABOVE MENTIONED DATE, TIME, AND PLACE OF
OCCURRENCE, HE OBSERVED THE DEFENDANT, EVANGELOS GERASIMOU, OPERATING
A 2015 MERCEDES BENZ WITHOUT A LICENSE PLATE.

DEPONENT FURTHER STATES THAT UPON FURTHER INVESTIGATION THE DEFENDANT
PROVIDED A FORGED DELAWARE TEMPORARY LICENSE PLATE AND SAID LICENSE
PLATE IS FORGED IN THAT THE WORDS "ISSUE" AND "THE FIRST STATE" ARE

**DEF 39**



Fax:718-2790023        Jun 23 2015 11:31pm  P006/006

GERASIMOU, EVANGELOS  Q15631488

CUT OFF AND NOT VISIBLE.

DEPONENT FURTHER STATES THAT HIS CONCLUSION THAT SAID ITEM IS FORGED
IS BASED UPON HIS TRAINING IN THE DETECTION AND IDENTIFICATION OF FORGED
INSTRUMENTS.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE
PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT
TO SECTION 210.45 OF THE PENAL LAW

DATE        SIGNATURE

SWORN TO BEFORE ME ON THE
       DAY OF

DATE        SIGNATURE

**DEF 40**