```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS                          CERTIFICATE OF DISPOSITION
                                              NUMBER:  316879
THE PEOPLE OF THE STATE OF NEW   YORK
                VS

GERASIMOU,EVANGELOS                       _____
Defendant                                 Date of Birth

_____           7360879Y
Address                                   NYSID Number

_____           06/16/2015
City            State    Zip              Date of Arrest/Issue

Docket Number: 2015QN031251               Summons No:

170.20 VTL 402.1
Arraignment Charges


Case Disposition Information:

   Date          Court Action              Judge              Part
07/09/2015   DISMISSED - MOTION OF DA    HAWKINS,D            AP1
```

**NO FEE CERTIFICATION**

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
LINEN,T                                      02/26/2016
COURT OFFICIAL SIGNATURE AND SEAL            DATE           FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

DEF 36