ARREST Report - Q15631488 — Page 1 of 3



# New York City Police Department
## Omniform System - Arrests

**RECORD CONTAINS SEALED INFORMATION.**
THIS RECORD MAY NOT BE MADE AVAILABLE TO ANY PERSON OR PUBLIC OR PRIVATE AGENCY OUTSIDE THE POLICE DEPARTMENT.

**RECORD STATUS: SEALED**

**Arrest ID:** Q15631488 - H

**Arrest Location:** NORTH WEST CORNER 45 ROAD & FRANCIS LEWIS BOULEVARD

**Pct:** 111

**Arrest Date:** 06-16-2015
**Time:** 22:06:00
**Sector:** D
**Strip Search Conducted:** NO
**Viper Initiated Arrest:** NO
**Stop And Frisk:** NO
**Serial #:** 0000-000-00000

**Processing Type:** D A T
**DCJS Fax Number:** QP008153
**Special Event Code:** NO -
**DAT Number:** 930
**Return Date:** 2015-06-26

**Current Location of Perpetrator:**
**Borough:** Queens
**Type:**
**Location:** 111 PRECINCT

## COMPLAINTS:
**Arrest #:** Q15631488

| COMPLAINT NUMBER | REPORT DATE | RECORD STATUS | OCCUR DATE | OCCUR TIME |
|---|---|---|---|---|
| 2015-111-01744 | 2015-06-16 | Valid, Initial Arrests made | 2015-06-16 | 22:00 |

SEALED — SEALED

## CHARGES:
**Arrest #:** Q15631488

| CHARGE | ATTEMPT? | LAW CODE | CLASS | TYPE | COUNTS | DESCRIPTION |
|---|---|---|---|---|---|---|
| TOP | No | PL 170.20 | M | A | 1 | POSSESS FORGED INSTRUMENT-3RD |
| #02 | No | VTL0402 01 I | | 0 | 1 | LIC PLATE VIOL:REG PLATE DISP |

| DWI Arrest from: | # Injured: 00 | # Fatalities: 00 | Test Given: | B.A.C.: | Reason Not Forfeit: |
|---|---|---|---|---|---|

SEALED — SEALED

## DETAILS:
**Arrest #:** Q15631488

AT TPO DEFENDANT WAS OBSERVED DRIVING A 2015 ME/BE S550 VIN # WDDUG8FB5FA186552 WITH NO LICENSE PLATE DISPLAYED. UPON FURTHER INVESTIGATION DEFENDANT WAS IN POSSESSION OF A FORGED INSTRUMENT.

SEALED — SEALED

## DEFENDANT: GERASIMOU, EVANGELOS
**NYSID #:** 07360879Y     **Arrest #:** Q15631488

| | | |
|---|---|---|
| Nick/AKA/Maiden: | Height: 5FT 9IN | Order Of Protection: NO |
| Sex: MALE | Weight: 240 | Issuing Court: |
| Race: WHITE | Eye Color: BROWN | Docket #: |
| Age: | Hair Color: BLACK | Expiration Date: |
| Date Of Birth: | Hair Length: SHORT | Relation to Victim: STRANGER |
| U.S. Citizen: YES | Hair Style: CLOSE CUT | Living together: NO |
| Place Of Birth: NEW YORK | Skin Tone: LIGHT | Can be Identified: YES |
| Is this person not Proficient in English?: NO | Complexion: CLEAR | |

http://omniform.nypd.org/omniform/globalreports/webFocusReport.do?IBIF_ex=VIEWA...   1/18/2016

**DEF 1**

| | | |
|---|---|---|
| If Yes, Indicate Language: | | Gang/Crew Affiliation: **NO** |
| Accent: **NO** | Soc.Security #: | Name: |
| | Occupation: **NONE** | Identifiers: |
| Identification ID: **NYS Drivers License or Permit** | | |
| Identification #: ▮ | Lic/Permit Type: | |
| Physical Condition: **APPARENTLY NORMAL** | | |
| Drug Used: **NONE** | Lic/Permit No: | |

| LOCATION | ADDRESS | CITY | STATE/CNTRY | ZIP | APT/ROOM | PCT |
|---|---|---|---|---|---|---|
| HOME-PERMANENT | ▮ | | | | | |

Phone # and E-Mail Address:

N.Y.C.H.A. Resident: **NO**   N.Y.C. Housing Employee:   On Duty:
Development:   N.Y.C. Transit Employee:

**Physical Force: NONE**

Gun:
Weapon Used/Possessed: **NONE**        Make:           Recovered:
Non-Firearm Weapon:                    Color:          Serial Number Defaced:
Other Weapon Description:              Caliber:        Serial Number:
                                       Type:
                                       Discharged: **NO**

Used Transit System: **NO**
Station Entered:
Time Entered:
Metro Card Type:
Metro Card Used/Poses:
Card #:

| CRIME DATA | DETAILS |
|---|---|
| MODUS OPERANDI | UNKNOWN |
| ACTIONS TOWARD VICTIM | UNK |
| CLOTHING | ACCESSORIES - JEANS - BLACK |
| CLOTHING | FOOTWEAR - LOAFERS/MOCCASINS - TAN |
| CLOTHING | OUTERWEAR - T-SHIRT OR TANK TOP - BLACK |
| CLOTHING | HEADGEAR - UNK - UNKNOWN COLOR |
| CHARACTERISTICS | EYEGLASSES |
| BODY MARKS | -UNKNOWN |
| BODY MARKS | -UNKNOWN |
| IMPERSONATION | UNKNOWN |

**SEALED**                                                                 **SEALED**

**JUVENILE DATA:**                                        Arrest #: **Q15631488**

Juvenile Offender:    Relative Notified:   Personal Recog:
Number Of Priors: **0**   Name:
School Attending:    Phone Called:
Mother's Maiden Name:   Time Notified:

**SEALED**                                                                 **SEALED**

**ASSOCIATED ARRESTS:**                                   Arrest #: **Q15631488**

ARREST ID  COMPLAINT #

ARREST Report - Q15631488 | Page 3 of 3

| SEALED | | SEALED |
|---|---|---|
| **No Vehicles for Arrest #** | | |
| SEALED | | SEALED |
| **DEFENDANTS CALLS:** | | Arrest #: Q15631488 |

CALL # NUMBER DIALED NAME CALLED
1    --    REFUSED, REFUSED

| SEALED | SEALED |
|---|---|
| **INVOICES:** | Arrest #: Q15631488 |

INVOICE# COMMAND PROPERTY TYPE VALUE

| SEALED | SEALED |
|---|---|
| **ARRESTING OFFICER: POM MICHAEL CILLIS** | Arrest #: Q15631488 |

Tax Number: 940007         On Duty: YES                  Force Used: NO
Other ID (non-NYPD): 940007   In Uniform: NO              Type:
Shield: 6160                Squad: AC                    Reason:
Department: NYPD            Chart: 97                    Officer Injured: NO
Command: 111                Primary Assignment:

| SEALED | | | SEALED |
|---|---|---|---|
| Arresting Officer Name:<br>POM CILLIS, MICHAEL | Tax #:<br>940007 | Command:<br>111 | Agency:<br>NYPD |
| Supervisor Approving:<br>SGT BRENES SCOTT | Tax #:<br>905824 | Command:<br>111 | Agency:<br>NYPD |
| Report Entered by:<br>POM CILLIS, MICHAEL | Tax #:<br>940007 | Command:<br>111 | Agency:<br>NYPD |

END OF ARREST REPORT
Q15631488

**DEF 3**