

# DELAWARE

THE FIRST STATE



Place on OUTSIDE Rear Of Vehicle in Place of License Plate

| EXPIRATION DATE | | |
|---|---|---|
| 7 | 31 | 2015 |
| MONTH | DAY | YEAR |

| Issue Date | Year | Make | Vehicle Identification Number |
|---|---|---|---|
| 06/02/15 | 2015 | MERCE | WDDUG8FB5FA186552 |

## XP26273

EXHIBIT
Defendant B
10/5/16